**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| MORRIS SATLOFF, Individually and on Behalf of All Others Similarly Situated, | ) ) ) | |
| Plaintiff, | ) ) | **CLASS ACTION** Civ. A. No. 1:06-cv-00802-ESH |
| v. | ) ) | |
| XM SATELLITE RADIO HOLDINGS, INC. and HUGH PANERO, | ) ) ) | |
| Defendants. | ) ) | |
| STEPHEN L. CAREY, Individually and on Behalf of All Others Similarly Situated, | ) ) ) | |
| Plaintiff, | ) ) | **CLASS ACTION** Civ. A. No. 1:06-cv-00857-ESH |
| v. | ) ) | |
| XM SATELLITE RADIO HOLDINGS, INC. and HUGH PANERO, | ) ) ) | |
| Defendants. | ) ) | |

-1-

EUGENE VASSILTSOV, Individually and on )
Behalf of All Others Similarly Situated, )
                                         )
              Plaintiff,                 )        **CLASS ACTION**
                                         )        Civ. A. No. 1:06-cv-00877-ESH
       v.                                )
                                         )
XM SATELLITE RADIO HOLDINGS, INC.        )
and HUGH PANERO,                         )
                                         )
              Defendants.                )
_____)
GARY BOLAND, Individually and on Behalf  )
of All Others Similarly Situated,        )
                                         )
              Plaintiff,                 )        **CLASS ACTION**
                                         )        Civ. A. No. 1:06-cv-00889-ESH
       v.                                )
                                         )
XM SATELLITE RADIO HOLDINGS, INC.        )
and HUGH PANERO,                         )
                                         )
              Defendants.                )
_____)
LOU ANN MURPHY, Individually and on Behalf )
of All Others Similarly Situated,        )
                                         )
              Plaintiff,                 )        **CLASS ACTION**
                                         )        Civ. A. No. 1:06-cv-00905-ESH
       v.                                )
                                         )
XM SATELLITE RADIO HOLDINGS, INC.        )
and HUGH PANERO,                         )
                                         )
              Defendants.                )
_____)

-2-

| | |
|---|---|
| MICHAEL A. BERNSTEIN, CGM Profit Sharing Custodian, Individually and on Behalf of All Others Similarly Situated,<br><br>        Plaintiff,<br><br>    v.<br><br>XM SATELLITE RADIO HOLDINGS, INC. and HUGH PANERO,<br><br>        Defendants. | **CLASS ACTION**<br>Civ. A. No. 1:06-cv-00926-ESH |
| GERALD ALAN CASSEL, SR., Individually and on Behalf of All Others Similarly Situated,<br><br>        Plaintiff,<br><br>    v.<br><br>XM SATELLITE RADIO HOLDINGS, INC. and HUGH PANERO,<br><br>        Defendants. | **CLASS ACTION**<br>Civ. A. No. 1:06-cv-00929-ESH |
| JUSTIN DAVIS, Individually and on Behalf of All Others Similarly Situated,<br><br>        Plaintiff,<br><br>    v.<br><br>XM SATELLITE RADIO HOLDINGS, INC. and HUGH PANERO,<br><br>        Defendants. | **CLASS ACTION**<br>Civ. A. No. 1:06-cv-00952-ESH |

| | | |
|---|---|---|
| LI-JAY CHU, Individually and on Behalf of All Others Similarly Situated, | ) ) ) | |
| Plaintiff, | ) ) | **CLASS ACTION**<br>Civ. A. No. 1:06-cv-00973-ESH |
| v. | ) ) | |
| XM SATELLITE RADIO HOLDINGS, INC. and HUGH PANERO, | ) ) ) | |
| Defendants. | ) ) | |

---

### CONSENT MOTION TO CONSOLIDATE CASES AND PROPOSED CONSOLIDATION ORDER

Pursuant to LCvR 40.5(d), Rule 42(a) of the Federal Rules of Civil Procedure, and the Private Securities Litigation Reform Act of 1995, Plaintiffs and Defendants file this Consent Motion to Consolidate Cases and proposed Consolidation Order. Counsel for the parties have conferred regarding this Consent Motion, agree that the above-captioned related cases should be consolidated into a single action captioned Civil Action No. 1:06-cv-00802-ESH, and stipulate to the attached proposed Consolidation Order. The parties therefore request that the Court grant this Motion and enter the proposed Consolidation Order.

