**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| MORRIS SATLOFF, Individually and on Behalf of All Others Similarly Situated,<br><br>              Plaintiff,<br><br>   v.<br><br>XM SATELLITE RADIO HOLDINGS, INC. and HUGH PANERO,<br><br>              Defendants. | **CORPORATE DISCLOSURE CERTIFICATE PURSUANT TO FED. R. CIV. P. 7.1 & LCvR 7.1**<br><br>Civ. A. No. 1:06-cv-00802-ESH |

Certificate required by Rule 7.1 of the Federal Rules of Civil Procedure and Rule 7.1 of the Local Rules of the United States District Court for the District of Columbia:

> I, the undersigned, counsel of record for XM Satellite Radio Holdings, Inc. ("XM"), certify that to the best of my knowledge and belief, XM has no parent companies or subsidiaries that have any outstanding equity securities in the hands of the public. XM Satellite Radio Inc., a wholly owned subsidiary of XM, has outstanding debt securities in the hands of the public. General Motors Corporation is an XM affiliate that has outstanding securities in the hands of the public. American Honda Motor Co., Inc. is an XM affiliate and indirectly publicly held corporation that owns in excess of 10 percent of XM's stock.

These representations are made in order that judges of this court may determine the need for recusal.

-1-

Respectfully submitted,

Dated: June 6, 2006                    WILMER CUTLER PICKERING HALE AND DORR LLP

/s/ Charles E. Davidow
Charles E. Davidow, D.C. Bar No. 331702
Christopher J. Herrling, D.C. Bar No. 354847
John A. Valentine, D.C. Bar No. 473072
Michael A. Mugmon, D.C. Bar No. 485150
1875 Pennsylvania Avenue NW
Washington, DC 20006
Tel: (202) 663-6000
Fax: (202) 663-6363

**CERTIFICATE OF SERVICE**

      I hereby certify that I have served the foregoing CORPORATE DISCLOSURE CERTIFICATE PURSUANT TO FED. R. CIV. P. 7.1 & LCvR 7.1 by e-mail and by placing a copy of the same in the U.S. mail system, postage prepaid, on June 6, 2006 to:

      Steven J. Toll, Esq.
      COHEN MILSTEIN HAUSFELD & TOLL, PLLC
      1100 New York Avenue NW
      West Tower, Suite 500
      Washington, DC 20005
      Tel: (202) 408-4600
      stoll@cmht.com

      **Counsel for Plaintiff Morris Satloff**

      /s/ Lisa Gasparott_____
      Lisa Gasparott
      WILMER CUTLER PICKERING
       HALE AND DORR LLP
      1875 Pennsylvania Avenue NW
      Washington, DC 20037
      Tel: (202) 663-6000
      Fax: (202) 663-6363