IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                       )
In re XM Satellite Radio Holdings      )
Securities Litigation                  )
_____ )   **Civil Action No. 06-0802**
                                       )
This Document Relates To:              )
      All Plaintiffs.                  )
_____ )


**MOTION FOR ADMISSION *PRO HAEC VICE***


     Pursuant to LCvR 83.2 (d), comes now Burton J. Fishman, counsel of record for Gary Boland in the instant matter, who moves the admission of Arthur Shingler, Esq, *pro haec vice,* to assist him in this litigation.

     The attached declaration attests to Mr. Shingler's character and capability to participate in this matter.


Respectfully submitted,

*/s/ Burton J. Fishman*

Burton J. Fishman, D.C. Bar No. 290478
FORTNEYSCOTT
1750 K Street NW
Suite 325
Washington, DC 20006
bfishman@fortneyscott.com


SO ORDERED:

_____
United States District Court Judge

## CERTIFICATE OF SERVICE

   I hereby certify that I have served the foregoing MOTION FOR ADMISSION *PRO HAEC VICE* by electronic means and by placing a copy in the U.S. mail system, postage prepaid, on June 9, 2006, to the following:

Steven J. Toll, D.C. Bar No. 225623
Daniel S. Sommers, D.C. Bar No. 416549
Joseph Helm
COHEN, MILSTEIN, HAUSFELD & TOLL, P.L.L.C.
1100 New York Avenue NW
West Tower, Suite 500
Washington, DC 20005-3934
dsommers@cmht.com

Donald J. Enright, D.C. Bar No. 463007
FINKELSTEIN THOMPSON & LOUGHRAN
1050 30th Street NW
Washington, DC 20007
dje@ftllaw.com

Gary Edward Mason
THE MASON LAW FIRM
1225 19th Street NW
Suite 500
Washington, DC 20036
gmason@masonlawdc.com

Charles E. Davidow, D.C. Bar No. 331702
John A. Valentine, D.C. Bar No. 473072
Michael A. Mugmon, D.C. Bar No. 485150
WILMER CUTLER PICKERING
  HALE AND DORR LLP
1875 Pennsylvania Avenue NW
Washington, DC 20037
Tel: (202) 663-6000
Fax: (202) 663-6363

                            _____
                              Burton J. Fishman