## DECLARATION OF ARTHUR L. SHINGLER III
## PURSUANT TO LOCAL RULE LCVR 83.2 (d)

I, Arthur L. Shingler III, pursuant to Local Rule LCVR 83.2 (d), provide the following information:

1. My name is Arthur L. Shingler, III. I am a partner with the law firm of Scott + Scott LLC;

2. My address is:

   Scott + Scott LLC
   600 B Street
   Suite 1500
   San Diego, CA  92101
   Telephone:  619 233- 4565
   Facsimile:   619 233- 0508

3. I am admitted to the following Courts:

   California Supreme Court
   U.S. Court of Appeals, 3rd Circuit
   USDC Central District of California
   USDC Southern District of California
   USDC Northern District of California
   USDC Northern District of Ohio
   California Superior Court

4. I am a partner in good standing of the bar of the State of California and have not been disciplined by any bar.

5. I have not been admitted *pro hac vice* in this Court within the last two years and I do not engage in the practice of law from an office located in the District of Columbia.

I declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge.

Dated: June 5, 2006

Respectfully submitted,

SCOTT + SCOTT, LLC

ARTHUR L. SHINGLER III 181719
600 B Street, Suite 1500
San Diego, CA 92101
Tel.: 619/233-4565
Fax: 619/233-0508