IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| IN RE: XM SATELLITE RADIO HOLDINGS SECURITIES LITIGATION | **APPEARANCE**<br>Civ. A. No. 1:06-cv-00802-ESH |
| GERALD ALAN CASSEL, SR., Individually and on Behalf of All Others Similarly Situated,<br><br>                Plaintiff,<br><br>        v.<br><br>XM SATELLITE RADION HOLDINGS, INC., *et al.*,<br><br>                Defendants. | Civ. A. No. 1:06-cv-00929-ESH |

To the Clerk of this Court and all parties of record:

Please enter the appearance of **KAREN J. MARCUS** as counsel in this case for: Gerald Alan Cassel, Sr.

June 29, 2006
Date

/s/ Karen J. Marcus
Signature

D.C. Bar No. 486435
Bar Identification

Karen J. Marcus
Print Name

FINKELSTEIN, THOMPSON & LOUGHRAN
1050 30th Street, N.W.
Washington, DC 20007
Tel: (202) 337-8000
Fax: (202) 337-8090

## CERTIFICATE OF SERVICE

I hereby certify that I have served the foregoing APPEARANCE electronically and via U.S. Postal Service, postage prepaid, on June 29, 2006 to:

Christopher J. Herrling
WILMER CUTLER PICKERING
HALE AND DORR LLP
1875 Pennsylvania Avenue NW
Washington, DC 20037
Tel: (202) 663-6000
Fax: (202) 663-6363

/s/ Laurance W. Frierson
FINKELSTEIN, THOMPSON &
LOUGHRAN
1050 30th Street, N.W.
Washington, DC 20007
Tel: (202) 337-8000
Fax: (202) 337-8090