# UNITED STATES DISTRICT COURT FOR
# THE DISTRICT OF COLUMBIA

_____

)
IN RE: XM SATELLITE RADIO HOLDINGS )
SECURITIES LITIGATION ) Case No. 06-0802 (ESH)
_____)

## RON PRICE'S MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF LEAD COUNSEL

Movant Ron Price respectfully submits this motion, pursuant to Section 21D(a)(3) of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3), as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), for an order: (i) appointing Movant as Lead Plaintiff in this action on behalf of call option purchasers, and (ii) approving Movants' selection of Finkelstein, Thompson & Loughran as Lead Counsel for the Class.

This Motion is based on the memorandum of law filed concurrently herewith, the Declaration of Donald J. Enright, and the Court's complete files and records in this action, as well as any oral argument the Court may request on this Motion.  A proposed order granting Movant's motion is appended hereto.

Dated: July 3, 2006                    FINKELSTEIN, THOMPSON &
                                                     LOUGHRAN


                                        _/S/ DONALD J. ENRIGHT_____
                                        Donald J. Enright  (MD 013551)
                                        The Duvall Foundry
                                        1050 30th Street, N.W.
                                        Washington, DC 20007
                                        (202) 337-8000

                                        **Counsel for Movant and Proposed Lead
                                        Counsel to the Option Class**

## CERTIFICATE OF SERVICE

I, Donald J. Enright affirm and attest that this Motion and the accompanying supporting memorandum of law, Declaration of Donald J. Enright and [Proposed] Order were served by first class mail and email upon the following:

Jonathan Cuneo
Cuneo Gilbert & LaDuca, LLP
507 C Street,  N.E.
Washington, D.C. 20002

Charles E. Davidow
WILMER CUTLER PICKERING
HALE AND DORR LLP
1875 Pennsylvania Avenue NW
Washington, DC 20006

Steven J. Toll
Joseph Helm
COHEN, MILSTEIN, HAUSFELD & TOLL,
P.L.L.C.
1100 New York Avenue NW
West Tower, Suite 500
Washington, DC 20005-3934

FORTNEY SCOTT
Burton J. Fishman
1750 K Street NW
Suite 325
Washington, DC 20006

Gary Edward Mason, Esq.
1225 19th Street
Suite 500
Washington, DC 20036

Sworn and subscribed this 3rd day of July, 2006.


*/S/ DONALD J. ENRIGHT*
Donald J. Enright