UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

IN RE: XM SATELLITE RADIO HOLDINGS  )
SECURITIES LITIGATION                                ) Case No. 06-0802 (ESH)
                                                                           )

**[PROPOSED] ORDER GRANTING**
**RON PRICE'S MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND**
<u>**APPROVAL OF SELECTION OF LEAD COUNSEL**</u>

Upon consideration of the Motion for Appointment as Lead Plaintiff and Approval of Selection of Lead Counsel filed by Ron Price, (the "Proposed Option Class Lead Plaintiff" or "Movant") and upon consideration of the record herein, it is hereby Ordered and Decreed as follows:

1.  Ron Price is hereby appointed Lead Plaintiff in this action on behalf of the proposed Option Class (consisting of all XM Satellite Radio Holdings, Inc. options purchasers during the period between July 28, 2005 and February 28, 2006) in accordance with 15 U.S.C. § 78u-4(a)(3)(B).

2.  Finkelstein, Thompson & Loughran is appointed as Lead Counsel for the Option Class in this action. Lead Counsel shall have the following responsibilities and duties to perform or delegate as appropriate:

    a)   to brief and argue motions;

    b)   to initiate and conduct discovery, including, without limitation, coordination of discovery with defendants' counsel, preparation of written interrogatories, requests for admission and requests for production of documents;

    c)   to direct and coordinate the examination of witnesses in

depositions;

   d)  to act as spokesperson at pretrial conferences;

   e)  to call and chair meetings of plaintiffs' counsel as Lead Counsel deems appropriate or necessary from time to time;

   f)  to initiate and conduct any settlement negotiations with counsel for defendants;

   g)  to provide general coordination of the activities of plaintiffs' counsel as Lead Counsel deems appropriate or necessary and to delegate work responsibilities to selected counsel as may be required in such a manner as to lead to the orderly and efficient prosecution of this litigation and to avoid duplication or unproductive effort;

   h)  to consult and employ experts;

   i)  to receive and review time reports of all attorneys on behalf of plaintiffs to determine if the time is spent appropriately and for the benefit of plaintiffs; and

   j)  to perform such other duties as may be expressly authorized by further order of this Court.


Dated: _____, 2006   BY THE COURT:

                     _____
                     Honorable Ellen S. Huvelle
                     Judge, United States District Court
                     For the District of Columbia