UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE: XM SATELLITE RADIO HOLDINGS SECURITIES LITIGATION | ) ) ) Case No. 06-0802 (ESH) ) |

**DECLARATION OF DONALD J. ENRIGHT IN SUPPORT OF
RON PRICE'S MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND
APPROVAL OF SELECTION OF LEAD COUNSEL**

I, Donald J. Enright, hereby declare as follows:

1. I am a partner with the law firm of Finkelstein, Thompson & Loughran.

2. I submit this Declaration, together with the attached exhibits, in support of Vernon E. Rudolph's Motion For Appointment As Lead Plaintiff And Approval of Selection of Lead Counsel.

Attached hereto as the indicated exhibits are the following:

Exhibit A:   The May 3, 2006 PRNewswire press release nationally announcing the filing of a class action against XM Satellite Radio Holdings, Inc., et al.

Exhibit B:   Ron Price's plaintiff's certification.

Exhibit C:   Mr. Price's damages calculation.

Exhibit D:   Finkelstein, Thompson and Loughran's firm resume.

I declare under penalty of perjury under the laws of the United States that the foregoing facts and exhibits are true and correct. Executed this 3rd day of July 2006, Washington, D.C.

/S/ *DONALD J. ENRIGHT*
Donald J. Enright

# EXHIBIT A

# EXHIBIT B

# EXHIBIT C

# EXHIBIT D