**Mr. Ron Price**
**XM Satellite Option Holdings**
**Jan 07 @ 35.00 Call**

| Purchase Date | # of Contracts | Price | Dollar Amount Paid |
|---|---|---|---|
| 9/30/2005 | 20 | $6.85 | $13,983 |
| Current Value | 20 | $0.18 a.) | $367 |
|  |  | Loss | -$13,616 |

a.) Average price for the trades that occurred during the 90 day period following the end of the class period.