

# FIRM RESUME
# 2006

**FINKELSTEIN, THOMPSON & LOUGHRAN**

Duvall Foundry · 1050 30th Street, NW · Washington, DC 20007

601 Montgomery Street · Suite 665 · San Francisco, CA 94111

# FINKELSTEIN, THOMPSON & LOUGHRAN

FINKELSTEIN, THOMPSON & LOUGHRAN ("FT&L") is a sixteen-lawyer litigation firm, with offices in Washington, D.C. and San Francisco, CA, focusing primarily on complex financial litigation involving antitrust violations, fraud and crime in the banking, securities and commodities industries, and consumer fraud.

By concentrating exclusively on litigation rather than a generalized transactional practice, the firm avoids the conflicts of interest, both actual and philosophical, that can arise from multi-faceted representation, and is able to offer the kind of hard-hitting approach that modern financial litigation demands. Since 1993, FT&L has served in a leadership position in cases that have recovered many hundreds of millions of dollars for investors and consumers.

The firm's professional staff includes not only experienced and expert lawyers but also a certified financial analyst with a financial market background. The firm draws on this in-house expertise to provide the cost-efficient and timely analysis of complex transactions needed in fast moving litigation. In addition, because the outcome of litigation is often dependent on the strength of expert testimony, the firm has developed strong working relationships with nationally prominent outside consultants in the areas of securities, commodities, antitrust, banking, consumer fraud, marketing and economics.

## HISTORY

The firm was founded in 1977 by Burton H. Finkelstein and Douglas G. Thompson, Jr. Thomas J. Loughran (deceased) joined the firm in 1984, directly from his position as Director of the Division of Enforcement at the Commodity Futures Trading Commission. The firm's offices are located in Georgetown in the historic Duvall Foundry and in San Francisco in the Financial District.

## EXPERIENCE

Our named partners have over sixty five years combined experience in the prosecution and defense of complex financial civil and criminal matters. Senior partner Burton H. Finkelstein is the former head of the Administrative and Criminal Trial Unit of the Securities and Exchange Commission. Douglas G. Thompson, Jr. is an alumnus of the securities litigation group of a major Washington, D.C. law firm. Thomas J. Loughran was a former Securities and Exchange Commission Special Counsel and former Director of the Division of Enforcement of the Commodity Futures Trading Commission. The other partners and associates have extensive experience in a variety of complex litigation fields. The firm has sixteen lawyers and a Chartered Financial Analyst. The firm has practiced before the Securities and Exchange Commission, Commodity Futures Trading Commission, Federal Trade Commission, Federal Communications Commission, U.S. Copyright Office, New York Stock Exchange, Chicago Board of Trade, National Association of Securities Dealers, National Futures Association, and in various state and federal trial and appellate courts across the country, in civil and criminal enforcement matters and in private damage litigation. The firm has considerable expertise and experience in defending and prosecuting complex financial class action claims.

FT&L is involved in class action litigation in federal and state courts nationwide. We have developed a reputation for successful and thorough representation of class clients against many of the largest and most powerful companies in the country. As part of our efforts to serve our clients' interests in the most effective and efficient manner possible, FT&L has established ongoing relationships with other class action law firms whose size, location or expertise complement our own. We have won judgments and negotiated settlements that have recovered an aggregate of over one half of a billion dollars for class members.

FT&L manages prominent roles in many of the largest nationwide class actions, including:

- In re Microsoft Windows Operating System Antitrust Litigation, MDL Docket No. 1332, the ongoing antitrust litigation against Microsoft Corporation, in which FT&L serves on the Executive Committee and co-chairs the Discovery and Settlement Committees.

- In re "Light" Cigarette Litigation, more than a dozen suits in states across the country against major tobacco manufacturers alleging consumer fraud relating to the manufacture and sale of so-called "light" cigarettes, in which FT&L plays a pivotal role in pursuing the claims of millions of class members.

