IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In re XM Satellite Radio Holdings Securities Litigation | ) ) ) ) ) **Civil Action No. 06-0802** |
| This Document Relates To: All Plaintiffs | ) ) ) ) |

**NOTICE OF MOTION OF VICTOR VENTIMIGLIA FOR
APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL
<u>OF SELECTION OF CO-LEAD COUNSEL AND LIAISON COUNSEL</u>**

PLEASE TAKE NOTICE that Victor Ventimiglia, ("Ventimiglia" or "Movant"), by and through Movant's counsel, will hereby move this Court will hereby move this Court, on a date and at a time designated by the Court, for the entry of an Order (attached hereto as Exhibit A): (i) appointing Movant as lead plaintiff; (ii) approving Movant's selection of co-lead counsel and liaison counsel; and (iii) granting such other relief as the Court may deem just and proper.

PLEASE TAKE FURTHER NOTICE that in support of this motion, Movant shall rely upon: 1) this Notice of Motion; 2) the Memorandum of Law in Support of the Motion of Victor Ventimiglia for Appointment As Lead Plaintiff and Approval of Selection of Co-Lead Counsel and Liaison Counsel, dated July 3, 2006; 3) the Declaration of Gary E. Mason in Support of the Motion of Victor Ventimiglia for Appointment As Lead Plaintiff and Approval of Selection of Co-Lead Counsel and Liaison Counsel and supporting Exhibits, 4) all of the prior pleadings and proceedings had herein; and 5) such other evidence as the Court may consider at the hearing on this motion.

Dated: July 3, 2006

    Respectfully submitted,

    **THE MASON LAW FIRM, P.C.**

    By:_____/s  Gary E. Mason_____
        Gary E. Mason
        1225 19th St., NW, Suite 500
        Washington, D.C. 20036
        Tel: (202) 429-2290
        Fax: (202) 429-2294

    **Proposed Liaison Counsel For**
    **Plaintiffs and The Class**

STULL, STULL & BRODY
Howard T. Longman
James E. Lahm
6 East 45th Street
New York, NY 10017
Tel: (212) 687-7230
Fax: (212) 490-2022

KANTROWITZ GOLDHAMER &
GRAIFMAN, P.C.
Gary Graifman
747 Chestnut Ridge Road, Suite 200
Chestnut Ridge, NY 10977
Tel:  (845) 356-2570
Fax: (845) 356-0799

**Proposed Co-Lead Counsel For
Plaintiffs and The Class**