IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **In re XM Satellite Radio Holdings Securities Litigation** ) ) ) ) | **Civil Action No. 06-0802** |
| **This Document Relates To: All Plaintiffs** ) ) ) ) | |

**NOTICE OF MOTION OF VICTOR VENTIMIGLIA FOR
APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL
OF SELECTION OF CO-LEAD COUNSEL AND LIAISON COUNSEL**

PLEASE TAKE NOTICE that Victor Ventimiglia, ("Ventimiglia" or "Movant"), by and through Movant's counsel, will hereby move this Court will hereby move this Court, on a date and at a time designated by the Court, for the entry of an Order (attached hereto as Exhibit A): (i) appointing Movant as lead plaintiff; (ii) approving Movant's selection of co-lead counsel and liaison counsel; and (iii) granting such other relief as the Court may deem just and proper.

PLEASE TAKE FURTHER NOTICE that in support of this motion, Movant shall rely upon: 1) this Notice of Motion; 2) the Memorandum of Law in Support of the Motion of Victor Ventimiglia for Appointment As Lead Plaintiff and Approval of Selection of Co-Lead Counsel and Liaison Counsel, dated July 3, 2006; 3) the Declaration of Gary E. Mason in Support of the Motion of Victor Ventimiglia for Appointment As Lead Plaintiff and Approval of Selection of Co-Lead Counsel and Liaison Counsel and supporting Exhibits, 4) all of the prior pleadings and proceedings had herein; and 5) such other evidence as the Court may consider at the hearing on this motion.

Dated: July 3, 2006

        Respectfully submitted,

        **THE MASON LAW FIRM, P.C.**

        By:     /s  Gary E. Mason
            Gary E. Mason
            1225 19th St., NW, Suite 500
            Washington, D.C. 20036
            Tel: (202) 429-2290
            Fax: (202) 429-2294

        **Proposed Liaison Counsel For
        Plaintiffs and The Class**

2

        STULL, STULL & BRODY
        Howard T. Longman
        James E. Lahm
        6 East 45th Street
        New York, NY 10017
        Tel: (212) 687-7230
        Fax: (212) 490-2022

        KANTROWITZ GOLDHAMER &
        GRAIFMAN, P.C.
        Gary Graifman
        747 Chestnut Ridge Road, Suite 200
        Chestnut Ridge, NY 10977
        Tel:  (845) 356-2570
        Fax: (845) 356-0799

        **Proposed Co-Lead Counsel For**
        **Plaintiffs and The Class**