**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **In re XM Satellite Radio Holdings Securities Litigation** | )<br>)<br>)<br>) **Civil Action No. 06-0802**<br>) |
| **This Document Relates To:<br>All Plaintiffs** | )<br>)<br>)<br>) |

**PROPOSED ORDER GRANTING THE MOTION OF VICTOR VENTIMIGLIA
FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL
<u>OF SELECTION OF CO-LEAD COUNSEL AND LIAISON COUNSEL</u>**

Having considered the motion of Movant Victor Ventimiglia for appointment as Lead Plaintiff and approval of selection of Co-Lead Counsel and Liaison Counsel, and the memorandum of law and declaration of Gary E. Mason in support thereof, and good cause appearing therefor:

APPOINTMENT OF LEAD PLAINTIFF, CO-LEAD COUNSEL, AND LIAISON COUNSEL

1. The following movant and class member is appointed as Lead Plaintiff pursuant to Section 21D (a)(3)(B) of the Securities Exchange Act of 1934 ("Exchange Act"): Victor Ventimiglia.

2. The law firms of Stull, Stull & Brody and Kantrowitz Goldhamer & Graifman, P.C. are hereby appointed as Co-Lead Counsel.

3. The Mason Law Firm, P.C. is hereby appointed as Liaison Counsel.

4. With the approval of the Court, Co-Lead Counsel shall assume and exercise the following powers and responsibilities:

   a. To coordinate the briefing and argument of motions;

   b. To coordinate the conduct of written discovery proceedings;

   c. To coordinate the examination of witnesses in depositions;

   d. To coordinate the selection of counsel to act as spokesperson at pre-trial conferences;

   e. To call meetings of the plaintiffs' counsel as they deem necessary and appropriate from time to time;

   f. To conduct all settlement negotiations with counsel for the defendants;

   g. To coordinate and direct the preparation for trial, and the trial of this matter and to delegate work responsibilities to selected counsel as may be required;

   h. To receive orders, notices, correspondence and telephones calls from the Court on behalf of all plaintiffs, and to transmit copies of such telephone calls to plaintiffs' counsel; and

   i. To supervise any other matters concerning the prosecution or resolution of the Consolidated action.

 5. With respect to scheduling and/or procedural matters, defendants' counsel may rely upon all agreements with Co-Lead Counsel.

 6. No pleadings or other papers shall be filed or discovery conducted by any plaintiff except as directed or undertaken by Co-Lead Counsel.

 7. Counsel in any related action that is consolidated with this action shall be bound by this organizational structure of plaintiffs' counsel.

SERVICE OF PLEADINGS AND OTHER PARTIES

 8. Service by the defendants on plaintiffs of any papers shall be deemed to be complete for all purposes when a copy is served on Co-Lead Counsel.

 SO ORDERED THIS _____$^{th}$ day of _____, 2006:

            _____
            U.S.D.J.