# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In re XM Satellite Radio Holdings Securities Litigation | ) ) ) ) ) Civil Action No. 06-0802 ) |
| This Document Relates To: All Plaintiffs | ) ) ) ) |

## NOTICE OF FILING OF DECLARATION OF GARY E. MASON

PLEASE TAKE NOTICE that Victor Ventimiglia, hereby files this Notice of Filing of the Declaration of Gary E. Mason as an attachment to Notice of Motion of Victor Ventimiglia for Appointment as Lead Plaintiff and Approval of Selection of Co-Lead Counsel and Liaison Counsel.

Dated: July 3, 2006

                                Respectfully submitted,

                                **THE MASON LAW FIRM, P.C.**

                       By:     /s  Gary E. Mason
                                Gary E. Mason
                                1225 19th St., NW, Suite 500
                                Washington, D.C. 20036
                                Tel: (202) 429-2290
                                Fax: (202) 429-2294

                                **Proposed Liaison Counsel For Plaintiffs and The Class**

STULL, STULL & BRODY
Howard T. Longman
James E. Lahm
6 East 45th Street
New York, NY 10017
Tel: (212) 687-7230
Fax: (212) 490-2022

KANTROWITZ GOLDHAMER &
GRAIFMAN, P.C.
Gary Graifman
747 Chestnut Ridge Road, Suite 200
Chestnut Ridge, NY 10977
Tel:  (845) 356-2570
Fax: (845) 356-0799

**Proposed Co-Lead Counsel For
Plaintiffs and The Class**