**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **In re XM Satellite Radio Holdings Securities Litigation** ) ) ) ) **This Document Relates To: All Plaintiffs** ) ) ) ) ) | **Civil Action No. 06-0802** |

**DECLARATION OF GARY E. MASON IN SUPPORT OF THE MOTION
OF VICTOR VENTIMIGLIA FOR APPOINTMENT AS LEAD PLAINTIFF AND
<u>APPROVAL OF SELECTION OF CO-LEAD COUNSEL AND LIAISON COUNSEL</u>**

I, Gary E. Mason, hereby declare:

1. I am an attorney at the law firm of The Mason Law Firm, P.C. I submit this Declaration in support of the motion of Victor Ventimiglia for appointment as Lead Plaintiff and approval of his selection of Co-Lead Counsel and Liaison Counsel.

2. Attached hereto as Exhibit A is a true and correct copy of the notice published over PrimeZone Media Network on May 3, 2006.

3. Attached hereto as Exhibit B is a true and correct copy of the plaintiff's certification executed by Victor Ventimiglia, demonstrating his class standing and requisite financial interest in the outcome of the litigation.

4. Attached hereto as Exhibit C is a chart summarizing the transactions of Victor Ventimiglia in XM Satellite Radio Holdings Inc. common stock during the Class Period.

5. Attached hereto as Exhibit D is a true and correct copy of the firm résumé of Stull, Stull & Brody.

6. Attached hereto as Exhibit E is a true and correct copy of the firm résumé of Kantrowitz Goldhamer & Graifman, P.C.

7. Attached hereto as Exhibit F is a true and correct copy of the firm résumé of The Mason Law Firm, P.C.

Executed on this 3rd day of July, 2006.

                                                          s/ Gary E. Mason
                                                            Gary E. Mason