# Exhibit B

# CERTIFICATION OF NAMED PLAINTIFF
# PURSUANT TO FEDERAL SECURITIES LAWS

I, VICTOR VENTIMIGLIA ("Plaintiff") duly swear and say:

1. I have reviewed the complaint filed in the matter against XM Satellite, approve the allegations made and authorize the filing of an amended complaint or a motion for lead plaintiff on my behalf.

2. My purchase of shares of XM SATELLITE RADIO HOLDINGS, INC common stock, the security that is the subject of this action, was not at the direction of counsel or in order to participate in this private action.

3. I am willing to serve as a representative party on behalf of the class, including providing testimony at deposition and\or trial, if necessary.

4. To the best of my current knowledge, the following are all of my transactions in XM SATELLITE RADIO HOLDINGS, INC. securities during the period from July 28, 2005 to February 16, 2006 (the "Class Period"):

| Date | Amount of Shares | Purchase Price Per Share |
|---|---|---|
| 2/09/06 | 2000 | 24.00 |
| 1/19/06 | 5000 | 29.02 |

5. I have not served as a class representative in a federal securities case in the last three years.

6. I will not accept any payment for serving as a representative party on behalf of the Class beyond Plaintiff's pro rata share of any recovery, except as ordered or approved

by the court, including any award for reasonable costs and expenses (including lost wages) directly relating to the representation of the class.

7. The matters stated in this declaration are true to the best of my knowledge, information and belief.

8. I hereby certify, under penalty of perjury that the foregoing is true and correct.

Dated: May 17, 2006

VICTOR VENTIMIGLIA

lap\forms\f-class.crt