# Exhibit C

Page 1 of 1

# XM Satellite Radio Holdings, Inc.
**Movant's Register and Transaction Report**

| Proposed Lead Plaintiff | Date of Purchase | Number of Shares | Price Per Share | Cost Per Transaction | Date of Sale | Number of Shares Sold | Price of Sale | Gross Receipts | Gains (Losses) | Total Gain (Loss) |
|---|---|---|---|---|---|---|---|---|---|---|
| Victor Ventimiglia | 1/19/2006 | 5,000 | $ 29.020 | $ 145,100.00 | | | | | $ (40,307.60) | $ (46,390.64) |
| | 2/9/2006 | 2,000 | $ 24.000 | $ 48,000.00 | | | | | $ (6,083.04) | |
| **TOTALS:** | | **7,000** | | **$193,100.00** | | **0** | | | | **($46,390.64)** |

**Explanatory notes**
The total estimated damages of each Proposed Lead Plaintiff has been calculated in the following manner:

1) <u>Common stock still held</u>:
Purchase price of XM Satellite Radio Holdings, Inc. ("XM") shares still held minus the mean trading price of XM shares between February 17, 2006 and May 17, 2006 ($20.95848) multiplied by the number of shares held.

2) All losses have been calculated exclusive of costs, commissions and fees.