# THE MASON LAW FIRM, PC

**Gary E. Mason,** *also admitted in New York and Maryland*

**The Mason Law Firm, P.C.**
**1225 19th Street Northwest, Suite 500**
**Washington, D.C. 20036**
**Telephone: 202-429-2290**
**Fax: 202-429-2294**

The Mason Law Firm is a civil litigation firm dedicated to representing plaintiffs in class action lawsuits against corporations and others who cause widespread injuries to large numbers of innocent persons. We represent various groups suffering injury, including those harmed by consumer fraud, environmental disasters, toxic torts, and defective products.

## Gary E. Mason

Gary E. Mason specializes in consumer class actions and mass torts. In the 12 years he has represented plaintiffs, Mr. Mason has recovered more than $1.3 billion for the persons he represents. He received national recognition for his work on litigation over defective polybutylene pipe, ultimately resulting in an unprecedented $950 million settlement. He was also recognized by Washingtonian Magazine as one of the top forty lawyers in Washington, D.C. under the age of 40.

He has served as Lead Counsel or Co-Counsel in numerous class actions, including In re the Exxon Valdez, In re Synthetic Stucco (EIFS) Products Liability Litigation, In re Diet Drugs Products Liability Litigation, In re Swanson Creek Oil Spill Litigation, and numerous consumer protection and product liability class action suits. Over the course of his career, he has represented consumers in class actions involving a wide range of products, including, fire retardant plywood, polybutylene pipe, high-temperature plastic venting, hardboard siding, synthetic stucco, pharmaceutical products, consumer electronics and automobiles.

Mr. Mason was formerly a Partner at Cohen, Milstein, Hausfeld & Toll, P.L.L.C., one of the largest plaintiffs law firms in the country, where he was the Chair of the Products Liability and Consumer Protection Practice Group. Prior to joining Cohen Milstein in 1990, Mr. Mason was a litigation associate at Skadden, Arps, Slate, Meagher & Flom in Washington, D.C.

He is a recipient of a Public Justice Achievement Award for his work on the polybutylene pipe product liability litigation. The Washingtonian Magazine has recognized him as one of forty lawyers under forty "who are making names for themselves" in Washington, D.C. Mr. Mason is listed in Who's Who in American Law. Mr. Mason graduated from Brown University in 1984 (B.A., magna cum laude, Phi Beta Kappa) and received his law degree from Duke University Law School in 1987. Mr. Mason then clerked for the Honorable Andrew J. Kleinfeld, U.S. District Court Judge in Anchorage, Alaska. He has been admitted to practice in Washington, D.C., New York and Maryland.

### Charles A. Schneider

Charles A. Schneider was a sole practitioner in Washington from 1994 to 2002, specializing in commercial litigation and class actions. During this time, he has been one of class counsel in *In re Swanson Creek Oil Spill Litigation* and *Cox v. Shell Oil Company* and has worked with other counsel on consumer suits involving fire retardant plywood, high temperature plastic venting, synthetic stucco, and pressure treated wood. He has also represented the plaintiff in a defamation suit against a major television news network. Other areas in which Mr. Schneider has represented clients include disputes over leaking underground petroleum storage tanks, construction defects, real estate brokerage commissions, and real property taxation.

Prior to starting his own firm in 1994, Mr. Schneider was a partner with Sills & Brodsky, P.C., in Washington where his practice included class actions, construction suits, environmental litigation, real estate disputes, and administrative law. From 1983 until 1987, Mr. Schneider was a trial attorney in the Civil Rights Division of the U.S. Department of Justice, where he served as lead counsel in a number of cases brought by the federal government to protect the constitutional rights of persons institutionalized in state and local prisons, mental institutions, and mental retardation facilities

Mr. Schneider was an associate with Haight, Gardner, Poor & Havens from 1978 to 1983, where he worked on the *Saigon C-5 Aircrash Disaster* litigation and various railroad, motor carrier and ocean shipping matters. He was Assistant General Counsel of the National Association of Regulatory Utility Commissioners from 1977 to 1978 and was an attorney in the Section of Finance, Interstate Commerce Commission from 1974 to 1977

Mr. Schneider received his B.A. from Vanderbilt University in 1968. He served on active duty as an officer in the U.S. Navy in Vietnam and Memphis, Tennessee, until receiving an honorable discharge in 1971. He graduated from Memphis State University School of Law in 1974 and is admitted to practice in the District of Columbia. He is a member of the bars of the U.S. Supreme Court, U.S. Court of Appeals for the District of Columbia, U.S. Court of Appeals for the Fourth Circuit, U.S. Court of Appeals for the Federal Circuit, U.S. District Court for the District of Columbia, U.S. District Court for the District of Maryland, and the U.S. District Court for the Northern District of New York.

