# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

———————————————— x
                 :

**In re XM Satellite Radio Holdings**   :   **Civil Action No. 06-0802 (ESH)**
**Securities Litigation**           :
————————————————  :
                 :

**This Document Relates to:**    :
                 :
**All Actions**                 x

————————————————

# DECLARATION OF LEWIS S. KAHN IN SUPPORT OF THE MOTION OF THE ZARIF GROUP TO BE APPOINTED LEAD PLAINTIFF AND TO <u>APPROVE LEAD PLAINTIFF'S CHOICE OF COUNSEL</u>

I, LEWIS S. KAHN, declare as follows:

1.      I am a member in good standing of the Louisiana state bar.  I am Managing Member of Kahn Gauthier Swick, LLC, counsel for Movant The Zarif Group.  I submit this declaration in support of the motion filed by The Zarif Group to: (1) be appointed as Lead Plaintiff; and (2) approve Lead Plaintiff's selection of counsel for the class.

2.      Attached as exhibits are true and correct copies of the following:

| | |
|---|---|
| Exhibit A: | Certifications of members of the Zarif Group signed by the individual members thereof. |
| Exhibit B: | Published Notice of the first securities class action complaint filed in this matter in the United States District Court for the District of Columbia. |
| Exhibit C: | Firm Biography of Motley Rice LLC |
| Exhibit D: | Firm Biography of Kahn Gauthier Swick, LLC |
| Exhibit E: | Firm Biography of Cohen Milstein Hausfeld & Toll, PLLC |

I declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge.

Executed this 3[th] day of July, 2006.

/s/ Lewis S. Kahn

LEWIS S. KAHN

# EXHIBIT A

## CERTIFICATION IN SUPPORT OF APPLICATION FOR LEAD PLAINTIFF

Brock Ketcher ("plaintiff") declares, as to the claims asserted under the federal securities law, that:

1.      Plaintiff has fully reviewed the facts of the complaint(s) filed in this action alleging violations of the securities laws and plaintiff is willing to serve as a lead plaintiff in this case and all other related cases that may be consolidated with it.

2.      Plaintiff did not purchase securities of **XM Satellite Radio Holdings Inc.** at the direction of counsel or in order to participate in a private action under the federal securities laws.

3.      Plaintiff is willing to serve as a representative party on behalf of a class, including providing testimony at deposition and trial, if necessary.

4.      During the Class Period, plaintiff has executed transactions in the securities of **XM Satellite Radio Holdings Inc.** as follows.  See Attached Schedule.

5.      In the last three years, plaintiff has not sought to serve as a representative party on behalf of a class in an action filed under the federal securities laws, except as indicated herein.

6.      Plaintiff will not accept payment for serving as a lead plaintiff beyond its pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the Class as ordered or approved by the Court.

I declare under penalty of perjury that the foregoing is true and correct to the best

of my knowledge, information and belief.

Dated: May  17  , 2006.

