# EXHIBIT C



28 Bridgeside Blvd.
P.O. Box 1792
Mt. Pleasant, SC 39465
(843) 216-9000

One Georgia Center
600 W. Peachtree Street
Suite 800
Atlanta, GA 30308
(404) 201-6900



## TABLE OF CONTENTS

FIRM OVERVIEW ................................................................................................................1
Civil Litigation.................................................................................................................. 2
Multiple Party Litigation ................................................................................................. 3
Securities litigation .......................................................................................................... 6
Representative Bankruptcies...........................................................................................7
THE FIRM'S MEMBERS ................................................................................................. 9
   Ronald Motley ............................................................................................................. 9
   Joseph Rice..................................................................................................................10
   Lauren Antonino ....................................................................................................... 11
   Fred Baker ..................................................................................................................12
   Paul Doolittle.............................................................................................................12
   James Evangelista .....................................................................................................13
   Stuart Guber ..............................................................................................................14
   John Herrick ..............................................................................................................15
   Anne Kearse ..............................................................................................................16
   Bob McConnell ..........................................................................................................17
   Jack McConnell ..........................................................................................................18
   Don Migliori ...............................................................................................................19
   Bill Narwold ............................................................................................................. 20
   Ann Ritter...................................................................................................................21
   Mary Schiavo ............................................................................................................ 22
   Jeffrey Thompson ..................................................................................................... 23
   Fred Thompson ........................................................................................................ 24
   David Worley............................................................................................................. 24
ADDITIONAL SECURITIES AND CONSUMER FRAUD LITIGATORS AND FORENSIC
STAFF............................................................................................................................. 26
   Ingrid Moll ............................................................................................................... 26
   Ted Huge ................................................................................................................... 26
   Leslie Toran...............................................................................................................27
   Brian Bradley.............................................................................................................27



# FIRM OVERVIEW

Motley Rice LLC was founded on April 28, 2003, by Ronald L. Motley, Joseph F. Rice and nearly 50 other attorneys. The firm is one of the nation's largest all plaintiffs law firms. Our attorneys, assisted by over 350 support personnel, are proven leaders in litigation, demonstrating extensive courtroom experience and an in-depth understanding of the law. The firm's attorneys are internationally recognized for their pioneering work representing asbestos victims, States' Attorneys General in their landmark litigation against Big Tobacco, the 9/11 families and survivors in their groundbreaking lawsuit against terrorist financiers, and hundreds of thousands of other citizens harmed by the wrongdoing of others. The attorneys of Motley Rice LLC continue to seek justice in the areas of: aviation disaster; catastrophic injury; complex case resolution; securities and consumer fraud; environmental hazards and contamination; medical negligence and medical device defects; occupational disease and toxic torts; and transportation defects, whistleblower protection, and other mass torts. The firm has offices in Barnwell and Mt. Pleasant, South Carolina; Providence, Rhode Island; Hartford, Connecticut; and Atlanta, Georgia. Motley Rice attorneys have dealt with cases in Brazil, Canada, France, Japan, Mexico, Saudi Arabia, Zimbabwe, and many other countries.

Motley Rice attorneys, with more than several hundred years of collective trial experience with litigation practice across the United States, first gained widespread national recognition for the first successful representations of injured persons against the asbestos industry. Our attorneys' practice has included asbestos, breast implants, defective medical devices, lead poisoning, and other mass and complex tort litigation including tobacco. In the last decade, Motley Rice attorneys were selected by 26 States' Attorneys General to represent them against the tobacco industry in recovering medical costs associated with smoking under novel legal and equitable theories that Motley Rice attorneys spearheaded – resulting in a $246 billion settlement agreement. The Firm also represents individuals and plaintiffs in complex litigation involving civil racketeering (RICO), securities fraud, insurance fraud, tire and vehicle defects, defective drugs, class actions, toxic torts, workplace exposures, nursing home negligence, multi-district litigation, and representation related to the September 11, 2001 acts of terrorism.



