

# BILL NARWOLD

A longtime national leader in the movement for corporate accountability and responsibility, William H. (Bill) Narwold continues that pursuit at Motley Rice LLC, where he directs the Consumer and Commercial Fraud practice group. Narwold is building further on the firm's leading role in many of the largest consumer fraud, defective products, whistleblower, antitrust and securities litigation matters throughout the United States.

The versatile and accomplished litigator joined Motley Rice LLC as a senior member in January 2004 after spending 25 years at Cummings & Lockwood in Hartford, Connecticut, including a decade as managing partner. He was drawn to the firm by its energy, excitement and creativity and the opportunity to work on litigation that affects people's lives, policy and social change. Narwold plays an active management role as a member of Motley Rice's executive committee, and he heads the firm's appellate practice group.

In addition to leading the firm's consumer and commercial litigation matters, Narwold is also a skilled problem-solver, frequently acting as an arbitrator and mediator, both through the American Arbitration Association and privately. He is a frequent speaker on arbitration, alternative dispute resolution and related topics. He is also a member of the National Association of Consumer Advocates.

A 1974 graduate of Colby College, Narwold earned his law degree *cum laude* from the University of Connecticut School of Law in 1979, where he was Managing Editor of the *Connecticut Law Review*. From 1979 to 1981, he served as a law clerk for the Honorable Warren W. Eginton, U.S. District Judge, District of Connecticut. He is licensed to practice in Connecticut.

Narwold serves on the board of directors of numerous bar associations and non-profit organizations, including the Connecticut Bar Foundation, the Greater Hartford Legal Assistance Foundation, the University of Connecticut Law School Foundation and Lawyers for Children America. Narwold is listed in the current edition of "Best Lawyers in America," and he was named one of eleven lawyers "who made a difference" by *The Connecticut Law Tribune*. Narwold also serves



as Chairman of Protein Sciences Corporation, a biotechnology company focused on developing vaccines for human and animal health.

## ANN RITTER

Possessing over two decades of courtroom experience in occupational disease, toxic tort and transportation law, Motley Rice LLC member, Ann Ritter, is a skilled and successful trial lawyer who, throughout her accomplished career, has worked tirelessly to confront corporate wrongdoers and hold them accountable for negligence and wrongdoing.

A straight shooter, Ritter is an unyielding advocate for her clients, having combined her inherent ability to lead complex cases with a take-charge attitude to help trial teams and courts across the country. Her strong instinct for finding corporate smoking gun evidence puts her on the front lines of hard-fought litigation.

Since 1985, Ritter has served as the Sheet Metal Workers' International Association (SMWIA) occupational disease counsel, having participated in the early work that led to Sheet Metal Occupational Health Institute (SMOHI) and its 19 years of asbestos health screenings. A frequent speaker at SMWIA conventions, she has also managed and tried multiple cases for sheet metal workers suffering from asbestos disease.

Ritter currently manages Motley Rice's occupational disease and transportation practice groups and has been leading the Ford door latch litigation team in addition to helping lead all of Motley Rice's mesothelioma and asbestos-related disease efforts.

After earning a Bachelor of Science degree from Florida State University, Ritter pursued a law degree from the University of Tennessee. She serves on the Executive Committee at Motley Rice and is co author of "Asbestos in Schools," published by the National School Boards Association. Ritter also serves on the Executive Advisory Council of the International Pleural Mesothelioma Program at Brigham and Women's Hospital at Harvard Medical School and the Advisory Committee for the Tobacco Deposition and Trial Testimony Archives (DATTA) Project.



## MARY SCHIAVO

Throughout her distinguished career in law and public service, Mary Schiavo has held corporations, institutions and the government fully accountable for their obligation to protect the safety and security of the traveling public. She continues that mission at Motley Rice LLC as a member and leader of the aviation team.

From 1990 to 1996, Schiavo served as the Inspector General for the U.S. Department of Transportation. Under her direction, Schiavo and her staff secured more than 1,000 criminal convictions and uncovered billions in waste and abuse at the U.S.D.O.T. Since leaving the Transportation Department, Schiavo has represented passenger and crew families in every major U.S. air crash, as well as pilots and passengers on private planes. At Motley Rice, she continues to represent clients in all major aviation-related litigation, including family members of the passengers and crew aboard the four planes hijacked on September 11, 2001.

Schiavo received her pilot's license soon after her driver's license and, while still a teenager, completed private and commercial flight training at The Ohio State University. She is a *cum laude* graduate of Harvard University and she earned a master's degree in public administration from The Ohio State University, where she was a University Fellow. Schiavo earned a J.D. from New York University and was a Root-Tilden Law Scholar.

At the Smithsonian Institution's Air and Space Museum in Washington, D.C., she was honored with the 1996 Aviation Laurel Award for her many years of work to combat bogus aircraft parts. The following year, Schiavo was inducted into the Aviation Laurel Hall of Fame, also at the Smithsonian Institution.

Recognized by television audiences worldwide, Schiavo has served as an on-air aviation consultant for NBC and ABC news and frequently appears on Fox, CNN, CBS and the BBC. She was named one of Glamour magazine's 1997 Women of the Year, 1987 Working Woman of the Year and 1975 Top Ten College Students. In the cover story of the 1975 issue, Schiavo, while a college student, announced that she planned to make a career in aviation law. Her goal was to make aviation safer, a goal she works everyday to attain.



# JEFFREY THOMPSON

With more than a decade of courtroom experience in occupational health, commercial and consumer fraud, property, bankruptcy, toxic tort and environmental law, and eight years of previous work in the oil industry, Jeff Thompson brings a versatile background, a unique perspective, meticulous preparation and exceptional trial skill to Motley Rice LLC. Currently, Thompson works on asbestos, anti-terrorism, welding rod, railroad/Federal Employers' Liability Act and drug cases. Thompson is involved in every aspect of the litigation that he manages. His legal work is marked by painstaking attention to detail, rigorous preparation, a fair, professional approach to his adversaries and a particular affinity for working with experts in cases requiring complex scientific and medical testimony.

Thompson took an unorthodox path to the top of the legal profession. A native of Des Moines, Iowa, he graduated from Northeast Missouri State University in 1982 and went to work in the oil field services industry in sales, operations and management. He then attended the University of Houston Law Center, where he was editor-in-chief of the Law Review and graduated *magna cum laude*. He then served as law clerk to the Honorable Carolyn Dineen King of U.S. Court of Appeals for the Fifth Circuit before joining the Houston law firm of Susman Godfrey. Thompson joined the Williams Bailey Law Firm in Houston, Texas in 1995 and became a partner in 1997.

He became a member of Motley Rice LLC in June 2003. He is licensed to practice in Texas.



