UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---------------------------------------- x
                                         :
                                         :
                                         :
In re XM Satellite Radio Holdings        : Civil Action No. 06-0802 (ESH)
Securities Litigation                    :
                                         :
                                         :
                                         :
                                         :
This Document Relates to:                :
                                         :
All Actions                              :
                                         :
---------------------------------------- x


**[PROPOSED] ORDER GRANTING MOTION FOR APPOINTMENT OF
THE ZARIF GROUP AS LEAD PLAINTIFF AND APPROVING
SELECTION OF LEAD COUNSEL**

Having considered the motion of The Zarif Group to be appointed Lead Plaintiff, and to approve proposed Lead Plaintiff's selection of counsel and the Memorandum of Law and Declaration of Lewis S. Kahn, in support thereof, and good cause appearing therefore:

1. Pursuant to §21D(a)(3)(B) of the Securities Exchange Act of 1934, U.S.C. §78u-4(a)(3)(B), The Zarif Group is hereby appointed Lead Plaintiff for the Class;

2. Pursuant to §21D(a)(3)(B)(v) of the Securities Exchange Act of 1934, the law firms of Motley Rice LLC and Kahn Gauthier Swick LLC are hereby appointed Lead Counsel for plaintiffs and the Class; and

3. The law firm of Cohen Milstein Hausfeld & Toll, PLLC is hereby appointed as Liaison Counsel.

IT IS SO ORDERED.

DATED: _____  _____
THE HONORABLE ELLEN SEGAL HUVELLE
UNITED STATES DISTRICT COURT JUDGE