UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In re XM SATELLITE RADIO HOLDINGS SECURITIES LITIGATION | ) ) ) ) ) ) ) ) ) | Civil Action No. 1:06-cv-00802-ESH<br><br>CLASS ACTION |
| This Document Relates To:<br><br>    ALL ACTIONS. | | |

[PROPOSED] ORDER APPOINTING LEAD PLAINTIFFS AND APPROVING SELECTION OF LEAD COUNSEL

Having considered the motion of Boca Raton Firefighters and Police Pension Fund ("Boca Raton") and Plumbers Local 267 Pension Fund ("Plumbers Local 267") for Appointment as Lead Plaintiffs and Approval of Selection of Lead Counsel and the Memorandum of Law and Declaration of Nancy M. Juda, in support thereof, and good cause appearing therefor:

1. Boca Raton and Plumbers Local 267 are hereby appointed Lead Plaintiffs for the Class pursuant to Section 21D of the Securities Exchange Act of 1934; and

2. The law firm of Lerach Coughlin Stoia Geller Rudman & Robbins LLP is hereby appointed Lead Counsel.

IT IS SO ORDERED.

DATED: _____

_____
THE HONORABLE ELLEN S. HUVELLE
UNITED STATES DISTRICT JUDGE

CERTIFICATE OF SERVICE

I hereby certify that on July 3, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List.

LERACH COUGHLIN STOIA GELLER
RUDMAN & ROBBINS LLP

s/ Mario Alba, Jr.
MARIO ALBA, JR.

58 South Service Road, Suite 200
Melville, NY  11747
Telephone:  631/367-7100
631/367-1173 (fax)
E-mail:  MAlba@lerachlaw.com