UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| In re XM SATELLITE RADIO HOLDINGS SECURITIES LITIGATION | ) ) ) | Civil Action No. 1:06-cv-00802-ESH |
| | ) | CLASS ACTION |
| This Document Relates To: | ) ) | |
| ALL ACTIONS. | ) ) ) | |

DECLARATION OF NANCY M. JUDA IN SUPPORT OF THE MOTION OF BOCA RATON AND PLUMBERS LOCAL 267 FOR APPOINTMENT AS LEAD PLAINTIFFS AND FOR APPROVAL OF SELECTION OF LEAD COUNSEL

Nancy M. Juda, declares, under penalty of perjury:

1.      I am a member of Lerach Coughlin Stoia Geller Rudman & Robbins LLP ("Lerach Coughlin"). I submit this declaration in support of the motion of Boca Raton Firefighters and Police Pension Fund ("Boca Raton") and Plumbers Local 267 Pension Fund ("Plumbers Local 267") for Appointment as Lead Plaintiffs and for Approval of Selection of Lead Counsel.

2.      Attached hereto as Exhibit A is a true and accurate copy of the first notice published regarding the pendency of these actions, published by plaintiff in the action entitled *Morris Satloff v. XM Satellite Radio Holdings Inc., et al.*, 1:06-cv-00802-ESH on *PrimeZone Media Network*, a national, business-oriented newswire service, on May 3, 2006.

3.      Attached hereto as Exhibit B is a true and accurate copy of a loss chart presenting the transactions in the subject securities and summarizing the estimated collective losses of Boca Raton and Plumbers Local 267 at $551,872.73, in connection with their purchases of XM Satellite Radio Holdings Inc. shares.

4.      Attached hereto as Exhibit C are the certifications of Boca Raton and Plumbers Local 267.

5.      Attached hereto as Exhibit D is a true copy of the firm resume of Lerach Coughlin.

DATED: July 3, 2006

                                            s/ *Nancy M. Juda*
                           ———————————————————————————
                           NANCY M. JUDA (DC Bar # 445487)

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on July 3, 2006, I electronically filed the foregoing with the Clerk of the

Court using the CM/ECF system which will send notification of such filing to the e-mail addresses

denoted on the attached Electronic Mail Notice List.

LERACH COUGHLIN STOIA GELLER
RUDMAN & ROBBINS LLP


s/ Mario Alba, Jr.
MARIO ALBA, JR.

58 South Service Road, Suite 200
Melville, NY  11747
Telephone:  631/367-7100
631/367-1173 (fax)
E-mail:  MAlba@lerachlaw.com