Yahoo!  My Yahoo!  Mail  Make Yahoo! your home page

Search the Web

YAHOO! FINANCE  Sign In  New User? Sign Up

Finance Home - Help

PRIMEZONE MEDIA NETWORK

- Home
- Investing
- News & Commentary
- Retirement & Planning
- Banking & Credit
- Loans
- Taxes

Special Editions | Columnists | Personal Finance | Investing Ideas | Markets | Company Finances | Providers

Get Quotes [    ] GO  Symbol Lookup | Finance Search

**Related Quote**

XMSR  14.93  +0.28

**View Detailed Quote**
Delayed 20 mins
Providers - Disclaimer

**Press Release**    Source: Law Offices Bernard M. Gross PC

# Law Offices Bernard M. Gross, P.C. Files a Class Action Suit Against XM Satellite Radio Holdings, Inc. -- XMSR

Wednesday May 3, 10:38 am ET

PHILADELPHIA, May 3, 2006 (PRIMEZONE) -- Law Offices Bernard M. Gross, P.C. (http://www.bernardmgross.com) announces that a class action lawsuit, numbered 06-0802 was commenced in the United States District Court for the District of Columbia before the Honorable Ellen S. Huvelle, on behalf of purchasers of the common stock of XM Satellite Radio Holdings, Inc. (``XM'' or the ``Company'') (NasdaqNM:XMSR - News) between July 28, 2005 and February 15, 2006, inclusive (the ``Class Period'').

The action is pending against defendants XM Satellite Radio Holdings, Inc. and Hugh Panero, President, Chief Executive Officer of XM and a director of XM. A copy of the Complaint is available from the Court or can be viewed on the Law Offices Bernard M. Gross, P.C. website at http://www.bernardmgross.com or contact us by phone at 866-561-3600 (toll free) or by email at susang@bernardmgross.com.


ADVERTISEMENT

**Related News Stories**

- Schatz & Nobel, P.C. Announces Expanded Class Period in Class Action Lawsuit Against XM Satellite Radio Holdings, Inc. -- XMSR - PrimeZone Media Network (Fri Jun
- Country Music Icon Willie Nelson Joins XM Satellite Radio to Relaunch Traditional Country Channel - PR Newswire (Thu Jun 29)
- XM Gets Father's Day Boost Forbes.com (Thu Jun 29)
- Variety to Do News Report Sirius - AP (Thu Jun 29)

More

- By industry: Broadcasting - Radio



**Top Stories**

- Dow Closes Up 78, Nasdaq Finishes Up 18 - AP (2:46 pm)
- Manufacturing Sector Grow

The Complaint charges XM Satellite Radio Holdings, Inc and Hugh Panero with violations of Sections 10(b) and 20(a) of the Securities Exchange Act of 1934, and Rule 10b-5 by issuing a series of materially false and misleading statements to the market during the Class Period. As alleged in the Complaint, defendants made misrepresentations and/or omissions regarding XM's ability to reduce the costs of its new subscribers as it reached its goal of 6 million subscribers by year end 2005. In reality and as known to or recklessly disregarded by defendants, XM would be forced to spend extraordinarily large sums of money in the fourth quarter of 2005, in order to stay on track to achieve its stated goal of 6 million subscribers at year end by reason of competitive factors known to defendants since before the beginning of the Class Period. Despite defendants' knowledge that XM would be making those huge expenditures in the fourth quarter of 2005, defendants failed to disclose to the market that XM's cost of subscriber acquisition would rise to extraordinary levels, leading to huge increases in XM's net losses, which was in complete reversal of the trends of declining subscriber acquisition

costs and net losses defendants were reporting and touting throughout the Class Period.

During the class period, several key insiders of XM made huge sales of their personal holdings in the forth quarter of 2005, before any disclosure of the astronomical increase in XM's SAC and CPGA, taking advantage of the artificial inflation of XM's common stock. Specifically, defendant Panero sold 413,334 shares on December 6, 2005 at prices ranging between $28.37 and $28.95 to reap proceeds of $11,846,000, thus selling 99% of his holdings in XM.

On February 16, 2006 defendants issued a press release announcing XM's results for the fourth quarter 2005 and year 2005 results. They disclosed the shocking truth about the skyrocketing level of XM's subscriber acquisition costs. The market reacted negatively. With this disclosure XM's common stock, on abnormally heavy trading volume fell 13% to close at $21.96 on February 17, 2006.

