| Name | Date | Shares Purchased | Share Price | Total Cost | Date | Shares Sold | Share Price | Total Proceeds | Total Gain (Loss)* |
|---|---|---|---|---|---|---|---|---|---|
| Boca Raton Firefighters' and Police Pension Fund | 10/19/2005 | 11,000 | $30.64 | $337,036.70 | 5/26/2006 ** | 24,400 | $14.33 | $349,744.72 | |
| Boca Raton Firefighters' and Police Pension Fund | 10/31/2005 | 13,400 | $28.94 | $387,743.74 | | | | | |
| **Boca Raton Firefighters' and Police Pension Fund** | | **24,400** | | **$724,780.44** | | **24,400** | | **$349,744.72** | **($375,035.72)** |
| Plumbers Local 267 Pension Fund | 09/29/2005 - SD | 1,665 | $33.64 | $56,003.11 | held* | 10,375 | $13.91 | $144,270.60 | |
| Plumbers Local 267 Pension Fund | 10/21/2005 - SD | 3,400 | $31.10 | $105,740.00 | | | | | |
| Plumbers Local 267 Pension Fund | 10/24/2005 - SD | 1,850 | $30.97 | $57,294.50 | | | | | |
| Plumbers Local 267 Pension Fund | 12/21/2005 - SD | 3,460 | $29.50 | $102,070.00 | | | | | |
| **Plumbers Local 267 Pension Fund** | | **10,375** | | **$321,107.61** | | **10,375** | | **$144,270.60** | **($176,837.01)** |
| Opening position of 13,345 shares. | | | | | | | | | |
| **Movants' Total** | | **34,775** | | **$1,045,888.05** | | **34,775** | | **$494,015.32** | **($551,872.73)** |
| Settlement dates are indicated with "SD" attached to the date. | | | | | | | | | |
| *For shares held at the end of the class period, damages are calculated by multiplying the shares held by the average share price during the 90 calendar days after the end of the class period.  The price used is $13.91 as of June 29, 2006. | | | | | | | | | |
| **For post-class period sales, either the actual price or the mean price (end of class period to the actual post-class sale price) will be used depending on which value is higher. | | | | | | | | | |