UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In re XM Satellite Radio Holdings Securities Litigation | ) ) ) ) ) |
| | ) Civil Action No. 06-0802 |
| This Document Relates to: | ) ) |
| All Actions | ) ) ) ) |

**[PROPOSED] ORDER GRANTING MOTION FOR APPOINTMENT OF ADAM BARBER AS LEAD PLAINTIFF PURSUANT TO §21D OF THE SECURITIES EXCHANGE ACT OF 1934 AND TO APPROVE LEAD PLAINTIFF'S CHOICE OF COUNSEL**

This Court, having considered the motion of Adam Barber for "Appointment as Lead Plaintiff Pursuant to §21D of the Securities Exchange Act of 1934 and to Approve Lead Plaintiff's Choice of Counsel" (the "Motion"), for good cause shown, hereby orders as follows:

IT IS HEREBY ORDERED THAT:

1. Pursuant to §21D(a)(3)(B) of the Securities Exchange Act of 1934, 15 U.S.C. §78u-4(a)(3)(B), Adam Barber is appointed Lead Plaintiff for the class.

2. Lead Plaintiff shall file a Consolidated Class Action Complaint no later than 60 days from the date of the entry of this Order. The Consolidated Complaint shall be treated as the original Complaint and all defendants shall have 30 days after its filing to answer or otherwise respond, unless otherwise agreed between the parties. In the event that defendants intend to file any motions directed at the Consolidated Class Action Complaint, counsel are to meet and confer and report to the Court with regard to an acceptable briefing and hearing schedule for such motion(s).

3. Lead Plaintiff's selection of counsel is approved. Pursuant to §21D(a)(3)(B)(v), the law firm of Yourman Alexander & Parekh LLP is appointed Lead Counsel for the class, and Cuneo Gilbert & LaDuca, LLP is appointed Liaison Counsel for the class.

4. Lead Counsel is vested by the Court with the following responsibilities and duties:

a. To coordinate the preparation and filing of a Consolidated Amended Complaint, and any subsequent pleadings;

b. To coordinate the briefing and argument of all motions;

c. To coordinate and conduct all discovery, pre-trial and trial proceedings for plaintiffs;

d. To call meetings of plaintiffs' counsel as they deem appropriate or necessary from time to time;

e. To initiate and conduct all settlement negotiations for plaintiffs with counsel for defendants;

f. To provide general coordination of activities of counsel on their side and to delegate work responsibilities to selected counsel as may be required; and

g. To perform such other duties as may be expressly authorized by further order of the Court.

5. Lead Counsel shall make all work assignments in such a manner as to conduct the orderly and efficient prosecution of this litigation and to avoid duplicative or unproductive effort.

6. Defendants' counsel may rely upon all agreements made with Lead Counsel and such agreements shall be binding on all plaintiffs.

7. No motion, request for discovery, or other pretrial proceeding shall be initiated or served by any plaintiff except through Lead Counsel.

DATED: _____

_____
Honorable Ellen Segal Huvelle
United States District Court Judge

Submitted By:

Vahn Alexander, Esq.
Janine Sperandeo, Esq.
YOURMAN ALEXANDER
& PAREKH LLP
3601 Aviation Blvd., Suite 3000
Manhattan Beach, CA 90266
Tel: (310) 725-6400
Fax: (310) 725-6420

*Proposed Lead Counsel for the Class*

Jonathan W. Cuneo, Esq. (DC Bar# 939389)
Jon Tostrud, Esq.
CUNEO GILBERT
& LADUCA, LLP
507 C Street NE
Washington, D.C. 20002
Tel: (202) 789-3960
Fax: (202) 789-1813

*Proposed Liaison Counsel for the Class*