*EXHIBIT A*

Cohen, Milstein, Hausfeld & Toll, P.L.L.C. Announces Class Action Lawsuit on Behalf of Investors of XM Satellite ...

Yahoo! My Yahoo! Mail

**YAHOO!** FINANCE **Sign In** New User? Sign Up

Search the Web [ ] Search
Finance Home - Help

BusinessWire

**Home Investing News & Commentary Retirement & Planning Banking & Credit Loans Taxes**

Special Editions Columnists Personal Finance Investing Ideas Markets Company Finances Providers

Get Quotes [ ] GO Symbol Lookup | Finance Search

Scottrade $7 stock trades

**Press Release**                    Source: Cohen, Milstein, Hausfeld & Toll, P.L.L.C.

# Cohen, Milstein, Hausfeld & Toll, P.L.L.C. Announces Class Action Lawsuit on Behalf of Investors of XM Satellite Radio Holdings, Inc.

Thursday May 4, 6:07 pm ET

Related Quote
XMSR 28–Jun 3:59pm (C)Yahoo!
XMSR 14.25 +0.54 News
View Detailed Quote
Delayed 20 mins
Providers - Disclaimer

Related News Stories
· XM Satellite Prices Notes - AP (Fri Apr 21)
· New Issue-XM Satellite Radio sells $800 mln in 2-pt debt - at Reuters (Fri Apr 21)
· XM Satellite Radio prices new notes offering - at Reuters
· XM Satellite Radio Prices New Notes Offering - PR Newswire (Fri Apr 21)
More...

· By industry: Broadcasting - Radio

AUSTRALIA EXTREME
IF YOU DARE CLICK HERE
ONLY ON YAHOO!

Top Stories
· Dow Closes Up 49, Nasdaq Finishes Up 10 - AP (5:19 pm)
· Senate Clears Paulson for Treasury Post - AP (5:49 pm)
· J. Crew Shares Climb in Trading Debut - AP (4:57 pm)
Red Hat 1Q Profit Rises but




WASHINGTON--(BUSINESS WIRE)--May 4, 2006--The law firm of Cohen, Milstein, Hausfeld & Toll, P.L.L.C. has filed a lawsuit on behalf of purchasers of the common stock of XM Satellite Radio Holdings, Inc. (Nasdaq:XMSR - News; "XM" or the "Company"), between July 28, 2005, and February 15, 2006, inclusive (the "Class Period"), in the United States District Court for the District of Columbia.

ADVERTISEMENT

 The page cannot be displayed

The page you are looking for is currently unavailable. might be experiencing technical difficulties, or you ma your browser settings.

Please try the following:

- Click the Refresh button, or try again later.
- If you typed the page address in the Address b that it is spelled correctly.
- To check your connection settings, click the To then click Internet Options. On the Connecti

The Complaint charges XM Satellite Radio Holdings, Inc., and its President and Chief Executive Officer, Hugh Panero, with violations of Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 by issuing a series of materially false and misleading statements to the market during the Class Period. As alleged in the Complaint, defendants made misrepresentations and/or omissions regarding XM's ability to reduce the costs of its new subscribers as it reached its goal of 6 million subscribers by year end 2005. In reality, and as known to or recklessly disregarded by defendants, XM would be forced to spend extraordinarily large sums of money in the fourth quarter of 2005, in order to stay on track to achieve its stated goal of 6 million subscribers at year end by reason of competitive factors known to defendants since before the beginning of the Class Period. Despite defendants' knowledge that XM would be making those huge expenditures in the fourth quarter of 2005, defendants failed to disclose to the market that XM's cost of subscriber acquisition would rise to extraordinary levels, leading to huge increases in XM's net losses, which was in complete reversal of the trends of declining subscriber acquisition costs and net losses defendants were reporting and touting throughout the Class Period.

During the class period, several key insiders of XM made huge sales of their personal holdings in the fourth quarter of 2005, taking advantage of the artificial inflation of XM's common stock. Specifically, defendant Panero sold 413,334 shares on December 6, 2005, at prices ranging between $28.37 and $28.95 to reap proceeds of $11,846,000, thus selling 99% of his holdings in

Cohen, Milstein, Hausfeld & Toll, P.L.L.C. Announces Class Action Lawsuit on Behalf of Investors of XM Satellite ...

XM.

On February 16, 2006, defendants issued a press release announcing XM's results for the fourth quarter 2005 and year 2005 results. They disclosed the shocking truth about the skyrocketing level of XM's subscriber acquisition costs. The market reacted negatively. With this disclosure, XM's common stock, on abnormally heavy trading volume, fell 13% to close at $21.96 on February 17, 2006.

If you purchased or acquired XM common stock during the Class Period, you may, no later than July 3, 2006, move the court to be appointed as Lead Plaintiff. There are certain legal requirements to serve as Lead Plaintiff.

