IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| _____<br>)<br>**In re XM Satellite Radio Holdings** )<br>**Securities Litigation** )<br>_____)<br>)<br>**This Document Relates To:** )<br>**All Actions** )<br>_____) | **APPEARANCE**<br><br>Civil Action No. 06-0802 |

To the Clerk of this Court and all parties of record:

Please enter the appearance of **MICHAEL A. MUGMON** as counsel in this case for: XM Satellite Radio Holdings Inc. and Hugh Panero.

July 11, 2006_____          /s/ Michael A. Mugmon_____
Date                                                              Signature

D.C. Bar No. 485150_____         Michael A. Mugmon_____
BAR IDENTIFICATION                           Print Name

                                                              WILMER CUTLER PICKERING
                                                               HALE AND DORR LLP
                                                              1875 Pennsylvania Avenue NW
                                                              Washington, DC 20006
                                                              Tel: (202) 663-6000
                                                              Fax: (202) 663-6363

## CERTIFICATE OF SERVICE

I hereby certify that I have served the foregoing APPEARANCE by e-mail and by placing a copy of the same in the U.S. mail system, postage prepaid, on July 11, 2006 to:

Nancy M. Juda, Esq.
LEARACH COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP
1100 Connecticut Avenue NW, Suite 730
Washington, DC 20036
*Counsel for Morris Satloff and the Boca Raton Firefighters and Police Pension Fund and Plumbers Local 267 Pension Fund*

Samuel H. Rudman, Esq.
David A. Rosenfeld, Esq.
Mario Alba, Jr., Esq.
LEARACH COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP
58 South Service Road, Suite 200
Melville, NY 11747
*Counsel for Boca Raton Firefighters and Police Pension Fund and Plumbers Local 267 Pension Fund*

Deborah R. Gross, Esq.
LAW OFFICES OF BERNARD M. GROSS, P.C.
Wanamaker Bldg., Suite 450
100 Penn Square East
Philadelphia, PA 19107
*Counsel for Boca Raton Firefighters and Police Pension Fund and Plumbers Local 267 Pension Fund*

Robert Sugarman, Esq.
SUGARMAN AND SUSSKIND
2801 Ponce De Leon, Suite 750
Coral Gables, FL 33134
*Counsel for Boca Raton Firefighters and Police Pension Fund and Plumbers Local 267 Pension Fund*

Gary Edward Mason, Esq.
THE MASON LAW FIRM
1225 19th Street, NW
Suite 500
Washington, DC  20036
*Counsel for Michael A. Bernstein and Victor Ventimiglia*

Howard T. Longman, Esq.
James E. Laham, Esq.
STULL, STULL & BRODY
6 East 45th Street
New York, NY 10017
*Counsel for Victor Ventimiglia*

Gary Graifman, Esq.
KANTROWITZ GOLDHAMER & GRAIFMAN, P.C.
747 Chestnut Ridge Road, Suite 200
Chestnut Ridge, NY 10977
*Counsel for Victor Ventimiglia*

Burton John Fishman, Esq.
FORTNEY & SCOTT
1750 K Street NW
Suite 325
Washington, DC  20006
*Counsel for Gary Boland*

Arthur L. Shingler, III
SCOTT & SCOTT LLC
600 B Street
Suite 1500
San Diego, CA 92101
*Counsel for Gary Boland*

Steven J. Toll, Esq.
Joseph P. Helm, III, Esq.
Daniel S. Sommers, Esq.
COHEN MILSTEIN HAUSFELD & TOLL, PLLC
1100 New York Avenue, NW
West Tower, Suite 500
Washington, DC 20005
*Counsel for Morris Satloff, Stephen L. Carey, Eugene Vassiltsov, Lou Ann Murphy, Li-Jay Chu, Janet Frank, Robert Martin, and The Zarif Group*

Stuart J. Guber, Esq.
James M. Evangelista, Esq.
MOTLEY RICE LLC
One Georgia Center
600 West Peachtree Street, Suite 800
Atlanta, GA 30308
*Counsel for The Zarif Group*

Lewis S. Kahn, Esq.
Michael A. Swick, Esq.
KAHN GAUTHER SWICK, LLC
650 Poydras St., Suite 2150
New Orleans, LA 70130
*Counsel for The Zarif Group*

Jonathan Watson Cuneo
CUNEO GILBERT & LADUCA, LLP
507 C Street NE
Washington, DC 20002
*Counsel for Adam Barber*

Vahn Alexander, Esq.
Janine Sperandeo, Esq.
YOURMAN ALEXANDER & PAREKH LLP
3601 Aviation Blvd., Suite 3000
Manhattan Beach, CA  90266
*Attorney for Adam Barber*

Donald J. Enright, Esq.
Karen Jennifer Marcus, Esq.
FINKELSTEIN THOMPSON & LOUGHRAN
1050 30th Street, NW
Washington, DC  20007
*Counsel for Gerald Alan Cassel, Sr. and Ron Price*

Kimberly A. Chadwick, Esq.
DOHERTY, SHERIDAN & PERSIAN LLP
8408 Arlington Blvd., Suite 200
Fairfax, VA 22031
*Counsel for Booth Family Trust*

William B. Federman, Esq.
FEDERMAN & SHERWOOD
120 North Robinson, Suite 2720
Oklahoma City, OK 73102
*Counsel for Booth Family Trust*

    /s/ Lisa Gasparott_____
Lisa Gasparott
WILMER CUTLER PICKERING
 HALE AND DORR LLP
1875 Pennsylvania Avenue NW
Washington, DC 20037
Tel: (202) 663-6000
Fax: (202) 663-6363