IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **In re XM Satellite Radio Holdings Securities Litigation** ) ) ) ) ) **This Document Relates To: All Plaintiffs** ) ) ) ) | Civil Action No. 06-0802 |

### NOTICE OF WITHDRAWAL OF MOTION OF VICTOR VENTIMIGLIA FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF CO-LEAD COUNSEL AND LIAISON COUNSEL

COMES NOW Plaintiff, VICTOR VENTIMIGLIA, and moves this Court for leave to withdraw his Motion for Appointment as Lead Plaintiff and Approval of Selection of Co-Lead Counsel and Liaison Counsel that was filed with this Court by the undersigned counsel on July 3, 2006.

July 11, 2006

Respectfully submitted,

**THE MASON LAW FIRM, P.C.**

By: /s Gary E. Mason
Gary E. Mason
1225 19th St., NW, Suite 500
Washington, D.C. 20036
Tel: (202) 429-2290
Fax: (202) 429-2294

STULL, STULL & BRODY
Howard T. Longman
James E. Lahm
6 East 45th Street
New York, NY 10017
Tel: (212) 687-7230
Fax: (212) 490-2022

2

        KANTROWITZ GOLDHAMER &
        GRAIFMAN, P.C.
        Gary Graifman
        747 Chestnut Ridge Road, Suite 200
        Chestnut Ridge, NY 10977
        Tel:  (845) 356-2570
        Fax: (845) 356-0799

        **Counsel For Plaintiff**

Case 1:06-cv-00802-ESH   Document 23   Filed 07/11/2006   Page 2 of 2