**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| IN RE XM SATELLITE RADIO HOLDINGS SECURITIES LITIGATION ============================================= This Document relates to: All Actions | **SUPPLEMENTAL DECLARATION OF LEWIS KAHN IN FURTHER SUPPORT OF MOTIONS OF THE ZARIF GROUP AND ADAM BARBER FOR APPOINTMENT AS LEAD PLAINTIFF AND IN OPPOSITION TO ALL COMPETING MOTIONS** Master File No.: 06-0802 (ESH) |

I, Lewis Kahn, declare as follows:

1. I am a member in good standing of the bars of the State of Louisiana. I am a partner in the law firm Kahn Gauthier Swick, LLC. I submit this declaration in further support of motions filed by the Zarif Group and Adam Barber for appointment as lead Plaintiff and approval of their selection of counsel and in opposition to all competing motions.

2. Attached as Exhibits A to C are true and correct copies of the following documents:

| | |
|---|---|
| Exhibit A: | Summary of Losses and Certifications of Adam Barber, Victor Ventimiglia, Brock Ketcher, Avi Zarif and Corey Spahn |
| Exhibit B: | XM Shareholders Group Bylaws and Declaration of President Brock Ketcher |
| Exhibit C: | Firm Resumes of Kahn Gauthier Swick, LLC, and Yourman Alexander & Parekh, LLP |

1

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed this 17th day of July, 2006.

Lewis Kahn (La. 23805)

