UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE: XM SATELLITE RADIO HOLDINGS SECURITIES LITIGATION | ) ) ) Case No. 06-0802 (ESH) |
| This Document Relates to: All Actions | ) ) ) ) |

**DECLARATION OF KAREN J. MARCUS IN SUPPORT OF THE MEMORANDUM OF LAW IN SUPPORT OF RON PRICE'S MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF LEAD COUNSEL**

I, Karen J. Marcus, an attorney duly admitted to practice before this Court, hereby declare and state:

1. I am associated with the law firm of Finkelstein Thompson & Loughran, 1050 30th Street NW, Washington, DC 20007, attorneys for Plaintiff.

2. I submit this declaration in support of Plaintiff's Memorandum Of Law In Support Of Ron Price's Motion For Appointment As Lead Plaintiff And Approval Of Selection Of Lead Counsel, and in order to put before the Court the exhibit which is described and identified below.

3. Attached hereto as Exhibit 1 is a true and correct copy of a slip opinion issued in *Freeland v. Iridium World Communs., Ltd.,* No. 99-1002 (D.D.C. March 15, 2001.

Dated: July 17, 2006
Washington, DC

/S/ Karen J. Marcus
Karen J. Marcus   (DC Bar #486435)