**UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| IN RE: XM SATELLITE RADIO HOLDINGS SECURITIES LITIGATION | ) )  ) Case No. 06-0802 (ESH) ) |
| This Document Relates to: All Actions | ) ) ) |

**MOVANT RON PRICE'S MEMORANDUM IN RESPONSE TO
THE JULY 10, 2006 COURT ORDER**

As requested in the Court's Order of July 10, 2006, Movant Ron Price ("Movant" or "Price") respectfully submits the following:

1) *The number of shares purchased by the moving plaintiff during the class period:*

   Price purchased 20 call option contracts during the class period.

2) *The number of net shares purchased (defined as the number of shares retained at the end of the class period:*

   Price retained the 20 call option contracts at the end of the class period.

3) *The total net funds expended by moving plaintiff during the class period:*

   Price expended $13,983 during the class period.

4) *The approximate loss suffered during the class period:*

   Price suffered an approximate loss of $13,616 during the class period.

2

Dated: July 20, 2006                         FINKELSTEIN, THOMPSON & LOUGHRAN


*/S/ KAREN J. MARCUS*_____
Karen J. Marcus    (D.C. Bar #486435)
Donald J. Enright   (D.C. Bar #463007)
The Duvall Foundry
1050 30th Street, N.W.
Washington, DC 20007
(202) 337-8000

**Counsel for Movant and Proposed Lead Counsel to the Options Class**

## **CERTIFICATE OF SERVICE**

I hereby certify that I have served the foregoing MOVANT RON PRICE'S MEMORANDUM IN RESPONSE TO THE JULY 10, 2006 COURT ORDER by e-mail and by placing a copy of the same in the U.S. mail system, postage prepaid, on July 20, 2006 to:

Jonathan Cuneo, Esq.
**CUNEO GILBERT & LaDURA, LLP**
507 C Street, N.E.
Washington, D.C. 20002

Charles E. Davidow, Esq.
Lisa Gasparott, Esq.
**WILMER CUTLER PICKERING**
  **HALE AND DORR LLP**
1875 Pennsylvania Avenue NW
Washington, DC 20006

Steven J. Toll, Esq.
Joseph Helm, Esq.
**COHEN, MILSTEIN, HAUSFELD & TOLL, P.L.L.C.**
Suite 500, West Tower
1100 New York Avenue NW
Washington, DC 20005-3934

Burton J. Fishman, Esq.
**FORTNEY & SCOTT**
1750 K Street NW, Suite 325
Washington, DC 20006

Gary Edward Mason, Esq.
**The Mason Law Firm**
1225 19th Street, Suite 500
Washington, DC 20036

Nancy M. Juda, Esq.
**LERACH COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP**
1100 Connecticut Avenue, N.W., Suite 730
Washington, D.C. 20036

Samuel H. Rudman, Esq.
David A. Rosenfeld, Esq.
Ario Alba, Jr., Esq.
**LERACH  COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP**
58 South Service Road, Suite 200
Melville, NY  11747

Deborah R. Gross, Esq.
**LAW OFFICES OF BERNARD M. GROSS., P.C.**
Wanamaker Bldg., Suite 450
100 Penn Square East
Philadelphia, PA  19107

Robert Sugarman, Esq.
**SUGARMAN and SUSSKIND**
2801 Ponce De Leon, Suite 750
Coral Gables, FL  33134

Howard T. Longman, Esq.
James E. Laham, Esq.
**STULL, STULL & BRODY**
6 East 45th Street
New York, NY  10017

Gary Graifman, Esq.
**KANTROWITZ GOLDHAMER & GRAIFMAN, P.C.**
747 Chestnut Ridge Road, Suite 200
Chestnut Ridge, NY  10977

Arthur L. Shingler, III, Esq.
**SCOTT & SCOTT LLC**
600 B Street – Suite 1500
San Diego, CA  92101

Stuart J. Guber, Esq.
James, M. Evangelista, Esq.
**MOTLEY RICE LLC**
One Georgia Center
600 West Peachtree Street, Suite 800
Atlanta, GA  30308

Lewis S. Kahn, Esq.
Michael A. Swick, Esq.
**KAHN GAUTHER SWICK, LLC**
650 Poydras Street, Suite 2150
New Orleans, LA  70130

Vahn Alexander, Esq.
Janine Sperandeo, Esq.
**YOURMAN ALEXANDER & PAREKH LLP**
3601 Aviation Blvd., Suite 3000
Manhattan Beach, CA  90266

Kimberly A. Chadwick, Esq.
**DOHERTY, SHERIDAN & PERSIAN LLP**
8408 Arlington Blvd., Suite 200
Fairfax, VA  22031

William B. Federman, Esq.
**FEDERMAN & SHERWOOD**
120 North Robinson, Suite 2720
Oklahoma City, OK  73102


                        */S/ KAREN J. MARCUS*
                        Karen J. Marcus
                        **Finkelstein Thompson & Loughran**
                        The Duvall Foundry
                        1050 30th Street, N.W.
                        Washington, DC 20007
                        (202) 337-8000