UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| In re XM SATELLITE RADIO HOLDINGS SECURITIES LITIGATION | ) ) ) | Civil Action No. 1:06-cv-00802-ESH <br> <u>CLASS ACTION</u> |
| This Document Relates To: <br><br> ALL ACTIONS. | ) ) ) ) ) ) ) | |

MOTION TO ADMIT COUNSEL
PRO HAC VICE

Pursuant to Local Rules, the undersigned counsel, hereby moves the Court to enter an Order (attached hereto as Exhibit A) granting leave to David A. Rosenfeld of the law firm of Lerach Coughlin Stoia Geller Rudman & Robbins LLP, to appear on behalf of proposed Lead Plaintiffs, Boca Raton Firefighters and Police Pension Fund and Plumbers Local 267 Pension Fund, and practice before this Court in the above-entitled civil action.

As grounds for this motion, the undersigned represents the following:

1) Mr. Rosenfeld has been a member in good standing of the bar of New York since 2000.

2) There are no disciplinary proceedings against Mr. Rosenfeld as a member of the bar in any jurisdiction.

3) Mr. Rosenfeld has represented to the undersigned counsel that he is familiar with the Local Rules of the United States District Court for The District Of Columbia.

4) In further support of this motion, Mr. Rosenfeld has submitted herewith his declaration for admission pro hac vice.

DATED: July 19, 2006

LERACH COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
NANCY M. JUDA (DC Bar # 445487)

s/ Nancy M. Juda
_____
NANCY M. JUDA

1100 Connecticut Avenue, N.W., Suite 730
Washington, DC 20036
Telephone: 202/822-6762
202/828-8528 (fax)

LERACH COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
SAMUEL H. RUDMAN
DAVID A. ROSENFELD
MARIO ALBA, JR.
58 South Service Road, Suite 200
Melville, NY  11747
Telephone:  631/367-7100
631/367-1173 (fax)

[Proposed] Lead Counsel for Plaintiffs

LAW OFFICES BERNARD M.
  GROSS, P.C.
DEBORAH R. GROSS
Wanamaker Bldg., Suite 450
100 Penn Square East
Philadelphia, PA  19107
Telephone:  215/561-3600
215/561-3000 (fax)

Additional Counsel for Plaintiffs

I:\XM Satellite 2\Pleadings\prohacvice DAR.doc

## CERTIFICATE OF SERVICE

I hereby certify that on July 19, 2006, I caused a true and correct copy of the foregoing document to be served: electronically using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document *via* the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

LERACH COUGHLIN STOIA GELLER
RUDMAN & ROBBINS LLP


                    s/ David A. Rosenfeld
            DAVID A. ROSENFELD
58 South Service Rd., Suite 200
Melville, NY  11747
Telephone: 631/367-7100
631/367-1173 (fax)
E-mail: drosenfeld@lerachlaw.com

# Mailing Information for a Case 1:06-cv-00802-ESH

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Kimberly Anne Chadwick**
  kchadwick@dsp-law.com

- **Jonathan Watson Cuneo**
  jonc@cuneolaw.com

- **Charles Edward Davidow**
  charles.davidow@wilmerhale.com

- **Donald J. Enright**
  dje@ftllaw.com

- **Burton John Fishman**
  bfishman@fortneyscott.com

- **Nancy M. Juda**
  nancyj@lerachlaw.com

- **Karen Jennifer Marcus**
  kjm@ftllaw.com

- **Gary Edward Mason**
  gmason@masonlawdc.com nmigliaccio@masonlawdc.com;mdicocco@masonlawdc.com

- **Michael A Mugmon**
  michael.mugmon@wilmerhale.com

- **Arthur L. Shingler, III**
  ashingler@scott-scott.com

- **Daniel S. Sommers**
  dsommers@cmht.com

- **Steven J. Toll**
  stoll@cmht.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

ROBERT MARTIN

## Service List – Additional Parties

Deborah R. Gross
Robert P. Frutkin
**Law Offices of Bernard M. Gross, P.C.**
100 Penn Square East, Suite 450
Wanamaker Bldg.
Philadelphia, PA 19107
215/561-3600
215/561-3000 (fax)

Stuart J. Guber
James M. Evangelista
**Motley Rice LLC**
One Georgia Center
600 West Peachtree Street, Suite 800
Atlanta, GA 30308
404/201-6900

Lewis S. Kahn
Michael A. Swick
**Kahn Gauthier Swick, LLC**
650 Poydras St., Suite 2150
New Orleans, Louisiana 70130
504/455-1400
504/455-1498 (Fax)

Robert Sugarman
**Sugarman and Susskind**
2801 Ponce De Leon, Suite 750
Coral Gables, FL 33134
305/529-2801
305/447-8115 (fax)