# EXHIBIT A

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In re XM SATELLITE RADIO HOLDINGS SECURITIES LITIGATION ) ) ) | Civil Action No. 1:06-cv-00802-ESH <br><br> CLASS ACTION |
| This Document Relates To:<br><br>ALL ACTIONS. ) ) ) ) ) ) | |

ORDER GRANTING MOTION FOR ADMISSION *PRO HAC VICE*

Upon consideration of Nancy M. Juda's motion for the admission of David A. Rosenfeld in this case *pro hac vice*, it appearing to the Court that David A. Rosenfeld possesses the qualifications required by LCvR. 83-2(c)-(d), and should therefore be allowed to participate in this case *pro hac vice*, it is this ___ day of July, 2006, hereby:

ORDERED that the motion for the admission of David A. Rosenfeld *pro hac vice* is granted, and that he shall be permitted to participate and be heard in this matter in association with his local counsel.

_____
HONORABLE ELLEN SEGAL HUVELLE
UNITED STATES DISTRICT JUDGE

DATED: July 19, 2006

LERACH COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
NANCY M. JUDA (DC Bar # 445487)

_____Nancy M. Juda_____
NANCY M. JUDA

1100 Connecticut Avenue, N.W., Suite 730
Washington, DC 20036
Telephone: 202/822-6762
202/828-8528 (fax)

LERACH COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
SAMUEL H. RUDMAN
DAVID A. ROSENFELD
MARIO ALBA, JR.
58 South Service Road, Suite 200
Melville, NY 11747
Telephone: 631/367-7100
631/367-1173 (fax)

[Proposed] Lead Counsel for Plaintiffs

LAW OFFICES BERNARD M.
  GROSS, P.C.
DEBORAH R. GROSS
Wanamaker Bldg., Suite 450
100 Penn Square East
Philadelphia, PA 19107
Telephone: 215/561-3600
215/561-3000 (fax)

Additional Counsel for Plaintiffs

I:\XM Satellite 2\Pleadings\DAR prohacvice ORD.doc