UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In re XM SATELLITE RADIO HOLDINGS SECURITIES LITIGATION | ) Civil Action No. 1:06-cv-00802-ESH <br> ) <br> ) <u>CLASS ACTION</u> |
| This Document Relates To: <br><br> ALL ACTIONS. | ) <br> ) <br> ) <br> ) <br> ) <br> ) |

DECLARATION OF MARIO ALBA, JR. FOR ADMISSION *PRO HAC VICE*

I, Mario Alba, Jr., hereby declare that:

1) I am an associate in the law firm of Lerach Coughlin Stoia Geller Rudman & Robbins LLP, 58 South Service Road, Melville, New York 11747. I am admitted to practice in the following jurisdictions:

| | |
|---|---|
| New York Appellate Division, Second Dept. | 2003 |
| U.S. District Court, Eastern & Southern Districts of New York | 2003 |

2) I am in good standing in every jurisdiction where I have been admitted to practice.

3) There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction where I am admitted to practice.

4) I have not been admitted *pro hac vice* in this Court within the last two years.

DATED: July 19, 2006

Respectfully submitted,

s/ Mario Alba, Jr.
MARIO ALBA, JR.
LERACH COUGHLIN STOIA GELLER
RUDMAN & ROBBINS LLP
58 South Service Road, Suite 200
Melville, NY 11747
Telephone: 631/367-7100
631/367-1173 (fax)

I:\XM Satellite 2\Pleadings\DECLPHV MA.doc

## CERTIFICATE OF SERVICE

I hereby certify that on July 19, 2006, I caused a true and correct copy of the foregoing document to be served: electronically using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document *via* the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

> LERACH COUGHLIN STOIA GELLER
> RUDMAN & ROBBINS LLP
>
>
> s/ David A. Rosenfeld
> _____
> DAVID A. ROSENFELD
> 58 South Service Rd., Suite 200
> Melville, NY 11747
> Telephone: 631/367-7100
> 631/367-1173 (fax)
> E-mail: drosenfeld@lerachlaw.com

# Mailing Information for a Case 1:06-cv-00802-ESH

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Kimberly Anne Chadwick**
  kchadwick@dsp-law.com

- **Jonathan Watson Cuneo**
  jonc@cuneolaw.com

- **Charles Edward Davidow**
  charles.davidow@wilmerhale.com

- **Donald J. Enright**
  dje@ftllaw.com

- **Burton John Fishman**
  bfishman@fortneyscott.com

- **Nancy M. Juda**
  nancyj@lerachlaw.com

- **Karen Jennifer Marcus**
  kjm@ftllaw.com

- **Gary Edward Mason**
  gmason@masonlawdc.com nmigliaccio@masonlawdc.com;mdicocco@masonlawdc.com

- **Michael A Mugmon**
  michael.mugmon@wilmerhale.com

- **Arthur L. Shingler, III**
  ashingler@scott-scott.com

- **Daniel S. Sommers**
  dsommers@cmht.com

- **Steven J. Toll**
  stoll@cmht.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

ROBERT MARTIN

## Service List – Additional Parties

Deborah R. Gross
Robert P. Frutkin
**Law Offices of Bernard M. Gross, P.C.**
100 Penn Square East, Suite 450
Wanamaker Bldg.
Philadelphia, PA 19107
215/561-3600
215/561-3000 (fax)

Stuart J. Guber
James M. Evangelista
**Motley Rice LLC**
One Georgia Center
600 West Peachtree Street, Suite 800
Atlanta, GA 30308
404/201-6900

Lewis S. Kahn
Michael A. Swick
**Kahn Gauthier Swick, LLC**
650 Poydras St., Suite 2150
New Orleans, Louisiana 70130
504/455-1400
504/455-1498 (Fax)

Robert Sugarman
**Sugarman and Susskind**
2801 Ponce De Leon, Suite 750
Coral Gables, FL 33134
305/529-2801
305/447-8115 (fax)