UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---------------------------------------- x
                                         :
                                         :
In re XM Satellite Radio Holdings        :  Civil Action No. 06-0802 (ESH)
Securities Litigation                    :
                                         :
---------------------------------------- :
                                         :
                                         :
This Document Relates to:                :
                                         :
All Actions                              x
---------------------------------------- 


RESPONSE OF THE XM SHAREHOLDER GROUP TO THE COURT'S
ORDER OF JULY 10, 2006

Avi Zarif, Brock Ketcher, Victor Ventimiglia, Corey Spohn, and Adam Barber (the "XM Shareholder Group") hereby respectfully submit this response to the Court's Minute Order of July 10, 2006, which stated:

> To the extent not already provided, each plaintiff who has moved for designation as lead plaintiff must provide the court with the following information by July 24, 2006: (1) the number of shares purchased by the moving plaintiff during the class period; (2) the number of net shares purchased (defined as the number of shares retained at the end of the class period); (3) the total net funds expended by moving plaintiff during the class period; (4) the approximate loss suffered during the class period.

The XM Shareholder Group, as movant for appointment as lead plaintiff in the above-captioned matter, has provided the requested information in its papers submitted in support of its motion, specifically in the Joint Opposition of Plaintiffs the Zarif Group and Adam Barber to Competing Motions for Appointment as Lead Plaintiff & Selection of Counsel, and in Exhibit A to the Supplemental Declaration of Lewis Kahn in Further Support of Motions of the Zarif Group and Adam Barber for Appointment as Lead Plaintiff and in Opposition to All Competing Motions, both filed on July 17, 2006.

DATED: July 24, 2006

Respectfully submitted,

BY: /s/ Daniel S. Sommers
Steven J. Toll  (DC Bar No. 225623)
Daniel S. Sommers (DC Bar No. 416549)
Joseph P. Helm, III
**COHEN, MILSTEIN, HAUSFELD & TOLL, P.L.L.C.**
1100 New York Avenue, NW
West Tower, Suite 500
Washington, DC 20005
Telephone: (202) 408-4600
Facsimile:  (202) 408-4699

*Proposed Liaison Counsel for the XM Shareholder Group and the Class*

Lewis S. Kahn (Louisiana Bar No. 23805)
Michael A. Swick (New York Bar No. MS 9970)
**KAHN GAUTHIER SWICK, LLC**
650 Poydras St., Suite 2150
New Orleans, Louisiana 70130
Telephone: (504) 455-1400
Facsimile: (504) 455-1498

Vahn Alexander
Janine Sperandeo
**YOURMAN ALEXANDER & PAREKH**
3601 Aviation Blvd, Suite 3000
Manhattan Beach, CA 90266
Telephone: (310) 725-6400
Facsimile: (310) 725-6420

*Proposed Co-Lead Counsel for the XM Shareholder Group and the Class*

Stuart J. Guber (Georgia Bar No. 141879)
James M. Evangelista
(New York Bar No. JE 1246)
**Motley Rice LLC**
One Georgia Center
600 West Peachtree Street, Suite 800
Atlanta, GA 30308
Telephone: (404) 201-6900

Jonathan W. Cuneo (D.C. Bar No. 939389)
CUNEO, GILBERT & LADUCA, LLP
507 C Street NW
Washington, D.C. 20002
Telephone: (202) 789-3960
Facsimile: (202) 789-1813

*Additional Counsel for the XM Shareholder Group and the Class*

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing Response of the XM Shareholder Group to the Court's Order of July 10, 2006, was electronically filed on July 24, 2006, and served upon all parties of record on the attached service list, via U.S. mail, postage prepaid, on July 25, 2006:

_____
Joseph P. Helm, III

## SERVICE LIST

Re:  In re XM Satellite Radio Holdings Securities Litigation
     Civil Action No.: 06-0802(ESH)

Samuel H. Rudman, Esq.
David A. Rosenfeld, Esq.
Ario Alba, Jr., Esq.
**Lerach Coughlin Stoia**
  **Geller Rudman & Robbins, LLP**
58 South Service Road, Suite 200
Melville, NY 11747

Charles E. Davidow, Esq.
Lisa Gasparott, Esq.
**Wilmer, Cutler, Pickering,**
  **Hale and Door, LLP**
1875 Pennsylvania Avenue, NW
Washington, D.C. 20006

Burton John Fishman, Esq.
**Fortney & Scott**
1750 K Street, NW
Suite 325
Washington, D.C. 20006
Telephone:  (202) 689-1200
Facsimile:  (202) 776-7801
Email: bfishman@fortneyscott.com

Karen J. Marcus, Esq.
**Finkelstein, Thompson & Loughran**
The Duvall Foundry
1050 30th Street, NW
Washington, DC 20007
Telephone:  (202) 337-8000
Facsimile:  (202) 337-8090
Email:      dje@ftllaw.com

Robert Sugarman, Esq.
**Sugarman and Susskind**
2801 Ponce De Leon, Suite 750
Coral Gables, FL 33134

Nancy M. Juda, Esq.
**Lerach, Coughlin, Stoia,**
  **Geller, Rudman & Robbins, LLP**
1100 Connecticut Avenue, NW, Suite 730
Washington, DC 20036
Telephone:  (202) 822-6762
Facsimile:  (202) 828-8528
Email:      nancyj@lerachlaw.com

Deborah R. Gross, Esq.
**Law Offices of Bernard M. Gross, P.C.**
Wanamaker Bldg., Suite 450
100 Penn Square East
Philadelphia, PA 19107

Gary Edward Mason, Esq.
**The Mason Law Firm**
1225 19th Street, NW
Suite 500
Washington, DC 2003
Telephone:  (202) 429-2290
Facsimile:  (202) 429-2294
Email:      gmason@masonlawdc.com

Kimberly Anne Chadwick, Esq.
**Doherty, Sheridan & Persian**
8408 Arlington Boulevard
Fairfax, VA 22031
Telephone:  (703) 698-7700
Facsimile:  (703) 641-9645
Email:      kchadwick@dsp-law.com

Howard T. Longman, Esq.
James E. Laham, Esq.
**Stull, Stull & Brody**
6 East 45th Street
New York, NY 10017

Gary Graifman, Esq.
**Kantrowitz Goldhamer & Graifman, P.C.**
747 Chestnut Ridge Road, Suite 300
Chestnut Ridge, NY 10977

Arthur L. Shingler, III, Esq.
**Scott & Scott LLC**
600 B Street – Suite 1500
San Diego, CA 92101

William B. Federman, Esq.
**Federman & Sherwood**
120 North Robinson
Suite 2720
Oklahoma City, OK 73102