UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In re XM SATELLITE RADIO HOLDINGS SECURITIES LITIGATION | ) ) ) ) ) ) ) ) ) ) | Civil Action No. 1:06-cv-00802-ESH<br><br>CLASS ACTION |
| This Document Relates To:<br><br>ALL ACTIONS. | | |

JOINT DECLARATION OF MERVYN C. TIMBERLAKE AND GREG LANCETTE IN SUPPORT OF THE MOTION OF BOCA RATON FIREFIGHTERS AND POLICE PENSION FUND AND PLUMBERS LOCAL 267 PENSION FUND FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF THEIR SELECTION OF LEAD COUNSEL

1. This Declaration is made by and on behalf of Boca Raton Firefighters and Police Pension Fund and Plumbers Local 267 Pension Fund in support of their Motion for Appointment as Lead Plaintiff and Approval of their Selection of Lead Counsel ("Lead Plaintiff Motion").

2. I, Mervyn C. Timberlake, am the Chairman of the Boca Raton Firefighters and Police Pension Fund ("Boca Raton"). Boca Raton is a public pension fund with more than $180 million in assets established for the benefit of hundreds of firefighters and police officers and their families. Boca Raton is experienced with the nature of shareholder class actions and has already shown its commitment to protecting its participants from losses due to securities fraud by seeking to represent the class of investors in *In re Coca-Cola Enterprises Inc. Sec. Litig.*, No. 06-CV-0275 (N.D. Ga.). Boca Raton lost approximately $375,000 due to defendants' fraud and is highly motivated to obtain the best possible recovery for itself and the class.

3. I, Greg Lancette, am the Business Manager of Plumbers Local 267 Pension Fund ("Plumbers Local 267") and Chairman of the Trust Funds. Plumbers Local 267 is a multi-employer pension fund with more than $75 million in assets established for the benefit of thousands of its members and their families. Plumbers Local 267 lost approximately $176,837 due to defendants' fraud and is highly motivated to obtain the best possible recovery for itself and the class.

4. We have personal knowledge of the facts set forth herein and could and would testify competently thereto. As evidenced by each of our respective Certifications filed with the Lead Plaintiff Motion, Boca Raton and Plumbers Local 267 purchased XM Satellite Radio Holdings ("XM Satellite") securities during the Class Period and consequently suffered substantial losses in connection therewith.

5. Boca Raton and Plumbers Local 267 understand that the Private Securities Litigation Reform Act of 1995 ("PLSRA") was intended to encourage pension funds with *meaningful* losses to become actively involved in leading securities class actions. Boca Raton and Plumbers Local 267

have each suffered *its own* losses and is a large, sophisticated institutional investor which is committed to vigorously prosecuting this litigation for the benefit of all class members. Boca Raton and Plumbers Local 267 believe that their collective resources and investment experience will inure to the benefit of the class in prosecuting this litigation against defendants.

6. Boca Raton and Plumbers Local 267 are committed to continuing to actively direct this litigation by attending hearings, depositions and/or trial as appropriate. Further, Boca Raton and Plumbers Local 267 understand that they owe fiduciary duties to all members of the proposed class to provide fair and adequate representation and intend to continue to work with one another and class counsel to obtain the largest recovery for the class consistent with good faith and meritorious advocacy.

7. Boca Raton and Plumbers Local 267 representatives have conferred in connection with our joint prosecution of the litigation and intend to continue to work together to provide fair and adequate representation by overseeing counsel and obtaining the largest recovery for the class consistent with good faith and sound judgment.

8. We understand that certain other lead plaintiff applicants have filed papers stating that they have "concerns" regarding the ability of Boca Raton and Plumbers Local 267 to monitor or control this action. As multi-million dollar pension funds, Boca Raton and Plumbers Local 267 are each experienced fiduciaries, representing hundreds of members' pension accounts. Boca Raton and Plumbers Local 267 made an affirmative decision to jointly seek lead plaintiff status, and believe that the class will benefit from their diversity as well as their collective financial and legal resources and experience.

9. Finally, we also understand that we had the right to select counsel as part of the lead plaintiff process. Based on the firm's substantial experience and expertise in prosecuting securities

fraud actions and their substantial success as the Court appointed lead counsel in the Enron shareholder class action, we have selected Lerach Coughlin Stoia Geller Rudman & Robbins LLP to represent the Class.

We declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED: July 26, 2006

                                                MERVYN C. TIMBERLAKE
Chairman of the Boca Raton Firefighters and
Police Pension Fund

DATED: July 26, 2006

                                                GREG LANCETTE
Business Manager of the Plumbers Local 267
Pension Fund

I:\XM Satellite 2\LP Motion\Joint Declaration LP Motion.doc

fraud actions and their substantial success as the Court appointed lead counsel in the Enron shareholder class action, we have selected Lerach Coughlin Stoia Geller Rudman & Robbins LLP to represent the Class.

We declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED: July 26, 2006

_____
MERVYN C. TIMBERLAKE
Chairman of the Boca Raton Firefighters and
Police Pension Fund

DATED: July 26, 2006

_____
GREG LANCETTE
Business Manager of the Plumbers Local 267
Pension Fund

I:\XM Satellite 2\LP Motion\Joint Declaration LP Motion.doc