# Exhibit A

Yahoo!  My Yahoo!  Mail    Make Y! your home page                Search: 

**YAHOO! FINANCE**    Sign In    New User? Sign Up        Finance Home - Help    PRIM

| Home | Investing | News & Commentary | Retirement & Planning | Banking & Credit | Loans | Taxes |
| Special Editions | Columnists | Personal Finance | Investing Ideas | Markets | Company Finances | Providers |

Get Quotes    GO    Symbol Lookup | Finance Search

  

**Related Q**
XMSR 26-Jul 1:1
XMSR    10.49
View Detailed
Delayed 20
Providers - Dis

**Press Release**                    Source: Schatz & Nobel, P.C.

# Schatz & Nobel, P.C. Announces Expanded Class Period in Class Action Lawsuit Against XM Satellite Radio Holdings, Inc. -- XMSR

Friday June 30, 2:36 pm ET

HARTFORD, Conn., June 30, 2006 (PRIMEZONE) -- The law firm of Schatz & Nobel, P.C., which has significant experience representing investors in prosecuting claims of securities fraud, announces that a lawsuit seeking class action status has been filed in the United States District Court for the District of Columbia on behalf of all persons who purchased or otherwise acquired the publicly traded securities of XM Satellite Radio Holdings, Inc. (``XM'' or the ``Company'') (NasdaqNM:XMSR - News) between the expanded period July 28, 2005 and May 24, 2006, inclusive, (the ``Class Period'').

**Related News**
- XM's fading signal takeover talk - CNNI (12:31 pm)
- Earnings Preview: Radio - AP (Tue Jul 25
- 2 Things I Learned Benjamin Graham (Tue Jul 25)
- New Exec Seen A For XM - at Forbes.co

- By industry: Broad Radio



**Top Stor**
- SEC Requires Mo Disclosure - AP (12:2
- Boeing Shares Fa 2Q Loss - AP (12:19
- Stocks Barely Low Profit Taking - AP (1
- GM Shares Rise D

ADVERTISEMENT

**Meet History's Best Investor**

Alexandria, VA. His name is Benjamin Graham. His star pupil is Warren Buffett -- America's 2nd richest man and the greatest living investor.

Buffett became a billionaire 10 times over by following the rules and methods spelled out in a book written in 1934.

Discover how a new generation of value investors are beating the market in "Three Deadly Investing Blunders You MUST Avoid in 2006."
Click here to claim your report. It's FREE!
A trusted service from The Motley Fool.

The Complaint alleges that defendants violated federal securities laws by issuing a series of materially false statements. Specifically, defendants made misrepresentations regarding XM's ability to reduce the costs of its new subscribers as it reached its goal of 9 million subscribers by year-end 2006. In anticipation of XM's competitor Sirius' contract with shock jock Howard Stern, XM began to spend extraordinarily large sums on its marketing efforts. Nevertheless, defendants represented that XM expected to exceed 9 million subscribers by year-end 2006 and that XM had been successful in lowering its subscriber acquisition costs. Throughout the Class Period, defendants failed to disclose that XM's subscriber acquisition costs would rise to extraordinary levels and that it would not meet its subscriber guidance. During the Class Period, several key insiders of XM made huge sales of their personal holdings.

On February 16, 2006, the Company announced a much wider loss in the fourth quarter on higher costs for marketing and acquiring subscribers. XM announced that its subscriber acquisition cost per customer was $89, compared to $64 in the same period of the prior year. Then, on May 24, 2006, XM announced that it was reducing its subscriber guidance for 2006 from 9 million to 8.5 million. Upon this announcement, shares of XM fell $1.76, or 13%, to close at $13.75 per share.

If you are a member of the class, you may, no later than July 3, 2006, request that the Court appoint you as lead plaintiff of the class. A lead plaintiff is a class member that acts on behalf of other class members in directing the litigation. Although your ability to share in any recovery is not affected by the decision whether or not to seek appointment as a lead plaintiff, lead plaintiffs make important decisions which could affect the overall recovery for class members, including decisions concerning settlement. The securities laws require the Court to consider the class member(s) with the largest financial interest as presumptively the most adequate lead plaintiff(s).

To view a copy of the Complaint or for more information about the case, class action cases in general, and your rights, please contact Schatz & Nobel toll-free at (800) 797-5499, or by e-mail at sn06106@aol.com, or visit our website: http://www.snlaw.net.

- Loss - AP (12:44 pm)

- Most-emailed artic
- Most-viewed articl

RSS Fee

Add headlines to you personalized My Yah ( About My Yahoo! and

XMSR Headlines

Broadcasting - Radio F

More Finance RSS Fe

Contact:

```
Schatz & Nobel, P.C.
Wayne T. Boulton
Nancy A. Kulesa
(800) 797-5499
sn06106@aol.com
www.snlaw.net
```

Source: Schatz & Nobel, P.C.

✉ Email Story       📠 Set News Alert       🖨 Print Story

Search News

Sponsor Results

**Schedule D and Capital Gains Made Easy**
Schedule D, corporate actions and wash sales are automated in Gainskeeper's unique portfolio tracking service.
Gainskeeper increases investment returns by reducing tax liability.
www.gainskeeper.com

**DR Financial Services**
We provide fast and accurate tax preparation services for individuals, partnerships, and corporations. Refund anticipation loans available up to $5,000. Visit our site for more details.
members.aol.com

**TurboTax: Tax Return**
Easy online tax return preparation from the tax software rated #1 by PC Magazine. Includes step-by-step guidance and double-checks your return for errors, start now.
www.turbotax.com
(What's This?)

