UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In re XM SATELLITE RADIO HOLDINGS SECURITIES LITIGATION | ) ) ) ) ) ) ) ) ) ) | Civil Action No. 1:06-cv-00802-ESH<br><br>CLASS ACTION |
| This Document Relates To:<br><br>  ALL ACTIONS. | | |

JOINT STIPULATION AND [PROPOSED] ORDER MODIFYING THE SCHEDULE
FOR THE FILING OF AN AMENDED CONSOLIDATED COMPLAINT
AND RESPONSIVE BRIEFING

WHEREAS, by Memorandum Opinion and Order dated and entered August 1, 2006, the Court ordered that "[u]nless the parties otherwise agree, lead plaintiff shall file an amended consolidated complaint within thirty days from the date of entry of this Order. Defendants shall file a responsive pleading within thirty days from the date the consolidated amended complaint is filed;" and

WHEREAS, the parties have conferred and agreed to extend the deadline for the filing of the amended consolidated complaint and responsive briefing;

IT IS HEREBY STIPULATED by and between the undersigned, subject to the approval of the Court as follows:

1. Lead Plaintiff shall file an amended consolidated complaint by September 15, 2006;

2. Defendants shall move to dismiss or otherwise respond to the amended consolidated complaint by October 30, 2006;

3. If Defendants file a motion to dismiss the amended consolidated complaint ("Motion to Dismiss"), Lead Plaintiffs shall file an opposition to the Motion to Dismiss by December 14, 2006.

4. Defendants shall file a reply to any opposition by January 15, 2007.

DATED: August 15, 2006         LERACH COUGHLIN STOIA GELLER
                                 RUDMAN & ROBBINS LLP
                               NANCY M. JUDA (DC Bar # 445487)


                                     /S/ Nancy M. Juda
                                   ─────────────────────
                                     NANCY M. JUDA

                               1100 Connecticut Avenue, N.W., Suite 730
                               Washington, DC  20036
                               Telephone:  202/822-6762
                               202/828-8528 (fax)

- 1 -

|  |  |
|---|---|
|  | LERACH COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP<br>SAMUEL H. RUDMAN<br>DAVID A. ROSENFELD<br>MARIO ALBA, JR.<br>58 South Service Road, Suite 200<br>Melville, NY  11747<br>Telephone:  631/367-7100<br>631/367-1173 (fax)<br><br>Lead Counsel for Plaintiffs<br><br>LAW OFFICES BERNARD M. GROSS, P.C.<br>DEBORAH R. GROSS<br>Wanamaker Bldg., Suite 450<br>100 Penn Square East<br>Philadelphia, PA  19107<br>Telephone:  215/561-3600<br>215/561-3000 (fax)<br><br>Additional Counsel for Plaintiffs |
| DATED:  August 14, 2006 | WILMER CUTLER & PICKERING HALE & DORR LLP<br>CHARLES EDWARD DAVIDOW<br>JOHN VALENTINE<br>MICHAEL A. MUGMON |

                                            /S/ Charles E. Davidow
                                    CHARLES EDWARD DAVIDOW
1875 Pennsylvania Avenue, NW
Washington, DC 20006
Telephone:  202/663-6241
202/663-6363 (fax)

Attorneys for Defendants