UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In re XM SATELLITE RADIO HOLDINGS SECURITIES LITIGATION ) ) ) ) This Document Relates to: ) ) ALL ACTIONS. ) ) ) | Civil Action No. 1:06-cv-00802-ESH <br><br> CLASS ACTION |

MOTION TO ADMIT COUNSEL
*PRO HAC VICE*

Pursuant to Local Rules, the undersigned counsel, hereby moves the Court to enter an Order (attached hereto as Exhibit A) granting leave to David J. George of the law firm of Lerach Coughlin Stoia Geller Rudman & Robbins LLP, to appear on behalf of Lead Plaintiffs, Boca Raton Firefighters and Police Pension Fund and Plumbers Local 267 Pension Fund, and practice before this Court in the above-entitled civil action.

As grounds for this motion, the undersigned represents the following:

1)      Mr. George has been a member in good standing of the bar of Florida since October 4, 1991.

2)      There are no disciplinary proceedings against Mr. George as a member of the bar in any jurisdiction.

3)      Mr. George has represented to the undersigned counsel that he is familiar with the Local Rules of the United States District Court for The District of Columbia.

4)      In further support of this motion, Mr. George has submitted herewith his declaration for admission *pro hac vice*.

DATED:    August ___, 2006          LERACH COUGHLIN STOIA GELLER
                                       RUDMAN & ROBBINS LLP
                                    NANCY M. JUDA (DC Bar # 445487)


                                     *s/Nancy M. Juda*
                                    NANCY M. JUDA

                                    1100 Connecticut Avenue, N.W., Suite 730
                                    Washington, DC  20036
                                    Telephone:  202/822-6762
                                    202/828-8528 (fax)

        LERACH COUGHLIN STOIA GELLER
           RUDMAN & ROBBINS LLP
        SAMUEL H. RUDMAN
        DAVID A. ROSENFELD
        MARIO ALBA, JR.
        58 South Service Road, Suite 200
        Melville, NY  11747
        Telephone:  631/367-7100
        631/367-1137 (fax)

        LERACH COUGHLIN STOIA GELLER
           RUDMAN & ROBBINS LLP
        DAVID J. GEORGE
        DOUGLAS WILENS
        ROBERT J. ROBBINS
        197 S. Federal Highway, Suite 200
        Boca Raton, FL  33076
        Telephone:  561/750-3000
        561/750-3364 (fax)

        Lead Counsel for Plaintiffs

        LAW OFFICES BERNARD M.
           GROSS, P.C.
        DEBORAH R. GROSS
        Wanamaker Bldg., Suite 450
        100 Penn Square East
        Philadelphia, PA  19107
        Telephone:  215/561-3600
        215/561-3000 (fax)

        Additional Counsel for Plaintiffs

<u>CERTIFICATE OF SERVICE</u>

   I hereby certify that on August ___, 2006, I caused a true and correct copy of the foregoing document to be served:  electronically using the CM/EFC system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document *via* the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

              LERACH COUGHLIN STOIA GELLER
                RUDMAN & ROBBINS LLP

                 *s/ David J. George*
                 DAVID J. GEORGE
              197 S. Federal Highway, Suite 200
              Boca Raton, FL  33076
              Telephone:  561/750-3000
              561/750-3364
              E-mail:  dgeorge@lerachlaw.com

# EXHIBIT A

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In re XM SATELLITE RADIO HOLDINGS SECURITIES LITIGATION ) ) ) ) This Document Relates to: ) ) ALL ACTIONS. ) ) ) | ) Civil Action No. 1:06-cv-00802-ESH ) ) CLASS ACTION |

ORDER GRANTING MOTION FOR ADMISSION *PRO HAC VICE*

Upon consideration of Nancy M. Juda's Motion for the admission of David J. George in this case *pro hac vice*, it appearing to the Court that David J. George possesses the qualifications required by LCvR. 83-2(c)-(d), and should therefore be allowed to participate in this case *pro hac vice*, it is this ____ day of August, 2006, hereby:

ORDERED that the motion for the admission of David J. George *pro hac vice* is granted, and that he shall be permitted to participate and be heard in this matter in association with his local counsel.

_____
HONORABLE ELLEN SEGAL HUVELLE
UNITED STATES DISTRICT JUDGE

DATED:  August ___, 2006       LERACH COUGHLIN STOIA GELLER
                                  RUDMAN & ROBBINS LLP
                               NANCY M. JUDA (DC Bar # 445487)

                                    *s/Nancy M. Juda*
                               _____
                                    NANCY M. JUDA

                               1100 Connecticut Avenue, N.W., Suite 730
                               Washington, DC  20036
                               Telephone:  202/822-6762
                               202/828-8528 (fax)

                               LERACH COUGHLIN STOIA GELLER
                                  RUDMAN & ROBBINS LLP
                               SAMUEL H. RUDMAN
                               DAVID A. ROSENFELD
                               MARIO ALBA, JR.
                               58 South Service Road, Suite 200
                               Melville, NY  11747
                               Telephone:  631/367-7100
                               631/367-1137 (fax)

LERACH COUGHLIN STOIA GELLER
 RUDMAN & ROBBINS LLP
DAVID J. GEORGE
DOUGLAS WILENS
ROBERT J. ROBBINS
197 S. Federal Highway, Suite 200
Boca Raton, FL  33076
Telephone:  561/750-3000
561/750-3364 (fax)

Lead Counsel for Plaintiffs

LAW OFFICES BERNARD M.
 GROSS, P.C.
DEBORAH R. GROSS
Wanamaker Bldg., Suite 450
100 Penn Square East
Philadelphia, PA  19107
Telephone:  215/561-3600
215/561-3000 (fax)

Additional Counsel for Plaintiffs