UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In re XM SATELLITE RADIO HOLDINGS SECURITIES LITIGATION ) ) ) ) This Document Relates to: ) ) ALL ACTIONS. ) ) ) | Civil Action No. 1:06-cv-00802-ESH<br><br>CLASS ACTION |

DECLARATION OF DAVID J. GEORGE FOR ADMISSION *PRO HAC VICE*

I, David J. George, hereby declare that:

1) I am partner in the law firm of Lerach Coughlin Stoia Geller Rudman & Robbins LLP, 197 S. Federal Highway, Suite 200, Boca Raton, Florida 33432. I am admitted to practice in the following jurisdictions:

| | |
|---|---|
| U.S. District Court, Southern District of Florida | 1992 |
| U.S. District Court, Middle District of Florida | 1998 |
| U.S. District Court, Northern District of Florida | 1999 |
| U.S. Court of Appeals – First Circuit | 2004 |

2) I am in good standing in every jurisdiction where I have been admitted to practice.

3) There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction where I am admitted to practice.

4) I have not been admitted *pro hac vice* in this Court within the last two years.

DATED: August 21, 2006            Respectfully submitted,

  *s/ David J. George*
  DAVID J. GEORGE
  LERACH COUGHLIN STOIA GELLER
    RUDMAN & ROBBINS LLP
  197 S. Federal Highway, Suite 200
  Boca Raton, FL 33076
  Telephone: 561/750-3000
  561/750-3364
  E-mail: dgeorge@lerachlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on August 21, 2006, I caused a true and correct copy of the foregoing document to be served: electronically using the CM/EFC system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document *via* the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

LERACH COUGHLIN STOIA GELLER
RUDMAN & ROBBINS LLP


*s/ David J. George*
DAVID J. GEORGE
197 S. Federal Highway, Suite 200
Boca Raton, FL  33076
Telephone:  561/750-3000
561/750-3364
E-mail:  dgeorge@lerachlaw.com