UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In re XM SATELLITE RADIO HOLDINGS SECURITIES LITIGATION ) ) ) | Civil Action No. 1:06-cv-00802-ESH |
| ) | <u>CLASS ACTION</u> |
| ) ) | |
| This Document Relates to: ) ) | |
| ALL ACTIONS. ) ) ) | |

MOTION TO ADMIT COUNSEL
*PRO HAC VICE*

Pursuant to Local Rules, the undersigned counsel, hereby moves the Court to enter an Order (attached hereto as Exhibit A) granting leave to Douglas Wilens of the law firm of Lerach Coughlin Stoia Geller Rudman & Robbins LLP, to appear on behalf of Lead Plaintiffs, Boca Raton Firefighters and Police Pension Fund and Plumbers Local 267 Pension Fund, and practice before this Court in the above-entitled civil action.

As grounds for this motion, the undersigned represents the following:

1) Mr. Wilens has been a member in good standing of the bar of Florida since May 1996 and the bar of New York since February 1997.

2) There are no disciplinary proceedings against Mr. Wilens as a member of the bar in any jurisdiction.

3) Mr. Wilens has represented to the undersigned counsel that he is familiar with the Local Rules of the United States District Court for The District of Columbia.

4) In further support of this motion, Mr. Wilens has submitted herewith his declaration for admission *pro hac vice*.

DATED: August 21, 2006

LERACH COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
NANCY M. JUDA (DC Bar # 445487)

*s/Nancy M. Juda*
NANCY M. JUDA

1100 Connecticut Avenue, N.W., Suite 730
Washington, DC 20036
Telephone: 202/822-6762
202/828-8528 (fax)

        LERACH COUGHLIN STOIA GELLER
           RUDMAN & ROBBINS LLP
        SAMUEL H. RUDMAN
        DAVID A. ROSENFELD
        MARIO ALBA, JR.
        58 South Service Road, Suite 200
        Melville, NY  11747
        Telephone:  631/367-7100
        631/367-1137 (fax)

        LERACH COUGHLIN STOIA GELLER
           RUDMAN & ROBBINS LLP
        DAVID J. GEORGE
        DOUGLAS WILENS
        ROBERT J. ROBBINS
        197 S. Federal Highway, Suite 200
        Boca Raton, FL  33076
        Telephone:  561/750-3000
        561/750-3364 (fax)

        Lead Counsel for Plaintiffs

        LAW OFFICES BERNARD M.
           GROSS, P.C.
        DEBORAH R. GROSS
        Wanamaker Bldg., Suite 450
        100 Penn Square East
        Philadelphia, PA  19107
        Telephone:  215/561-3600
        215/561-3000 (fax)

        Additional Counsel for Plaintiffs

CERTIFICATE OF SERVICE

I hereby certify that on August 21, 2006, I caused a true and correct copy of the foregoing document to be served: electronically using the CM/EFC system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document *via* the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

LERACH COUGHLIN STOIA GELLER
RUDMAN & ROBBINS LLP


*s/ Douglas Wilens*
DOUGLAS WILENS
197 S. Federal Highway, Suite 200
Boca Raton, FL 33076
Telephone: 561/750-3000
561/750-3364
E-mail: dwilens@lerachlaw.com

# EXHIBIT A

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In re XM SATELLITE RADIO HOLDINGS SECURITIES LITIGATION ) ) ) ) This Document Relates to: ) ) ALL ACTIONS. ) ) ) | ) Civil Action No. 1:06-cv-00802-ESH ) ) CLASS ACTION |

ORDER GRANTING MOTION FOR ADMISSION *PRO HAC VICE*

Upon consideration of Nancy M. Juda's Motion for the admission of Douglas Wilens in this case *pro hac vice*, it appearing to the Court that Douglas Wilens possesses the qualifications required by LCvR. 83-2(c)-(d), and should therefore be allowed to participate in this case *pro hac vice*, it is this _____ day of August, 2006, hereby:

ORDERED that the motion for the admission of Douglas Wilens *pro hac vice* is granted, and that he shall be permitted to participate and be heard in this matter in association with his local counsel.

_____
HONORABLE ELLEN SEGAL HUVELLE
UNITED STATES DISTRICT JUDGE

DATED:    August 21, 2006

LERACH COUGHLIN STOIA GELLER
   RUDMAN & ROBBINS LLP
NANCY M. JUDA (DC Bar # 445487)

   *s/Nancy M. Juda*
NANCY M. JUDA

1100 Connecticut Avenue, N.W., Suite 730
Washington, DC  20036
Telephone:  202/822-6762
202/828-8528 (fax)

LERACH COUGHLIN STOIA GELLER
   RUDMAN & ROBBINS LLP
SAMUEL H. RUDMAN
DAVID A. ROSENFELD
MARIO ALBA, JR.
58 South Service Road, Suite 200
Melville, NY  11747
Telephone:  631/367-7100
631/367-1137 (fax)

       LERACH COUGHLIN STOIA GELLER
          RUDMAN & ROBBINS LLP
DAVID J. GEORGE
DOUGLAS WILENS
ROBERT J. ROBBINS
197 S. Federal Highway, Suite 200
Boca Raton, FL  33076
Telephone:  561/750-3000
561/750-3364 (fax)

Lead Counsel for Plaintiffs

LAW OFFICES BERNARD M.
    GROSS, P.C.
DEBORAH R. GROSS
Wanamaker Bldg., Suite 450
100 Penn Square East
Philadelphia, PA  19107
Telephone:  215/561-3600
215/561-3000 (fax)


Additional Counsel for Plaintiffs