UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In re XM SATELLITE RADIO HOLDINGS SECURITIES LITIGATION )<br>)<br>) | Civil Action No. 1:06-cv-00802-ESH<br><br>CLASS ACTION |
| )<br>This Document Relates to:   )<br>)<br>ALL ACTIONS.   )<br>)<br>) | |

MOTION TO ADMIT COUNSEL
*PRO HAC VICE*

Pursuant to Local Rules, the undersigned counsel, hereby moves the Court to enter an Order (attached hereto as Exhibit A) granting leave to Robert J. Robbins of the law firm of Lerach Coughlin Stoia Geller Rudman & Robbins LLP, to appear on behalf of Lead Plaintiffs, Boca Raton Firefighters and Police Pension Fund and Plumbers Local 267 Pension Fund, and practice before this Court in the above-entitled civil action.

As grounds for this motion, the undersigned represents the following:

1)   Mr. Robbins has been a member in good standing of the bar of Florida since September 20, 2002.

2)   There are no disciplinary proceedings against Mr. Robbins as a member of the bar in any jurisdiction.

3)   Mr. Robbins has represented to the undersigned counsel that he is familiar with the Local Rules of the United States District Court for The District of Columbia.

4)   In further support of this motion, Mr. Robbins has submitted herewith his declaration for admission *pro hac vice*.

DATED:   August 21, 2006            LERACH COUGHLIN STOIA GELLER
                                     RUDMAN & ROBBINS LLP

                                    NANCY M. JUDA (DC Bar # 445487)

                                        *s/Nancy M. Juda*
                                    NANCY M. JUDA

                                    1100 Connecticut Avenue, N.W., Suite 730
                                    Washington, DC  20036
                                    Telephone:  202/822-6762
                                    202/828-8528 (fax)

LERACH COUGHLIN STOIA GELLER
    RUDMAN & ROBBINS LLP
SAMUEL H. RUDMAN
DAVID A. ROSENFELD
MARIO ALBA, JR.
58 South Service Road, Suite 200
Melville, NY  11747
Telephone:  631/367-7100
631/367-1137 (fax)

LERACH COUGHLIN STOIA GELLER
    RUDMAN & ROBBINS LLP
DAVID J. GEORGE
DOUGLAS WILENS
ROBERT J. ROBBINS
197 S. Federal Highway, Suite 200
Boca Raton, FL  33076
Telephone:  561/750-3000
561/750-3364 (fax)

Lead Counsel for Plaintiffs

LAW OFFICES BERNARD M.
    GROSS, P.C.
DEBORAH R. GROSS
Wanamaker Bldg., Suite 450
100 Penn Square East
Philadelphia, PA  19107
Telephone:  215/561-3600
215/561-3000 (fax)

Additional Counsel for Plaintiffs

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on August 21, 2006, I caused a true and correct copy of the foregoing document to be served: electronically using the CM/EFC system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document *via* the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

        LERACH COUGHLIN STOIA GELLER
           RUDMAN & ROBBINS LLP

    *s/ Robert J. Robbins*
      ROBERT J. ROBBINS
197 S. Federal Highway, Suite 200
Boca Raton, FL 33076
Telephone: 561/750-3000
561/750-3364
E-mail: rrobbins@lerachlaw.com

# EXHIBIT A

Case 1:06-cv-00802-ESH    Document 41    Filed 08/21/2006    Page 5 of 8

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In re XM SATELLITE RADIO HOLDINGS SECURITIES LITIGATION ) ) | ) Civil Action No. 1:06-cv-00802-ESH |
| ) | ) CLASS ACTION |
| This Document Relates to: ) ) | ) |
| ALL ACTIONS. ) ) ) | ) |

ORDER GRANTING MOTION FOR ADMISSION *PRO HAC VICE*

Upon consideration of Nancy M. Juda's Motion for the admission of Robert J. Robbins in this case *pro hac vice*, it appearing to the Court that Robert J. Robbins possesses the qualifications required by LCvR. 83-2(c)-(d), and should therefore be allowed to participate in this case *pro hac vice*, it is this \_\_\_\_ day of August, 2006, hereby:

ORDERED that the motion for the admission of Robert J. Robbins *pro hac vice* is granted, and that he shall be permitted to participate and be heard in this matter in association with his local counsel.

_____
HONORABLE ELLEN SEGAL HUVELLE
UNITED STATES DISTRICT JUDGE

DATED:   August 21, 2006         LERACH COUGHLIN STOIA GELLER
                                   RUDMAN & ROBBINS LLP
                                 NANCY M. JUDA (DC Bar # 445487)


                                       *s/Nancy M. Juda*
                                 NANCY M. JUDA

                                 1100 Connecticut Avenue, N.W., Suite 730
                                 Washington, DC  20036
                                 Telephone:  202/822-6762
                                 202/828-8528 (fax)

                                 LERACH COUGHLIN STOIA GELLER
                                   RUDMAN & ROBBINS LLP
                                 SAMUEL H. RUDMAN
                                 DAVID A. ROSENFELD
                                 MARIO ALBA, JR.
                                 58 South Service Road, Suite 200
                                 Melville, NY  11747
                                 Telephone:  631/367-7100
                                 631/367-1137 (fax)

LERACH COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
DAVID J. GEORGE
DOUGLAS WILENS
ROBERT J. ROBBINS
197 S. Federal Highway, Suite 200
Boca Raton, FL  33076
Telephone:  561/750-3000
561/750-3364 (fax)

Lead Counsel for Plaintiffs

LAW OFFICES BERNARD M.
  GROSS, P.C.
DEBORAH R. GROSS
Wanamaker Bldg., Suite 450
100 Penn Square East
Philadelphia, PA  19107
Telephone:  215/561-3600
215/561-3000 (fax)


Additional Counsel for Plaintiffs