UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In re XM SATELLITE RADIO HOLDINGS SECURITIES LITIGATION ) ) ) ) This Document Relates To: ) ) ALL ACTIONS. ) ) ) | Civil Action No. 1:06-cv-00802-ESH<br><br>CLASS ACTION |

STIPULATION AND [PROPOSED] ORDER FURTHER EXTENDING TIME
TO FILE AMENDED CONSOLIDATED COMPLAINT AND RESPONSIVE BRIEFING

WHEREAS, by Order dated August 15, 2006, Lead Plaintiffs were to serve their Amended Consolidated Complaint (the "Complaint") by September 15, 2006; Defendants were to serve their motion to dismiss the Complaint by October 30, 2006; Lead Plaintiffs were to serve their opposition to Defendants' motion to dismiss by December 14, 2006; and Defendants were to serve their reply by January 15, 2007; and

WHEREAS, an immediate family member of the principal attorney drafting the Complaint unexpectedly passed away this week;

IT IS HEREBY STIPULATED by and between the undersigned, subject to the approval of the Court, that the above schedule be modified as follows:

1.  The deadline for Lead Plaintiffs to file their Complaint is extended from September 15, 2006 to September 26, 2006.

2.  Defendants' time to file their motion to dismiss the Complaint is extended from October 30, 2006, to November 14, 2006.

3.  Lead Plaintiffs' time to file their opposition to Defendants' motion to dismiss the Complaint is extended from December 14, 2006 to December 29, 2006.

4.  Defendants' time to serve their reply to Lead Plaintiffs' opposition to the motion to dismiss is extended from January 15, 2007 to January 29, 2007.

DATED: September 7, 2006      LERACH COUGHLIN STOIA GELLER
                                                  RUDMAN & ROBBINS LLP
                                        NANCY M. JUDA (DC Bar # 445487)

                                                /s/ Nancy M. Juda
                                              NANCY M. JUDA

                                              1100 Connecticut Avenue, N.W., Suite 730
                                              Washington, DC  20036
                                              Telephone:  202/822-6762
                                              202/828-8528 (fax)

        LERACH COUGHLIN STOIA GELLER
         RUDMAN & ROBBINS LLP
        SAMUEL H. RUDMAN
        DAVID A. ROSENFELD
        MARIO ALBA, JR.
        58 South Service Road, Suite 200
        Melville, NY 11747
        Telephone: 631/367-7100
        631/367-1173 (fax)

        - and-

        DAVID J. GEORGE
        ROBERT J. ROBBINS
        197 S. Federal Highway, Suite 200
        Boca Raton, FL 33432
        Telephone: 561/750-3000
        561/750-3364 (fax)

        Lead Counsel for Plaintiffs

        LAW OFFICES BERNARD M.
          GROSS, P.C.
        DEBORAH R. GROSS
        Wanamaker Bldg., Suite 450
        100 Penn Square East
        Philadelphia, PA 19107
        Telephone: 215/561-3600
        215/561-3000 (fax)

        Additional Counsel for Plaintiffs

DATED: September 7, 2006        WILMER CUTLER & PICKERING HALE &
        DORR LLP
        CHARLES EDWARD DAVIDOW
        JOHN VALENTINE
        MICHAEL A. MUGMON


           /s/ Charles E. Davidow
        CHARLES EDWARD DAVIDOW
        1875 Pennsylvania Avenue, NW
        Washington, DC 20006
        Telephone: 202/663-6241
        202/663-6363 (fax)

        Attorneys for Defendants

- 3 -

IT IS SO ORDERED.

DATED: _____    _____
THE HONORABLE ELLEN SEGAL HUVELLE
UNITED STATES DISTRICT JUDGE