IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| In re XM Satellite Radio Holdings Inc. Securities Litigation ) ) ) ) | Civil Action No. 06-0802 |
| This Document Relates To: All Actions ) ) ) ) |  |

DEFENDANTS' MOTION TO DISMISS
THE CONSOLIDATED CLASS ACTION COMPLAINT

Defendants XM Satellite Radio Holdings Inc. ("XM" or the "Company") and Hugh Panero, upon the accompanying Memorandum of Law in Support of Defendants' Motion to Dismiss the Consolidated Class Action Complaint and Declaration of John A. Valentine in Support of Defendants' Motion to Dismiss the Consolidated Class Action Complaint, together with the exhibits annexed thereto, hereby move this Court for an Order dismissing with prejudice the Consolidated Class Action Complaint ("Complaint") in its entirety pursuant to Rules 9(b) and 12(b)(6) of the Federal Rules of Civil Procedure and the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), and granting such other and further relief as this Court may deem just and proper.

The grounds for that proposed Order, which are set forth in full in the accompanying Memorandum of Law, are as follows:

*First*, under the PSLRA and Rule 9(b), Plaintiffs have failed to state a claim under section 10(b) of the Securities Exchange Act of 1934 and Rule 10b-5 thereunder because the Complaint does not identify with particularity any material false or misleading statement or omission by either XM or Panero.

*Second*, the statements on which Plaintiffs premise their claims were forward-looking in nature and accompanied by meaningful cautionary language, and consequently are inactionable under the safe harbor for forward-looking statements under the PSLRA. *See* 15 U.S.C. § 78u-5(c)(1)(A).

*Third*, Plaintiffs' claims are largely premised upon hindsight disagreement with XM's business decisions, not fraud. Under longstanding Supreme Court precedent, such business disagreements are insufficient to state a claim under section 10(b) and Rule 10b-5. *See Santa Fe Indus., Inc. v. Green*, 430 U.S. 462 (1977).

*Fourth*, Plaintiffs have failed to satisfy the PSLRA's requirement that they plead with particularity facts giving rise to a "strong inference" of scienter. 15 U.S.C. § 78u-4(b)(2). For the same reason, Plaintiffs have also failed to meet the heightened pleading requirements of Rule 9(b).

*Fifth*, because Plaintiffs have failed to allege a primary violation of section 10(b) and Rule 10b-5, their control person claim under section 20(a) against Panero fails as a matter of law.

For each of these reasons, discussed in greater detail in the accompanying Memorandum of Law, XM and Panero respectfully request that the Court enter an Order dismissing the

Complaint in its entirety with prejudice pursuant to Rules 9(b) and 12(b)(6) of the Federal Rules of Civil Procedure and the PSLRA.

        Respectfully submitted,

Dated: November 14, 2006   WILMER CUTLER PICKERING HALE AND DORR LLP

        /s/ Charles E. Davidow
        Charles E. Davidow, D.C. Bar No. 331702
        John A. Valentine, D.C. Bar No. 473072
        Michael A. Mugmon, D.C. Bar No. 485150
        1875 Pennsylvania Avenue NW
        Washington, DC 20006
        Tel: (202) 663-6000
        Fax: (202) 663-6363

        *Attorneys for XM Satellite Radio Holdings Inc.*
        *and Hugh Panero*

## CERTIFICATE OF SERVICE

I hereby certify that I have served the foregoing MOTION TO DISMISS THE CONSOLIDATED CLASS ACTION COMPLAINT by e-mail on November 14, 2006 to:

Nancy M. Juda, Esq.
LEARACH COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP
1100 Connecticut Avenue NW, Suite 730
Washington, DC 20036
*Counsel for Plaintiffs Boca Raton Firefighters and Police Pension Fund and Plumbers Local 267 Pension Fund*

Samuel H. Rudman, Esq.
David A. Rosenfeld, Esq.
Mario Alba, Jr., Esq.
LEARACH COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP
58 South Service Road, Suite 200
Melville, NY 11747
*Counsel for Plaintiffs Boca Raton Firefighters and Police Pension Fund and Plumbers Local 267 Pension Fund*

Deborah R. Gross, Esq.
LAW OFFICES OF BERNARD M. GROSS, P.C.
Wanamaker Bldg., Suite 450
100 Penn Square East
Philadelphia, PA 19107
*Counsel for Plaintiffs Boca Raton Firefighters and Police Pension Fund and Plumbers Local 267 Pension Fund*

Robert Sugarman, Esq.
SUGARMAN AND SUSSKIND
2801 Ponce De Leon, Suite 750
Coral Gables, FL 33134
*Counsel for Plaintiffs Boca Raton Firefighters and Police Pension Fund and Plumbers Local 267 Pension Fund*

Kimberly A. Chadwick, Esq.
DOHERTY, SHERIDAN & PERSIAN LLP
8408 Arlington Blvd., Suite 200
Fairfax, VA 22031
*Counsel for Booth Family Trust*

William B. Federman, Esq.
FEDERMAN & SHERWOOD
120 North Robinson, Suite 2720
Oklahoma City, OK 73102
*Counsel for Booth Family Trust*

                              /s/ Lisa Gasparott
                              Lisa Gasparott
                              WILMER CUTLER PICKERING
                                HALE AND DORR LLP
                              1875 Pennsylvania Avenue NW
                              Washington, DC 20037
                              Tel:  (202) 663-6000
                              Fax:  (202) 663-6363