The following eight Complaints have been filed and assigned to Judge Ellen S. Huvelle:

*Satloff v. XM Satellite Radio Holdings Inc.*, Civ. A. No. 1:06-cv-00802-ESH (filed May 1, 2006);

*Carey v. XM Satellite Radio Holdings, Inc.*, Civ. A. No. 1:06-cv-00857-ESH (filed May 8, 2006);

*Vassiltsov v. XM Satellite Radio Holdings, Inc.*, Civ. A. No. 1:06-cv-00877-ESH (filed May 9, 2006); *Boland v. XM Satellite Radio Holdings Inc.*, Civ. A. No. 1:06-cv-00899-ESH (filed May

-4-

10, 2006); *Murphy v. XM Satellite Radio Holdings Inc.*, Civ. A. No. 1:06-cv-00905-ESH (filed May 12, 2006); *Cassel v. XM Satellite Radio Holdings Inc.*, Civ. A No. 1:06-cv-00929-ESH (filed May 16, 2006), *Davis v. XM Satellite Radio Holdings, Inc.*, Civ. A. No. 1:06-cv-00952-ESH (filed May 19, 2006), and *Li-Jay Chu v. XM Satellite Radio Holdings, Inc.* Civ. A. No. 1:06-cv-00973-ESH (filed May 24, 2006). The following related Complaint was transferred to Judge Huvelle on May 25, 2006: *Bernstein v. XM Satellite Radio Holdings, Inc.*, Civ. A. No. 1:06-cv-00926-ESH (filed May 16, 2006).[1/] Plaintiffs brought these actions under Sections 10(b) and 20(a) of the Securities Exchange Act of 1934, 15 U.S.C. §§ 78j(b) and 78t(a), and Rule 10b-5 promulgated thereunder, 17 C.F.R. § 240.10b-5. Although the Complaints vary somewhat in style and presentation, each of the Complaints asserts claims on behalf of a putative plaintiff class of purchasers of the stock of defendant XM Satellite Radio Holdings Inc. ("XM") with respect to disclosures by XM of subscriber acquisition costs during the second half of 2005.

The Private Securities Litigation Reform Act of 1995 ("Reform Act") governs "each private action arising under the [Securities Exchange Act of 1934] that is brought as a plaintiff class action pursuant to the Federal Rules of Civil Procedure." 15 U.S.C. 78u-4(a)(1). Because Plaintiffs brought the above-captioned securities class actions against the Defendants under the Securities Exchange Act of 1934, the Reform Act governs how these actions filed shall proceed.

Before the actions may proceed beyond their current stage, the Reform Act requires that the Court first resolve any motion to consolidate, 15 U.S.C. § 78u-4(a)(3)(B)(ii), and subsequently entertain and resolve motions for the appointment of a lead plaintiff for the related

---

[1/]    The Defendants have been served in *Bernstein v. XM Satellite Radio Holdings, Inc.*, Civ. A. No. 1:06-cv-

actions.  15 U.S.C. § 78u-4(a)(3)(B)(i).  After the Court has designated the lead plaintiff, the lead

plaintiff will file a consolidated amended complaint, which will then serve as the operative

complaint for the class action.

Counsel for the parties agree that consolidation of these related securities class actions is

appropriate under the Reform Act and will serve the interests of efficiency.  Deferring

Defendants' obligation to answer, move, or otherwise plead until there is a single consolidated

amended complaint filed by a lead plaintiff would likewise promote judicial economy, avoid

needless expense and effort, and be consistent with the purpose of the Reform Act.

Accordingly, the Defendants respectfully request that the Court grant the parties'

Consent Motion to consolidate the above-captioned actions into a single action captioned Civil

Action No. 1:06-cv-00802-ESH; and enter the proposed Consolidation Order.

00926-ESH; *and Cassel v. XM Satellite Radio Holdings Inc.*, Civ. A No. 1:06-cv-00929-ESH.

Dated: June 5, 2006                              Respectfully submitted,

                                                 **WILMER CUTLER PICKERING
                                                     HALE AND DORR LLP**


                                                 /s/ Charles E. Davidow
                                                 Charles E. Davidow, D.C. Bar No. 331702
                                                 Christopher J. Herrling, D.C. Bar No. 354847
                                                 John A. Valentine, D.C. Bar No. 473072
                                                 Michael A. Mugmon, D.C. Bar No. 485150
                                                 WILMER CUTLER PICKERING
                                                     HALE AND DORR LLP
                                                 1875 Pennsylvania Avenue NW
                                                 Washington, DC 20006
                                                 Tel: (202) 663-6000
                                                 Fax: (202) 663-6363

                                                 **Counsel for Defendants Hugh Panero and
                                                 XM Satellite Radio Holdings Inc.**