- In re Merrill Lynch & Co., Inc. Research Reports Litigation, MDL Docket No. 1484, the consolidated securities fraud litigation involving allegedly false and misleading analyst reports issued by Merrill Lynch and their former internet analyst, Henry Blodget, in which FT&L serves on the Executive Committee and as Lead Counsel in six of the underlying actions.

- In re Bridgestone/Firestone, Inc., MDL Docket No. 1373, a nationwide action involving Ford Explorers equipped with allegedly defective Firestone tires, in which FT&L serves as Class Counsel on the Discovery Committee.

- Berwecky, et al. v. Bear, Stearns & Co., Inc., 97 Civ. 6257 (S.D.N.Y.), a certified class action involving Bear, Stearns' alleged participation in fraudulent acts committed by the A.R. Baron brokerage firm, in which FT&L serves as Co-Lead Counsel.

## SECURITIES & COMMODITIES CLASS ACTION LITIGATION

Since its inception in 1977, FT&L's securities litigation practice has extended across a wide range of shareholders' securities litigation, from accounting fraud, allegations of insider trading, proxy statement fights, and minority shareholder rights being violated to cases alleging misstatements in prospectuses. FT&L regularly litigates substantive federal issues under the Securities Act of 1933, the Securities Exchange Act of 1934, the Reform Act of 1995, tender offers under the Williams Act, derivative suits under State and Federal law, and unfair business practices claims.

Our clients include institutional investors, pension funds, high-net worth individuals, and retail investors. While few of these class action securities suits go to trial, substantial skill and experience is required to investigate, prepare, and litigate the underlying claims to successful resolution. FT&L enjoys a national reputation for high-quality and successful recoveries for our clients.

SETTLED REPRESENTATIVE SECURITIES CLASS ACTION CASES

1.  PaineWebber Securities Litigation, 94 Civ. 8547 (SHS) - Executive Committee member; $200 million settlement achieved.

2.  Prudential Securities Litigation, MDL 1005 - Executive Committee member & Co-Chair of Settlement Committee; $150 million settlement achieved.

3.  Kidder Peabody Securities Litigation, 94 Civ. 3954 (JFK) - Executive Committee member; $19 million settlement achieved.

4.  Holly Glenn v. Polk Audio, Inc., Civ. No. 24-C-99-004768 - Co-lead Counsel; $4.8 million settlement achieved (an increase of nearly 50% of shareholder buyout value).

ONGOING REPRESENTATIVE SECURITIES CLASS ACTION CASES

1.  In re InterBank Funding Corp. Securities Litigation, 02-CV-1490 (JDB) – FT&L has been appointed sole Lead Counsel on behalf of a class of 3,100 noteholders.

2.  E. Paul Roberts v. Dean Witter Reynolds, Inc. et al., 8:02-CV-2115-T-26EAJ - FT&L has been appointed Lead Counsel in an action alleging that Defendants manipulated the market price of e-Net stock by engaging in unauthorized trading in the accounts of certain Dean Witter customers in order to stabilize the price of e-Net, creating and promoting a plan to withhold stock from short sellers to effect a "short squeeze" and by making false statements to discourage clients from selling e-Net.

3.  Freeland v. Iridium World Communications, Ltd., 99-cv-1002 (D.D.C.), a consolidated securities fraud class action against Motorola, Inc. and other corporate entities in connection with the development and deployment of the Iridium satellite telephone network, in which FT&L serves as Liaison Counsel and a member of the Lead Plaintiffs' Executive Committee.

4.  In re Allied Irish Banks PLC Securities Litigation, 02 Civ. 1738 (S.D.N.Y), a consolidated securities fraud class action against Allied Irish Banks, PLC and its subsidiary Allfirst Bank, in connection with Allfirst employee John Rusnak's fraudulently concealed currency speculation losses of $691 million, in which FT&L serves as sole lead counsel.

5.     In re En Pointe Technologies, Inc. Securities Litigation, 01-CV-0205 (S.D. Cal.), a consolidated securities fraud class action in which FT&L serves as co-lead counsel, involving allegations of a boiler-room style manipulation of the company's securities and massive insider sales.