### Alexander E. Barnett

Alexander E. Barnett specializes in class actions involving consumer fraud, construction product defects, antitrust violations and toxic torts. Representative cases include: *In re Vioxx Products Liability Litigation*, MDL No. 1607; *In re PPA*, MDL No. 1407 (claims by users of unsafe over-the-counter medicines); *In re Diet Drug Litigation* (Fen-Phen), MDL No. 1203; and *Harman v. Lipari* (Superfund site in New Jersey). Mr. Barnett also specializes in mass torts, representing individuals who have been injured by the drugs Redux and Pondimin, Baycol, Serzone, PPA, Vioxx, Bextra and Celebrex. Mr. Barnett served as counsel for the cities of Boston, Los Angeles, Philadelphia and San Francisco against the handgun industry and as counsel for the City of Milwaukee in a case against the lead pigment industry. Previously, Mr. Barnett was a senior associate at the firm of Cohen Milstein Hausfeld & Toll, where he was in the firm's Consumer Protection and Unsafe Drugs and Environmental Threats practice groups. Mr. Barnett is a graduate of the University of Pennsylvania and St. John's University School of Law. He is admitted to the bars of New York and the District of Columbia, and practices in the firm's New York office.

---

### Nicholas Migliaccio

Nicholas Migliaccio joined the Mason Law Firm as an associate in 2003. Prior to joining the Mason Law Firm, Mr. Migliaccio was an associate at Environmental Protection International, a firm specializing in environmental matters. He received his BA cum laude from the State University of New York at Binghamton in 1997, and received his law degree from Georgetown University Law Center in 2001, where he was an Editor of the Georgetown International Environmental Law Review. He is admitted to practice in New York (Not Admitted in D.C.).

## Representative Results

### Maytag Neptune Washing Machines

Our firm represents owners of Maytag Neptune washing machines who have had problems with their machines including 1) mold and mildew growth; 2) door latch failures; and 3) control board failures. The Court in charge of the lawsuit --the Circuit Court for the State of Illinois, 20th Judicial Circuit, St. Clair County, Illinois -- has preliminarily approved a proposed settlement. The Settlement will provide Class Members free repairs; Repair Reimbursement; Replacement Cost; and Purchase Certificates. Final approval was granted on November 23, 2004. An explanation of these benefits and the complete terms of the Settlement are available by visiting www.maytagfrontloadsettlement.com.

### Fleet Bank

The Mason Law Firm represents plaintiffs with claims against Fleet Bank (R.I.), N.A. for changing the interest rate on their credit cards which had been advertised as "fixed." On July 28, 2004, the Court in *Roberts v. Fleet Bank (R.I.), N.A.*, Civil Action No. 00-6142 (E.D.Pa.), preliminarily approved a proposed settlement. The $4 million settlement will resolve the class action and will pay claims by people who had the interest rates on their credit cards changed after Fleet offered a "fixed" APR. Final approval was granted on November 22, 2004. For more information please visit www.aprsettlement.com.

### Strip Searches

The Mason Law Firm represents plaintiffs in *Bruce, et. al. v. County of Rensselaer et. al.*, Case no. 02-CV-0847 (N.D.N.Y.). The plaintiffs allege that corrections officers and others employed at the Rensselaer County Jail engaged in the practice of illegally strip searching all individuals charged with only misdemeanors or minor offenses upon their entry into the Rensselaer County Jail from June 26, 1999 until July 1, 2002. On April 23, 2004, the Court preliminarily approved a proposed settlement of the class action. The primary benefit of the settlement to class members is the payment of $1,000.00 to each member of the class provided the funds allotted for the settlement are not exhausted. If the number of claims at $1,000.00 per person exhausts the money available for such purposes from the Settlement Fund, than every class member will receive their *pro rata* share of the fund. On September 13, 2004, the Settlement was approved by the Court. The lawsuit prompted a state-wide review of all strip search procedures, which were found to be noncompliant and were rewritten.