_____

Plaintiff

| DATE | BUY | No Shares | Price/Share | Gross Cost | Date |
|---|---|---|---|---|---|
| 7/28/2005 | **BUY** | 500 | $36.81 | $ 18,404.80 | 7/28/2005 |
| 7/29/2005 | BUY | 1,000 | $36.25 | $ 36,250.00 | 7/29/2005 |
| 7/29/2005 | BUY | 1,000 | $36.03 | $ 36,030.00 | 8/3/2005 |
| 7/29/2005 | BUY | 500 | $35.98 | $ 17,990.00 | 8/4/2005 |
| 7/29/2005 | BUY | 500 | $35.70 | $ 17,850.00 | 8/10/2005 |
| 8/2/2005 | BUY | 500 | $34.67 | $ 17,335.00 | 9/6/2005 |
| 8/2/2005 | BUY | 500 | $34.57 | $ 17,285.00 | 9/9/2005 |
| 8/4/2005 | BUY | 500 | $34.61 | $ 17,305.00 | 9/20/2005 |
| 8/4/2005 | BUY | 500 | $34.45 | $ 17,225.00 | 9/21/2005 |
| 8/5/2005 | BUY | 1,000 | $34.12 | $ 34,120.00 | 9/26/2005 |
| 8/5/2005 | BUY | 1,000 | $33.80 | $ 33,800.00 | 9/26/2005 |
| 9/20/2005 | BUY | 400 | $35.50 | $ 14,200.00 | 9/30/2005 |
| 9/21/2005 | BUY | 1,000 | $35.18 | $ 35,180.00 | 10/4/2005 |
| 9//21/2005 | BUY | 600 | $35.05 | $ 21,030.00 | 10/4/2005 |
| 9/23/2005 | BUY | 1,000 | $35.01 | $ 35,010.00 | 10/4/2005 |
| 9/23/2005 | BUY | 1,000 | $34.82 | $ 34,820.00 | 10/10/2005 |
| 9/23/2005 | BUY | 500 | $34.80 | $ 17,400.00 | 11/17/2005 |
| 9/23/2005 | BUY | 500 | $34.37 | $ 17,185.00 | 12/1/2005 |
| 9/26/2005 | BUY | 1,000 | $33.49 | $ 33,490.00 | 3/8/2006 |
| 10/4/2005 | BUY | 500 | $35.51 | $ 17,755.00 | 3/17/2006 |
| 10/5/2005 | BUY | 1,000 | $36.01 | $ 36,010.00 | 4/27/2006 |
| 10/5/2005 | BUY | 208 | $34.19 | $ 7,111.52 | 5/1/2006 |
| 10/7/2005 | BUY | 1,000 | $33.54 | $ 33,540.00 | 5/3/2006 |
| 10/10/2005 | BUY | 495 | $33.03 | $ 16,349.85 | 5/3/2006 |
| 10/11/2005 | BUY | 1,000 | $32.58 | $ 32,579.00 | 5/3/2006 |
| 10/27/2005 | BUY | 500 | $30.51 | $ 15,255.00 | 5/3/2006 |
| 10/27/2005 | BUY | 500 | $28.92 | $ 14,459.75 | |
| 10/27/2005 | BUY | 500 | $28.20 | $ 14,100.00 | |
| 10/27/2005 | BUY | 500 | $27.91 | $ 13,954.25 | |
| 11/1/2005 | BUY | 500 | $28.10 | $ 14,050.00 | |
| 11/1/2005 | BUY | 500 | $27.60 | $ 13,800.00 | |
| 11/8/2005 | BUY | 1,000 | $29.05 | $ 29,050.00 | |
| 11/29/2005 | BUY | 1,000 | $29.65 | $ 29,650.00 | |
| 11/30/2005 | BUY | 500 | $29.15 | $ 14,575.00 | |
| 12/2/2005 | BUY | 500 | $29.51 | $ 14,755.00 | |
| 12/2/2005 | BUY | 500 | $29.20 | $ 14,600.00 | |
| 12/5/2005 | BUY | 500 | $29.10 | $ 14,550.00 | |
| 12/8/2005 | BUY | 500 | $28.10 | $ 14,050.00 | |
| 12/8/2005 | BUY | 500 | $27.50 | $ 13,750.00 | |
| **Brock Ketcher** | **TOTAL BUY** | 25,703 | | $ **845,854.17** | |