# CIVIL LITIGATION

Motley Rice lawyers routinely litigate complex cases involving multiple parties in state and federal jurisdictions throughout the United States, either as sole counsel for the plaintiffs or in association with local counsel and other firms. The Firm's lawyers have also distinguished themselves in the use of alternative dispute resolution, such as negotiation, mediation and arbitration, in some cases making it possible to avoid protracted litigation. Motley Rice LLC employs state-of-the-art technology by using video conferencing, direct access to the Internet for attorneys and support staff, and a computer-based document management system which enables the Firm to process and enter into the database thousands of medical articles, liability documents and all other information and documents utilized in litigation proceedings.

Motley Rice LLC attorneys are involved in a wide range of civil litigation cases. These cases involve representing victims injured from defective products, product failures, premise liability, automobile crashes and various other negligent acts or malpractice. With over 60 lawyers, the Firm has the ability to act quickly in protecting the rights of individuals as new product dangers become apparent. The lawyers of Motley Rice LLC have been associated as counsel in litigation involving personal injury claims of myriad kinds, including cases related to:

| | |
|---|---|
| Asbestos | Bankruptcy |
| Tobacco | MDL Practice |
| Lead | Motorcycles |
| Pesticides | Fires |
| Chemical or Toxic Spills | Aviation Disasters |
| Medical Malpractice | Rail Disasters |
| Medical Device Litigation | Dram Shop |
| Implants and Prosthesis | Engineering Malpractice |
| Drug Product Liability | Flooding |
| Prescription Errors | Negligence |
| Kerosene Heaters | Premises Liability |
| Battery Explosions | Negotiation, Settlement & Claims |
| Acts of Terrorism | Consumer Fraud |



# MULTIPLE PARTY LITIGATION

The attorneys of Motley Rice LLC have substantial experience in multiple party litigation, including the following class and consolidated actions:

Plaintiffs' Liaison counsel, <u>Linscomb v. Pittsburgh Corning Corp., et al.</u>, a national class action pending on behalf of asbestos victims nationwide in the United States District Court for the Eastern District of Texas, Beaumont Division.

Executive committee member, <u>In Re: Asbestos School Litigation,</u> a national school asbestos class action pending in the United States District Court for the Eastern District of Pennsylvania.

Lead plaintiffs' counsel in <u>Central Wesleyan College v. W.R. Grace Co., et al.</u>, a national asbestos property damage class action pending in the United States District Court for the District of South Carolina, Charleston Division.

Lead plaintiffs' counsel in <u>Carl Wells v. Raymark Industries</u>, a national asbestos personal injury class action filed in United States District Court of Kansas, Wichita Division, in which 19,684 claims were resolved.

Counsel for class representative in <u>Raytech v. Earl White</u>, an asbestos bankruptcy related class action pending in the United States District Court of Connecticut.

Co-lead counsel for plaintiffs in <u>Cimino v. Pittsburgh Corning, et al.</u>, an asbestos personal injury class action on behalf of 2,300 plaintiffs pending in the United States District Court for the District of Texas, Beaumont Division.

Co-lead plaintiffs' counsel in <u>Chatham v. AC&S, et al.</u>, a consolidated asbestos personal injury action involving 300 plaintiffs in the Circuit Court of Harris County, Texas.

3



Co-lead plaintiffs' counsel in <u>Mary Abrahms, et al., v. GAF Corp., et al.</u>, a consolidated asbestos personal action involving in excess of 6,000 plaintiffs pending in the Mississippi State Circuit Court at Jackson County.

Co-liaison plaintiffs' counsel in 3,000 asbestos personal injury cases pending in the Third Judicial Circuit of Illinois, Madison County, Illinois.

Co-lead counsel in a consolidated asbestos personal injury action involving 540 plaintiffs pending in the Superior Court of Alameda County, California.

Co-lead counsel for plaintiffs in <u>In Re: Asbestos Products Liability Litigation</u>, MDL 875.

Numerous consolidated asbestos trials including 87 consolidated cases in Danville, Illinois; 300 consolidated cases in the United States District Court, Western District of New York, Rochester, New York; 42 consolidated cases in State Court in Mississippi; and 315 consolidated cases in the Circuit Court of Kanawha County, West Virginia. (The latter tried to successful plaintiffs' verdict.)