## FRED THOMPSON

Fred Thompson, with over twenty five years of trial experience in commercial, personal injury and toxic tort law, brings a highly credible reputation to Motley Rice LLC. Armed with a sharp ability to organize facts into legal theories and arguments, Thompson approaches each case individually and always keeps clients' well-being and primary interests in mind. He believes that litigating in a mass tort process demands attention for the individual as opposed to the "mass client."

Thompson has represented a cross-section of clients in securities litigation, including customers of public brokerage houses, classes of bondholders in defaulted bond issues and purchasers of securities— including limited partnership units, stocks and other forms of securities against the issuing entities, advisers, accountants, brokers, bankers, underwriters, syndicators and other associated professionals in federal, state and bankruptcy forums, as well as in alternative dispute such as arbitration. Thompson currently leads Motley Rice's medical practice group, managing all cases related to defective medical devices, medical malpractice, nursing home abuse and harmful pharmaceutical drugs.

After earning a Bachelor of Arts degree *cum laude* from Yale University in 1973, Thompson served his country in the U.S. Navy. He then attended Duke University School of Law, where he served on the editorial board of the Duke Law Review, was awarded the Order of the Coif and earned his J.D. with distinction in 1979. Thompson has tried cases in every forum in South Carolina, from the magistrate's court to the court of appeals. Aside from his professional career, Thompson enjoys creative writing and has won several short story contests over the last decade, including the Bad Joyce Writing Contest sponsored by Oxford Books in Atlanta. He is licensed to practice in South Carolina.

## DAVID WORLEY

In 1980, David Worley graduated *cum laude* from Harvard University. After two years as a congressional aide, he attended the University of Virginia School of Law, where he won the Johnson & Swanson Award for excellence in written advocacy and was a member of the National Moot Court Team. He earned a Juris Doctor from UVA in 1985. Worley's experience includes nearly a



MotleyRice

decade representing trustees of union pension funds, international and local unions, and groups of individuals in a variety of complex trial and appellate litigation and arbitrations. His securities experience includes leading litigation teams in In re Cryolife Sec. Litig. and In re AFC Enterprises Sec. Litig. Worley is admitted to practice before all Georgia state trial and appellate courts, the United States District Courts for the Northern and Middle Districts of Georgia, and the Eleventh Circuit Court of Appeals.

As a member of Motley Rice LLC, Worley works primarily with the firm's Securities and Commercial Fraud practice group working on corporate securities and other complex litigation to further the firm's leading role in many of the largest consumer fraud, defective products, whistleblower, and antitrust litigation matters throughout the United States. Worley has served as Chair of the Labor and Employment Law Sections of both the State Bar of Georgia and the Atlanta Bar Association, and as Co-Chair of the Federal Legislative Developments Committee of the American Bar Association's Committee on Labor and Employment Law. He was a contributing editor to The Fair Labor Standards Act (BNA, 2000) and Discipline and Discharge in Arbitration (BNA, 1998) and has lectured on litigation and arbitration topics at numerous continuing legal education seminars. For many years he was a member of the AFL-CIO Lawyers Coordinating Committee.

From 1998 to 2001, Worley served as Chairman of the Democratic Party of Georgia. He is a former Democratic nominee for the United States Congress, has been a Member of the Democratic National Committee and a delegate to four Democratic National Conventions. He has also served as Chairman of the Board of Trustees of the Clayton County Library System and the Clayton County Aging Program. He is currently a member of the Georgia State Election Board.



# ADDITIONAL SECURITIES AND CONSUMER FRAUD LITIGATORS AND FORENSIC STAFF

## INGRID MOLL

After working for two large defense firms, Ingrid Moll made a significant career move in 2004 when she chose to join Motley Rice LLC, attracted by its energy, creativity and role in tobacco and asbestos litigation.

Moll's areas of experience include unfair competition and trade practices and intellectual property, tax and appellate practice. She has partaken in the preparation, briefing and argument for dozens of appeals in various state and federal courts. Moll works primarily in Motley Rice's consumer and commercial fraud practice group and assists the 9/11 practice group in the litigation pending in New York.

After graduating from Wheaton College with a Bachelor of Arts in Political Science and French, Moll earned a J.D. with honors from the University of Connecticut School of Law, where she was Editor-in-Chief of the *Connecticut Law Review* and a recipient of the University of Connecticut Law School Foundation Award for Exceptional Achievement in Scholarship. Following her graduation from law school, Moll served as a law clerk to the Honorable David M. Borden, Connecticut Supreme Court.

Moll has taught moot court class at the University of Connecticut School of Law as an adjunct professor. In addition, she volunteers for the non-profit organization, Lawyers for Children America, representing neglected children in juvenile court proceedings and is a member of the American, Connecticut and Hartford County Bar Associations.

Ingrid Moll's experience includes serving on the litigation team of cases in unfair trade practices, intellectual property, constitutional law, tax and other areas in state and federal courts in Colorado, Connecticut, Georgia, Minnesota and New York and playing an active role in appeals before the U.S. Court of Appeals for the First and Second Circuit and the state courts of Connecticut, Georgia and Maryland.

## TED HUGE

Ted Huge has a financial management background and litigation experience fighting corporate fraud in consumer and commercial litigation. As one of the firm's primary RICO litigators, Huge has worked on several civil RICO cases including the tobacco cost recovery cases of the 1990s, a consumer credit fraud class action and two large cases in Puerto Rico, one involving bribery



Huge earned a Bachelor of Arts from Duke University in 1989 and a law degree from Georgetown University in 1993. Before joining Motley Rice attorneys, Huge worked as assistant general counsel and financial analyst for an international start-up company working on securities, franchise and corporate matters and the preparation of financial statements and analysis. He is licensed to practice in South Carolina, Virginia, the U.S. Virgin Islands and the District of Columbia.

## LESLIE TORAN

Leslie Toran is an associate with Motley Rice LLC. She works primarily with the firm's Securities and Consumer Fraud practice group prosecuting securities fraud claims against large corporations. Responsibilities include investigating and analyzing new cases, conducting legal research, drafting complaints and discovery, and conducting motions practice. Toran also actively assists in preparing for depositions of corporate defendants, class representatives, and experts.

Toran earned a Bachelor of Arts degree in economics from the Georgia State University, Andrew Young School of Policy Studies in 1998, where she was a charter member of the University's intercollegiate equestrian team. She graduated *cum laude* from the Georgia State University College of Law where she was a member of the university Georgia State University Law Review and served on the Law Review Executive Board as the Symposium Editor. She received numerous CALI awards in subjects spanning from Constitutional Law to Corporate Finance. Prior to her work with Motley Rice, Toran worked as an equity research associate for money management firm Trusco Capital Management, Inc. and as an associate with Chitwood Harley Harnes, LLP both in Atlanta, Georgia. She is a member of the Georgia Bar Association and is licensed to practice in Georgia.