If you purchased the securities of XM Satellite Radio Holdings, Inc. (NasdaqNM:XMSR - News) during the period July 28, 2005 and February 15, 2006, you may no later than July 3, 2006, move the Court to serve as lead plaintiff of the Class, if you so choose. In order to serve as lead plaintiff, however, you must meet certain legal requirements. If you wish to discuss this action or have any questions concerning this Notice or rights or interests with respect to these matters,

Law Offices Bernard M. Gross, P.C. has significant experience and expertise in prosecuting class actions. Recently filed securities cases include the following:

```
Company                  Symbol         Purchase during    Lead
                                        Class Period       Plaintiff
                                                           Filing
                                                           Deadline

Astea Int'l, Inc.        ATEA-NASDAQ    5/11/05-5/31/06    6/12/06
Discovery Labs, Inc.     DSCO-NASDAQ    12/28/05-4/25/06   6/30/06
GMH CommunitiesTrust     GCT-NYSE       10/28/04-3/10/06   6/05/06
Northfield Labs, Inc.    NFLD-NASDAQ    2/20/04-2/21/06    5/16/06
```

More information on this and other class actions can be found on the Class Action Newsline at http://www.primezone.com/ca.

*Contact:*

```
Law Offices Bernard M. Gross, P.C.
Susan R. Gross, Esq.
  susang@bernardmgross.com
Deborah R. Gross, Esq.
  debbie@bernardmgross.com
866-561-3600 (toll free) or 215-561-3600
http://www.bernardmgross.com
The Wanamaker Bldg
100 Penn Sq. East, Suite 450
Philadelphia, PA 19103
```

Source: Law Offices Bernard M. Gross PC

✉ Email Story    🔔 Set News Alert    🖨 Print Story

Sidebar:
- Weak in June - AP (1:40 pm)
- GM, Ford Vehicle Sales Sl... in June - AP (3:11 pm)
- Renault Board OKs Openin... Talks With GM - AP (3:04 pm)
- More
- Most-emailed articles
- Most-viewed articles

**RSS Feeds**

Add headlines to your personalized My Yahoo! Page ( About My Yahoo! and RSS )

XMSR Headlines

Broadcasting - Radio Headlines

More Finance RSS Feeds

Search News

Sponsor Results

### Debt - Refinance Quotes
Compare rates and receive up to four mortgage quotes by completing an easy online form at NexTag. Start saving today.
www.nextag.com

### Eliminate Your Debt
No bankruptcy. No refinancing. No consolidation. Yes, it's legal.
www.truedebtadvisor.com

### Financial Guide to Overcoming Debt
Are you finding your credit card debts impossible to pay off? Bankrate offers strategies, tips and tools to help you finally eliminate your debt without using professional debt services.
www.bankrate.com

(What's This?)

Copyright © 2006 Yahoo! Inc. All rights reserved. Privacy Policy - Terms of Service - Copyright Policy - Ad Feedback
Copyright © 2006 PrimeZone Media Network. All rights reserved. Redistribution of this content is expressly prohibited without prior written consent. PrimeZone makes no claims concerning the accuracy or validity of the information, and shall not be held liable for any errors, delays, omissions or use thereof.

Yahoo!   My Yahoo!   Mail   Make Yahoo! your home page

**YAHOO! FINANCE**   **Sign In**   New User? Sign Up

Search the Web

Finance Home - Help

PRIMEZONE MEDIA NETWORK

**Home**   **Investing**   **News & Commentary**   **Retirement & Planning**   **Banking & Credit**   **Loans**   **Taxes**

Special Editions   Columnists   Personal Finance   Investing Ideas   Markets   Company Finances   Providers

Get Quotes [____] GO   Symbol Lookup | Finance Search

**Related Quote**

XMSR 3-Jul 1:00pm (C)Y

XMSR    14.93    +0.28
**View Detailed Quote**
Delayed 20 mins
Providers - Disclaimer

**Press Release**                                                    Source: Schatz & Nobel, P.C.

# Schatz & Nobel, P.C. Announces Expanded Class Period in Class Action Lawsuit Against XM Satellite Radio Holdings, Inc. -- XMSR

Friday June 30, 2:36 pm ET

HARTFORD, Conn., June 30, 2006 (PRIMEZONE) -- The law firm of Schatz & Nobel, P.C., which has significant experience representing investors in prosecuting claims of securities fraud, announces that a lawsuit seeking class action status has been filed in the United States District Court for the District of Columbia on behalf of all persons who purchased or otherwise acquired the publicly traded securities of XM Satellite Radio Holdings, Inc. (``XM'' or the ``Company'') (NasdaqNM:XMSR - News) between the expanded period July 28, 2005 and May 24, 2006, inclusive, (the ``Class Period'').