Any member of the purported class may move the court to serve as Lead Plaintiff through counsel of their choice or may choose to remain an absent class member. Your ability to share in any recovery is not, however, affected by the decision whether or not to serve as Lead Plaintiff. To be a member of the class, you need not take any action at this time.

The firm's reputation for excellence has been recognized on repeated occasions by courts which have appointed the firm to lead positions in complex multi-district or consolidated litigation. Cohen, Milstein, Hausfeld & Toll, P.L.L.C. has taken a lead role in numerous important cases on behalf of defrauded investors, and has been responsible for a number of outstanding recoveries which, in the aggregate, total in the billions of dollars. You may visit the firm's website at www.cmht.com, to view a copy of the complaint.

If you have any questions about this notice or the action, or with regard to your rights, please contact either of the following:

```
Steven J. Toll, Esq.
Emilie Schulz
Cohen, Milstein, Hausfeld & Toll, P.L.L.C.
1100 New York Avenue, N.W.
West Tower -- Suite 500
Washington, D.C. 20005
Telephone: 888-240-0775 or 202-408-4600
E-mail:  stoll@cmht.com or eschulz@cmht.com
```

*Contact:*

Cohen, Milstein, Hausfeld & Toll, P.L.L.C.
Steven J. Toll, Esq.
Emilie Schulz
888-240-0775 or 202-408-4600
stoll@cmht.com or eschulz@cmht.com

---

Source: Cohen, Milstein, Hausfeld & Toll, P.L.L.C.

✉ Email Story          📢 Set News Alert          🖨 Print Story

[ Search News ]

Sponsor Results
Options Trading Success
Easy to follow strategies complete with detailed trades for maximum monthly cashflow.
www.cashflowheaven.com

- Misses Views - AP (5:03 pm)
                    More...

• Most-emailed articles
• Most-viewed articles

RSS Feeds

Add headlines to your
personalized My Yahoo! Page
( About My Yahoo! and RSS )

XMSR Headlines

Broadcasting - Radio Headlines

More Finance RSS Feeds

*EXHIBIT B*

## CERTIFICATION OF NAMED PLAINTIFF
## PURSUANT TO FEDERAL SECURITIES LAWS

I, Adam Barber, duly certify and state:

1.  I make this declaration pursuant to Section 101 of the Private Securities Litigation Reform Act of 1995 as required by Section 21D(a)(2) of Title I of the Securities Exchange Act of 1934 (the "Act").

2.  I have reviewed a version of the complaint filed against XM Satellite Radio Holdings, Inc. (the "Complaint"), adopt its allegations and authorize the filing of a similar complaint, if required.

3.  I did not purchase the security that is the subject of this action at the direction of counsel or in order to participate in any private action arising under Title I of the Act.

4.  I am willing to serve as a representative party on behalf of the class, including providing testimony at deposition and trial, if necessary.

5.  To the best of my current knowledge, the following are all of my transactions in XM Satellite Radio Holdings, Inc. securities during the following proposed time period, July 28, 2005 through February 15, 2006, inclusive (the "Class Period"):  SEE ATTACHMENT

| Date | Ticker Symbol | Type of Security (stock/bond) | Number of Shares | Purchase or Sale | Price Per Share |
|------|--------------|-------------------------------|------------------|------------------|-----------------|
|      |              |                               |                  |                  |                 |
|      |              |                               |                  |                  |                 |
|      |              |                               |                  |                  |                 |
|      |              |                               |                  |                  |                 |
|      |              |                               |                  |                  |                 |
|      |              |                               |                  |                  |                 |

## CERTIFICATION OF NAMED PLAINTIFF
## PURSUANT TO FEDERAL SECURITIES LAWS

6. During the three year period preceding the date on which this certification is signed, I have not served or sought to serve as a class representative in any case brought under the Federal Securities Laws.

7. I will not accept any payment for serving as a representative party on behalf of the class beyond Plaintiff's pro rata share of any recovery, except as ordered or approved by the court, including any award for reasonable costs and expenses (including lost wages) directly relating to the representation of the class.

8. The matters stated in this declaration are true to the best of my current knowledge, information and belief.

9. I hereby certify, under penalty of perjury pursuant to the laws of the United States of America, that the foregoing is true and correct.