# Exhibit A

| DATE | BUY | No Shares | Price/Share | Gross Cost | Date |
|------|-----|-----------|-------------|------------|------|
| 7/28/2005 | **BUY** | 500 | $36.81 | $ 18,404.80 | 7/28/2005 |
| 7/29/2005 | BUY | 1,000 | $36.25 | $ 36,250.00 | 7/29/2005 |
| 7/29/2005 | BUY | 1,000 | $36.03 | $ 36,030.00 | 8/3/2005 |
| 7/29/2005 | BUY | 500 | $35.98 | $ 17,990.00 | 8/4/2005 |
| 7/29/2005 | BUY | 500 | $35.70 | $ 17,850.00 | 8/10/2005 |
| 8/2/2005 | BUY | 500 | $34.67 | $ 17,335.00 | 9/6/2005 |
| 8/2/2005 | BUY | 500 | $34.57 | $ 17,285.00 | 9/9/2005 |
| 8/4/2005 | BUY | 500 | $34.61 | $ 17,305.00 | 9/20/2005 |
| 8/4/2005 | BUY | 500 | $34.45 | $ 17,225.00 | 9/21/2005 |
| 8/5/2005 | BUY | 1,000 | $34.12 | $ 34,120.00 | 9/26/2005 |
| 8/5/2005 | BUY | 1,000 | $33.80 | $ 33,800.00 | 9/26/2005 |
| 9/20/2005 | BUY | 400 | $35.50 | $ 14,200.00 | 9/30/2005 |
| 9/21/2005 | BUY | 1,000 | $35.18 | $ 35,180.00 | 10/4/2005 |
| 9//21/2005 | BUY | 600 | $35.05 | $ 21,030.00 | 10/4/2005 |
| 9/23/2005 | BUY | 1,000 | $35.01 | $ 35,010.00 | 10/4/2005 |
| 9/23/2005 | BUY | 1,000 | $34.82 | $ 34,820.00 | 10/10/2005 |
| 9/23/2005 | BUY | 500 | $34.80 | $ 17,400.00 | 11/17/2005 |
| 9/23/2005 | BUY | 500 | $34.37 | $ 17,185.00 | 12/1/2005 |
| 9/26/2005 | BUY | 1,000 | $33.49 | $ 33,490.00 | 3/8/2006 |
| 10/4/2005 | BUY | 500 | $35.51 | $ 17,755.00 | 3/17/2006 |
| 10/5/2005 | BUY | 1,000 | $36.01 | $ 36,010.00 | 4/27/2006 |
| 10/5/2005 | BUY | 208 | $34.19 | $ 7,111.52 | 5/1/2006 |
| 10/7/2005 | BUY | 1,000 | $33.54 | $ 33,540.00 | 5/3/2006 |
| 10/10/2005 | BUY | 495 | $33.03 | $ 16,349.85 | 5/3/2006 |
| 10/11/2005 | BUY | 1,000 | $32.58 | $ 32,579.00 | 5/3/2006 |
| 10/27/2005 | BUY | 500 | $30.51 | $ 15,255.00 | 5/3/2006 |
| 10/27/2005 | BUY | 500 | $28.92 | $ 14,459.75 | |
| 10/27/2005 | BUY | 500 | $28.20 | $ 14,100.00 | |
| 10/27/2005 | BUY | 500 | $27.91 | $ 13,954.25 | |
| 11/1/2005 | BUY | 500 | $28.10 | $ 14,050.00 | |
| 11/1/2005 | BUY | 500 | $27.60 | $ 13,800.00 | |
| 11/8/2005 | BUY | 1,000 | $29.05 | $ 29,050.00 | |
| 11/29/2005 | BUY | 1,000 | $29.65 | $ 29,650.00 | |
| 11/30/2005 | BUY | 500 | $29.15 | $ 14,575.00 | |
| 12/2/2005 | BUY | 500 | $29.51 | $ 14,755.00 | |
| 12/2/2005 | BUY | 500 | $29.20 | $ 14,600.00 | |
| 12/5/2005 | BUY | 500 | $29.10 | $ 14,550.00 | |
| 12/8/2005 | BUY | 500 | $28.10 | $ 14,050.00 | |
| 12/8/2005 | BUY | 500 | $27.50 | $ 13,750.00 | |
| **Brock Ketcher** | **TOTAL BUY** | 25,703 | | $ **845,854.17** | |
| | | | | | |
| 6/16/2005 | BUY* | 10,000 | $34.02 | $ 340,200.00 | |
| 8/2/2005 | BUY | 5,000 | $34.45 | $ 172,250.00 | 8/3/2005 |
| 9/23/2005 | BUY | 5,000 | $33.90 | $ 169,500.00 | 8/15/2005 |
| 9/26/2005 | BUY | 2,150 | $33.55 | $ 72,132.50 | 8/16/2005 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 9/26/2005 | BUY | 2,850 | $33.50 | $ | 95,475.00 | 9/23/2005 |
| 9/29/2005 | BUY | 944 | $34.95 | $ | 32,992.80 | 9/28/2005 |
| 10/6/2005 | BUY | 5,000 | $34.39 | $ | 171,950.00 | 9/29/2005 |
| 10/11/2005 | BUY | 5,000 | $32.51 | $ | 162,550.00 | 11/11/2005 |
| 11/9/2005 | BUY | 5,000 | $28.01 | $ | 140,050.00 | 12/8/2005 |
| 12/6/2005 | BUY | 5,000 | $28.48 | $ | 142,400.00 | 12/27/2005 |
| 12/8/2005 | BUY | 5,000 | $27.30 | $ | 136,500.00 | 5/3/2006 |
| 2/6/2006 | BUY | 5,000 | $23.75 | $ | 118,750.00 | |
| | | | | | | |
| **Avi Zarif** | **TOTAL BUYS** | 55,944 | | $ 1,754,750.30 | | |