Copyright © 2006 Yahoo! Inc. All rights reserved. Privacy Policy - Terms of Service - Copyright Policy - Ad Feedback
Copyright © 2006 PrimeZone Media Network. All rights reserved. Redistribution of this content is expressly prohibited without prior written consent. PrimeZone makes no claims concerning the accuracy or validity of the information, and shall not be held liable for any errors, delays, omissions or use thereof.

# Exhibit B

07/25/2006 12:46 FAX 248 435 6538          GAC-VIC                              ☒001

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE XM SATELLITE RADIO HOLDINGS SECURITIES LITIGATION<br><br>This Document relates to: All Actions | DECLARATION OF VICTOR VENTIMIGLIA IN FURTHER SUPPORT OF MOTIONS OF THE ZARIF GROUP AND ADAM BARBER FOR APPOINTMENT AS LEAD PLAINTIFF AND IN OPPOSITION TO ALL COMPETING MOTIONS<br><br>Master File No.: 06-0802 (ESH) |

Victor Ventimiglia, pursuant to 28 U.S.C. § 1746, declares as follows:

1. I am a member of the Zarif Group that has moved to be appointed as Lead Plaintiff in this matter.

2. Prior to the filing of my motion be appointed lead plaintiff as part of the Zarif Group in this case, I completed a certification for the Mason firm.

3. Since I ultimately decided to retain other counsel to represent me, I notified the Mason firm, prior to July 3, 2006, that I was revoking their authority to file a motion for lead plaintiff on my behalf.

4. Subsequent to July 3, 2006, the deadline for filing lead plaintiff motions in this matter, I learned that a motion to be appointed lead plaintiff was filed on my behalf by counsel I did not choose.

5. Accordingly, I immediately notified such counsel to withdraw this unauthorized motion to appoint me as sole lead plaintiff. It is my understanding that the

1

motion to appoint me sole lead plaintiff filed by The Mason Law Firm, Stull Stull & Brody, and Kantrowitz Goldhammer & Graifman has now been withdrawn.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed this 25th day of July, 2006.

_____
Victor Ventimiglia

2

# Exhibit C

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

---------------------------------------------------- x
ARGENTO TRADING COMPANY           : Civil Action No. 1:06-CV-0275-TWT
L.P., On Behalf of Itself and All Others :
Similarly Situated,               : <u>CLASS ACTION</u>
                                  :
            Plaintiff,            :
                                  :
    vs.                           :
                                  :
COCA-COLA ENTERPRISES, INC., et   :
al.,                              :
                                  :
            Defendants.           :
---------------------------------------------------- x

[Caption continued on following page.]

MOTION FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF
AND FOR APPROVAL OF SELECTION OF LEAD COUNSEL

```
―――――――――――――――――――――― x
BELLUR RAMANATH, As Custodian        : Civil Action No. 1:06-CV-0765-TWT
for MADHU RAMANATH – UTMA            :
TX, On Behalf of Plaintiff and All   : CLASS ACTION
Others Similarly Situated,           :
                                     :
                    Plaintiff,       :
                                     :
      vs.                            :
                                     :
COCA-COLA ENTERPRISES, INC., et      :
al.,                                 :
                                     :
                    Defendants.      :
―――――――――――――――――――――― x
```

Institutional Investors Argento Trading Company L.P., Boca Raton Firefighters' and Police Pension Fund and Southwest Carpenters Pension Trust (collectively, the "Institutional Investor Group") hereby move this Court for an Order (attached hereto as Exhibit A): (i) consolidating the Actions; (ii) appointing the Institutional Investor Group as Lead Plaintiff; (iii) approving the Institutional Investor Group's selection of the law firms of Lerach Coughlin Stoia Geller Rudman & Robbins LLP and Motley Rice LLC to serve as Lead Counsel; and (iv) granting such other and further relief as the Court may deem just and proper. In support of this Motion, the Institutional Investor Group submits herewith a Memorandum of Law and Declaration of David J. Worley dated April 17, 2006.

Respectfully submitted this 17th day of April, 2006.

MOTLEY RICE LLC

/s/David J. Worley
_____
DAVID J. WORLEY
Georgia Bar No. 776665
dworley@motleyrice.com
LAUREN S. ANTONINO
Georgia Bar No. 652408
lantonino@motleyrice.com
STUART J. GUBER
Georgia Bar No. 141879
sguber@motleyrice.com
JAMES M. EVANGELISTA
Georgia Bar No. 707807
jevangelista@motleyrice.com
One Georgia Center
600 West Peachtree Street, Suite 800
Atlanta, GA  30308
Telephone:  404/201-6900
404/201-6959 (fax)

LERACH COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
STEVEN W. PEPICH
DAVID A. THORPE
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)

LERACH COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
SAMUEL H. RUDMAN
DAVID A. ROSENFELD
MARIO ALBA, JR.
58 South Service Road, Suite 200
Melville, NY  11747
Telephone:  631/367-7100
631/367-1173 (fax)

[Proposed] Co-Lead Counsel for Plaintiffs

I:\Coca_Cola\LP Motion\LP Motion.doc