**COHEN, MILSTEIN, HAUSFELD & TOLL, P.L.L.C.**


/s/ Daniel S. Sommers_____ _____
Steven J. Toll, D.C. Bar No. 225623
Daniel S. Sommers, D.C. Bar No. 416549
Joseph Helm
1100 New York Avenue NW
West Tower, Suite 500
Washington, DC 20005-3934
**Tel.: (202) 408-4600**
**Fax: (202) 408-4699**

**Counsel for Plaintiffs Morris Satloff, Stephen L. Carey, Eugene Vassiltsov, Lou Ann Murphy, Justin Davis, and Li-Jay Chu**

**FORTNEY SCOTT**


/s/ Burton J. Fishman
Burton J. Fishman, D.C. Bar No. 290478
1750 K Street NW
Suite 325
Washington, DC 20006
Tel: (202) 689-1200
Fax: (202) 689-1209

**Counsel for Plaintiff Gary Boland**

**FINKELSTEIN THOMPSON & LOUGHRAN**


/s/ Donald J. Enright
Donald J. Enright, D.C. Bar No. 463007
1050 30th Street NW
Washington, DC 20007
Tel.: (202) 337-8000
Fax: (202) 337-8090
dje@ftllaw.com

**Counsel for Plaintiff Gerald Alan Cassel, Sr.**

**THE MASON LAW FIRM**


/s/ Gary Edward Mason
Gary Edward Mason, Esq.
1225 19th Street
Suite 500
Washington, DC 20036
Tel.: (202) 429-2290
Fax: (202) 429-2294

**Counsel for Plaintiff Michael A. Bernstein**

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| MORRIS SATLOFF, Individually and on Behalf of All Others Similarly Situated, | ) ) ) | |
| Plaintiff, | ) ) | **CLASS ACTION** |
| | ) | Civ. A. No. 1:06-cv-00802-ESH |
| v. | ) ) | |
| XM SATELLITE RADIO HOLDINGS, INC. and HUGH PANERO, | ) ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |
| STEPHEN L. CAREY, Individually and on Behalf of All Others Similarly Situated, | ) ) ) | |
| Plaintiff, | ) ) | **CLASS ACTION** |
| | ) | Civ. A. No. 1:06-cv-00857-ESH |
| v. | ) ) | |
| XM SATELLITE RADIO HOLDINGS, INC. and HUGH PANERO, | ) ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

EUGENE VASSILTSOV, Individually and on )
Behalf of All Others Similarly Situated, )
                                        )
                    Plaintiff,          )        **CLASS ACTION**
                                        )        Civ. A. No. 1:06-cv-00877-ESH
            v.                          )
                                        )
XM SATELLITE RADIO HOLDINGS, INC.       )
and HUGH PANERO,                        )
                                        )
                    Defendants.         )
_____)
GARY BOLAND, Individually and on Behalf )
of All Others Similarly Situated,       )
                                        )
                    Plaintiff,          )        **CLASS ACTION**
                                        )        Civ. A. No. 1:06-cv-00889-ESH
            v.                          )
                                        )
XM SATELLITE RADIO HOLDINGS, INC.       )
and HUGH PANERO,                        )
                                        )
                    Defendants.         )
_____)
LOU ANN MURPHY, Individually and on Behalf )
of All Others Similarly Situated,       )
                                        )
                    Plaintiff,          )        **CLASS ACTION**
                                        )        Civ. A. No. 1:06-cv-00905-ESH
            v.                          )
                                        )
XM SATELLITE RADIO HOLDINGS, INC.       )
and HUGH PANERO,                        )
                                        )
                    Defendants.         )
_____)

-13-

MICHAEL A. BERNSTEIN, CGM Profit Sharing )
Custodian, Individually and on Behalf of )
All Others Similarly Situated, )
  )
               Plaintiff, )     **CLASS ACTION**
  )     Civ. A. No. 1:06-cv-00926-ESH
      v. )
  )
XM SATELLITE RADIO HOLDINGS, INC. )
and HUGH PANERO, )
  )
             Defendants. )
_____)
GERALD ALAN CASSEL, SR., Individually and )
on Behalf of All Others Similarly Situated, )
  )
               Plaintiff, )     **CLASS ACTION**
  )     Civ. A. No. 1:06-cv-00929-ESH
      v. )
  )
XM SATELLITE RADIO HOLDINGS, INC. )
and HUGH PANERO, )
  )
             Defendants. )
_____)
JUSTIN DAVIS, Individually and on Behalf )
of All Others Similarly Situated, )
  )
               Plaintiff, )     **CLASS ACTION**
  )     Civ. A. No. 1:06-cv-00952-ESH
      v. )
  )
XM SATELLITE RADIO HOLDINGS, INC. )
and HUGH PANERO, )
  )
             Defendants. )
_____)