6.     In re Xicor, Inc. Shareholder Litigation, 04-CV-017801 (Superior Ct. of Santa Clara, Cal.), a consolidated shareholder class action in which FT&L serves as co-class counsel, involving allegations that the company's board of directors breach their fiduciary duties in agreeing to an acquisition by Intersil Corp. for inadequate consideration, and recommending that shareholders vote to approve such acquisition.

7.     Freeport Partners, LLC v. Allbritton, et al., 04 CV 02030 (D.D.C.), a putative RICO class action on behalf of shareholders of Riggs National Corporation against certain officers and directors of the company, in connection with money laundering and wire fraud allegations that forced the defendants to agree to sell the company to PNC Bank for grossly inadequate consideration.

## ANTITRUST CLASS ACTION LITIGATION

Federal and state antitrust laws are primarily concerned with protecting the economy and promoting competition between businesses by preventing (i) collusion among "competitors" that might result in restraints on competition in a given industry or market, and (ii) anticompetitive conduct by a particular entity who holds monopoly power in a given industry or market.

FT&L is involved in several cases on behalf of individuals and businesses that have been injured by the anti-competitive behavior of other companies. These cases involve allegations such as market manipulation, monopolization, price-fixing, and predatory practices. Below is a sample of the cases in which we are intensively involved:

SETTLED REPRESENTATIVE ANTITRUST CLASS ACTION CASES

1.     In re Relafen Antitrust Litigation, 01-CV-12239 (WGY) - Executive Committee member in federal direct purchaser case, settlement achieved - $175 million.

2.     Heliotrope General, Inc. v. Sumitomo Corporation, et al., Master Case No. 701679 - Executive Committee member; settlement achieved - $43.5 million.

3.     National Metals, Inc. v. Sumitomo Corp., Case No. 734001 - Co-lead Counsel, settlements achieved with several defendants for $81 million.

4.     In re Warfarin Sodium Antitrust Litigation, MDL Docket No. 1232 (SLR) - Discovery Committee member and Co-lead Counsel in state case; settlement achieved in the companion national case - $44.5 million.

ONGOING REPRESENTATIVE ANTITRUST CLASS ACTION CASES

1.    <u>In re Microsoft Windows Operating System Antitrust Litigation</u>, MDL Docket No. 1332 - Discovery & Settlement Committee member, suit alleges that Microsoft monopolizes the Windows operating system desktop which results in less competition and higher prices to consumers.

2.    <u>Stein v. Pacific Bell et al.</u>, No. C-00-2915 SI - Lead Counsel, suit alleges that Pacific Bell monopolizes the DSL market in California which results in less competition and higher prices to consumers.

## CONSUMER CLASS ACTION LITIGATION

In federal and state courts throughout the country, FT&L represents consumers who have been injured or defrauded.  Our cases involve individuals or classes of individuals who have been physically or economically damaged by the wrongdoing of others.  Some of our cases seek to obtain financial relief, medical monitoring, injunctions and revised notification for classes of plaintiffs.  Some of the cases we have brought include:

SETTLED REPRESENTATIVE CONSUMER CLASS ACTION CASES

1.    <u>Gael M. Carter, et al. v. Associates Financial Services Co., Inc., et al.</u>, No. 96-04652-I.  FT&L plays a pivotal role in pursuing the claims of millions of class members in a number of suits in states across the country against The Associates n/k/a Citifinancial alleging consumer fraud relating to home equity and personal loan terms.  Tentative settlements achieved in the state, federal and companion FTC cases totaling $240 million.

2.    <u>In re The Coca-Cola Company Apple Juice Consumer Litigation</u>, Master Case No. E-47054 (Fulton County Superior Court) The firm served as Counsel in this consumer class action based upon the sale of adulterated juice products.  $5.25 million settlement achieved.

3.    <u>In re Nestle Juice Products Litigation</u>, Master File No. 976510 (Cal. Super. Ct. San Francisco County).  $3.5 million settlement achieved.