### Comcast Cable Late Fees

The Mason Law Firm represented consumers in *Maisonette, et al. v. Jones Intercable et al.* filed in the Circuit Court for Prince George's County, Maryland. Under the terms of the Settlement, which was approved by the Court on April 16, 2004, the Comcast and Maryland Defendants will make a cash payment of $13.589 million. Class members may be entitled to refund of up to $5 or $6 for each late fee paid. Certain unclaimed portions of the settlement fund will be distributed pro rata to all current subscribers of the Comcast Defendants by direct credit to their accounts and to the Georgetown University Law Center Environmental Law Clinic, University of Baltimore Clinical Programs and the Chesapeake Bay Foundation.

### Load Range E Tires

The Mason Law Firm served as Co-Counsel in *Baugh v. The Goodyear Tire & Rubber Company* filed in the Circuit Court of Madison County, Illinois. The Plaintiff alleged

that Goodyear sold defective tires that are prone to tread separation when operated at highway speeds. The Court approved the proposed settlement. Goodyear agreed to provide a combination of both monetary and non-monetary consideration to the Settlement Class in the form of an Enhanced Warranty Program and Rebate Program.

**Thomson Televisions**
The Mason Law Firm is Co-Counsel in *Stalcup, et al. v. Thomson, Inc.* filed in the Circuit Court of Madison County, Illinois. Plaintiffs allege that certain GE, PROSCAN and RCA televisions may have been susceptible to temporary loss of audio when receiving broadcast data packages that were longer than reasonably anticipated or specified. The Court has preliminarily approved a proposed settlement. Under the terms of the settlement, the defendant will provide class members with cash reimbursement of out-of-pocket costs for service to the television. Class members who are not eligible for cash reimbursement may still be eligible for a rebate certificate worth either 415 or $25 when used for the future purchase of a GE or RCA branded television.

**Fujistu Hard Disc Drives**
The Mason Law Firm served as Co-Counsel in a class action lawsuit, entitled *Hurkes Harris Design Associates, Inc., et al. v. Fujitsu Computer Products of America, Inc., et al* ., Case No. CV 812127, filed in the Superior Court of the State of California for the County of Santa Clara. The lawsuit involves certain Fujitsu Desktop 3.5" IDE hard disk drives described below ("HDDs"). The case was settled in October, 2003. The settlement provides $42.5 million to pay claims of all consumers and other end users who bought certain Fujitsu Desktop 3.5" IDE hard disk drives ("HDDs") or personal computers or other systems containing these hard disk drives.

**Entran II Hose**
The Mason Law Firm is Co-Lead Counsel in *Galanti v. The Goodyear Tire & Rubber Company*, Civil Action No. 03:209, filed in the United States District Court for the District of New Jersey. The lawsuit involves defective radiant heating systems. On October 17, 2003, the Court certified a 44 state class and conditionally approved a $236 million settlement between The Goodyear Tire & Rubber Company and owners and former owners of property where Entran II radiant heating or snow melting hose was installed. In June 2004, the Settlement was modified and expanded to include present or former Entran II property owners in all 50 United States and its territories and possessions and in Canada. In addition, the Settlement Fund has been increased to $300 million and some Class members may receive 50% or more of the cost of remediation. On October 19, 2004, the Court granted final approval of the settlement. The Court noted that the settlement is "extraordinarily advantageous given the transaction costs which individual plaintiff would have to pursue individual claims" and remarked that Class Counsel "impressed the Court with their professionalism and their talent." The deadline for filing Claims in the Settlement is October 19, 2009. For a Claim Form and general information about the Settlement, please visit **www.entraniisettlement.com**.

**Synthetic Stucco (EIFS)**
The Mason Law Firm is Co-Lead Counsel in *Posey et al v. Dryvit Systems, Inc*, Case No. 17,715-IV (Cir. Ct., Jefferson Cty., Tenn.), a class action against Dryvit Systems, Inc. arising from Dryvit's Exterior Insulation and Finish Systems ("EIFS"). On April 15, 2002, a national settlement of this litigation was approved by the Circuit Court. The settlement provides, among other things, immediate cash payments to qualified claims, free home inspections, partial reimbursement of repair costs and 3-year

MoistureFree Warranty. For more information please visit www.stuccosettlement.com.