| SELL | No Shares | Price/Share | Gross Proceeds | |
|------|-----------|-------------|---|---|
| **SELL** | 500 | $37.20 | $ | 18,600.00 |
| SELL | 1,000 | $35.78 | $ | 35,780.10 |
| SELL | 800 | $34.99 | $ | 27,992.00 |
| SELL | 600 | $34.49 | $ | 20,694.00 |
| SELL | 1,000 | $33.81 | $ | 33,810.00 |
| SELL | 600 | $35.10 | $ | 21,060.00 |
| SELL | 1,000 | $35.80 | $ | 35,800.00 |
| SELL | 2,000 | $35.80 | $ | 71,600.00 |
| SELL | 2,000 | $35.49 | $ | 70,980.00 |
| SELL | 520 | $33.70 | $ | 17,524.00 |
| SELL | 480 | $33.70 | $ | 16,176.48 |
| SELL | 1,000 | $35.90 | $ | 35,900.00 |
| SELL | 500 | $36.10 | $ | 18,050.00 |
| SELL | 1,800 | $36.43 | $ | 65,575.80 |
| SELL | 200 | $36.44 | $ | 7,288.00 |
| SELL | 495 | $33.31 | $ | 16,488.45 |
| SELL | 1,000 | $30.10 | $ | 30,100.00 |
| SELL | 500 | $29.75 | $ | 14,875.00 |
| SELL | 708 | $20.65 | $ | 14,620.20 |
| SELL | 500 | $19.75 | $ | 9,875.00 |
| SELL | 1,000 | $21.50 | $ | 21,500.00 |
| SELL | 1,000 | $18.80 | $ | 18,800.00 |
| SELL | 2,750 | $17.29 | $ | 47,547.50 |
| SELL | 250 | $17.29 | $ | 4,322.75 |
| SELL | 570 | $17.11 | $ | 9,752.70 |
| SELL | 2,930 | $17.11 | $ | 50,132.30 |
| | 25,703 | | $ | 734,844.28 |

| **TOTAL SALES** | 25,703 | | $ | **734,844.28** |

05/10/2003  17:12    8107435051                   ATLAS0111 1111111 PR                    PAGE  03

## CERTIFICATION IN SUPPORT OF APPLICATION FOR LEAD PLAINTIFF

Corey Spohn ("plaintiff") declares, as to the claims asserted under the federal securities law, that:

1.    Plaintiff has fully reviewed the facts of the complaint(s) filed in this action alleging violations of the securities laws and plaintiff is willing to serve as a lead plaintiff in this case and all other related cases that may be consolidated with it.

2.    Plaintiff did not purchase securities of **XM Satellite Radio Holdings Inc.** at the direction of counsel or in order to participate in a private action under the federal securities laws.

3.    Plaintiff is willing to serve as a representative party on behalf of a class, including providing testimony at deposition and trial, if necessary.

4.    During the Class Period, plaintiff has executed transactions in the securities of **XM Satellite Radio Holdings Inc.** as follows.  See Attached Schedule.

5.    In the last three years, plaintiff has not sought to serve as a representative party on behalf of a class in an action filed under the federal securities laws, except as indicated herein.

6.    Plaintiff will not accept payment for serving as a lead plaintiff beyond its pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the Class as ordered or approved by the Court.

I declare under penalty of perjury that the foregoing is true and correct to the best

of my knowledge, information and belief.

Dated: June _30_, 2006.

Plaintiff

Name of plaintiff: Corey Spohn
Schedule of plaintiff's Transaction(s) in
**XM Satellite Radio Holdings Inc.**

05/10/2003  17:12    8107435051                ATLAS0111 1111111 PR              PAGE  05

Purchase(s):

| Date | Units | Price |
| --- | --- | --- |
| 10/06/05 | 10,000 | #34.66 |
| 10/19/05 | 5,000 | #29,50 |

Sale(s):

| Date | Units | Price |
| --- | --- | --- |
| 1-3-06 | 15K | #27.50 |

## CERTIFICATION IN SUPPORT OF APPLICATION FOR LEAD PLAINTIFF

Victor J. Ventimiglia Jr. ("plaintiff") declares, as to the claims asserted under the federal securities law, that:

1.     Plaintiff has fully reviewed the facts of the complaint(s) filed in this action alleging violations of the securities laws and plaintiff is willing to serve as a lead plaintiff in this case and all other related cases that may be consolidated with it.

2.     Plaintiff did not purchase securities of **XM Satellite Radio Holdings Inc.** at the direction of counsel or in order to participate in a private action under the federal securities laws.

3.     Plaintiff is willing to serve as a representative party on behalf of a class, including providing testimony at deposition and trial, if necessary.

4.     During the Class Period, plaintiff has executed transactions in the securities of **XM Satellite Radio Holdings Inc.** as follows. See Attached Schedule.