Plaintiffs' steering committee and plaintiffs' liaison counsel in <u>In Re: Showa Denko K.K. L-tryptophan Products Liability Action</u> M.D.L. No. 865.

Member Interim Plaintiffs' steering committee and Multiple Plaintiffs' Counsel in <u>In Re: San Juan DuPont Plaza Hotel Fire Litigation</u> M.D.L. 721.

Plaintiffs' lead counsel in <u>In Re: Kansas Asbestos Cases</u> in the United States District Court for the District of Kansas; <u>In Re: Madison County Illinois Asbestos Litigation</u>, and <u>In Re: Wayne County Michigan Asbestos Cases</u>.

MotleyRice

Class counsel in <u>Carol Lee Whitfield, et al., v. Sangamo Weston, et al.</u>, a PCB personal injury and property damage class action settled while pending before the United States District Court for the District of South Carolina, Greenville Division.

Lead counsel in a jet fuel pollution case involving the consolidated property damage and personal injury claims of multiple plaintiffs in the Gold Cup Springs subdivision, titled <u>Dennis Bates, et al. v. Tenco Services, Inc.</u>, in the United States District Court for the District of South Carolina, Charleston Division.

Appointed to a three (3) person steering committee on the Food Lion Multidistrict Litigation Panel.

Plaintiffs' lead counsel in a case involving ten (10) persons injured in a crane disaster in Florence County, South Carolina.

Plaintiffs' steering committee and plaintiffs' liaison counsel in <u>In Re: Policy Management Systems Corp.</u>, a securities case filed in the United States District Court for the District of South Carolina, Columbia Division.

MotleyRice

# SECURITIES LITIGATION

In February 2006, Motley Rice LLC expanded its securities litigation practice with the opening of an office in Atlanta, Georgia and the addition of four new members. Prior to joining Motley Rice, these members had served in leading roles in the prosecution of the following securities litigation in which their former firms had served as lead or co-lead counsel:

*In re AFC Enterprises Sec. Litig.*, United States District Court for the Northern District of Georgia, Civil Action No. 1:03-CV-817-TWT

*In re BellSouth Corporation Sec. Litig.*, United States District Court for the Northern District of Georgia, Civil Action No. 1:02-2142-WSD

*In re Boston Chicken Sec. Litig.*, United States District Court for the District of Colorado, Civil Action No. 1:97-CV-01435-WDM

*In re Campbell Soup Sec. Litig.* United States District Court for the District of New Jersey, Civil Action No. 1:2000cv00512

*In re Choicepoint, Inc., Sec. Litig.*, United States District Court for the Northern District of Georgia, Civil Action No. 1:05-CV-686-JTC

*In re Cryolife Sec. Litig.*, United States District Court for the Northern District of Georgia, Civil Action No. 1:02-CV-1868-BBM

*In re First Horizon Pharmaceutical Corporation Sec. Litig.*, United States District Court for the Northern District of Georgia, Civil Action No. 1:02-CV-2332-JOF

*In re Friedman's Sec. Litig.*, United States District Court for the Northern District of Georgia, Civil Action No. 1:03-CV-3475-WSD

*Garfield v. NDCHealth Corporation*, United States District Court for the Northern District of Georgia, Civil Action No. 1:04-CV-970-WSD

*In re HealthTronics Sec. Litig.*, United States District Court for the Northern District of Georgia, Civil Action No. 1:03-CV-2800-CC

*In re InterCept Sec. Litig.*, United States District Court for the Northern District of Georgia, Civil Action No. 1:03-567-ODF

*In re JDN Realty Sec. Litig.*, United States District Court for the Northern District of Georgia, Civil Action No. 1-00-CV-0396-RWS

*In re MicroWarehouse Sec. Litig.*, United States District Court for the District of Connecticut, Civil Action No. 3:96-cv-01920-DJC

6



In re Mirant Corporation Sec. Litig., United States District Court for the Northern District of Georgia, Civil Action No. 1:02-CV-1467-WSD

In re Policy Management Sec. Litig. United States District Court for the District of South Carolina, Civil Action No. 3:00-0130-17