## BRIAN BRADLEY

Brian C. Bradley, a Forensic Accountant, has more than 25 years experience in professional services, finance and management. His professional services experience includes consulting and litigation support. His litigation consulting work has included areas such a securities fraud, professional malpractice, business fraud and damage claims. In addition, Mr. Bradley has over a decade of valuable experience in accounting, reporting and audit functions with financial institutions. Mr. Bradley has participated in several high profile class actions in both state and federal courts across a variety of industries. His work has led to successful recoveries against Big Four accounting firms and Fortune 500 companies. Mr. Bradley is a graduate of the University of

MotleyRice

Houston, with a B.S. in Business Administration, majoring in accounting.

# EXHIBIT D

## KAHN GAUTHIER SWICK, LLC

Kahn Gauthier Swick, LLC ("KGS") is a Louisiana law firm with offices in New Orleans, Louisiana (www.kglg.com). KGS focuses predominantly on class action litigation, and practices mainly in the fields of securities fraud, consumer fraud, mass tort litigation and securities transaction. Since its inception KGS has recovered tens of millions of dollars for the plaintiffs it represents. KGS was formed in 2000, as a partnership between established class action attorneys led by Wendell Gauthier. Mr. Gauthier was an esteemed member of the Louisiana Bar prior to his passing in December, 2001 at the age of 58. Mr. Gauthier was best known as Chairman of the Castano Tobacco Litigation Group, a coalition of national plaintiff firms that was the catalyst for the nationwide tobacco settlements of $206 billion.

KGS is uniquely positioned to represent plaintiffs in complex class action litigation. Lewis Kahn serves as the managing partner of KGS. Along with the representation of thousands of plaintiffs in class action and mass tort cases filed throughout the United States, Mr. Kahn has been appointed to various leadership positions in federal class action litigation. Among other prestigious appointments, Mr. Kahn served as a member of the Plaintiffs' Steering Committee in MDL 1481, *In Re: Meridia Products Liability Litigation*, appointed by Judge James S. Gwin in the United States District Court for the Northern District of Ohio, Eastern District. Mr. Kahn was also appointed Liaison Counsel in the national securities fraud litigation against Merck, Inc. for its failure to disclose the safety profile of Vioxx to its shareholders, *In Re Merck, Inc., Securities Litigation,* Case No. 03-3125 (E.D. La) by Judge Kurt Englehart. This

case was transferred to Judge Stanley Chesler and is currently part of MDL 1658, *In Re Merk & Co., Inc. Securities, Derivative and "ERISA" Litigation.*

Moreover, Mr. Kahn also served as one of five plaintiffs' counsel that secured a $20.5 million securities fraud settlement in *Lasky v. Brown, et al.* (United Companies Securities Litigation), Case No. 99-1035-D-M2 (M.D. La.). Mr. Kahn has also been appointed and served as Liaison Counsel in the following federal securities fraud cases:

1.   *In Re Stewart Enterprises, Inc., Securities Litigation*, Case No. 99-2572 (E.D. La.);

2.   *In Re McDermott, Inc. Securities Litigation*, Case No. 99-3831 (E.D. La.);

3.   *In Re Orthodontic Care Associates, Securities Litigation,* Case No. 03-1027 (E.D. La).

Mr. Kahn is often turned to by the media for expert commentary in the field of class action litigation. Mr. Kahn has been profiled in the *New York Times, Washington Post, Boston Globe*, and many other media outlets, and has provided expert commentary on CNNfn surrounding the Enron securities fraud class action litigation. Mr. Kahn holds a Bachelor's degree from New York University and received a Juris Doctor from Tulane Law School in 1994. He is a member in good standing of the Louisiana State Bar Association since 1995, the American Association of Trial Lawyers, and the Federal Bars for the Eastern, Middle and Western Districts of Louisiana.

Michael Swick heads KGS's Securities Litigation Group. Prior to joining KGS, Mr. Swick worked at several of the nation's leading securities class action law firms, including: both the East Coast and West Coast offices of Milberg Weiss Bershad Hynes

& Lerach, LLP (now Lerach Coughlin Stoia Rudman Gellar & Robbins, LLP - CA, and

Milberg Weiss Bershad & Schulman LLP - NYC), and the Connecticut firm of Scott +

Scott, LLP.

Over the past decade of securities class action litigation, Mr. Swick has been

instrumental in instituting litigation that has produced hundreds of millions of dollars of

recoveries.  Such actions include:

**$140 Million Recovery**. In re Sunbeam Securities Litigation: No. 98-8258 (S.D. Fla).  Michael Swick drafted one of the first filed actions against Sunbeam, where plaintiffs alleged that Sunbeam, its auditor, and its management engaged in a massive accounting fraud, culminating in the restatement of over three years of previously reported financial results. The Court approved a combined settlement of over $140 million - - including $110 million paid by Arthur Andersen, LLP, then Sunbeam's auditor.  In connection with this settlement, Albert Dunlap, Sunbeam's former Chairman and CEO, personally contributed $15 million.

**$134 Million Recovery.**  In In re Computer Associates Securities Litigation, Nos. 98-CV-4839, 02-CV-1226 (TCP) (E.D.N.Y.), Michael Swick drafted and participated in the filing of one of the earliest and most comprehensive actions. This filing later resulted in a pretrial settlement of securities fraud charges valued at over $134 million.

**$300 Million Recovery.**  In re Oxford Health Plans, Inc. Securities Litigation, MDL Dkt. No. 1222 (CLB) (S.D.N.Y.).  Cash settlements totaling $300 million were recovered for plaintiffs after it was determined that Oxford Health Plans, Inc. issued fraudulent financial statements that misstated premium revenues and claims expense.  Oxford's outside auditor, KPMG, was also named as a defendant in that action.

**$600 Million Recovery.**  In re Lucent Technologies, Inc. Securities Litigation, No. 00cv621 (AJL) (D.N.J.).  This settlement provided $600 million in compensation to aggrieved shareholders who purchased Lucent stock between Oct. 1999 and Dec. 2000.

Mr. Swick received a Juris Doctor from Tulane Law School in 1994.  Further, Mr.

Swick received a Masters of Political Philosophy from Columbia University in 1989 and

a B.A. in Philosophy and Political Science from State University of New York at Albany in 1988. Mr. Swick was admitted to the state Bar of New York in 1996.

Kevin Oufnac is a partner at KGS who practices in the firm's class action section. Mr. Oufnac has litigated cases throughout the United States with both Ness, Motley, Loadholt, Richardson & Poole, PC and its successor firm Motley Rice, LLC in high value individual cases, mass torts, class actions, MDL's and various other complex cases. Mr. Oufnac has been licensed to practice law in Louisiana since 1995 and in South Carolina since 1997. Further, Mr. Oufnac is admitted to the United States Court of Appeals for the Fourth Circuit, and the United States District Courts for the Eastern District of Louisiana, the Eastern District of Michigan, and the District of South Carolina.