ADVERTISEMENT

The Complaint alleges that defendants violated federal securities laws by issuing a series of materially false statements. Specifically, defendants made misrepresentations regarding XM's ability to reduce the costs of its new subscribers as it reached its goal of 9 million subscribers by year-end 2006. In anticipation of XM's competitor Sirius' contract with shock jock Howard Stern, XM began to spend extraordinarily large sums on its marketing efforts. Nevertheless, defendants represented that XM expected to exceed 9 million subscribers by year-end 2006 and that XM had been successful in lowering its subscriber acquisition costs. Throughout the Class Period, defendants failed to disclose that XM's subscriber acquisition costs would rise to extraordinary levels and that it would not meet its subscriber guidance. During the Class Period, several key insiders of XM made huge sales of their personal holdings.

On February 16, 2006, the Company announced a much wider loss in the fourth quarter on higher costs for marketing and acquiring subscribers. XM announced that its subscriber acquisition cost per customer was $89, compared to $64 in the same period of the prior year. Then, on May 24, 2006, XM announced that it was reducing its subscriber guidance for 2006 from 9 million to 8.5 million. Upon this announcement, shares of XM fell $1.76, or 13%, to close at $13.75 per share.

**Related News Stories**

- Country Music Icon Willie Nelson Joins XM Satellite Radio to Relaunch Traditional Country Channel - PR Newswire (Thu Jun 29)
- XM Gets Father's Day Boost Forbes.com (Thu Jun 29)
- Variety to Do News Report Sirius - AP (Thu Jun 29)
- XM Satellite Radio Shares AP (Wed Jun 28)

More

- By industry: Broadcasting - Radio



**Top Stories**

- Dow Closes Up 78, Nasdaq Finishes Up 18 - AP (2:46 pm)
- Manufacturing Sector Grows Weak in June - AP (1:40 pm)
- Ford Vehicle Sales Fall 6.8 in June - AP (1:17 pm)

If you are a member of the class, you may, no later than July 3, 2006, request that the Court appoint you as lead plaintiff of the class. A lead plaintiff is a class member that acts on behalf of other class members in directing the litigation. Although your ability to share in any recovery is not affected by the decision whether or not to seek appointment as a lead plaintiff, lead plaintiffs make important decisions which could affect the overall recovery for class members, including decisions concerning settlement. The securities laws require the Court to consider the class member(s) with the largest financial interest as presumptively the most adequate lead plaintiff(s).

To view a copy of the Complaint or for more information about the case, class action cases in general, and your rights, please contact Schatz & Nobel toll-free at (800) 797-5499, or by e-mail at sn06106@aol.com, or visit our website: http://www.snlaw.net.

*Contact:*

```
      Schatz & Nobel, P.C.
      Wayne T. Boulton
      Nancy A. Kulesa
      (800) 797-5499
      sn06106@aol.com
      www.snlaw.net
```

Source: Schatz & Nobel, P.C.

- Renault Board OKs Opening Talks With GM - AP (3:04 pm)

- Most-emailed articles
- Most-viewed articles

**RSS Feeds**

Add headlines to your personalized My Yahoo! Page
( About My Yahoo! and RSS )

XMSR Headlines

Broadcasting - Radio Headlines

More Finance RSS Feeds

 Email Story      Set News Alert     🖨 Print Story

Search News

Sponsor Results

**Save on All Your Calls with Vonage**
Save 50% on your bill with Vonage unlimited local/long distance - $24.99/mo.
www.vonage.com

**Bad Credit Refinance**
Up to 4 quotes with 1 form. Serious refinance inquiries only please.
www.nextag.com

**Attention Homeowners**
Refinance your ARM or high interest mortgage and get lower payments tomorrow. Click here to start the fast, free and secure form now.
www.getlower.com

(What's This?)

Copyright © 2006 Yahoo! Inc. All rights reserved. Privacy Policy - Terms of Service - Copyright Policy - Ad Feedback
Copyright © 2006 PrimeZone Media Network. All rights reserved. Redistribution of this content is expressly prohibited without prior written consent. PrimeZone makes no claims concerning the accuracy or validity of the information, and shall not be held liable for any errors, delays, omissions or use thereof.