Dated: _6-21-06_

Adam Barber

**ATTACHMENT**

| | | | |
|---|---|---|---|
| 10/13/05 | Sell | 9000 | $30.80 |
| 10/13/05 | Buy | 9000 | $30.86 |
| 10/13/05 | Buy | 9000 | $30.95 |
| 10/13/05 | Sell | 9000 | $31.17 |
| 10/18/05 | Buy | 6500 | $31.03 |
| 10/18/05 | Sell | 6500 | $31.05 |
| 10/18/05 | Buy | 9500 | $31.10 |
| 10/18/05 | Sell | 9500 | $30.76 |
| 10/19/05 | Buy | 10000 | $29.67 |
| 10/19/05 | Sell | 10000 | $29.85 |
| 10/19/05 | Buy | 10000 | $29.45 |
| 10/19/05 | Sell | 10000 | $29.52 |
| 10/19/05 | Buy | 10000 | $29.67 |
| 10/19/05 | Sell | 10000 | $29.89 |
| 10/19/05 | Sell | 10000 | $29.83 |
| 10/19/05 | Buy | 10000 | $29.78 |
| 10/20/05 | Buy | 744 | $30.40 |
| 10/21/05 | Sell | 744 | $30.72 |
| 11/7/05 | Buy | 1600 | $29.97 |
| 11/14/05 | Buy | 10300 | $28.94 |
| 11/17/05 | Buy | 6500 | $30.13 |
| 2/7/06 | Sell | 1000 | $23.64 |
| 2/23/06 | Buy | 100 | $22.00 |
| 3/17/06 | Buy | 1000 | $20.40 |
| 5/3/06 | Sell | 1500 | $17.49 |
| 5/5/06 | Sell | 250 | $17.94 |
| 5/18/06 | Sell | 2000 | $16.40 |
| 5/24/06 | Sell | 14750 | $14.57 |

*EXHIBIT C*

# YOURMAN ALEXANDER & PAREKH LLP

3601 AVIATION BOULEVARD
SUITE 3000
MANHATTAN BEACH, CALIFORNIA 90266
TEL: (310) 725-6400
FAX: (310) 725-6420

## FIRM BIOGRAPHY

The law firm of Yourman Alexander & Parekh LLP is located in Manhattan Beach, California. In Courts throughout the United States, attorneys with the firm have litigated hundreds of stockholder class actions brought for violations of federal and state securities laws, as well as shareholder class and derivative actions brought for violations of corporate and fiduciary duties. Attorneys with the firm have also litigated several class actions in the area of consumer fraud and unfair business practices.

Several Courts have also commended attorneys with the firm for their expertise and ability in litigating complex class actions as follows:

In *In re United Telecommunications, Inc. Securities Litigation*, Case No. 90-2251-0 (D. Kan.), Judge O'Conner stated "the court finds that plaintiffs' counsel were experienced and qualified attorneys with outstanding professional reputations in securities litigation who ably and zealously prosecuted the instant case on behalf of the class."

In *In re VeriFone Inc. Securities Litigation*, Case No. C-93-3640 DCJ (N.D. Cal.), Judge Jensen stated "I think the case was handled extremely well, extremely professionally, so I think you've done very well."

In *In re Western Digital Securities Litigation*, Case No. SACV 91-375(A) GLT (RWRx) (C.D. Cal.), Judge Taylor complimented plaintiffs' attorneys' work in the action, specifically noting "the caliber of the work involved [and] the quality of the attorneys involved."

## CASES IN WHICH ATTORNEYS WITH YOURMAN ALEXANDER & PAREKH LLP WERE LEAD OR CO-LEAD COUNSEL

*Jordan v. California Department of Motor Vehicles* (Sacramento Cal.): The California Court of Appeal, Third Appellate District, held that the State of California's $300 smog impact fee was unconstitutional, paving the way for the creation of a $665 million fund and full refunds to 1.7 million motorists.

*In re Community Psychiatric Center Securities Litigation* (C.D. Cal.): A settlement of $42.5 million was obtained for the class.

*In re Apria Healthcare Group Securities Litigation* (Orange County Cal.): A settlement of $42 million for the class was approved in August 2002 by the California Superior Court.

*In re Platinum Software Securities Litigation* (C.D. Cal.): A settlement of $32 million was obtained for the class.

*In re United Telecommunications Securities Litigation* (D. Kan.): A settlement of $28 million was obtained for the class.

*In re Bergen Brunswig Corp. Sec. Litig.*, (C.D. Cal.): A settlement of $27.9 million was obtained for the class.

*In re Abbey Healthcare Securities Litigation* (C.D. Cal.): A settlement of $20.5 million was obtained for the class.

*In re Aura Systems, Inc. Securities Litigation* (C.D. Cal.): A settlement of $18 million was obtained for the class.

*In re MK Rail Securities Litigation* (D. Idaho): A settlement of $14.65 million was obtained for the class.

*In re California Microwave Securities Litigation* (N.D. Cal.): A settlement of $14 million was obtained for the class.

*In re Megafoods Securities Litigation* (D. Ariz.): A settlement of $12 million was obtained for the class.

*In re Mesa Airlines Securities Litigation* (D.N.M.): A settlement of $8 million was obtained for the class.

*In re Resound Securities Litigation* (N.D. Cal.): A settlement of $8 million was obtained for the class.

*In re Castle Energy Corp. Securities Litigation* (C.D. Cal.): A settlement of $7.5 million was obtained for the class.

*In re Western Digital, Inc. Securities Litigation* (C.D. Cal.): A settlement of $6.75 million was obtained for the class.

*In re Circle K Securities Litigation* (D. Ariz.): A settlement of $6 million was obtained for the class.