* Designates Entering Position

| | | | | | | |
|---|---|---|---|---|---|---|
| 1/19/2006 | BUY | 5,000 | $ | 29.02 | $ | 145,100.00 |
| 2/9/2006 | BUY | 2,000 | $ | 24.00 | $ | 48,000.00 |
| | | | | | | |
| **Victor Ventimiglia** | **TOTAL BUYS** | 7,000 | | | $ | 193,100.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 10/6/2005 | BUY | 10,000 | $ | 34.66 | $ | 346,600.00 | 1/3/2006 |
| 10/19/2005 | BUY | 5,000 | $ | 29.50 | $ | 147,500.00 | |
| | | | | | | |
| **Corey Spohn** | **TOTAL BUYS** | 15,000 | | | $ | 494,100.00 | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 10/13/2005 | BUY | 9,000 | 30.86 | $ | 277,740.00 | 10/13/2005 |
| 10/13/2005 | BUY | 9,000 | 30.95 | $ | 278,550.00 | 10/13/2005 |
| 10/18/2005 | BUY | 6,500 | 31.03 | $ | 201,695.00 | 10/18/2005 |
| 10/18/2005 | BUY | 9,500 | 31.1 | $ | 295,450.00 | 10/18/2005 |
| 10/19/2005 | BUY | 10,000 | 29.67 | $ | 296,700.00 | 10/19/2005 |
| 10/19/2005 | BUY | 10,000 | 29.45 | $ | 294,500.00 | 10/19/2005 |
| 10/19/2005 | BUY | 10,000 | 29.67 | $ | 296,700.00 | 10/19/2005 |
| 10/10/2005 | BUY | 10,000 | 29.78 | $ | 297,800.00 | 10/19/2005 |
| 10/20/2005 | BUY | 744 | 30.4 | $ | 22,617.60 | 10/21/2005 |
| 11/7/2005 | BUY | 1,600 | 29.97 | $ | 47,952.00 | 2/7/2006 |
| 11/14/2005 | BUY | 10,300 | 28.94 | $ | 298,082.00 | 5/3/2006 |
| 11/17/2005 | BUY | 6,500 | 30.13 | $ | 195,845.00 | 5/5/2006 |
| 2/23/2006 | BUY | 100 | 22 | $ | 2,200.00 | 5/18/2006 |
| 3/17/2006 | BUY | 1,000 | 20.4 | $ | 20,400.00 | 5/24/2006 |

**Adam Barber**    **TOTAL BUYS**    94,244    $ 2,826,231.60

* Average Closing    Price 5/24/06 to  6/30/06 = $13.9274

| SELL | No Shares | Price/Share | Gross Proceeds |
|---|---|---|---|
| **SELL** | 500 | $37.20 | $ 18,600.00 |
| SELL | 1,000 | $35.78 | $ 35,780.10 |
| SELL | 800 | $34.99 | $ 27,992.00 |
| SELL | 600 | $34.49 | $ 20,694.00 |
| SELL | 1,000 | $33.81 | $ 33,810.00 |
| SELL | 600 | $35.10 | $ 21,060.00 |
| SELL | 1,000 | $35.80 | $ 35,800.00 |
| SELL | 2,000 | $35.80 | $ 71,600.00 |
| SELL | 2,000 | $35.49 | $ 70,980.00 |
| SELL | 520 | $33.70 | $ 17,524.00 |
| SELL | 480 | $33.70 | $ 16,176.48 |
| SELL | 1,000 | $35.90 | $ 35,900.00 |
| SELL | 500 | $36.10 | $ 18,050.00 |
| SELL | 1,800 | $36.43 | $ 65,575.80 |
| SELL | 200 | $36.44 | $ 7,288.00 |
| SELL | 495 | $33.31 | $ 16,488.45 |
| SELL | 1,000 | $30.10 | $ 30,100.00 |
| SELL | 500 | $29.75 | $ 14,875.00 |
| SELL | 708 | $20.65 | $ 14,620.20 |
| SELL | 500 | $19.75 | $ 9,875.00 |
| SELL | 1,000 | $21.50 | $ 21,500.00 |
| SELL | 1,000 | $18.80 | $ 18,800.00 |
| SELL | 2,750 | $17.29 | $ 47,547.50 |
| SELL | 250 | $17.29 | $ 4,322.75 |
| SELL | 570 | $17.11 | $ 9,752.70 |
| SELL | 2,930 | $17.11 | $ 50,132.30 |
| | 25,703 | | $ 734,844.28 |

| | | | | |
|---|---|---|---|---|
| **TOTAL SALES** | 25,703 | | **$ 734,844.28** | **$ 111,009.89** |

| SELL | 5,000 | $34.99 | $ 174,950.00 |
|---|---|---|---|
| SELL | 5,000 | $33.85 | $ 169,250.00 |
| SELL | 5,000 | $33.50 | $ 167,500.00 |

| | | | | |
|---|---|---|---|---|
| SELL | 5,000 | $34.30 | $ | 171,500.00 |
| SELL | 5,000 | $34.10 | $ | 170,500.00 |
| SELL | 944 | $35.20 | $ | 33,228.80 |
| SELL | 5,000 | $28.42 | $ | 142,100.00 |
| SELL | 5,000 | $28.00 | $ | 140,000.00 |
| SELL | 5,000 | $29.30 | $ | 146,500.00 |
| SELL | 15,000 | $17.05 | $ | 255,750.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| **TOTAL SALES** | 55,944 | | $ | 1,571,278.80 | $ | **183,471.50** |