LI-JAY CHU, Individually and on Behalf )
of All Others Similarly Situated, )
 )
        Plaintiff, )     **CLASS ACTION**
 )     Civ. A. No. 1:06-cv-00973-ESH
     v. )
 )
XM SATELLITE RADIO HOLDINGS, INC. )
and HUGH PANERO, )
 )
        Defendants. )
_____)

### **[PROPOSED] CONSOLIDATION ORDER**

**THE COURT HEREBY ORDERS** as follows:

1.     Pursuant to Rule 42(a) of the Federal Rules of Civil Procedure and the Private

Securities Litigation Reform Act of 1995, the above-referenced cases are hereby consolidated

into Civil Action No. 1:06-cv-00802-ESH.

2.     All related actions that are subsequently filed in, or transferred to, this District

shall be consolidated into this action.  This Order shall apply to every such related action and to

all current or subsequently added parties, absent an order of the Court to the contrary.  A party

that objects to such consolidation, or to any other provision of this Order, must file an application

for relief from this Order within ten (10) days after the date on which a copy of the Order is

mailed to the party's counsel.

3.     This Order is entered without prejudice to the rights of any party to challenge

personal jurisdiction.

4.     The parties shall file a Notice of Related Cases whenever a case that should be

consolidated into this action is filed in, or transferred to, this District.  If the Court determines

that the case is related, the Clerk shall:

        a.      place a copy of this Order in the separate file for such action;

        b.      serve on plaintiffs' counsel in the new case a copy of this Order;

        c.      direct that this Order be served upon defendants in the new case; and

        d.      make the appropriate entry in the Master Docket.

        5.      The docket in Civil Action No. 1:06-cv-00802-ESH shall constitute the Master

Docket for this action.

        6.      Every pleading filed in the consolidated action shall bear the following caption:

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

_____

| | | |
|---|---|---|
| **In re XM Satellite Holdings, Inc.** | : | |
| **Securities Litigation** | : | **Master File** |
| | : | |
| _____ | : | |
| | : | |
| **This Document Relates To:** | : | 1:06-cv-00802-ESH |
| | : | |
| _____ | : | |

        7.      The file in Civil Action No. 1:06-cv-00802-ESH shall constitute a Master File for

every action in the consolidated action.  When the document being filed pertains to all actions,

the phrase "All Actions" shall appear immediately after the phrase "This Document Relates To."

 When a pleading applies to some, but not all, of the actions, the document shall list, immediately

-16-

after the phrase "This Document Relates To," the docket number for each individual action to which the document applies, along with the last name of the first listed plaintiff in said action (*e.g.*, "No. ( )").

8.      Defendants' obligation to answer or otherwise file a responsive pleading is suspended until such time as the Consolidated Complaint is filed.

9.      The parties shall serve all papers on each other, which shall be served upon plaintiffs' and defendants' local counsel, by e-mail pursuant to LCvR 5.4(c), and by first-class U.S. mail, unless otherwise agreed upon by the parties.

**IT IS SO ORDERED** this the ___ day of June, 2006.

_____
THE HONORABLE ELLEN S. HUVELLE

**CERTIFICATE OF SERVICE**

I hereby certify that I have served the foregoing CONSENT MOTION TO CONSOLIDATE COMPLAINTS AND [PROPOSED] CONSOLIDATION ORDER by electronic means and by placing a copy of the same in the U.S. mail system, postage prepaid, on June 5, 2006, to:

Steven J. Toll
Daniel S. Sommers
Joseph Helm
COHEN, MILSTEIN, HAUSFELD & TOLL, P.L.L.C.
1100 New York Avenue NW
West Tower, Suite 500
Washington, DC 20005-3934
dsommers@cmht.com

Burton J. Fishman
FORTNEY SCOTT
1750 K Street NW
Suite 325
Washington, DC 20006
bfishman@fortneyscott.com

Donald J. Enright
FINKELSTEIN THOMPSON & LOUGHRAN
1050 30th Street NW
Washington, DC 20007
dje@ftllaw.com

Gary Edward Mason
THE MASON LAW FIRM
1225 19th Street NW
Suite 500
Washington, DC 20036
gmason@masonlawdc.com

/s/ Michael A. Mugmon_____
Michael A. Mugmon
WILMER CUTLER PICKERING
  HALE AND DORR LLP
1875 Pennsylvania Avenue NW
Washington, DC 20037
Tel: (202) 663-6000
Fax: (202) 663-6363

-18-