4.    <u>Miniblind Cases, Coordinated Proceeding Special Title</u> (Rule 1550(b)), Judicial Counsel Coordination Proceeding No. 3257 (Cal. Super. Ct. San Francisco County).  The firm served as Counsel in this consumer class action based upon the sale of miniblinds containing unsafe levels of lead.

5.    <u>Tepper v. Tropicana Products, Inc., et al.</u>, Case No. CA-96-846 (Circuit Court of the Twelfth Judicial Circuit of the State of Florida, Manatee County, General Civil Division).  The firm served as Counsel in this consumer class action based

upon the sale of adulterated juice products.  $1.15 million settlement achieved.

ONGOING REPRESENTATIVE CONSUMER CLASS ACTION CASES

1.    In re Baycol Products Litigation, MDL Docket No. 1431 - Discovery Committee
      Member in this consolidated multidistrict litigation alleging that this commonly
      prescribed cholesterol lowering drug caused rhabdomyolysis, a disease which
      causes damage to muscle, kidney failure or other injuries.

2.    In re "Light" Cigarette Litigation, Co-lead Counsel, more than a dozen suits in
      states across the country against major tobacco manufacturers alleging consumer
      fraud relating to the manufacture and sale of so-called "light" cigarettes, in which
      FT&L has been successful in obtaining class certifications in various states.

## COMMUNICATIONS AND COPYRIGHT LAW PRACTICE

FT&L lawyers have represented clients in federal courts and before administrative
agencies (such as the Copyright Royalty Tribunal, the Copyright Office, and the Federal
Communications Commission) and the U.S. Congress.  Clients include foreign and domestic
media firms with interests in broadcasting, entertainment, cable television and satellite
communications.

## BURTON H. FINKELSTEIN
Partner

BURTON H. FINKELSTEIN has practiced securities litigation for more than forty years, first with the Securities and Exchange Commission and then in private practice. At the SEC he was special trial counsel and an Assistant Director of the Enforcement Division, where he was in charge of the administrative, civil and criminal litigation nationwide enforcement program. In 1970 he joined the New York firm of Phillips, Nizer, Benjamin, Krim & Ballon and was a partner in their Washington, D.C. office until 1977, when he and Mr. Thompson formed the firm now known as Finkelstein, Thompson & Loughran.

In private practice Mr. Finkelstein has participated in more than twenty securities fraud trials in cities throughout the United States, representing broker-dealers, principals and securities salesmen, attorneys, accountants, publicly and privately held companies and officers and directors of such companies. He has also represented companies and individuals in SEC investigations, and has served as special counsel to public companies in conducting internal investigations.

Mr. Finkelstein earned a B.B.A. degree in accounting from City College of New York in 1959 and an L.L.B. degree from the University of Pennsylvania in 1962. After military service and a brief stint as law clerk to the General Counsel of the Federal Power Commission, he began his securities litigation career as trial counsel at the SEC's Washington Regional Office.

Mr. Finkelstein has appeared as a panelist in securities litigation and enforcement seminars for the Practicing Law Institute, New York Law Journal and the American Law Institute - American Bar Association (ALI-ABA). He was an adjunct professor of law at Georgetown University Law School from 1979 to 1998. His course was entitled "Securities and Financial Frauds - Enforcement and Litigation."

# DOUGLAS G. THOMPSON, JR.
Partner

DOUGLAS G. THOMPSON has specialized in administrative and civil trial and appellate litigation in private practice for over twenty years. His practice has been concentrated in the areas of securities, commodities, banking, communications, and other complex business and financial transactions. Mr. Thompson has represented clients in federal court and before the Securities and Exchange Commission, the Commodity Futures Trading Commission, the Federal Trade Commission, the Federal Communications Commission, the Copyright Royalty Tribunal, and the Criminal Division of the Department of Justice. Over the past several years, Mr. Thompson has litigated securities and commodities claims in failed savings and loan cases on behalf of the RTC and FDIC. As lead counsel for the FDIC, Mr. Thompson recently won a jury verdict of more than $1 million after a lengthy trial involving commodities fraud issues.