5.     In the last three years, plaintiff has not sought to serve as a representative party on behalf of a class in an action filed under the federal securities laws, except as indicated herein.

6.     Plaintiff will not accept payment for serving as a lead plaintiff beyond its pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the Class as ordered or approved by the Court.

I declare under penalty of perjury that the foregoing is true and correct to the best

of my knowledge, information and belief.

Dated: May 2↙, 2006.

_____
Plaintiff

05/22/2006 10:29 FAX 248 435 6538        GAC-VIC                                    ☑003

**Name of plaintiff:** Victor J. Ventimiglia Jr.
**Schedule of plaintiff's Transaction(s) in**
**XM Satellite Radio Holdings Inc.**

Purchase(s):

| Date | Units | Price |
|------|-------|-------|
| 1/19/06 | 5000 | 29.02 |
| 2/09/06 | 2000 | 24.00 |

Sale(s):

| Date | Units | Price |
|------|-------|-------|

## CERTIFICATION IN SUPPORT OF APPLICATION FOR LEAD PLAINTIFF

Avi Zarif ("plaintiff") declares, as to the claims asserted under the federal securities law, that:

1.    Plaintiff has fully reviewed the facts of the complaint(s) filed in this action alleging violations of the securities laws and plaintiff is willing to serve as a lead plaintiff in this case and all other related cases that may be consolidated with it.

2.    Plaintiff did not purchase securities of **XM Satellite Radio Holdings Inc.** at the direction of counsel or in order to participate in a private action under the federal securities laws.

3.    Plaintiff is willing to serve as a representative party on behalf of a class, including providing testimony at deposition and trial, if necessary.

4.    During the Class Period, plaintiff has executed transactions in the securities of **XM Satellite Radio Holdings Inc.** as follows. See Attached Schedule.

5.    In the last three years, plaintiff has not sought to serve as a representative party on behalf of a class in an action filed under the federal securities laws, except as indicated herein.

6.    Plaintiff will not accept payment for serving as a lead plaintiff beyond its pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the Class as ordered or approved by the Court.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

Dated: 7 2 , 2006.

_____
Plaintiff

| DATE | BUY | No Shares | Price/Share | Gross Cost | Date |
|------|-----|-----------|-------------|------------|------|
| 6/16/2005 | BUY* | 10,000 | $34.02 | $ 340,200.00 | |
| 8/2/2005 | BUY | 5,000 | $34.45 | $ 172,250.00 | 8/3/2005 |
| 9/23/2005 | BUY | 5,000 | $33.90 | $ 169,500.00 | 8/15/2005 |
| 9/26/2005 | BUY | 2,150 | $33.55 | $ 72,132.50 | 8/16/2005 |
| 9/26/2005 | BUY | 2,850 | $33.50 | $ 95,475.00 | 9/23/2005 |
| 9/29/2005 | BUY | 944 | $34.95 | $ 32,992.80 | 9/28/2005 |
| 10/6/2005 | BUY | 5,000 | $34.39 | $ 171,950.00 | 9/29/2005 |
| 10/11/2005 | BUY | 5,000 | $32.51 | $ 162,550.00 | 11/11/2005 |
| 11/9/2005 | BUY | 5,000 | $28.01 | $ 140,050.00 | 12/8/2005 |
| 12/6/2005 | BUY | 5,000 | $28.48 | $ 142,400.00 | 12/27/2005 |
| 12/8/2005 | BUY | 5,000 | $27.30 | $ 136,500.00 | 5/3/2006 |
| 2/6/2006 | BUY | 5,000 | $23.75 | $ 118,750.00 | |
| **Avi Zarif** | **TOTAL BUYS** | 55,944 | | $ 1,754,750.30 | |