In re Premiere Technologies, Inc. Sec. Litig., United States District Court for the Northern District of Georgia, Civil Action No. 1:98-CV-1804-JOF

In re Profit Recovery Group International, Inc., Sec. Litig., United States District Court for the Northern District of Georgia, Civil Action No. 1:00-CV-1416-CC

In re Providian Financial Corp. Sec. Litig., United States District Court for the Northern District of California, Master File No. C-01-3952-CRB

In re Rite Aid Sec. Litig., United States District Court for the Eastern District of Pennsylvania, Civil Action No. 2:10-md-01360-SD

In re Scientific-Atlanta, Inc., Sec. Litig., Civil Action No. 1:01-CV-1950-RWS

In re ValuJet, Inc. Sec. Litig., United States District Court for the Northern District of Georgia, Civil Action No. 1:96-1355-TWT.

# REPRESENTATIVE BANKRUPTCIES

Motley Rice attorneys serve on several committees in national bankruptcies including:

Select counsel to the asbestos claimants' committee in the Johns-Manville bankruptcy pending in the United States Bankruptcy Court for the Southern District of New York;

Claimants' committee in the H.K. Porter, National Gypsum, Raytech, Rock Wool and M.H. Detrick asbestos related bankruptcies;

Claimants' committee in In Re: A.H. Robins, a Chapter 11 Reorganization involving Dalkon Shield victims nationwide;

Counsel to one of the members of the Creditor's Committee representing the asbestos victims and Chairman of the Select Counsel for the Beneficiaries;

MotleyRice

Claimants Committee in the Camall Chapter 11, the first bankruptcy associated with the Fen-Phen litigation;

Class Counsel in the <u>In re:  Trebol Motors Corporation</u> and <u>In re:  Trebol Motors Distributors Corp.</u>, actively defending a $143,000,000 class action judgment claim on behalf of a class of defrauded purchasers of Volvo automobiles.



# THE FIRM'S MEMBERS

## RONALD MOTLEY

Ronald L. Motley is internationally recognized as one of America's most dynamic, accomplished and skilled trial lawyers. Over a career spanning more than three decades, his persuasiveness before a jury and his ability to break new legal and evidentiary ground has brought to justice two once-invincible giant industries whose malfeasance took the lives of millions of Americans — asbestos and tobacco.

Today, Motley is once again advancing cutting-edge litigation as lead counsel for more than 6,500 family members and survivors of the September 11, 2001, terrorist attacks seeking justice against al Qaeda's financiers.

Motley has won numerous awards for his ability to win justice and compensation for his clients and for his seminal impact on the course of civil litigation. In 1998, he was named Harry M. Philo Trial Lawyer of the Year by the 50,000-member Association of Trial Lawyers of America and received the President's Award of the National Association of Attorneys General. The Campaign for Tobacco-Free Kids gave him their Youth Advocates of the Year Award in 1999. *Business Week* magazine characterized Motley's courtroom skills as "dazzling." *American Lawyer* dubbed him "The man who took on Manville," and *The National Law Journal* has ranked him, "One of the most influential lawyers in America."

His combination of legal and trial skills, personal charisma, nose-to-the-grindstone hard work and record of success has enabled Motley, a 1971 graduate of the University of South Carolina School of Law, to build Motley Rice LLC into one of the world's largest plaintiffs' law firms concentrating in highly complex litigation.



# JOSEPH RICE

Motley Rice LLC member Joe Rice is internationally renowned as a skillful, innovative, tough and masterful negotiator of landmark settlements of highly complex litigation. Rice is best known for his central role in crafting the landmark settlement on behalf of the States Attorneys General, in which the tobacco industry agreed to reimburse states for smoking-related health costs, resulting in the largest civil settlement in history.

Rice's work on the tobacco settlement only expanded the huge impact that he has made resolving difficult litigation in asbestos and other toxic tort areas. Named one of the nation's "Five Most Respected Plaintiff Attorneys" in a poll of defense counsel and legal scholars conducted by Corporate Legal Times, Rice was cited time after time as one of the toughest, sharpest and hardest-working litigators they have ever faced. As the article notes, "For all his talents as a shrewd negotiator . . . Rice has earned most of his respect from playing fair and remaining humble."