In addition to its partners, KGS employs three associate lawyers, along with multiple paralegals and investigators, providing the firm the resources necessary to litigation complex litigation. Moreover, KGS' foremost characteristic has been the ability to work cooperatively with the Court and with other attorneys as evidenced by its successful track record.

# EXHIBIT E

## COHEN, MILSTEIN, HAUSFELD & TOLL, P.L.L.C. FIRM RESUME

For decades, Cohen, Milstein, Hausfeld & Toll, P.L.L.C. has represented individuals, small businesses, institutional investors, and employees in many of the major class action cases litigated in the United States for violations of the antitrust, securities, environmental, consumer protection, civil rights/discrimination, ERISA and human rights laws. The Firm is also at the forefront of numerous innovative legal actions that are expanding the quality and availability of legal recourse for aggrieved individuals and businesses both domestic and international. Over its history, Cohen Milstein has obtained many landmark judgments and settlements for individuals and businesses in the United States and abroad.

The firm's most significant past cases include:

- <u>In re Vitamins Antitrust Litigation</u>, MDL No. 1285 (D.D.C.). Cohen Milstein served as co-lead counsel for two certified classes of businesses that directly purchased bulk vitamins and were overcharged as a result of a ten year global price-fixing and market allocation conspiracy. Chief Judge Hogan approved four major settlements between certain vitamin defendants and Class Plaintiffs, including a landmark partial settlement of $1.1 billion. In a later trial before Chief Judge Hogan concerning four Class Plaintiffs' remaining unsettled Vitamin B4 (choline chloride) claims, a federal jury in Washington unanimously found Japan's second largest trading company, Mitsui & Co., Ltd., its wholly-owned U.S. subsidiary Mitsui & Co. (U.S.A.), Inc., DuCoa, LP, a choline chloride manufacturer based in Highland, Illinois, and DuCoa's general partner, DCV, Inc. liable for participating in the conspiracy and ordered them to pay $49,539,234, which is trebled to $148,617,702 under the federal antitrust laws. The case was subsequently settled against those defendants.

- <u>Dukes v. Wal-Mart Stores, Inc.</u>, No. C-01-2252 (N.D. Cal.). Cohen Milstein is one of the co-lead counsel in this discrimination case. In June 2004, U.S. District Court Judge Martin Jenkins ruled that six current and former Wal-Mart employees from California may represent all female employees of Wal-Mart who worked at its U.S. stores anytime after December 26, 1998 in a nationwide sex discrimination class action lawsuit (appeal pending). As the largest civil rights class action ever certified against a private employer, the Judge described the case as "historic in nature, dwarfing other employment discrimination cases that came before it." The action charges that Wal-Mart discriminates against its female retail employees in pay and promotions. The

class in this case includes more than 1.5 million current and former female employees of Wal-Mart retail stores in America, including Wal-Mart discount stores, super centers, neighborhood stores, and Sam's Clubs.

- In re Lucent Technologies Securities Litigation, Civ. Action No. 00-621 (JAP) (D.N.J.). A settlement in this massive securities fraud class action was reached in late March 2003. The class portion of the settlement amounts to over $500 million in cash, stock and warrants and ranks as the second largest securities class action settlement ever completed. Cohen Milstein represented one of the co-lead plaintiffs in this action, a private mutual fund.

- Nate Pease, et al. v. Jasper Wyman & Son, Inc., et al., Civil Action No. 00-015 (Knox County Superior Court, Me.). In 2004, a state court jury from Maine found three blueberry processing companies liable for participating in a four-year price-fixing and non-solicitation conspiracy that artificially lowered the prices defendants paid to approximately 800 growers for wild blueberries. The jury ordered defendants Cherryfield Foods, Inc., Jasper Wyman & Son, Inc., and Allen's Blueberry Freezer, Inc. to pay $18.68 million in damages, the amount which the growers would have been paid absent the defendants' conspiracy. After a mandatory trebling of this damage figure under Maine antitrust law, the total amount of the verdict for the plaintiffs is just over $56 million. The Firm served as co-lead counsel.

- In re StarLink Corn Products, Liability Litigation, MDL No. 1403. (N.D. Ill.). Cohen Milstein successfully represented U.S. corn farmers in a national class action against Aventis Holding and Garst Seed Company, the manufacturer and primary distributor of StarLink corn seeds. StarLink is a genetically modified corn variety that the United States government permitted for sale as animal feed and for industrial purposes, but never approved for human consumption. However, StarLink was found in corn products sold in grocery stores across the country and was traced to widespread contamination of the U.S. commodity corn supply. The Firm, as co-lead counsel, achieved a final settlement providing more than $110 million for U.S. corn farmers, which was approved by a federal district court in April 2003. This settlement was the first successful resolution of tort claims brought by farmers against the manufacturers of genetically modified seeds.

- In re Diet Drug Litigation (Fen-Phen), MDL No. 1203 (E.D. Pa.). As a member of the Plaintiffs' Management Committee and Sub-Class Counsel, Cohen Milstein played a major part in the success of the Fen-Phen diet drug litigation and settlement *(In re: Diet Drugs (Phentermine, Fenfluramine, Dexfenfluramine) Products Liability Litigation,* MDL 1203). CMHT and other plaintiffs' counsel achieved the largest settlement ever obtained in a mass tort case - $3.75 billion - on behalf of millions of U.S. consumers who used Pondimin (fenfluramine) or Redux (dexfenfluramine), either alone or in combination with phentermine, diet drugs that are associated with heart valve damage.

- <u>Snyder v. Nationwide Mutual Insurance Company</u>, No. 97/0633 (Sup. Ct. N.Y. Onondaga Cty.). Cohen Milstein served as one of plaintiffs' principal counsel in this case on behalf of persons who held life insurance policies issued by Nationwide through its captive agency force. The action alleged consumer fraud and misrepresentations. Plaintiffs obtained a settlement valued at more than $85 million. The judge praised the efforts of Cohen Milstein and its co-counsel for having done "a very, very good job for all the people." He complimented "not only the manner" in which the result was arrived at, but also the "time ... in which it was done."

- <u>Oncology & Radiation Associates, P.A. v. Bristol Myers Squibb Co., et al.</u>, No. 1:01CV02313 (D.D.C.). Cohen Milstein has been co-lead counsel in this case since its inception in 2001. Plaintiffs alleged that Bristol-Myers Squibb unlawfully monopolized the United States market for paclitaxel, a cancer drug discovered and developed by the United States government, which Bristol sells under the brand name Taxol. Bristol's scheme included a conspiracy with American BioScience, Inc., a generic manufacturer, to block generic competition. Cohen, Milstein's investigation and prosecution of this litigation on behalf of direct purchasers of Taxol led to a settlement of $65,815,000 that was finally approved by U.S. District Judge Emmet G. Sullivan on August 14, 2003 and preceded numerous Taxol-related litigations brought by the Federal Trade Commission and State Attorneys General offices.