*In re Ascend Communications Securities Litigation* (C.D. Cal.): A settlement of $5.45 million was obtained for the class.

*In re WCT Securities Litigation* (C.D. Cal.): A settlement of $5 million was obtained for the class.

*In re Sumitomo Bank of California Securities Litigation* (San Francisco Sup. Ct.): A settlement of $4.95 million was obtained for the class.

*In re NextLevel Systems, Inc. Securities Litigation* (N.D. Ill.): A settlement of $4.6 million was obtained for the class.

*In re Shopping.com Securities Litigation* (C.D. Cal.): A settlement of $4.5 million was obtained for the class.

*In re Denver Bonds Securities Litigation* (D. Colo.): A settlement of $4.5 million was obtained for the class.

*In re Iwerks Securities Litigation* (C.D. Cal.): A settlement of $3.5 million was obtained for the class.

*In re Davstar, Inc. Securities Litigation* (C.D. Cal.): A settlement of $3.4 million was obtained for the class.

*In re Trident Securities Litigation* (N.D. Cal.): A settlement of $3.15 million was obtained for the class.

**CLASS AND DERIVATIVE ACTIONS HANDLED BY ATTORNEYS WITH
YOURMAN ALEXANDER & PAREKH LLP WHERE A SIGNIFICANT BENEFIT
WAS OBTAINED FOR THE COMPANY AND/OR THE SHAREHOLDERS**

*In re Xoma Shareholder Litigation* (N.D. Cal.).

*In re Castle Energy Corp. Shareholder Litigation* (C.D. Cal.).

*In re Times-Mirror, Inc. Shareholder Litigation* (C.D. Cal.).

*In re Lockheed Corp. Shareholder Litigation* (C.D. Cal.).

*In re Nexgen Securities Litigation* (N.D. Cal.).

*In re Pairgain Securities Litigation* (S.D. Cal.).

*In re AMI Securities Litigation* (L.A. Superior).

**BRIEF BIOGRAPHIES OF
YOURMAN ALEXANDER & PAREKH LLP'S ATTORNEYS**

**KEVIN J. YOURMAN** is a partner with the firm. He received his B.A. degree, *cum laude*, from Adelphi University in 1979 and graduated from Rutgers University School of Law-Camden in 1982. Mr. Yourman is a member of the State Bars of New York and California and is admitted to practice in the Southern and Eastern Districts of New York, the Southern, Central, Eastern and Northern Districts of California, and the Ninth and Second Circuit Courts of Appeals.

Mr. Yourman has been practicing in the area of shareholder litigation and securities class actions since 1985 and has been named lead counsel or had significant involvement in hundreds of class and derivative actions throughout the United States. Mr. Yourman also practices in the area of consumer fraud and protection, and unfair business practices on behalf of consumers.

**VAHN ALEXANDER** is a partner with the firm. He graduated from the University of California, at Los Angeles (B.A. 1990), with honors, and from Loyola Law School (J.D. 1993), where he was a member of the Scott Moot Court Honor's Board (1993 - Jessup Team). Mr. Alexander has been practicing in the area of shareholder litigation and securities class actions since 1994. He also practices in the area of consumer fraud and protection, and unfair business practices on behalf of consumers. Mr. Alexander is admitted to the Bar of the State of California and the United States District Courts for the Central, Northern, Southern and Eastern Districts of California, as well as the Ninth Circuit Court of Appeals.

**BEHRAM V. PAREKH** is a partner with the firm. He graduated from the University of California, Irvine (B.A. 1992), and received his law degree and a Certificate in Alternative Dispute Resolution from the Pepperdine University School of Law (J.D., *cum laude*, 1995). Mr. Parekh is admitted to the Bar of the State of California, to the United States Court of Appeals for the Ninth Circuit, and the United States District Courts for the Northern, Central, Eastern and Southern Districts of California, the Western District of Michigan, the District of Colorado, and the Northern District of Oklahoma.

**JANINE A. SPERANDEO** is an associate with the firm. She graduated from the University of California, at San Diego in 1998 (B.S. Biology), and received her law degree from Loyola Law School, Los Angeles (J.D. 2003). She is admitted to the Bar of the State of California and the United States District Court for the Central District of California.

**JOANN M. WAKANA** is an associate with the firm. She graduated from the University of California, Los Angeles (B.A. 2000), and received her law degree from Loyola Law School, Los Angeles (J.D. 2004). She is admitted to the Bar of the State of California and the United States District Court for the Central District of California.

**RONALD R. CARLSON** is an associate with the firm. He graduated from the Western State University (B.S.L. 1994), and received his law degree from the Pacific West College of Law (J.D. 1996). He is admitted to the Bar of the State of California and the United States District Court for the Central District of California.