| | | | | |
|---|---|---|---|---|
| No Sales | 7,000 | 13.93* | | $97,510.00 |

| | | | | | |
|---|---|---|---|---|---|
| | | | $97,510.00 | $ | **95,590.00** |

| | | | | | |
|---|---|---|---|---|---|
| SELL | 15,000 | $ | 27.50 | $ | 412,500.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| **TOTAL SALES** | 15,000 | | $ | 412,500.00 | $ | **81,600.00** |

| | | | | |
|---|---|---|---|---|
| SELL | 9,000 | 30.8 | $ | 277,200.00 |
| SELL | 9,000 | 31.17 | $ | 280,530.00 |
| SELL | 6,500 | 31.05 | $ | 201,825.00 |
| SELL | 9,500 | 30.76 | $ | 292,220.00 |
| SELL | 10,000 | 29.85 | $ | 298,500.00 |
| SELL | 10,000 | 29.52 | $ | 295,200.00 |
| SELL | 10,000 | 29.89 | $ | 298,900.00 |
| SELL | 10,000 | 29.83 | $ | 298,300.00 |
| SELL | 744 | 30.72 | $ | 22,855.68 |
| SELL | 1,000 | 23.64 | $ | 23,640.00 |
| SELL | 1,500 | 17.49 | $ | 26,235.00 |
| SELL | 250 | 17.94 | $ | 4,485.00 |
| SELL | 2,000 | 16.4 | $ | 32,800.00 |
| SELL | 14,750 | 14.57 | $ | 214,907.50 |

**TOTAL SALES**        94,244              $  2,567,598.18          $    258,633.42

                                          Total Movants            $    730,304.81

## CERTIFICATION IN SUPPORT OF APPLICATION FOR LEAD PLAINTIFF

Avi Zarif ("plaintiff") declares, as to the claims asserted under the federal securities law, that:

1.    Plaintiff has fully reviewed the facts of the complaint(s) filed in this action alleging violations of the securities laws and plaintiff is willing to serve as a lead plaintiff in this case and all other related cases that may be consolidated with it.

2.    Plaintiff did not purchase securities of **XM Satellite Radio Holdings Inc.** at the direction of counsel or in order to participate in a private action under the federal securities laws.

3.    Plaintiff is willing to serve as a representative party on behalf of a class, including providing testimony at deposition and trial, if necessary.

4.    During the Class Period, plaintiff has executed transactions in the securities of **XM Satellite Radio Holdings Inc.** as follows. See Attached Schedule.

5.    In the last three years, plaintiff has not sought to serve as a representative party on behalf of a class in an action filed under the federal securities laws, except as indicated herein.

6.    Plaintiff will not accept payment for serving as a lead plaintiff beyond its pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the Class as ordered or approved by the Court.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

Dated: 7  2    , 2006.

Plaintiff

| DATE | BUY | No Shares | Price/Share | Gross Cost | Date |
|------|-----|-----------|-------------|------------|------|
| 6/16/2005 | BUY* | 10,000 | $34.02 | $ 340,200.00 | |
| 8/2/2005 | BUY | 5,000 | $34.45 | $ 172,250.00 | 8/3/2005 |
| 9/23/2005 | BUY | 5,000 | $33.90 | $ 169,500.00 | 8/15/2005 |
| 9/26/2005 | BUY | 2,150 | $33.55 | $ 72,132.50 | 8/16/2005 |
| 9/26/2005 | BUY | 2,850 | $33.50 | $ 95,475.00 | 9/23/2005 |
| 9/29/2005 | BUY | 944 | $34.95 | $ 32,992.80 | 9/28/2005 |
| 10/6/2005 | BUY | 5,000 | $34.39 | $ 171,950.00 | 9/29/2005 |
| 10/11/2005 | BUY | 5,000 | $32.51 | $ 162,550.00 | 11/11/2005 |
| 11/9/2005 | BUY | 5,000 | $28.01 | $ 140,050.00 | 12/8/2005 |
| 12/6/2005 | BUY | 5,000 | $28.48 | $ 142,400.00 | 12/27/2005 |
| 12/8/2005 | BUY | 5,000 | $27.30 | $ 136,500.00 | 5/3/2006 |
| 2/6/2006 | BUY | 5,000 | $23.75 | $ 118,750.00 | |
| **Avi Zarif** | **TOTAL BUYS** | 55,944 | | $ 1,754,750.30 | |