Mr. Thompson received his A.B. and M.A. degrees in economics from Stanford University and his J.D. degree from Stanford Law School in 1969. He taught at the Stanford Law School in 1969-70 and clerked for Judge Ben. C. Duniway of the United States Court of Appeals, Ninth Circuit, in 1970-71. Following his clerkship, Mr. Thompson joined the law firm of Wilmer, Cutler & Pickering, Washington, D.C., where he was a litigator in communications and securities law. In 1977, he joined with Mr. Finkelstein in the formation of the firm now known as Finkelstein, Thompson & Loughran.

Mr. Thompson is a member of the bar of the District of Columbia and the State of California and of several federal district and appellate courts.

## L. KENDALL SATTERFIELD
Partner

KENDALL SATTERFIELD joined Finkelstein, Thompson & Loughran in 1985. Mr. Satterfield practices in the fields of both antitrust and consumer fraud class action litigation. Additionally, he has represented private clients and federal banking agencies in civil and administrative litigation involving securities and commodities fraud, federal banking law and accountant malpractice. Mr. Satterfield also represents Canadian broadcasters and television production companies in matters involving cable television copyright royalties before the United States Copyright Office and has practiced before the Federal Communications Commission.

Mr. Satterfield is a 1981 graduate of Ohio Northern University where he received a Bachelor of Sciences degree with Highest Honors in Business Administration. He then attended Emory University where he received his Juris Doctor in 1984. He is a member of the District of Columbia and Georgia Bars.

**MILA F. BARTOS**
Partner

MILA F. BARTOS has been with Finkelstein, Thompson & Loughran since January 1995. Ms. Bartos practices in the fields of both antitrust litigation and consumer fraud class action cases, including adulterated and toxic products. She is a 1990 graduate of the University of Wisconsin - Madison where she received a joint Bachelor of Arts degree in English and Communications. Ms. Bartos then attended the American University Washington College of Law where she received her Juris Doctor in 1993. At American University, Ms. Bartos was a co-founder of the American University Journal of Gender and Law and was a member of the Editorial Board.

Ms. Bartos is the author of the article, "Law Firm Collaboration Via Extranets" published in the Law Library Resource Xchange. She is also an active member of the Chairman's Council of the Appleseed Foundation. Ms. Bartos is a member of the Maryland and District of Columbia Bars.

**DONALD J. ENRIGHT**
Partner

DONALD J. ENRIGHT joined Finkelstein, Thompson & Loughran as an associate in 1996, and became a partner in January 2004. He is a 1993 cum laude graduate of Drew University, where he earned a Bachelor of Arts in Political Science and Economics, and a 1996 graduate of the George Washington University National Law Center, where he received his Juris Doctor. He was a Member Editor of The George Washington University Journal of International Law and Economics from 1994 to 1996, and clerked for the House Judiciary Committee in 1994. He is a member of the Bars of Maryland, New Jersey and the District of Columbia, and is admitted to practice before several United States District Courts and Circuit Courts of Appeal.

Mr. Enright practices in the fields of securities, commodities, consumer fraud and other commercial litigation, and on behalf of the firm represents several institutional investors in connection with the firm's shareholder litigation practice. He won a landmark appellate decision addressing the post-PSLRA scienter pleading standard in the Fifth Circuit in *Nathenson v. Zonagen, Inc.*, 267 F.3d 400 (5th Cir. 2001), and recently won a judgment after four days of trial in *United States Securities and Exchange Commission v. Butler*, 2005 U.S. Dist. LEXIS 7194 (W.D. Pa. April 18, 2005). Mr. Enright works out of the firm's Washington, D.C. offices, and was named as one of Washington's "Top Lawyers" in the December 2004 issue of Washingtonian magazine.