* Designates Entering Position

| SELL | No Shares | Price/Share | Gross Proceeds | |
|------|-----------|-------------|----------------|--|
| SELL | 5,000 | $34.99 | $ | 174,950.00 |
| SELL | 5,000 | $33.85 | $ | 169,250.00 |
| SELL | 5,000 | $33.50 | $ | 167,500.00 |
| SELL | 5,000 | $34.30 | $ | 171,500.00 |
| SELL | 5,000 | $34.10 | $ | 170,500.00 |
| SELL | 944 | $35.20 | $ | 33,228.80 |
| SELL | 5,000 | $28.42 | $ | 142,100.00 |
| SELL | 5,000 | $28.00 | $ | 140,000.00 |
| SELL | 5,000 | $29.30 | $ | 146,500.00 |
| SELL | 15,000 | $17.05 | $ | 255,750.00 |
| **TOTAL SALES** | 55,944 | | $ | 1,571,278.80 |

| DATE | BUY | No Shares | Price/Share | Gross Cost | Date |
|---|---|---|---|---|---|
| 7/28/2005 | **BUY** | 500 | $36.81 | $ 18,404.80 | 7/28/2005 |
| 7/29/2005 | BUY | 1,000 | $36.25 | $ 36,250.00 | 7/29/2005 |
| 7/29/2005 | BUY | 1,000 | $36.03 | $ 36,030.00 | 8/3/2005 |
| 7/29/2005 | BUY | 500 | $35.98 | $ 17,990.00 | 8/4/2005 |
| 7/29/2005 | BUY | 500 | $35.70 | $ 17,850.00 | 8/10/2005 |
| 8/2/2005 | BUY | 500 | $34.67 | $ 17,335.00 | 9/6/2005 |
| 8/2/2005 | BUY | 500 | $34.57 | $ 17,285.00 | 9/9/2005 |
| 8/4/2005 | BUY | 500 | $34.61 | $ 17,305.00 | 9/20/2005 |
| 8/4/2005 | BUY | 500 | $34.45 | $ 17,225.00 | 9/21/2005 |
| 8/5/2005 | BUY | 1,000 | $34.12 | $ 34,120.00 | 9/26/2005 |
| 8/5/2005 | BUY | 1,000 | $33.80 | $ 33,800.00 | 9/26/2005 |
| 9/20/2005 | BUY | 400 | $35.50 | $ 14,200.00 | 9/30/2005 |
| 9/21/2005 | BUY | 1,000 | $35.18 | $ 35,180.00 | 10/4/2005 |
| 9//21/2005 | BUY | 600 | $35.05 | $ 21,030.00 | 10/4/2005 |
| 9/23/2005 | BUY | 1,000 | $35.01 | $ 35,010.00 | 10/4/2005 |
| 9/23/2005 | BUY | 1,000 | $34.82 | $ 34,820.00 | 10/10/2005 |
| 9/23/2005 | BUY | 500 | $34.80 | $ 17,400.00 | 11/17/2005 |
| 9/23/2005 | BUY | 500 | $34.37 | $ 17,185.00 | 12/1/2005 |
| 9/26/2005 | BUY | 1,000 | $33.49 | $ 33,490.00 | 3/8/2006 |
| 10/4/2005 | BUY | 500 | $35.51 | $ 17,755.00 | 3/17/2006 |
| 10/5/2005 | BUY | 1,000 | $36.01 | $ 36,010.00 | 4/27/2006 |
| 10/5/2005 | BUY | 208 | $34.19 | $ 7,111.52 | 5/1/2006 |
| 10/7/2005 | BUY | 1,000 | $33.54 | $ 33,540.00 | 5/3/2006 |
| 10/10/2005 | BUY | 495 | $33.03 | $ 16,349.85 | 5/3/2006 |
| 10/11/2005 | BUY | 1,000 | $32.58 | $ 32,579.00 | 5/3/2006 |
| 10/27/2005 | BUY | 500 | $30.51 | $ 15,255.00 | 5/3/2006 |
| 10/27/2005 | BUY | 500 | $28.92 | $ 14,459.75 | |
| 10/27/2005 | BUY | 500 | $28.20 | $ 14,100.00 | |
| 10/27/2005 | BUY | 500 | $27.91 | $ 13,954.25 | |
| 11/1/2005 | BUY | 500 | $28.10 | $ 14,050.00 | |
| 11/1/2005 | BUY | 500 | $27.60 | $ 13,800.00 | |
| 11/8/2005 | BUY | 1,000 | $29.05 | $ 29,050.00 | |
| 11/29/2005 | BUY | 1,000 | $29.65 | $ 29,650.00 | |
| 11/30/2005 | BUY | 500 | $29.15 | $ 14,575.00 | |
| 12/2/2005 | BUY | 500 | $29.51 | $ 14,755.00 | |
| 12/2/2005 | BUY | 500 | $29.20 | $ 14,600.00 | |
| 12/5/2005 | BUY | 500 | $29.10 | $ 14,550.00 | |
| 12/8/2005 | BUY | 500 | $28.10 | $ 14,050.00 | |
| 12/8/2005 | BUY | 500 | $27.50 | $ 13,750.00 | |
| **Brock Ketcher** | **TOTAL BUY** | 25,703 | | $ **845,854.17** | |
| | | | | | |
| 6/16/2005 | BUY* | 10,000 | $34.02 | $ 340,200.00 | |
| 8/2/2005 | BUY | 5,000 | $34.45 | $ 172,250.00 | 8/3/2005 |
| 9/23/2005 | BUY | 5,000 | $33.90 | $ 169,500.00 | 8/15/2005 |
| 9/26/2005 | BUY | 2,150 | $33.55 | $ 72,132.50 | 8/16/2005 |