He combines a meticulous and exhaustive capacity for numbers-crunching with a creative mind that thinks outside the box in identifying solutions to difficult problems that win justice for clients.

In 1998, Rice received the President's Award of the National Association of Attorneys General. In 1999 and 2000, Rice served on the faculty at Duke University School of Law as a Senior Lecturing Fellow. Rice earned a Bachelor of Science and J.D. degree from the University of South Carolina and has also taught classes at the USC and Duke Law Schools on the art of negotiating.



## LAUREN ANTONINO

Joining Motley Rice in 2006 as a member, Lauren Antonino focuses primarily on the firm's Securities and Consumer Fraud practice group. Antonino has over eighteen years of complex litigation expererience, including commercial, mass tort and securities class action litigation. Her experience includes leading major securities fraud cases, including *In re JDN Realty Company*, *In re Premiere Technologies Sec. Litig*, *In re InterCept Sec. Litig.*, and *In re HealthTronics Sec. Litig.*

Antonino is a Phi Beta Kappa graduate of Duke University where she earned an A.B. degree with *magna cum laude* honors in 1984. She is a 1987 graduate of the University of Virginia School of Law where she served on the managing board of the Virginia Tax Review and as a defense counsel for the University Honor System. Following law school, she clerked for the late Honorable M. Oliver Koelsch of the United States Court of Appeals for the Ninth Circuit in Seattle, Washington.

Antonino has been a featured speaker on securities class action litigation, employment law, alternative dispute resolution and product liability issues. She has served as a presenter for public pension fund conferences, the American Bar Association Convention, the Alternative Dispute Resolution Convention and ICLE. In July 2000, her article entitled "The Seven Steps of Effective Workplace Investigations (with Sample Questions)" was published in *The Practical Litigator*. In September of the same year, her article "Fast Companies Need Fast Lawyers; Speeding Up Dispute Resolutions," was published in Competitive Edge. Antonino wrote "Latex Protein Toxic Syndrome Litigation: The Cutting Edge of Toxic Tort Practice," published in Mealey's Litigation Reports, Drugs and Medical Devices, in October 1996 and has been quoted in numerous publications, including Business Week, on the subject of latex allergy.

She is a member of the American Mensa Society, is listed in the 2000 edition of the National Registry of Who's Who, the 2003-2004 and 2005-2006 editions of Who's Who in American Law and was selected by her peers as one of Georgia's Super Lawyers in the 2004, 2005 and 2006 editions.

Antonino is admitted to practice before all Georgia state trial and appellate courts, the U.S. District Court for the Northern District of Georgia and the Eleventh Circuit Court of Appeals.

Antonino is a Past President and a former member of the Board of Directors for the Legal Clinic for the Homeless and of the Atlanta Legal Aid Advisory Board.



## FRED BAKER

Working on behalf of Motley Rice LLC clients pursuing unfair trade practice and occupational disease litigation, Fred Baker brings a unique set of skills gained by having taken on a number of the most challenging defendants—those comprising Big Tobacco. He played a central role in a number of individual tobacco cases, as well as in the States Attorneys General National Tobacco Litigation.

Baker's desire to acquire fair and just results for his clients has resulted in his management of several of the highly complex mass litigation cases for which Motley Rice attorneys are known. He also has extensive experience in writing and arguing pivotal motions and briefs.

Baker divides his time between the consumer and commercial fraud and the occupational disease and toxic tort practice groups at Motley Rice and is currently focusing on unfair insurance trade practices litigation and welding rod personal injury litigation. Baker earned a J.D. and LL.M from Duke University School of Law in 1993. He was admitted to the South Carolina Bar and New York Bar in 1994, at which time he began working with Motley Rice attorneys.