- <u>Kruman v. Christie's International PLC, et al.</u>, Docket No. 01-7309. A $40 million settlement on behalf of all persons who bought or sold items through Christie's or Sotheby's auction houses in non-internet actions was approved in this action. Cohen Milstein served as one of three leading counsel on behalf of foreign plaintiffs. The Court noted that approval of the settlement was particularly appropriate, given the significant obstacles that faced plaintiffs and plaintiffs' counsel in the litigation. The settlement marked the first time that claims on behalf of foreign plaintiffs under U.S. antitrust laws have been resolved in a U.S. court, a milestone in U.S. antitrust jurisprudence.

- <u>In re Infant Formula Consumer Antitrust Litigation</u> (multiple state courts). Cohen Milstein instituted price-fixing cases on behalf of indirect-purchasers in 17 states under state antitrust laws against three companies who conspired to drive up the price of infant formula. The cases resulted in settlements of $64 million for purchasers of infant formula.

- <u>Domestic Air Transportation Antitrust Litigation</u> (N.D. Ga.) Plaintiffs alleged a conspiracy among major airlines to set prices. In one of the largest consumer class actions ever brought to a successful conclusion, Cohen Milstein was one of the lead counsel and obtained a settlement of travel discounts and cash totaling $458 million for the class of individuals and businesses.

- <u>In re The Exxon Valdez Litigation</u>, No. A89-095 Civ. (D. Ak.). The firm was selected from dozens of law firms around the country by federal and

state judges in Alaska to serve as co-lead counsel for plaintiffs in the largest environmental case in United States history that resulted in a jury verdict of more than $5 billion (reversed and remanded for revised punitive damages award; further proceedings pending).

- Holocaust Litigation. In the historic Swiss Banks litigation, CMHT served, *pro bono,* as co-lead counsel for Holocaust survivors against the Swiss banks that collaborated with the Nazi regime during World War II by laundering stolen funds, jewelry and art treasures. Cohen Milstein obtained a $1.25 billion settlement, leading the presiding judge to call the firm's work "indispensable." *See In re Holocaust Victim Assets Litig.*, Case No. CV 96-4849 (ERK) (MDG) (Memorandum of Chief Judge Korman dated July 26, 2002). The Firm was also a lead counsel in litigation by survivors of World War II-era forced and slave labor in litigation against the German companies that profited from using the labor of concentration camp inmates. This litigation, which resulted in an unprecedented settlement of $5.2 billion, was resolved by multinational negotiations involving the defendants, plaintiffs' counsel, and the governments of several countries for approximately two million claimants.

Cohen Milstein has contributed over 37,000 hours of time to human rights and *pro bono* cases since 1996. As an example, the Firm represented eight survivors and/or families of the victims of the September 11, 2001 attack on the Pentagon before the Federal compensation fund. Cohen Milstein has obtained a substantial recovery for each, including the highest recovery to date, $6.8 million, for an injured individual.

- Roberts v. Texaco, Inc., 94-Civ. 2015 (S.D.N.Y.). Cohen Milstein represented a class of African-American employees in this landmark litigation that resulted in the then-largest race discrimination settlement in history ($176 million in cash, salary increases and equitable relief). The Court hailed the work of class counsel for, *inter alia,* "framing an imaginative settlement, that may well have important ameliorative impact not only at Texaco but in the corporate context as a whole …".

- Conanan v. Tanoue, No. 00-CV-3091 (ESH). Cohen Milstein represented African-American employees at the Federal Deposit Insurance Corporation (FDIC) in this race discrimination suit, which settled for $14 million. The settlement provides the largest payment made in an employment discrimination class action based on race against a federal agency.

- Trotter v. Perdue Farms, Inc., Case No. 99-893 (RRM) (JJF) (MPT), D. Del. This suit on behalf of hourly workers at Perdue's chicken processing facilities -- which employ approximately 15,000 people -- forced Perdue to pay employees for time spent "donning and doffing," that is, obtaining, putting on, sanitizing and removing protective equipment that they must use both for their own safety and to comply with USDA regulations for the safety of the food supply. The suit alleged that Perdue's practice of not counting donning and

doffing time as hours worked violated the Fair Labor Standards Act and state law. In a separate settlement with the Department of Labor, Perdue agreed to change its pay practices. In addition, Perdue is required to issue retroactive credit under one of its retirement plans for "donning and doffing" work if the credit would improve employees' or former employees' eligibility for pension benefits. CMHT was co-lead counsel.

In addition, Cohen Milstein is an innovator in new areas of the law. The Firm was in the forefront of filing antitrust claims on behalf of indirect purchasers in 1993 and 1994, when it filed state-court actions in 18 states on behalf of indirect purchasers of infant formula. This was the first effort to systematically and simultaneously pursue treble damages claims on behalf of indirect-purchasing consumers in all states where antitrust laws permitted such claims. This approach, and variations of it, have since become the accepted model for pursuing antitrust damages on behalf of indirect-purchasing consumers. The Firm also has been in the forefront of the development of international antitrust theory and litigation of claims. As the global economy has produced worldwide conglomerates, so, too, has the nature of antitrust violations changed. For example, in *Kruman v. Christie's International PLC, et al.* Docket No. 01-7309 and *In re Bulk Vitamins Antitrust Litigation*, MDL 1285 (D.D.C.), both the parties and the anticompetitive actions were played out on a world, rather than domestic, stage. The firm also represents and won Lead Plaintiff status for domestic and foreign investors in a foreign company's bonds, in a PSLRA litigation being pursued in the United States, *In re Parmalat Securities Litigation*, Master Docket 04 Civ 0030 (LAK) (S.D.N.Y.). The Firm has affiliated offices around the world, in the United Kingdom, Italy, South Africa, Panama and Australia.

Cohen, Milstein, Hausfeld & Toll, P.L.L.C. was established in March 1986 and is based in Washington, D.C. with offices in New York, Philadelphia and Chicago. From

1969 until 1986, the Firm was the Washington, D.C. office of the Philadelphia law firm

currently known as Kohn, Swift & Graf, P.C..

The Firm has had one of the most varied and extensive plaintiffs' practices in the

United States, and it has played a prominent role in major litigations since 1969. These

cases include:

> In re North Atlantic Air Travel Antitrust Litigation, Civ. Action No. 84-1103 (D.D.C.); the Firm, as co-lead counsel, obtained a class settlement of $30 million in coupons for air travelers between the United States and England.

> In re Screws Antitrust Litigation, MDL No. 443 (D. Mass.); the Firm, as co-lead counsel, obtained a class settlement of approximately $50 million.

> Ocean Shipping Antitrust Litigation, MDL No. 395 (S.D.N.Y); the Firm, as co-lead counsel, obtained a class settlement of approximately $50 million.