*EXHIBIT D*

CUNEO
GILBERT &
LaDUCA,
LLP

# Jonathan W. Cuneo
## Cuneo Gilbert & LaDuca, LLP
507 C Street, NE
Washington, D.C.  20002
Telephone: (202) 789-3960

**EXPERIENCE**

**FOUNDING**
**PARTNER**

**CUNEO GILBERT & LaDUCA, LLP** (and predecessor firms)
June 1986 - Present
Founding and Senior Partner in specialized law firm with offices on
Capitol Hill in Washington, DC, Houston, Maryland, New York,
and Los Angeles.  Firm specializes in advocacy before the U.S.
Congress and in federal and state courts across the country.
Substantive specialties include securities, corporate governance,
antitrust, and consumer matters.

**MAJOR**
**RECENT**
**ACCOMPLISHMENTS**
**AND**
**QUALIFICATIONS**

*   Firm listed in the Bar Register of Pre-Eminent
    Attorneys.

*   Received Martindale-Hubbell's highest ("AV") rating.

*   Listed in Who's Who in American Law.

*   Finalist, 2006, Trial Lawyer of the Year; Trial Lawyers for
    Public Justice.

*   Co-lead counsel in <u>Rosner</u> v. <u>United States</u> (S.D. FL 2005)
    (the "Gold  Train" case).  This case, brought on behalf of
    Hungarian survivors  and heirs of the Holocaust, sought
    redress over the United States  alleged mishandling of the
    Hungarian Gold Train in occupied  Austria immediately
    after World War II.   This case  was settled in 2005 for $25.5
    million and an unprecedented statement of
    acknowledgment of the United States Government.

*   Lead counsel in <u>Galanti</u> v. <u>Goodyear Tire and Rubber</u>
    <u>Company</u> (D.NJ 2004).  This $322 million settlement
    brought relief to thousands of homeowners who had
    allegedly defective Entran II radiant heating hose installed
    in their homes across the United States and Canada.

☐**Main Office**
507 C Street, NE
Washington, DC 20002
Tel (202) 789-3960
Fax (202) 789-1813

☐**New York**
Rockefeller Center, 620 Fifth Avenue
New York, NY 10020
Tel (212) 698-4504
Fax (212) 698-4505

☐**Los Angeles**
9254 Thrush Way
West Hollywood, CA 90069-1131
Tel (310) 276-9179
Fax (310) 276-9187

☐**Maryland**
13507 Rippling Brook Drive
Silver Spring, MD 20906
Tel (301) 460-1812
Fax (301) 460-1813

CUNEO
GILBERT &
LADUCA,
LLP

Resume
Jonathan W. Cuneo
Page 2

* General Counsel and Legislative Representative for the
National Association of Shareholder and Consumer
Attorneys (1988-2005).
- Represented the interests of attorneys for investors
and consumers in Washington.

COUNSEL    **SUBCOMMITTEE ON MONOPOLIES AND COMMERCIAL
LAW, HOUSE COMMITTEE ON THE JUDICIARY (Honorable
Peter W. Rodino, Jr., Chairman)**
Washington, D.C.
September 1981 - June 1986

ATTORNEY    **FEDERAL TRADE COMMISSION**
Washington, D.C.
September 1978 - September 1981

LAW CLERK    **JUDGE EDWARD ALLEN TAMM**
United States Court of Appeals for the
District of Columbia Circuit Court (1977-1978).

**PUBLICATIONS**

"Judge Tamm and the Evolution of Administrative Law:  The Art of
Judging," 74 Georgetown L.J. 1595 (1986).

"Pulling the Plug on Antitrust Law," The Nation (September 26,1987)
(with Jerry Cohen).

"House Takes Up Cause of Discounters," Legal Times, Vol X, No. 30,
December 1987.

"Supreme Court's `Sharp' Ruling Means Higher Prices, Fewer Choices
for Consumers," Manhattan Lawyer, May 31 - June 6, 1988.

Chapter Author, "Consumer Protection -- Federal Trade Commission"
as part of "Changing America:  Blueprints for the New
Administration," edited by Mark Green (1992).

"Antitrust and Clinton:  Changes on the Horizon" The California
Lawyer, February 1993.

CUNEO
GILBERT &
LaDUCA,
LLP

Resume
Jonathan W. Cuneo
Page 3

"Action on Class Actions," The Recorder, April 30, 1997.

"The Gold Train Case: Successfully Suing the United States on Behalf of a Class of Holocaust Era Victims," 27 Class Action Reports 139 (with Professor Charles Tiefer) (2006).

### Other Activities

Invited Participant, Federal Trade Commission Joint Venture, Roundtable, March 28, 1998.

Guest Lecturer on Securities and Corporate Governance Issues: Southwestern Law School, Los Angeles, California, 1997 and 1998.

Numerous appearances in Continuing Legal Education programs including antitrust, privacy and investor protection issues in the United States and Canada.