* Designates Entering Position

| SELL | No Shares | Price/Share | Gross Proceeds |
|------|-----------|-------------|----------------|
| SELL | 5,000 | $34.99 | $ 174,950.00 |
| SELL | 5,000 | $33.85 | $ 169,250.00 |
| SELL | 5,000 | $33.50 | $ 167,500.00 |
| SELL | 5,000 | $34.30 | $ 171,500.00 |
| SELL | 5,000 | $34.10 | $ 170,500.00 |
| SELL | 944 | $35.20 | $ 33,228.80 |
| SELL | 5,000 | $28.42 | $ 142,100.00 |
| SELL | 5,000 | $28.00 | $ 140,000.00 |
| SELL | 5,000 | $29.30 | $ 146,500.00 |
| SELL | 15,000 | $17.05 | $ 255,750.00 |
| **TOTAL SALES** | 55,944 | | $ 1,571,278.80 |

## CERTIFICATION IN SUPPORT OF APPLICATION FOR LEAD PLAINTIFF

Brock Ketcher ("plaintiff") declares, as to the claims asserted under the federal securities law, that:

1.    Plaintiff has fully reviewed the facts of the complaint(s) filed in this action alleging violations of the securities laws and plaintiff is willing to serve as a lead plaintiff in this case and all other related cases that may be consolidated with it.

2.    Plaintiff did not purchase securities of **XM Satellite Radio Holdings Inc.** at the direction of counsel or in order to participate in a private action under the federal securities laws.

3.    Plaintiff is willing to serve as a representative party on behalf of a class, including providing testimony at deposition and trial, if necessary.

4.    During the Class Period, plaintiff has executed transactions in the securities of **XM Satellite Radio Holdings Inc.** as follows. See Attached Schedule.

5.    In the last three years, plaintiff has not sought to serve as a representative party on behalf of a class in an action filed under the federal securities laws, except as indicated herein.

6.    Plaintiff will not accept payment for serving as a lead plaintiff beyond its pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the Class as ordered or approved by the Court.

I declare under penalty of perjury that the foregoing is true and correct to the best

of my knowledge, information and belief.

Dated: May 17, 2006.