## TRACY D. REZVANI
Partner

TRACY D. REZVANI joined Finkelstein, Thompson & Loughran in September 1996. Ms. Rezvani practices in the fields of securities, antitrust and consumer fraud litigation. She is a 1993 graduate of the University of Maryland-College Park where she received a Bachelor of Science degree in Business & Management. Ms. Rezvani then attended the George Washington University Law School where she received her Juris Doctor in May 1996. At George Washington University, Ms. Rezvani was a member editor of The George Washington Journal of International Law & Economics.

Ms. Rezvani is a member of the District of Columbia and Maryland Bars and is admitted to practice before the United States Supreme Court and the U.S. District Courts for the Districts of Maryland and the District of Columbia. Ms. Rezvani is currently serving as an editor for the Iranian-American Bar Association's *IABA Review*. Her published works include "From *Marbury* to *Rasul*: Two Centuries' Expansion on the Question of Jurisdiction" 1 IABA Review 10 (Winter 2005). Ms. Rezvani practices in the Washington, D.C. office.

**RICHARD M. VOLIN**
Partner

RICHARD M. VOLIN joined Finkelstein, Thompson & Loughran in September, 1997 and currently practices in the fields of antitrust and consumer fraud litigation. He is a 1991 graduate of the University of Michigan at Ann Arbor, where he received a Bachelor of Arts degree in English. Mr. Volin then attended the George Washington University Law School, where he received his Juris Doctor with Honors in 1996. During law school, Mr. Volin worked as an intern for the Honorable Marian Blank Horn in the United States Court of Federal Claims. Upon graduation, he served as a judicial law clerk to the Honorable Conrad N. Koch and the Honorable Betty J. Lester in the New Jersey Superior Court for Essex County.

He is a member of the Bars of Maryland, New Jersey and the District of Columbia, and is admitted to practice in the United States District Courts for the District of Columbia, the District of Maryland and the District of New Jersey.

## HALLEY F. ASCHER
Associate

HALLEY F. ASCHER joined Finkelstein, Thompson & Loughran in September 2001. Ms. Ascher practices in the fields of securities, consumer fraud and antitrust litigation. She is a 1992 cum laude graduate of the University of Pennsylvania where she received a Bachelor of Arts degree in Elementary Education and a minor in English. Ms. Ascher then attended University of Pennsylvania Law School where she received her Juris Doctor with Honors in 1996. While in law school, Ms. Ascher was a research assistant for Professor Heidi M. Hurd specializing in the area of legal philosophy. She also participated in the University of Pennsylvania Civil Practice Clinic where she was responsible for family law and other civil cases. She is a member of the Maryland and District of Columbia bars.

Ms. Ascher was previously an associate at a large Washington, DC firm where she specialized in insurance coverage litigation, and has also worked at a large Philadelphia firm where she specialized in intellectual property litigation and import/export compliance.

# ALI OROMCHIAN
Associate

ALI OROMCHIAN joined Finkelstein, Thompson & Loughran in January 2003. Mr. Oromchian practices in the fields of securities and antitrust litigation. He is a 1999 graduate of the University of California at Davis, where he received a Bachelor of Arts degree with Honors in Political Science and Rhetoric & Communications. Mr. Oromchian then attended the University of California, Davis School of Law, where he received his Juris Doctor in 2002. During law school, Mr. Oromchian worked for the Honorable Connie Callahan at the California Court of Appeals for the Third District. During law school, Mr. Oromchian was the Editor-in-Chief of the Business Law Journal. Upon graduation, he attended The George Washington University Law School where he received an LL.M.

Mr. Oromchian is a member of the California Bar and the District of Columbia Bar and practices in the firm's San Francisco office.