| Date | Type | Shares | Price | Amount | Date |
|------|------|--------|-------|--------|------|
| 9/26/2005 | BUY | 2,850 | $33.50 | $ 95,475.00 | 9/23/2005 |
| 9/29/2005 | BUY | 944 | $34.95 | $ 32,992.80 | 9/28/2005 |
| 10/6/2005 | BUY | 5,000 | $34.39 | $ 171,950.00 | 9/29/2005 |
| 10/11/2005 | BUY | 5,000 | $32.51 | $ 162,550.00 | 11/11/2005 |
| 11/9/2005 | BUY | 5,000 | $28.01 | $ 140,050.00 | 12/8/2005 |
| 12/6/2005 | BUY | 5,000 | $28.48 | $ 142,400.00 | 12/27/2005 |
| 12/8/2005 | BUY | 5,000 | $27.30 | $ 136,500.00 | 5/3/2006 |
| 2/6/2006 | BUY | 5,000 | $23.75 | $ 118,750.00 | |
| **Avi Zarif** | **TOTAL BUYS** | **55,944** | | **$ 1,754,750.30** | |

* Designates Entering Position

| Date | Type | Shares | | Price | | Amount | Date |
|------|------|--------|---|-------|---|--------|------|
| 1/19/2006 | BUY | 5,000 | $ | 29.02 | $ | 145,100.00 | |
| 2/9/2006 | BUY | 2,000 | $ | 24.00 | $ | 48,000.00 | |
| **Victor Ventimiglia** | **TOTAL BUYS** | **7,000** | | | $ | 193,100.00 | |

| Date | Type | Shares | | Price | | Amount | Date |
|------|------|--------|---|-------|---|--------|------|
| 10/6/2005 | BUY | 10,000 | $ | 34.66 | $ | 346,600.00 | 1/3/2006 |
| 10/19/2005 | BUY | 5,000 | $ | 29.50 | $ | 147,500.00 | |
| **Corey Spohn** | **TOTAL BUYS** | **15,000** | | | $ | 494,100.00 | |