## PAUL DOOLITTLE

Most kindergartners play with blocks. Five year-old Paul J. Doolittle built them into a podium and stood before his classmates to argue make-believe cases. Hence, a brilliant career as a trial lawyer was born. More than 30 years later, Doolittle has nearly 100 courtroom cases under his belt, including verdicts for victims of mesothelioma and nursing home abuse. Doolittle is one of Motley Rice's lead trial attorneys, overseeing the trial docket and trying cases for clients and co-counsel in asbestos, nursing home abuse, silica, automobile defect and those involving catastrophic injuries.

Doolittle has more than a decade of trial experience. Doolittle earned a B.A. in philosophy in 1989 and a Juris Doctor in 1993 from the University of South Carolina. In 1993, he joined the Greenville, South Carolina law firm of Foster & Foster. Two years later, he founded his own law firm. In 1996, he began working with Motley and Rice. In 2003, Doolittle was named a member of Motley Rice LLC.



He is licensed to practice in South Carolina. Doolittle learned many of his courtroom skills from Motley, whose career he had long followed and who has served as a mentor. Before a judge and jury, Doolittle is serious, heartfelt and tenacious.

He feels that helping ordinary people have their day in court is a great honor. He is proud to help individuals level the playing field for any victim who has suffered an injustice. He is relentless in seeking justice for clients.

## JAMES EVANGELISTA

Jim Evangelista joined Motley Rice LLC as a member in 2006. He primarily works with the firm's Securities and Commercial Fraud practice group. Evangelista has been involved in multiple high profile representations including the StarLink™ genetically modified corn litigation, the Insurance Sales Practices Litigation, the Independent Counsel's investigation of the "Iraqgate" scandal, and the Independent Administrator's oversight of the International Brotherhood of Teamsters. Additionally, Evangelista has prosecuted a number of actions on behalf of a variety of individual plaintiffs in high value commercial litigation, as well as class action securities fraud litigation including a settlement recovery for investors in *In Re Providian Financial Corp. Securities Litigation*, Master File No. C 01-3952 CRB (N.D.Cal.). Evangelista also has extensive experience in electronic discovery issues.

Evangelista graduated from Rutgers University in 1988 with a dual degree in Economics and Political Science. In 1991, he received a Juris Doctor degree from the Rutgers School of Law, where he was an editor of the *Rutgers Law Review* and a recipient of the International Law Honors Program Award.

Prior to joining Motley Rice, Evangelista was a partner at Chitwood Harley Harnes, LLP, where he focused on securities fraud class action litigation. Before joining Chitwood, Evangelista was associated with Skadden, Arps, Slate, Meagher & Flom LLP, focusing on consumer and mass tort class action and complex commercial and insurance litigation, including consolidated multi-district litigation in state and federal courts. Evangelista also was associated with LeBoeuf, Lamb, Greene & MacRae LLP, where he worked on internal corporate investigations and general commercial

13

MotleyRice

litigation matters. Evangelista has also served as General Counsel to the National Horse Show Association of America, a 501(c)(3) not-for-profit corporation.

Evangelista's publications include: *Polishing the Gold Standard on the E-Discovery Cost-Shifting Analysis: Zubulake v. UBS Warburg LLC et al,* 9 J. Tech. L. & Pol'y 1 (2004); Note, *Toward a More Competitive Common Market: European Economic Community Council Regulation No. 4064/89, On the Control of Corporate Mergers Within the European Community,* 22 Rutgers L.J. 457 (1991); and Comment, *Cogdell v. Hospital Center At Orange,* 22 Rutgers L.J. 255 (1990) (addressing New Jersey's entire controversy doctrine).

Evangelista is a member of the Association of Trial Lawyers of America and the American Bar Association. He is admitted to practice before the United States Courts of Appeal for the Eighth and Eleventh Circuits, the United States District Courts for the Northern District of Georgia, Southern and Eastern Districts of New York, and District of New Jersey, as well as the State Bars of Georgia, New York, New Jersey, Colorado and the District of Columbia.

## STUART GUBER

Stuart Guber became a member of Motley Rice LLC in 2006. He primarily works with the firm's Securities and Commercial Fraud practice group. He has more than a decade of experience in prosecuting class action litigation against Fortune 500 companies, Big Five accounting firms, and Wall Street's largest investment banking firms for violations of the federal securities laws and other corporate misconduct. He also has experience in prosecuting and defending securities arbitrations conducted before regulatory agencies, including the NASD, New York Stock Exchange and Philadelphia Stock Exchange.