> In re Corrugated Container Antitrust Litigation, MDL No. 310 (S.D. Tex.); the Firm was one of a handful of firms involved in the successful trial of this massive antitrust case which was eventually settled for approximately $366 million.

> Murphy, Derivatively On Behalf of Nominal Defendant National Health Laboratories Incorporated v. Perelman, Case No. 659511 (Cal. Sup. San Diego Cty.); as one of co-lead counsel in the derivative action, the firm and others obtained a global settlement of class and derivative litigation for $65 million.

> In re Flat Glass Antitrust Litigation, MDL No.1200, (W.D. Pa.); the Firm as co-lead counsel obtained a total of $ 61.7 million in settlement funds on behalf of glass shops, window manufacturers, and others who directly purchased the affected products from the defendants.

> Buspirone Antitrust Litigation, MDL No. 1413 (S.D.N.Y.); as one of four co-lead counsel, the Firm and others obtained a $90 million settlement for the class.

> Masonite Hardboard Siding Litigation, Civ. Action No. 996787 (Cal. Super. Ct.); the Firm, as one of the lead counsel, obtained a settlement valued at hundreds of millions of dollars.

> Polybutylene Pipe Litigation, Civ. Action No. W 2004-017770COA-R3-CV (W.D. Tenn.); the Firm helped obtain a settlement valued at $900 million.

> Biben v. Card, No. 84-0844-CV-W-6 (W.D. Mo.); the Firm, as one of two co-lead counsel, negotiated settlements for $11.9 million, which was 93% of class members' damages.

> In re Newbridge Networks Securities Litigation, Civ. Action No. 90-1061

(D.D.C.); the Firm, as co-counsel, obtained a cash and stock class settlement valued at approximately $20 million.

Jiffy Lube Securities Litigation, Civ. Action No. Y-89-1939 (D. Md.); the Firm, as co-lead counsel, obtained class settlements for a total of $12 million.

In re Saxon Securities Litigation, Civ. Action No. 82 Civ. 3103 (S.D.N.Y.); the Firm, as co-lead counsel, obtained a class settlement of approximately $20 million.

Grossman v. Waste Management, Civ. Action No. 83 Civ. 2167 (N.D. Ill.); the Firm, as co-lead counsel, obtained a class settlement of approximately $13 million.

In re Warner Communications Securities Litigation, 618 F. Supp. 735 (S.D.N.Y. 1986); the Firm was one of plaintiffs' counsel in this case where a class settlement of $18.4 million was obtained.

In re Tandon Securities Litigation, No. CV86-4566 (C.D. Cal.); the Firm played a major role in this class action where settlement was valued at approximately $16 million.

Immunex Securities Litigation, No. C92-548WD (W.D. Wash.); the firm was one of lead counsel where the largest securities class action settlement in Seattle -- $14 million -- was recovered.

In re Caremark Securities Litigation, Case No. 94 C 4751 (N.D. Ill.); the Firm, as co-lead counsel, obtained a class settlement of $25 million.

In re Commercial Explosives Antitrust Litigation, Consolidated Case No. 2:96md 1093S (D. Utah); the Firm, as co-lead counsel, obtained a settlement of $77 million.

Cohen Milstein has also served as lead or co-lead counsel, or on Plaintiffs' Executive Committee(s), in many dozens of antitrust, securities, consumer protection or product liability, civil rights, and human rights class action cases.

### **Attorney Profiles - Partners**

### Herbert E. Milstein

Herbert E. Milstein began practicing law with Jerry S. Cohen in 1970 – the birth of the Firm. Mr. Milstein has been lead or principal counsel in many of the best known securities class actions litigated during the past 35 years. He is the senior member of the Securities Fraud/Investor Protection practice group.

Mr. Milstein is the author of numerous articles on topics involving class action litigations and the Federal securities laws. He recently authored an article on current issues involving federal securities laws and a separate article in the book entitled *The Burger Years*. He is also the author of a monograph on the attorney-client privilege.

As an adjunct Professor of Law at Georgetown University Law Center from 1980-1987, he taught complex litigation and continues to lecture on securities litigation and class actions at law schools and seminars sponsored by the American Bar Association, state bar associations, and continuing legal education organizations. In 1985, he received a Silver Gavel award from the American Bar Association for his distinguished example of public service.

Mr. Milstein formerly served on the staff of the Securities and Exchange Commission for five and one-half years, and last held the position of Chief Enforcement Attorney, Division of Corporate Regulation. From 1976-1980, Mr. Milstein served as Equity Receiver for National American Life Insurance Company, appointed by Judge Charles R. Richey, in *SEC v. National Pacific Corp.* For that work, the Chairman of the SEC said Mr. Milstein and the Firm served "with distinction."

Formerly the President of the National Association of Securities and Commercial Law Attorneys (NASCAT), he also served as Treasurer of that organization for six years. He is a member of the American Law Institute, and a member and former Chairman of the Executive Council of the Securities Law Committee of the Federal Bar Association.

Mr. Milstein is currently on the Board of Directors of several organizations, including the Appleseed Foundation and The Studio Theatre of Washington, DC.

Mr. Milstein graduated from Harvard College (*cum laude*, 1958) and Columbia University School of Law (LL.B., 1961).

Mr. Milstein is admitted to practice in the District of Columbia and Massachusetts.

### Michael D. Hausfeld

Michael Hausfeld, one of the country's top civil litigators, joined the Firm in 1971. He is a member of the Antitrust and International practice groups.

Mr. Hausfeld's career has included some of the largest and most successful class actions in the fields of human rights, discrimination and antitrust law. He long has had an abiding interest in social reform cases, and was among the first lawyers in the U.S. to assert that sexual harassment was a form of discrimination prohibited by Title VII; he successfully tried the first case establishing that principle. He represented Native Alaskans whose lives were affected by the 1989 Exxon Valdez oil spill; later, he negotiated a then-historic $176 million settlement from Texaco, Inc. in a racial-bias discrimination case.

In *Friedman v. Union Bank of Switzerland*, Mr. Hausfeld represented a class of victims of the Holocaust whose assets were wrongfully retained by private Swiss banks during and

after World War II. The case raised novel issues of international banking law and international human rights law. He successfully represented the Republic of Poland, the Czech Republic, the Republic of Belarus, the Republic of Ukraine and the Russian Federation on issues of slave and forced labor for both Jewish and non-Jewish victims of Nazi persecution during World War II. He currently represents Jubilee 2000, Khulumani, and other NGOs in litigation involving abuses under apartheid law in South Africa, and is pursuing a RICO litigation against the tobacco industry with regard to the sale of and representations on "light" cigarettes.