### BAR MEMBERSHIPS

U.S. Supreme Court
District of Columbia bar (since 1977)
New York Bar (since 2006)
U.S. Court of Appeals for the District of Columbia
U.S. Court of Appeals for the Second Circuit
U.S. Court of Appeals for the Third Circuit
U.S. Court of Appeals for the Fourth Circuit
U.S. District Court for the District of Columbia
U.S. District Court for the Northern District of New York

### NON-PROFIT AND CHARITABLE BOARD MEMBERSHIPS AND ACTIVITIES

American Antitrust Institute
Appleseed Legal Foundation (1999-2005)
Board of Editors, Class Action Reports
Fighters Initiative for Support and Training ("F.I.S.T.")
Violence Policy Center

### EDUCATION

CUNEO
GILBERT &
LADUCA,
LLP

Resume
Jonathan W. Cuneo
Page 4

Cornell Law School
Ithaca, New York
J.D. May 1977

Columbia University
New York, New York
A.B. 1979

**MEMBERSHIPS**

Adas Israel Temple
American Bar Association
Association of Trial Lawyers of America
Barristers
Cornell Club of New York
Potomac Boat Cub
St. Albans Tennis Club
Washington Athletic Club (Seattle)

**ACTIVITIES AND HOBBIES**

Recreational Boxing
Reading Non-Fiction
Travel

### What Courts and Policymakers Have Said About Jonathan Cuneo

"But this case, bringing it against all odds, and the resolution of it and the character and the resolution, just is a testament that speaks so well of lawyers as truly what Tocqueville saw lawyers contributing to our democracy. So I want the history to preserve that contribution."

"I looked at the results obtained here. And as I have already articulated, given what I knew about the law, that the results were phenomenal. And I would like to compliment the plaintiffs' team approach, particularly Mr. Cuneo. Mr. Cuneo, I do see a leader in you, one who does not leave his fingerprints, who is a leader in the sense that you pull together a team where each member contributes their unique talents. And the marriage of the three firms and the contributions that each of the members of the firm, you played on their strength.

CUNEO
GILBERT &
LaDuca,
LLP

Resume
Jonathan W. Cuneo
Page 5

But I saw someone that reminded me a lot of my former
partner John Edward Smith, or the Lao Tzu's description of the
ideal leader, where others believed they did it themselves
because you encouraged, motivated, and let people do and rise
to their very best."

Judge Patricia Seitz, United States v. Rosner, (S.D. FL) (Sept. 27, 2005)

                               *   *   *

"As the Court indicated earlier, the Court has been remarkably
impressed with the quality of all the legal counsel in this case and on
that question, they are highly competent to conduct this litigation
and there is not the slightest indication that the class representatives
have any interests which are antagonistic to the class."

"Counsel from the Cuneo group and the original settling counsel
have likewise been remarkably professional, and counsel from the
two other groups have, indeed, impressed the Court with their
professionalism and their talent."

" Thank you very much, Mr. Cuneo.  And everybody, thank you
very much.  It's been a pleasure meeting you, pleasure dealing with
you, and I hope we meet again."

Judge Stanley R. Chesler, Galanti v. Goodyear Tire and Rubber Company, (D.NJ)
October 19, 2004.

                               *   *   *

"I don't use the word `hero' lightly but [the other lawyers and] Jon
Cuneo are real American heros. . . . [T]hey sought to protect the public
interest."

Congressman Henry A. Waxman, Jan., 1998 (Statement on release of RJR "youth
targeting" tobacco documents).

CUNEO
GILBERT &
LaDuca,
LLP

### FIRM PROFILE

Civil Litigation in Federal and State Courts. General Commercial Practice. Antitrust, Civil Rights, Government Relations, Products Liability, Administrative, Securities, Health Care and Franchise.

### ATTORNEYS

**Jonathan W. Cuneo,** born New York, New York, September 10, 1952. Admitted to the District of Columbia Bar, 1977; New York Bar, 2006. Admitted to practice before the United States Supreme Court, 1994; U.S. District Court, District of Columbia, 1978; United States Court of Appeals for the Second Circuit, 2002; United States Court of Appeals for the Third Circuit, 2004; United States Court of Appeals for the Fourth Circuit, 2005; U.S. Court of Appeals, District of Columbia Circuit, 1978; U.S. District Court for the Northern District of New York, 2002. Education: Columbia College (A.B., 1974); Cornell University (J.D., 1977). Law clerk to Honorable Edward Tamm, U.S. Court of Appeals, District of Columbia Circuit Court (1977-1978). Attorney, Office of the General Counsel, Federal Trade Commission (1978-1981); Counsel, Subcommittee on Monopolies and Commercial Law, House Committee on the Judiciary (1981-1986); General Counsel, Committee to Support the Antitrust Laws (1986-present); General Counsel, National Association of Securities and Commercial Law Attorneys (1988-1996); Legislative Counsel, National Coalition of Petroleum Retailers and Service Station Dealers of America (1988-1994); Arlington County Democratic Committee (1983-1987). Honors and Activities: Finalist, 2006 Trial Lawyer of the Year, Trial Lawyers for Public Justice; Board of Editors, Class Action Reports. Publications: "Judge Tamm and the Evolution of Administrative Law: The Art of Judging," 74 Georgetown L.J. 1595 (1986); "Pulling the Plug on Antitrust Law," The Nation (September 26, 1987) (with Jerry Cohen); "House Takes Up Cause of Discounters," Legal Times, Vol X, No. 30, December 1987; "Supreme Court's `Sharp' Ruling Means Higher Prices, Fewer Choices for Consumers," Manhattan Lawyer, May 31 - June 6, 1988; Chapter, "Consumer Protection -- Federal Trade Commission" as part of "Changing America: Blueprints for the New Administration," edited by Mark Green (1992); "Antitrust and Clinton: Changes on the Horizon" The California Lawyer, February 1993; "Action on Class Actions," The Recorder, April 30, 1997; "The Gold Train Case: Successfully Suing the United States on Behalf of a Class of Holocaust Era Victims," 27 Class Action Reports 139 (with Professor Charles Tiefer) (2006). Faculty Member: "Copyright for the Nineties: What Every Lawyer Needs to Know", a series by West Publishing Company (1990); Guest Lecturer: Southwestern Law School, 1997 and 1998; numerous appearances in CLE programs in the United States and Canada.