_____

Plaintiff

| DATE | BUY | No Shares | Price/Share | Gross Cost | Date |
|---|---|---|---|---|---|
| 7/28/2005 | **BUY** | 500 | $36.81 | $ 18,404.80 | 7/28/2005 |
| 7/29/2005 | BUY | 1,000 | $36.25 | $ 36,250.00 | 7/29/2005 |
| 7/29/2005 | BUY | 1,000 | $36.03 | $ 36,030.00 | 8/3/2005 |
| 7/29/2005 | BUY | 500 | $35.98 | $ 17,990.00 | 8/4/2005 |
| 7/29/2005 | BUY | 500 | $35.70 | $ 17,850.00 | 8/10/2005 |
| 8/2/2005 | BUY | 500 | $34.67 | $ 17,335.00 | 9/6/2005 |
| 8/2/2005 | BUY | 500 | $34.57 | $ 17,285.00 | 9/9/2005 |
| 8/4/2005 | BUY | 500 | $34.61 | $ 17,305.00 | 9/20/2005 |
| 8/4/2005 | BUY | 500 | $34.45 | $ 17,225.00 | 9/21/2005 |
| 8/5/2005 | BUY | 1,000 | $34.12 | $ 34,120.00 | 9/26/2005 |
| 8/5/2005 | BUY | 1,000 | $33.80 | $ 33,800.00 | 9/26/2005 |
| 9/20/2005 | BUY | 400 | $35.50 | $ 14,200.00 | 9/30/2005 |
| 9/21/2005 | BUY | 1,000 | $35.18 | $ 35,180.00 | 10/4/2005 |
| 9//21/2005 | BUY | 600 | $35.05 | $ 21,030.00 | 10/4/2005 |
| 9/23/2005 | BUY | 1,000 | $35.01 | $ 35,010.00 | 10/4/2005 |
| 9/23/2005 | BUY | 1,000 | $34.82 | $ 34,820.00 | 10/10/2005 |
| 9/23/2005 | BUY | 500 | $34.80 | $ 17,400.00 | 11/17/2005 |
| 9/23/2005 | BUY | 500 | $34.37 | $ 17,185.00 | 12/1/2005 |
| 9/26/2005 | BUY | 1,000 | $33.49 | $ 33,490.00 | 3/8/2006 |
| 10/4/2005 | BUY | 500 | $35.51 | $ 17,755.00 | 3/17/2006 |
| 10/5/2005 | BUY | 1,000 | $36.01 | $ 36,010.00 | 4/27/2006 |
| 10/5/2005 | BUY | 208 | $34.19 | $ 7,111.52 | 5/1/2006 |
| 10/7/2005 | BUY | 1,000 | $33.54 | $ 33,540.00 | 5/3/2006 |
| 10/10/2005 | BUY | 495 | $33.03 | $ 16,349.85 | 5/3/2006 |
| 10/11/2005 | BUY | 1,000 | $32.58 | $ 32,579.00 | 5/3/2006 |
| 10/27/2005 | BUY | 500 | $30.51 | $ 15,255.00 | 5/3/2006 |
| 10/27/2005 | BUY | 500 | $28.92 | $ 14,459.75 | |
| 10/27/2005 | BUY | 500 | $28.20 | $ 14,100.00 | |
| 10/27/2005 | BUY | 500 | $27.91 | $ 13,954.25 | |
| 11/1/2005 | BUY | 500 | $28.10 | $ 14,050.00 | |
| 11/1/2005 | BUY | 500 | $27.60 | $ 13,800.00 | |
| 11/8/2005 | BUY | 1,000 | $29.05 | $ 29,050.00 | |
| 11/29/2005 | BUY | 1,000 | $29.65 | $ 29,650.00 | |
| 11/30/2005 | BUY | 500 | $29.15 | $ 14,575.00 | |
| 12/2/2005 | BUY | 500 | $29.51 | $ 14,755.00 | |
| 12/2/2005 | BUY | 500 | $29.20 | $ 14,600.00 | |
| 12/5/2005 | BUY | 500 | $29.10 | $ 14,550.00 | |
| 12/8/2005 | BUY | 500 | $28.10 | $ 14,050.00 | |
| 12/8/2005 | BUY | 500 | $27.50 | $ 13,750.00 | |
| **Brock Ketcher** | **TOTAL BUY** | 25,703 | | **$ 845,854.17** | |

| SELL | No Shares | Price/Share | Gross Proceeds | |
|------|-----------|-------------|----------------|--|
| **SELL** | 500 | $37.20 | $ | 18,600.00 |
| SELL | 1,000 | $35.78 | $ | 35,780.10 |
| SELL | 800 | $34.99 | $ | 27,992.00 |
| SELL | 600 | $34.49 | $ | 20,694.00 |
| SELL | 1,000 | $33.81 | $ | 33,810.00 |
| SELL | 600 | $35.10 | $ | 21,060.00 |
| SELL | 1,000 | $35.80 | $ | 35,800.00 |
| SELL | 2,000 | $35.80 | $ | 71,600.00 |
| SELL | 2,000 | $35.49 | $ | 70,980.00 |
| SELL | 520 | $33.70 | $ | 17,524.00 |
| SELL | 480 | $33.70 | $ | 16,176.48 |
| SELL | 1,000 | $35.90 | $ | 35,900.00 |
| SELL | 500 | $36.10 | $ | 18,050.00 |
| SELL | 1,800 | $36.43 | $ | 65,575.80 |
| SELL | 200 | $36.44 | $ | 7,288.00 |
| SELL | 495 | $33.31 | $ | 16,488.45 |
| SELL | 1,000 | $30.10 | $ | 30,100.00 |
| SELL | 500 | $29.75 | $ | 14,875.00 |
| SELL | 708 | $20.65 | $ | 14,620.20 |
| SELL | 500 | $19.75 | $ | 9,875.00 |
| SELL | 1,000 | $21.50 | $ | 21,500.00 |
| SELL | 1,000 | $18.80 | $ | 18,800.00 |
| SELL | 2,750 | $17.29 | $ | 47,547.50 |
| SELL | 250 | $17.29 | $ | 4,322.75 |
| SELL | 570 | $17.11 | $ | 9,752.70 |
| SELL | 2,930 | $17.11 | $ | 50,132.30 |
| | 25,703 | | $ | 734,844.28 |