## HILARY K. RATWAY
Associate

HILARY K. RATWAY joined Finkelstein, Thompson & Loughran in November 2003. Ms. Ratway practices in the fields of antitrust, consumer fraud, and securities litigation. She is a 1996 graduate of the University of Colorado, where she received a Bachelor of Arts degree in Environmental Studies. Ms. Ratway then attended American University Washington College of Law, where she received her Juris Doctor, cum laude in 2000. During law school, Ms. Ratway worked for the United States Supreme Court in the Office of Legal Counsel, as well as for the Honorable Ricardo M. Urbina at the United States District Court for the District of Columbia. Before joining Finkelstein, Thompson & Loughran, Ms. Ratway practiced antitrust and consumer fraud litigation for firms in San Francisco and Philadelphia.

Ms. Ratway is a member of the California and District of Columbia bars.

## KAREN J. MARCUS
Associate

KAREN J. MARCUS joined Finkelstein, Thompson & Loughran in April 2004.  Ms. Marcus practices in the fields of antitrust and consumer fraud litigation.  She is a 1999 graduate of the University of Miami, where she received a Bachelor of Arts degree with honors in English.  Ms. Marcus then attended The George Washington University Law School where she received her Juris Doctor, cum laude in 2002.  During law school, Ms. Marcus worked as an intern for the Environmental Protection Agency in the Office of Enforcement.  While in law school, Ms. Marcus worked as a research assistant for Professor Renee Lerner specializing in the areas of legal history and criminal procedure.  She also participated in The George Washington University Law School Environmental Law Clinic and was Vice President of the Environmental Law Association during law school.

Ms. Marcus is a member of the Virginia, Maryland and District of Columbia bars.

## MICHAEL G. McLELLAN
Associate

MICHAEL G. McLELLAN joined Finkelstein, Thompson & Loughran in May 2004. Mr. McLellan practices in the fields of securities, antitrust and consumer fraud litigation. He is a 1996 graduate of the University of South Carolina, where he received a Bachelor of Arts degree in English. Mr. McLellan also attended the University of South Carolina of Law, where he received his Juris Doctor in 2003. During law school, Mr. McLellan served as Articles Editor for the South Carolina Law Review and was awarded membership in the Order of the Wig and Robe. Upon graduation, Mr. McLellan attended the American University Washington College of Law, where he received an LL.M. in Law and Government, magna cum laude in 2004. While pursuing his LL.M. degree, Mr. McLellan worked as an intern for the Securities and Exchange Commission in the Division of Enforcement and volunteered as a Constitutional Law teacher at Ballou Stay High School. He additionally worked as an independent researcher for the Association of Corporate Counsel.

Mr. McLellan is a member of the South Carolina and District of Columbia bars.

## CHRISTINE G. PEDIGO
Associate

CHRISTINE G. PEDIGO joined Finkelstein, Thompson & Loughran in June 2004. Ms. Pedigo practices in the fields of antitrust, consumer fraud and securities litigation. She is a 1997 graduate of the San Francisco State University, where she received a Bachelor of Arts degree in English Literature. Ms. Pedigo then attended the University of California, Davis School of Law, where she received her Juris Doctor in 2000. During law school, Ms. Pedigo served as Editor-in-Chief for the Journal of Juvenile Law & Policy, was a member of King Hall Law Review, and externed for the Honorable Gerald Burrell in the Eastern District of California. Ms. Pedigo has published "The Portrayal of the Legal System in Young Adult Literature," 2 Davis J. of Juv. L. & Pol'y 17 (1998) and "Protecting Students' Fourth Amendment Rights: Alternatives to School Mandated Urinalysis," 4 Davis J. of Juv. L. & Pol'y 175 (2000).

Ms. Pedigo is a member of the California bar and practices in the San Francisco office.

**BENJAMIN J. WEIR**
Associate

BENJAMIN J. WEIR joined Finkelstein, Thompson & Loughran in November 2004. Mr. Weir practices in the fields of securities, antitrust and consumer fraud litigation. He graduated from Gettysburg College in 2001, where he received a Bachelor of Arts degree in Political Science. Mr. Weir then matriculated to American University, Washington College of Law, and received a Juris Doctorate degree in 2004. While in law school, Mr. Weir held an internship at The Investor Responsibility Research Center and at the Federal Aviation Administration, Office of the Chief Counsel. He also served as a staff member of *The Administrative Law Review* while in law school.