* Average Closing    Price 5/24/06 to  6/30/06 = $13.9274

| | No Shares | Price/Share | Gross Proceeds | |
|---|---|---|---|---|
| **SELL** | | | | |
| **SELL** | 500 | $37.20 | $ | 18,600.00 |
| SELL | 1,000 | $35.78 | $ | 35,780.10 |
| SELL | 800 | $34.99 | $ | 27,992.00 |
| SELL | 600 | $34.49 | $ | 20,694.00 |
| SELL | 1,000 | $33.81 | $ | 33,810.00 |
| SELL | 600 | $35.10 | $ | 21,060.00 |
| SELL | 1,000 | $35.80 | $ | 35,800.00 |
| SELL | 2,000 | $35.80 | $ | 71,600.00 |
| SELL | 2,000 | $35.49 | $ | 70,980.00 |
| SELL | 520 | $33.70 | $ | 17,524.00 |
| SELL | 480 | $33.70 | $ | 16,176.48 |
| SELL | 1,000 | $35.90 | $ | 35,900.00 |
| SELL | 500 | $36.10 | $ | 18,050.00 |
| SELL | 1,800 | $36.43 | $ | 65,575.80 |
| SELL | 200 | $36.44 | $ | 7,288.00 |
| SELL | 495 | $33.31 | $ | 16,488.45 |
| SELL | 1,000 | $30.10 | $ | 30,100.00 |
| SELL | 500 | $29.75 | $ | 14,875.00 |
| SELL | 708 | $20.65 | $ | 14,620.20 |
| SELL | 500 | $19.75 | $ | 9,875.00 |
| SELL | 1,000 | $21.50 | $ | 21,500.00 |
| SELL | 1,000 | $18.80 | $ | 18,800.00 |
| SELL | 2,750 | $17.29 | $ | 47,547.50 |
| SELL | 250 | $17.29 | $ | 4,322.75 |
| SELL | 570 | $17.11 | $ | 9,752.70 |
| SELL | 2,930 | $17.11 | $ | 50,132.30 |
| | 25,703 | | $ | 734,844.28 |

| | | | | | | |
|---|---|---|---|---|---|---|
| **TOTAL SALES** | 25,703 | | $ | 734,844.28 | $ | 111,009.89 |

| | | | | |
|---|---|---|---|---|
| SELL | 5,000 | $34.99 | $ | 174,950.00 |
| SELL | 5,000 | $33.85 | $ | 169,250.00 |
| SELL | 5,000 | $33.50 | $ | 167,500.00 |

| | | | | |
|---|---|---|---|---|
| SELL | 5,000 | $34.30 | $ | 171,500.00 |
| SELL | 5,000 | $34.10 | $ | 170,500.00 |
| SELL | 944 | $35.20 | $ | 33,228.80 |
| SELL | 5,000 | $28.42 | $ | 142,100.00 |
| SELL | 5,000 | $28.00 | $ | 140,000.00 |
| SELL | 5,000 | $29.30 | $ | 146,500.00 |
| SELL | 15,000 | $17.05 | $ | 255,750.00 |

| | | | | | |
|---|---|---|---|---|---|
| **TOTAL SALES** | 55,944 | | $ | 1,571,278.80 | $ **183,471.50** |

| | | | | |
|---|---|---|---|---|
| No Sales | 7,000 | 13.93* | | $97,510.00 |
| | | | | $97,510.00 | $ **95,590.00** |

| | | | | |
|---|---|---|---|---|
| SELL | 15,000 | $ 27.50 | $ | 412,500.00 |

| | | | | | |
|---|---|---|---|---|---|
| **TOTAL SALES** | 15,000 | | $ | 412,500.00 | $ **81,600.00** |

| | | |
|---|---|---|
| **TOTAL MOVANTS** | $ | **471,671.39** |

# EXHIBIT B

**Press Release**                                          Source: Law Offices Bernard M. Gross PC

# Law Offices Bernard M. Gross, P.C. Files a Class Action Suit Against XM Satellite Radio Holdings, Inc. -- XMSR

Wednesday May 3, 10:38 am ET

PHILADELPHIA, May 3, 2006 (PRIMEZONE) -- Law Offices Bernard M. Gross, P.C. (http://www.bernardmgross.com) announces that a class action lawsuit, numbered 06-0802 was commenced in the United States District Court for the District of Columbia before the Honorable Ellen S. Huvelle, on behalf of purchasers of the common stock of XM Satellite Radio Holdings, Inc. (``XM'' or the ``Company'') (NasdaqNM:XMSR - News) between July 28, 2005 and February 15, 2006, inclusive (the ``Class Period'').