Guber has had day-to-day responsibility for leading multiple class action securities cases on behalf of defrauded investors including cases involving the following companies: Providian Financial, Campbell Soup, MicroWarehouse, Rite Aid, Boston Chicken, ValuJet and Policy Management.

Before joining Motley Rice, he was a partner with both Chitwood Harley Harnes, LLP in Atlanta, Georgia and Berger & Montague PC in Philadelphia, Pennsylvania.

Guber earned a Bachelor of Science degree in Business Administration with a major in Accounting from Temple University in 1986 and a Juris Doctor from Temple University School of Law in 1990.



In 1995, Mr. Guber served as one of the trial counsel in Robbins v. Koger Properties, Inc., in which a Federal jury found Deloitte & Touche liable for securities violations after a month long trial and rendered an $81 million verdict. Guber is admitted to practice in the states of Georgia and Pennsylvania, the United States District Courts for the Northern District of Georgia, Eastern District of Pennsylvania, District of Colorado and Eastern District of Michigan, and the United States Courts of Appeals for the First, Third, Eighth, Tenth and Eleventh Circuits.

## JOHN HERRICK

John Herrick was persuaded to work with Ron Motley, Joe Rice and many other current colleagues some 16 years ago, encouraged and motivated by the high standards that were expected. He now approaches his work with the same ambition as a leader of the asbestos team at Motley Rice LLC.

Herrick has worked for clients across the country in Alabama, Illinois, Maryland, Tennessee, Texas, Virginia, Wisconsin and others. He currently serves on the Claimants Committee of the C.E. Thurston Inc. Bankruptcy.

Herrick received a Bachelor of Arts in 1983 and graduated with a J.D. in 1988 from the University of South Carolina. The combination of his innate affection for arguing and his desire to lend a voice to people who might otherwise not be heard drew him to the law and, more specifically, to the plaintiffs' bar. He became a Motley Rice member in 2003.



# ANNE KEARSE

With a background in consumer affairs and a record in asbestos litigation, Anne Kearse approaches every case with two objectives in mind: to be passionate about the clients she represents and to provide top-notch legal counsel.

Kearse has represented victims of asbestos exposure in numerous jurisdictions within both individual and mass tort settings. Her clients vary from people who worked with asbestos to housewives and children who contracted mesothelioma from the clothing of asbestos-exposed workers. In addition to her asbestos-related work, Kearse represents individuals and families suffering from injuries resulting from defective products and catastrophic accidents.

Beginning her career as a trial paralegal and investigator for Motley Rice attorneys in 1984, she quickly learned all the ins and outs of discovery while working on cases for individual plaintiffs, as well as school districts seeking assistance in remediating asbestos from school buildings. Eventually, she was urged to obtain a law degree so that she could take her commitment and knowledge about plaintiffs' needs and the culpability of defendants to a new level.

In 1998, Kearse graduated cum laude from the University of South Carolina School of Law and was admitted to the South Carolina Bar. She became a member of Motley Rice LLC in 2003 and now leads the asbestos liability team and catastrophic injury practice group. She has a focus on toxic torts, mass tort litigation, premise liability and general civil litigation. Kearse has written and been published on major legal issues, including forum non conveniens and defective products abroad, corporate conduct, medico legal aspects of asbestos litigation and mass tort litigation. She is a frequent speaker on asbestos litigation, tort reform and general product liability at seminars across the country.



# BOB MCCONNELL

Bob McConnell believes that the legal system can and should work for everyone. He falls back on a very basic premise regarding the American judicial system: that courts exist to validate and protect the rights of every individual. He works diligently at Motley Rice LLC helping to fulfill this obligation.

McConnell began his career representing individual asbestos victims and assisting in large consolidated asbestos trials in Maryland, Mississippi and West Virginia. He has personally represented dozens of mesothelioma victims, obtaining settlements for these clients and their families.