Mr. Hausfeld has a long record of successful litigation in the antitrust field, on behalf of both individuals and classes, in cases involving monopolization, tie-ins, exclusive dealings and price fixing. He is or has been co-lead counsel in antitrust cases against manufacturers of genetically engineered foods, managed healthcare companies, bulk vitamin manufacturers, technology companies and international industrial cartels. He is actively involved in ongoing investigations into antitrust cases abroad, and was the only private lawyer permitted to attend and represent the interests of consumers worldwide in the 2003 closed hearings by the EU Commission in the Microsoft case.

Chief Judge Edward Korman (E.D.N.Y.), has noted that Mr. Hausfeld is one of the two "leading class action lawyers in the United States." He has been profiled in, and recognized by, many articles and surveys. Most recently, a *Forbes* magazine article reported on Mr. Hausfeld's work to establish an international alliance for the protection of consumers and investors worldwide. He was named one of thirty master negotiators in *Done Deal: Insights from Interviews with the World's Best Negotiators*, by Michael Benoliel, Ed.D. *The Wall Street Journal* profiled him and his practice, and he has been recognized by *The National Law Journal* as one of the "Top 100 Influential Lawyers in America." He has been described by one of the country's leading civil rights columnists as an "extremely penetrating lawyer", and by a colleague (in a *Washington Post* article) as a lawyer who "has a very inventive mind when it comes to litigation. He thinks of things most lawyers don't because they have originality pounded out of them in law school." *The New York Times* referred to Mr. Hausfeld as one of the nation's "most prominent antitrust lawyers," and *Washingtonian Magazine* has listed Mr. Hausfeld in several surveys as one of Washington's 75 best lawyers, saying he "consistently brings in the biggest judgments in the history of law" and that he is "a Washington lawyer determined to change the world -- and succeeding."

His most recent awards include the 2002 B'Nai Brith Humanitarian of the Year award; the Simon Wiesenthal Center Award for Distinguished Service; and the U.S. Department of Energy's Human Spirit Award, presented "in tribute to a person who understands the obligation to seek truth and act on it is not the burden of some, but of all; it is universal."

He is a frequent speaker on antitrust, human rights and international law, most recently participating in a panel discussion at the Spring Meeting of the ABA Section of Antitrust Law entitled "International Antitrust: Developments After Empagran and Intel" and at the School of Oriental and African Studies (SOAS) Annual Meeting in London entitled "Human Rights in An Integrated World: The Apartheid Reparations Litigation in the USA." He taught Masters Degree courses at Georgetown University Law Center from

1980 to 1987, and was an Adjunct Professor at the George Washington University Law School from 1996 to 1998 and now sits on its Board of Directors.

Mr. Hausfeld is a graduate of Brooklyn College, receiving a B.A. in Political Science with a minor in Russian History (*cum laude*, 1966) and the National Law Center, George Washington University (J.D., *with honors*, 1969). He was a member of the Order of the Coif and the Board of Editors for the George Washington Law Review (1968-69).

He is admitted to practice in the District of Columbia.

### Steven J. Toll

Steven J. Toll joined the Firm in 1979 and has been lead or principal counsel in some of the most highly publicized stock fraud cases over the past 25 years. He is a member of the Securities Fraud/Investor Protection practice group.

Some of Mr. Toll's more notable cases include those against Lucent Technologies, which was settled for approximately $575 million, the second largest securities class action settlement ever achieved; Caremark ($25 million recovery for shareholders), where the defendant pled guilty to Medicare fraud and paid the U.S. Government a fine of approximately $160 million; and National Health Labs, which paid $65 million to settle shareholder and derivative cases. The breadth of his experience is shown from his work on the litigation teams in *In re Saxon Securities Litigation* (S.D.N.Y.)(fraud involving fictitious photocopier sales; recovery of $20 million); *In re ECI Telecom Securities Litigation* (E.D.Va.)(telecom company accused of presenting false revenue and earnings figures; recovery of $22.75 million); *In re Immunex Securities Litigation* (W.D. Wash.) (biotech company accused of concealing significant business problems; recovery of $14 million); *Grossman v. Waste Management*, (N.D. Ill.)(defendant accused of withholding information concerning violations of the environmental laws and regulatory standards; recovery of $13 million); *In re Jiffy Lube Securities Litigation* (D. Md.) (company accused of deceptive accounting practices; recovery of $12 million); and *In re Itron Securities Litigation* (E.D. Wash.)(defendant company accused of concealing flaws in its technology; recovery of $12 million).

Mr. Toll also served as co-lead counsel in one of the most publicized frauds of the 1990s -- *Cascade International* (S.D. Fla.) where the mastermind of the fraud, Victor Incendy, is still a fugitive from justice. The case settled on the eve of trial against Raymond James Inc. -- the only securities class action ever successfully litigated against a brokerage firm for its role as a research analyst.

He is currently one of the Firm's team serving as co-lead counsel in the securities fraud class action involving Parmalat, the Italian dairy manufacturer; the case is known as Europe's "Enron". He is also leading several securities fraud cases against other public companies.

Mr. Toll was profiled in the February 1996 *Washington Business Journal* as one of five attorneys that stand out as the "cream of the crop" in the Washington D.C. legal community.

He has written for and spoken at various conferences about securities law issues, including, *inter alia, The Plaintiffs' Perspective, Securities Regulation and the New Law*, National Legal Center for the Public Interest, No. 1, Sept. 1996; *The Sarbanes-Oxley Bill Provides No Assistance To Investors Seeking To Recovery From Corporate Fraud*, ABA Annual Meeting, August 2002; and *The Analyst Cases Involving Merrill Lynch, and Its Internet Analyst Henry Blodget, and Salomon Smith Barney and Its Telecommunications Analyst Jack Grubman*, Mass Torts Made Perfect (presented January 2003).

Mr. Toll is an honors graduate of the Wharton School of the University of Pennsylvania (B.S., Accounting, *cum laude,* 1972). He graduated from Georgetown University Law Center (J.D., 1975) where he was Special Project Editor of the Tax Lawyer.

He is admitted to practice in Virginia and the District of Columbia.

**Lisa M. Mezzetti**

Lisa Mezzetti, a Partner at Cohen Milstein, joined the Firm in 1984, and is a member of the Securities Fraud/Investor Protection and the Consumer Protection practice groups.

In her securities work, Ms. Mezzetti represented the corporate plaintiff in a private litigation alleging damages from the purchase of a healthcare technology company, and represented 1,900 plaintiffs in a series of 25 federal court suits concerning municipal bonds. Her shareholder class actions include *Murphy, Derivatively On Behalf of Nominal Defendant National Health Laboratories Inc. v. Perelman* (Cal. Super. San Diego Cty.) (global settlement of class and derivative litigations for total of $65 million); *Flecker v. Hollywood Entertainment Corp.* (D. Or.) ($15 million settlement, reached the day before trial was to begin); and *Biben v. Card* (W.D. Mo.)(93% of class members' damages recovered in settlement). She also has represented parties in securities arbitrations (both as claimant's counsel or defense counsel for the broker) and defended clients in investigations and enforcement actions of the Securities and Exchange Commission.