☐**Main Office**
507 C Street, NE
Washington, DC 20002
Tel (202) 789-3960
Fax (202) 789-1813

☐**New York**
Rockefeller Center, 620 Fifth Avenue
New York, NY 10020
Tel (212) 698-4504
Fax (212) 698-4505

☐**Los Angeles**
9254 Thrush Way
West Hollywood, CA 90069-1131
Tel (310) 276-9179
Fax (310) 276-9187

☐**Maryland**
13507 Rippling Brook Drive
Silver Spring, MD 20906
Tel (301) 460-1812
Fax (301) 460-1813

**w w w . c u n e o l a w . c o m**

CUNEO
GILBERT &
LaDUCA,
LLP

**Pamela B. Gilbert**, born New Brunswick, New Jersey, October 3, 1958.  Admitted to the New York Bar, 1985; District of Columbia Bar 1986.  Admitted to practice in New York and D.C.  Education: Tufts University (B.A., 1980); New York University (J.D. ,1984).  Consumer Program Director, U.S. Public Interest Research Group (1984-1989); Legislative Director, Executive Director, Public Citizen's Congress Watch (1990-1992; 1992-1995);  Executive Director, Consumer Product and Safety Commission (1996-2001); Chief Operating Officer, M&R Strategic Services (2001-2002).   Member: New York Bar Association; District of Columbia Bar Association; and American Bar Association.

**Charles J. LaDuca**, born Buffalo, New York, September 30, 1974.  Admitted to the New York State Bar, 2001; District of Columbia bar, 2002; Third Circuit Court of Appeals, 2004; United States District Court for the Northern District of New York Bar, 2002.  Education: George Washington University (B.A., 1996); Catholic University of America (J.D., 2000).  Member: District of Columbia Bar Association (Corporation, Finance and Securities Law Section); New York State Bar Association; New York State Society.

**David W. Stanley**, born St. Louis, Missouri, May 30, 1944.  Admitted to the District of Columbia Bar, 1973; Virginia State Bar, 1972.  Admitted to practice before the U.S. District Court, District of Columbia, 1974; U.S. Court of Appeals, District of Columbia Circuit, 1978; U.S. Supreme Court, 1980.  Education:  University of Virginia (B.A., 1966); University of Virginia School of Law (J.D., 1972).  Law clerk to Honorable Gerard D. Reilly, Chief Judge, District of Columbia Court of Appeals (1972-1973).  Assistant U.S. Attorney, U.S. Attorney's Office for the District of Columbia, 1973-1984 (Fraud Division, 1981-1984); Assistant Chief Trial Attorney, Division of Enforcement, U.S. Securities and Exchange Commission (1984-1987); Of Counsel, Swidler & Berlin, Chartered (1987-1992).  Member:  District of Columbia Bar (Corporation, Finance and Securities Law Section; Litigation Section); District of Columbia Bar Association; Assistant U.S. Attorneys Association (President, 1994-1995); Association of Securities and Exchange Commission Alumni; The Barristers.

**Daniel Cohen**, born Detroit, Michigan, January 24,1958, Admitted to the Florida Bar, 1989; District of Columbia Bar, 2001.  Education: Ithaca College (B.A. 1981); Western New England School of Law (J.D., 1988).  Defense Criminal Trial Attorney, Public Defenders Office, Jacksonville Florida, 1989- 1999.  Member: District of Columbia Bar Association (Antitrust and Consumer Law Section, Arts, Entertained, and Sports Law Section); Florida State Bar Association.