| **TOTAL SALES** | 25,703 | | **$** | **734,844.28** |
|-----------------|--------|--|-------|----------------|

## CERTIFICATION IN SUPPORT OF APPLICATION FOR LEAD PLAINTIFF

Corey Spohn ("plaintiff") declares, as to the claims asserted under the federal securities law, that:

1.    Plaintiff has fully reviewed the facts of the complaint(s) filed in this action alleging violations of the securities laws and plaintiff is willing to serve as a lead plaintiff in this case and all other related cases that may be consolidated with it.

2.    Plaintiff did not purchase securities of **XM Satellite Radio Holdings Inc.** at the direction of counsel or in order to participate in a private action under the federal securities laws.

3.    Plaintiff is willing to serve as a representative party on behalf of a class, including providing testimony at deposition and trial, if necessary.

4.    During the Class Period, plaintiff has executed transactions in the securities of **XM Satellite Radio Holdings Inc.** as follows. See Attached Schedule.

5.    In the last three years, plaintiff has not sought to serve as a representative party on behalf of a class in an action filed under the federal securities laws, except as indicated herein.

6.    Plaintiff will not accept payment for serving as a lead plaintiff beyond its pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the Class as ordered or approved by the Court.

I declare under penalty of perjury that the foregoing is true and correct to the best

05/10/2003  17:12     8107435051          ATLAS0111  1111111  PR          PAGE  04

of my knowledge, information and belief.

Dated: June _30_, 2006.

_____

Plaintiff

Name of plaintiff: Corey Spohn
Schedule of plaintiff's Transaction(s) in
**XM Satellite Radio Holdings Inc.**

05/10/2003  17:12    8107435051              ATLAS0111 1111111 PR              PAGE  05

Purchase(s):

| Date | Units | Price |
|------|-------|-------|
| 10/04/05 | 10,000 | #34.66 |
| 10/19/05 | 5,000 | #29,50 |

Sale(s):

| Date | Units | Price |
|------|-------|-------|
| 1-3-06 | 15K | #2750 |

## CERTIFICATION IN SUPPORT OF APPLICATION FOR LEAD PLAINTIFF

Victor J. Ventimiglia Jr. ("plaintiff") declares, as to the claims asserted under the federal securities law, that:

1. Plaintiff has fully reviewed the facts of the complaint(s) filed in this action alleging violations of the securities laws and plaintiff is willing to serve as a lead plaintiff in this case and all other related cases that may be consolidated with it.

2. Plaintiff did not purchase securities of **XM Satellite Radio Holdings Inc.** at the direction of counsel or in order to participate in a private action under the federal securities laws.

3. Plaintiff is willing to serve as a representative party on behalf of a class, including providing testimony at deposition and trial, if necessary.

4. During the Class Period, plaintiff has executed transactions in the securities of **XM Satellite Radio Holdings Inc.** as follows. See Attached Schedule.

5. In the last three years, plaintiff has not sought to serve as a representative party on behalf of a class in an action filed under the federal securities laws, except as indicated herein.

6. Plaintiff will not accept payment for serving as a lead plaintiff beyond its pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the Class as ordered or approved by the Court.

05/22/2006 10:29 FAX 248 435 6538    GAC-VIC    @004

I declare under penalty of perjury that the foregoing is true and correct to the best

of my knowledge, information and belief.

Dated: May 2✓, 2006.