Mr. Weir is a member of the District of Columbia and Commonwealth of Virginia bars and is admitted to practice in the Eastern District of Virginia.

**STAN M. DOERRER**
Associate

STAN M. DOERRER joined Finkelstein, Thompson & Loughran in March 2006.  Mr. Doerrer practices in the fields of securities, antitrust and consumer fraud litigation.  He graduated cum laude from Colorado College in 1998, where he received a Bachelor of Arts degree in Economics.  Mr. Doerrer worked as a management consultant for four years prior to attending the George Washington Law School where he received his Juris Doctorate degree in 2005.  While in law school, Mr. Doerrer completed a legal internship with the U.S. Department of Justice Antitrust Division and served as an Articles Editor for the American Intellectual Property Law Association Quarterly Journal.

Mr. Doerrer is a member of the Colorado bar and practices in the Washington, D.C. office.

**ELISA P. LAIRD**
Associate

Elisa Laird has been associated with Finkelstein, Thompson & Loughran since March 2006. Ms. Laird graduated cum laude from East Carolina University in 1995, where she received her Bachelor of Science in Communications and Minor in Sign Language Interpreter Preparation. She attended Golden Gate University School of Law and received her Juris Doctorate in 2002. Ms. Laird is the author of "The Law is Straight and narrow, How American Courts Define Familes," published by the Feminist Legal Theory Symposium of the Cardozo Women's Law Journal. Prior to attending law school, Ms. Laird worked for over seven years as a sign language interpreter and a deaf services coordinator.

Ms. Laird is a member of the California bar and practices in the San Francisco office.

**ROBERTO G. GARCIA**, CFA, CFE
Financial Analyst

ROBERTO G. GARCIA, CFA, CFE received his Masters in Economics from the University of Missouri in 1982. He was awarded his Chartered Financial Analyst charter in 1989. In 2004, Mr. Garcia earned the Certified Fraud Examiner certificate. Mr. Garcia has experience as a financial analyst, portfolio manager, securities broker, bond trader, credit analyst, debt manager, and litigation analyst. As a financial institution liquidity manager, Mr. Garcia was responsible for up to $200 million of short term investments, up to $700 million of outstanding debt, and provided assistance to the RTC and FSLIC by valuing, analyzing, or directly selling over $1 billion of assets. Mr. Garcia has constructed cash flow models for each loan of a $400 million commercial real estate loan portfolio to ensure the accurate application of internal rate of return valuation measures, developed a bank credit scoring system to protect a $100 million portfolio of Fed Funds investments, and created FHLMC securities from mortgage loans. Mr. Garcia has also analyzed the secondary market trading operations and determined the ongoing profitability of a mortgage banking subsidiary with over $6 billion in loan servicing. He also priced branch purchases totaling over $650 million in deposits, evaluated corporate acquisitions, made asset/liability strategy recommendations, and prepared bid packages for the sale of a $2 billion savings association.

While at FT&L, Mr. Garcia has valued the stock of companies involved in merger negotiations, computed damages, analyzed trading strategies, constructed trial exhibits, applied hedge accounting techniques, and reviewed portfolio compositions in cases involving stocks, options, swaps, caps, futures (equity, commodity, and fixed income), conventional mortgage-backed securities, MBS derivatives, loan servicing rights, limited partnership units, fixed income instruments, mutual funds, and synthetic securities. He has developed systematic damage computation techniques for large class action lawsuits including a case that involved more than 600 different limited partnerships and over $3 billion in potential losses.

## LAURANCE W. FRIERSON
Paralegal

LAURANCE W. FRIERSON has worked at Finkelstein, Thompson & Loughran since 2005. He is a graduate of the College of William and Mary, where he received a Bachelor of Arts degree in International Relations in 2004 (Monroe Scholar). During his undergraduate studies he interned at the International Helsinki Federation for Human Rights in Vienna, Austria.