The action is pending against defendants XM Satellite Radio Holdings, Inc. and Hugh Panero, President, Chief Executive Officer of XM and a director of XM. A copy of the Complaint is available from the Court or can be viewed on the Law Offices Bernard M. Gross, P.C. website at http://www.bernardmgross.com or contact us by phone at 866-561-3600 (toll free) or by email at susang@bernardmgross.com.

ADVERTISEMENT



The Complaint charges XM Satellite Radio Holdings, Inc and Hugh Panero with violations of Sections 10(b) and 20 (a) of the Securities Exchange Act of 1934, and Rule 10b-5 by issuing a series of materially false and misleading statements to the market during the Class Period. As alleged in the Complaint, defendants made misrepresentations and/or omissions regarding XM's ability to reduce the costs of its new subscribers as it reached its goal of 6 million subscribers by year end 2005. In reality and as known to or recklessly disregarded by defendants, XM would be forced to spend extraordinarily large sums of money in the fourth quarter of 2005, in order to stay on track to achieve its stated goal of 6 million subscribers at year end by reason of competitive factors known to defendants since before the beginning of the Class Period. Despite defendants' knowledge that XM would be making those huge expenditures in the fourth quarter of 2005, defendants failed to disclose to the market that XM's cost of subscriber acquisition would rise to extraordinary levels, leading to huge increases in XM's net losses, which was in complete reversal of the trends of declining subscriber acquisition costs and net losses defendants were reporting and touting throughout the Class Period.

During the class period, several key insiders of XM made huge sales of their personal holdings in the forth quarter of 2005, before any disclosure of the astronomical increase in XM's SAC and CPGA, taking advantage of the artificial inflation of XM's common stock. Specifically, defendant Panero sold 413,334 shares on December 6, 2005 at prices ranging between $28.37 and $28.95 to reap proceeds of $11,846,000, thus selling 99% of his holdings in XM.

On February 16, 2006 defendants issued a press release announcing XM's results for the fourth quarter 2005 and year 2005 results. They disclosed the shocking truth about the skyrocketing level of XM's subscriber acquisition costs. The market reacted negatively. With this disclosure XM's common stock, on abnormally heavy trading volume fell 13% to close at $21.96 on February 17, 2006.

If you purchased the securities of XM Satellite Radio Holdings, Inc. (NasdaqNM:XMSR - News) during the period July 28, 2005 and February 15, 2006, you may no later than July 3, 2006, move the Court to serve as lead plaintiff of the Class, if you so choose. In order to serve as lead plaintiff, however, you must meet certain legal requirements. If you wish to discuss this action or have any questions concerning this Notice or rights or interests with respect to these matters,

Law Offices Bernard M. Gross, P.C. has significant experience and expertise in prosecuting class actions. Recently filed securities cases include the following:

| Company | Symbol | Purchase during Class Period | Lead Plaintiff Filing Deadline |
|---------|--------|------------------------------|--------------------------------|
| Astea Int'l, Inc. | ATEA-NASDAQ | 5/11/05-5/31/06 | 6/12/06 |
| Discovery Labs, Inc. | DSCO-NASDAQ | 12/28/05-4/25/06 | 6/30/06 |
| GMH CommunitiesTrust | GCT-NYSE | 10/28/04-3/10/06 | 6/05/06 |
| Northfield Labs, Inc. | NFLD-NASDAQ | 2/20/04-2/21/06 | 5/16/06 |

More information on this and other class actions can be found on the Class Action Newsline at http://www.primezone.com/ca.

*Contact:*

```
Law Offices Bernard M. Gross, P.C.
Susan R. Gross, Esq.
   susang@bernardmgross.com
Deborah R. Gross, Esq.
   debbie@bernardmgross.com
866-561-3600 (toll free) or 215-561-3600
http://www.bernardmgross.com
The Wanamaker Bldg
100 Penn Sq. East, Suite 450
Philadelphia, PA 19103
```

Source: Law Offices Bernard M. Gross PC