McConnell joined Motley Rice as a member in 2003 and has most recently devoted his attention to childhood lead poisoning cases, representing both injured children in lawsuits against negligent property owners and government agencies in public nuisance lawsuits against the lead pigment industry. He has presented to the Rhode Island Bar Association, the Northeast Conference of Attorneys General and various community groups throughout Rhode Island on lead poisoning litigation.

After graduating from Brown University in 1979 and teaching for several years, the teacher became a student once again, earning his law degree in 1987 from Suffolk University. McConnell then clerked for one year for Rhode Island Supreme Court Justice Donald F. Shea before joining Motley Rice. He is licensed to practice in Massachusetts and Rhode Island. Hoping to better the state of Rhode Island, McConnell serves on the board of Help Lead Safe Center, whose purpose is to prevent childhood lead poisoning and provide services for children already affected. He also serves on the Development Advisory Committee for the Institute for the Study and Practice of Nonviolence, a committee working to promote nonviolence among young people in Rhode Island, particularly in the inner cities



# JACK MCCONNELL

When Jack McConnell was in college, he thought he would become a "Nader's Raider." Going into law school, he thought he might be a public defender. Whatever he did, he wanted to take on the wealthy and powerful on behalf of the underdog. Later, when serving as a law clerk for Rhode Island Supreme Court Justice Donald F. Shea, he saw the positive impact he could make on peoples' lives by being a plaintiffs' trial attorney. His future was in the courtroom.

Now, more than 20 years later, McConnell still loves fighting for justice and taking on the Goliaths of the world – Big Tobacco, the asbestos industry, and now, the manufacturers of lead paint. He does so on behalf of many "Davids" — individuals, groups of people, municipalities, counties and states. His legal career pits him against those who have shirked their responsibilities and basic regard for human lives. McConnell's exceptional legal and trial achievements have earned him a host of honors.

He is the recipient of the National Association of Attorneys General's Presidents Award, the Childhood Lead Action Project's Above and Beyond the Call of Duty Award, the Rhode Island Bar Association's Dorothy Lohman Award, CWRU's Martin Luther King, Jr. Award and the Rhode Island ARC's Silver Bullet Award. He is an Advocate in The National College of Advocacy.

A 1980 Brown University graduate, McConnell earned his law degree from Case Western Reserve University School of Law in 1983. After clerking for the R.I. Supreme Court, he practiced law at the firm of Mandell, Goodman, Famiglietti & Schwartz for two years before beginning work with Motley Rice attorneys in 1986. He became a Motley Rice LLC member in 2003, serves as one of the six members of the firm's executive committee and manages the firm's Rhode Island office. McConnell is active in his community as well as the state and national Democratic Party. He is licensed to practice in Massachusetts, Ohio, Rhode Island, South Carolina and Washington, D.C. McConnell is married to Sara Shea McConnell and they are the proud parents of three children, Catherine, Margaret and John.



# DON MIGLIORI

Donald A. Migliori's journey to the highest levels of the plaintiffs' bar — winning multi-million dollar asbestos verdicts, litigating on behalf of the 9/11 families and victims of aviation disasters and helping the States Attorneys General stop Big Tobacco — took an unconventional route.

After graduating from Brown University, he earned a master's degree in early American legal history from Syracuse University's Maxwell School of Public Citizenry and worked as a freelance photographer and an English teacher in Portugal. His path eventually led to Syracuse's College of Law, then to the law firm of Gunning LaFazia & Gnys. In 1997, he began his work with Motley Rice attorneys.

In 2003, Migliori became a member of Motley Rice LLC. He heads the firm's aviation team along with member Mary Schiavo. He also tries occupational health, environmental, medical malpractice and other types of cases before juries. Migliori has made a name for himself as a trial lawyer whose calm, deliberative style enables him to connect with juries and successfully negotiate with adversaries even under the most contentious of circumstances. He is licensed to practice in Massachusetts, Minnesota and Rhode Island.

Migliori is a frequent speaker on legal issues relating to terrorist financing, aviation security, class action litigation, premises liability in asbestos litigation and tobacco company liability. He has also appeared on Court TV, Fox News, and The CBS Early Show and is an adjunct professor at Roger William School of Law, teaching mass torts.