In consumer cases, Ms. Mezzetti is or was one of the lead counsel in *In re Lupron Marketing and Sales Practices Litigation* (D. Mass.) (brought against pharmaceutical companies on pricing policies and methods; combined $150 million settlement pleading); *Howard v. Ford Motor Co.* (Cal. Sup. Ct.) (order of the Court on equitable count required prospective recall of 1.7 million cars; settled immediately before scheduled second jury trial); and *Fischl v. Direct Merchants Credit Card Bank, N.A.* (Henn. Cnty. Minn.) (brought by credit card consumers, alleging improper charges and payment processes; settlement included credits for overpayments and changes in business practices). She has litigated class actions under the ERISA laws, and brought one of the first class actions filed under the federal Family and Medical Leave Act.

Ms. Mezzetti is a public arbitrator for the National Association of Securities Dealers, hearing disputes between customers and brokers. She speaks at legal education seminars and has been quoted in the media on issues concerning consumer law and securities class actions. Ms. Mezzetti most recently was a panelist at the Federal Trade Commission's Workshop on Consumer Class Actions and at the annual conference of the Association of Trial Lawyers of America on unfair trade practices and deceptive trade practices statutes. The transcript of the FTC workshop, and her related article, *The Coupon Can Be the Ticket: The Use of "Coupon" and Other Non-Monetary Redress in Class Action*

*Settlements* (co-authored with Whitney Case) are published at 18.4 Geo. J. Legal Ethics 1431 (2005). She also speaks on corporate governance issues at conferences of institutional investors, and was a guest panelist on a Washington, D.C. cable television show concerning hiring and working with stock brokers and financial advisors.

Before joining Cohen Milstein, Ms. Mezzetti was a litigation associate of Shea & Gould of New York City.

Ms. Mezzetti serves as a member of the Boards of Directors of The International Alliance for Women (a worldwide organization that supports and promotes women entrepreneurs, professionals and executives) and The Financial Women's Association of New York. She is on the D.C. Advisory Board of The Joffrey Ballet of Chicago.

Ms. Mezzetti graduated from the Columbus School of Law, Catholic University of America in 1980, where she served as a Vice-Chancellor of the Moot Court Board. In 1986, she received a Master of Laws degree, with a specialty in Securities Regulation, from Georgetown University Law Center. Her bachelor's degree was awarded by Stonehill College (B.A, English., *magna cum laude*, 1977).

Ms. Mezzetti is admitted to practice in the District of Columbia and New York.

### Andrew N. Friedman

Andrew Friedman, a Partner at the Firm, joined Cohen Milstein in 1985. He is the head of the Consumer Protection practice group and a member of the Securities Fraud/Investor Protection practice group.

In the consumer protection area, Mr. Friedman is litigating numerous class actions including cases on telephone company overcharges, *Strugano v. Nextel Communications, Inc., et al.* (Sup. Ct., L.A. Cnty, CA) and defective automobile engine coolants, *In re General Motors Dex-Cool Products Liability Litigation* (S.D. Ill). He has been instrumental in securing significant recoveries on behalf of thousands of consumers. He was one of the principal counsel in *Snyder v. Nationwide Mutual Insurance Company* (Sup. Ct., Onondaga Cnty, N.Y.), a class action that resulted in a settlement valued at between $85 million and $103 million. As one of two co-lead counsel in a class action against Thomson Consumer Electronics, Mr. Friedman reached a court-approved agreement that made up to $100 million available for persons who paid for unreimbursed repairs to televisions.

Mr. Friedman also has been involved in many successful securities class actions. In July, 2005, Mr. Friedman served as one of lead trial counsel at the trial of a certified class action in *In re Globalstar Secururites Litigation* in the United States District court for the Southern District of New York. Near the end of the second week of trial, a cash settlement of $20 million was reached for the benefit of the certified class. The settlement was preliminarily approved by Judge P. Kevin Castel, who was highly complimentary of counsel:

This case has been litigated by top trial lawyers, each of whom, as to both lead
counsel and the other counsel in the case, have been exceptionally fine in their
presentation of the evidence. Mr. Toll, Mr. Friedman, Mr. Shalov, their
colleagues Mr. Devore, Ms. Peterson, have all done a terrific job in presenting the
case for the plaintiffs.

In addition, Mr. Friedman served as one of co-lead or principal counsel in *Norman Frank
et al. v. David L. Paul* (recovery of over $18 million); *In re Jiffy Lube Securities
Litigation* (D. Md.) (recovery of over $12 million); and *In re Immunex Securities
Litigation* (W.D.Wash.) (recovery of $14 million, then the largest securities class action
settlement in Seattle). Mr. Friedman was one of the Firm's attorneys selected by the
County of Cuyahoga, Ohio to prosecute a lawsuit that sought to recover losses from the
County's Secured Assets Fund Earnings Program (S.A.F.E.). The lawsuit alleged that
broker/dealers and a financial institution assisted the County in engaging in unsuitable
and inappropriate investments and trading activity. The case settled favorably for $9.5
million.

Mr. Friedman has been a speaker on numerous panels and legal education seminars on
various topics, including securities class actions and accounting fraud. He was featured
in a November 15, 1997 *Washington Post* article about securities class actions and
profiled in the April 14, 2000 edition of *The Washington Business Journal*.

Prior to joining Cohen Milstein, Mr. Friedman served as an attorney with the U.S. Patent
and Trademark Office.

Mr. Friedman graduated from Tufts University with a B.A. in Psychology (1980, *magna
cum laude*, Phi Beta Kappa) and is a 1983 graduate of the National Law Center, George
Washington University.

He is admitted to practice in the District of Columbia and New York.

### Richard S. Lewis

Richard Lewis, a Partner at the Firm, joined Cohen Milstein in 1987 and is the head of
the Unsafe Drugs & Environmental Health Threats practice group, for both domestic and
international matters.

He has been appointed to serve as co-lead counsel in mass tort and class action cases
including *In re StarLink Corn Products* (N.D. Ill) (settlement of $110 million) and *In re
PPA* (asserting claims by users of unsafe over-the-counter medicines). He has also been
appointed to the MDL Steering Committee in *In re Prempro Products Liability Litigation*
(E.D. Ark.).

In addition, Mr. Lewis served as lead counsel in numerous actions to obtain medical
monitoring relief for communities exposed to toxic chemicals from hazardous waste
disposal practices or unsafe drugs. These include *In re Diet Drug Litigation* (Fen-Phen)
(E.D. Pa), which resulted in a $4 billion settlement providing medical monitoring in
addition to individual personal injury awards in the hundreds of thousands of dollars, and