CUNEO
GILBERT &
LADUCA,
LLP

**Steven N. Berk**, born Chicago, Illinois, July 2, 1959. Admitted to the Illinois State Bar, 1985; District of Columbia Bar, 1990; United States District Court for the Northern District of Illinois, 1986; United States District Court for the District of Columbia, 1991; Seventh Circuit Court of Appeals, 1987; Tenth Circuit Court of Appeals, 1994; Fifth Circuit Court of Appeals, 1996; United States Supreme Court, 1995. Education: Washington University (A.B. 1981); London School of Economics (MSc. 1982); Boston College School of Law (J.D. 1985). Associate, Isham, Lincoln & Beale (1985-1987), Jenner & Block (1987-1989, 1994 - 1996); Trial Attorney, Office of the General Counsel, United States Securities and Exchange Commission (1989-1990); Assistant United States Attorney for the District of Columbia (1990-1994); Partner, Jenner & Block (1996-2000). **Member**: District of Columbia Bar Association (Antitrust and Consumer Law Section, Corporate Finance and Securities Law Section).

**William H. Anderson**, born Trenton, New Jersey, March 28, 1979. Admitted to the Pennsylvania Bar, 2004. Education: The George Washington University (B.A., cum laude 2000); American University (J.D., 2004). Law clerk to the Honorable Rhonda Reid Winston, Superior Court, District of Columbia (2004-2005). Member: Metropolitan Washington Employment Lawyers Association; Charlotte E. Ray, American Inns of Court.

**Alexandra Coler**, born Bucharest, Romania, October 9, 1977. Admitted to the New York State Bar, 2003; Massachusetts State Bar, 2003; Pennsylvania State Bar, 2004; United States District Court for the Eastern District of Pennsylvania 2005. Education: Brandeis University (B.A. cum laude 1999); Fordham University Law School (J.D. 2002). Law clerk to the Honorable John E. Jones III, United States District Court for the Middle District of Pennsylvania (2002-2004); Associate, MacElree Harvey, Ltd. (2004-2006). Member: Pennsylvania Bar Association.

## COUNSEL TO THE FIRM

**Michael G. Lenett**, born New York, New York, February 24, 1962. Admitted to the District of Columbia bar, 1990; Maryland State bar, 1989; Virginia State bar, 1988 (resigned 1994). Admitted to practice before the U.S. District Court, District of Columbia, 1999; U.S. Supreme Court, 1992; U.S. Court of Appeals for the Tenth Circuit, 1991; U.S. Court of Appeals for the Ninth Circuit, 1990. Education: Brandeis University (B.A., with Honors, magna cum laude 1984); Georgetown University (M.A., 1988); Georgetown University (J.D., 1988); Georgetown University (LL.M., with Distinction 1992); Senior Articles and Notes Editor, American Criminal Law Review. Associate, McGuire, Woods, Battle and Boothe (1988-1990); Staff Attorney (1990-1991), Senior Counsel (1991-1993) and Special Counsel (1993), Office of the General Counsel, U.S. Securities and Exchange Commission; Adjunct Professor, The National Law Center, George Washington University (1992-1993); Counsel,

CUNEO
GILBERT &
LaDUCA,
LLP

Subcommittee on Antitrust, Monopolies, and Business Rights, Committee on the Judiciary, United States Senate (1993-1995); Democratic Counsel, Committee on the Judiciary, United States Senate (1995-1996).  Member: District of Columbia Bar Association (Corporation, Finance and Securities Law Section; Litigation Section); Maryland State Bar Association; Bar Association of Montgomery County; American Bar Association (Government and Public Sector Lawyers Division; Young Lawyers Division; Business Law Section; Litigation Section).  Publications:  "Taking A Bite Out of Violent Crime," University of Dayton Law Review (March, 1995); "The SEC Enters the ADR Zone," Business Law Today (ABA, Jan./Feb. 1993) (coauthored); "Recent SEC & SRO Enforcement Initiatives Regarding Broker-Dealer Supervision & Compliance," Second Annual Supervisory & Compliance Seminar (Prentice Hall Law & Business, 1990) (coauthored); "Enforcement Issues Arising From the Operations of Penny Stock Broker-Dealers," Insider Trading, Fraud & Fiduciary Duty Under the Federal Securities Laws (ALI-ABA, 1990) (coauthored); "Compliance Officers' Supervisory Responsibilities: The Chambers Case," 4 Insights 1 (July, 1990) (coauthored); "Defending SEC Insider Trading Investigations," Insider Trading, Fraud & Fiduciary Duty Under the Federal Securities Laws (ALI-ABA, 1989) (coauthored); "Fifth Amendment Limitations on Compelled Production of Evidence," 25 American Criminal Law Review 509 (Winter, 1988); "Airport Searches and Seizures: The Pulido Court's Response to Terrorism," 25 American Criminal Law Review 549 (Winter, 1988).


**Jon Anders Tostrud,** born St. Paul, Minnesota, February 6, 1969.  Admitted to the Minnesota bar, 1994; California Bar, 1999.  Education: St. Olaf College (B.A., 1991); William Mitchell College of Law (J.D., 1994).  Specialities: Civil Rights Class Action; Wage and Hour, Employee Misclassification and Consumer Class Actions.