Plaintiff

**Name of plaintiff:** Victor J. Ventimiglia Jr.
**Schedule of plaintiff's Transaction(s) in**
**XM Satellite Radio Holdings Inc.**

Purchase(s):

| Date | Units | Price |
|------|-------|-------|
| 1/19/06 | 5000 | 29.02 |
| 2/09/06 | 2000 | 24.00 |

Sale(s):

| Date | Units | Price |
|------|-------|-------|

## CERTIFICATION OF NAMED PLAINTIFF
## PURSUANT TO FEDERAL SECURITIES LAWS

I, Adam Barber, duly certify and state:

1.  I make this declaration pursuant to Section 101 of the Private Securities Litigation Reform Act of 1995 as required by Section 21D(a)(2) of Title I of the Securities Exchange Act of 1934 (the "Act").

2.  I have reviewed a version of the complaint filed against XM Satellite Radio Holdings, Inc. (the "Complaint"), adopt its allegations and authorize the filing of a similar complaint, if required.

3.  I did not purchase the security that is the subject of this action at the direction of counsel or in order to participate in any private action arising under Title I of the Act.

4.  I am willing to serve as a representative party on behalf of the class, including providing testimony at deposition and trial, if necessary.

5.  To the best of my current knowledge, the following are all of my transactions in XM Satellite Radio Holdings, Inc. securities during the following proposed time period, July 28, 2005 through February 15, 2006, inclusive (the "Class Period"):  SEE ATTACHMENT

| Date | Ticker Symbol | Type of Security (stock/bond) | Number of Shares | Purchase or Sale | Price Per Share |
|------|---------------|-------------------------------|------------------|------------------|-----------------|
|      |               |                               |                  |                  |                 |
|      |               |                               |                  |                  |                 |
|      |               |                               |                  |                  |                 |
|      |               |                               |                  |                  |                 |
|      |               |                               |                  |                  |                 |
|      |               |                               |                  |                  |                 |

## CERTIFICATION OF NAMED PLAINTIFF
## PURSUANT TO FEDERAL SECURITIES LAWS

6.  During the three year period preceding the date on which this certification is signed, I have not served or sought to serve as a class representative in any case brought under the Federal Securities Laws.

7.  I will not accept any payment for serving as a representative party on behalf of the class beyond Plaintiff's pro rata share of any recovery, except as ordered or approved by the court, including any award for reasonable costs and expenses (including lost wages) directly relating to the representation of the class.

8.  The matters stated in this declaration are true to the best of my current knowledge, information and belief.

9.  I hereby certify, under penalty of perjury pursuant to the laws of the United States of America, that the foregoing is true and correct.

Dated: _6-21-06_

_____
Adam Barber

## ATTACHMENT

| | | | |
|---|---|---|---|
| 10/13/05 | Sell | 9000 | $30.80 |
| 10/13/05 | Buy | 9000 | $30.86 |
| 10/13/05 | Buy | 9000 | $30.95 |
| 10/13/05 | Sell | 9000 | $31.17 |
| 10/18/05 | Buy | 6500 | $31.03 |
| 10/18/05 | Sell | 6500 | $31.05 |
| 10/18/05 | Buy | 9500 | $31.10 |
| 10/18/05 | Sell | 9500 | $30.76 |
| 10/19/05 | Buy | 10000 | $29.67 |
| 10/19/05 | Sell | 10000 | $29.85 |
| 10/19/05 | Buy | 10000 | $29.45 |
| 10/19/05 | Sell | 10000 | $29.52 |
| 10/19/05 | Buy | 10000 | $29.67 |
| 10/19/05 | Sell | 10000 | $29.89 |
| 10/19/05 | Sell | 10000 | $29.83 |
| 10/19/05 | Buy | 10000 | $29.78 |
| 10/20/05 | Buy | 744 | $30.40 |
| 10/21/05 | Sell | 744 | $30.72 |
| 11/7/05 | Buy | 1600 | $29.97 |
| 11/14/05 | Buy | 10300 | $28.94 |
| 11/17/05 | Buy | 6500 | $30.13 |
| 2/7/06 | Sell | 1000 | $23.64 |
| 2/23/06 | Buy | 100 | $22.00 |
| 3/17/06 | Buy | 1000 | $20.40 |
| 5/3/06 | Sell | 1500 | $17.49 |
| 5/5/06 | Sell | 250 | $17.94 |
| 5/18/06 | Sell | 2000 | $16.40 |
| 5/24/06 | Sell | 14750 | $14.57 |