IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| In re XM Satellite Radio Holdings Inc. Securities Litigation ) ) ) ) | Civil Action No. 06-0802 |
| This Document Relates To: All Actions ) ) ) ) ) |  |

DECLARATION OF JOHN A. VALENTINE IN
SUPPORT OF DEFENDANTS' MOTION TO DISMISS
THE CONSOLIDATED CLASS ACTION COMPLAINT

I, JOHN A. VALENTINE, hereby declare, pursuant to 28 U.S.C. § 1746, as follows:

1. I am an attorney at the law firm of Wilmer Cutler Pickering Hale and Dorr LLP, counsel for Defendants XM Satellite Radio Holdings Inc. ("XM") and Hugh Panero.

2. I submit this Declaration in support of Defendants' Motion to Dismiss the Consolidated Class Action Complaint.

3. Attached hereto are true and correct copies of the following documents, which are referenced in Defendants' Motion to Dismiss the Consolidated Amended Complaint.

**EXHIBIT A.** **Stock Sale Tables and Supporting Documents.** The stock ownership and transaction information in the Tables contained in Exhibit A was derived from the XM public filings that are appended to the Tables, which were obtained in hard copy format from the SEC or printed from LIVEDGAR, a commercial service of Global Securities Information, Inc. with access to the SEC database of public filings.

| | |
|---|---|
| **EXHIBIT B.** | **XM Public Statements Chart.** Exhibit B is a compilation of statements allegedly made by XM, Hugh Panero, and other XM employees and quoted in the Complaint. |
| **EXHIBIT C.** | **Form 10-K (Mar. 3, 2006).** XM Satellite Radio Holdings Inc. Annual Report for the Fiscal Year Ended December 31, 2005 (exhibits not included). Exhibit C was obtained from 10K Wizard, SEC Power Search, a commercial service with access to the SEC database of public filings. |
| **EXHIBIT D.** | **Proxy Statement (Apr. 25, 2006).** XM Satellite Radio Holdings Inc. Proxy Statement on Form DEF 14A (exhibits not included). Exhibit D was obtained from 10K Wizard, SEC Power Search, a commercial service with access to the SEC database of public filings. |
| **EXHIBIT E.** | **News Release (July 24, 2006).** "XM Satellite Radio Names Nate Davis President and Chief Operating Officer," filed on Form 8-K, dated July 24, 2006. Exhibit E was obtained from 10K Wizard, SEC Power Search, a commercial service with access to the SEC database of public filings. |
| **EXHIBIT F.** | **Form 10-Q (Nov. 7, 2005).** XM Satellite Radio Holdings Inc., Quarterly Report for the Period Ended September 30, 2005 (exhibits not included). Exhibit F was obtained from 10K Wizard, SEC Power Search, a commercial service with access to the SEC database of public filings. |
| **EXHIBIT G.** | **Form 10-Q (Nov. 9, 2006).** XM Satellite Radio Holdings Inc., Quarterly Report for the Period Ended September 30, 2006 (exhibits not included). Exhibit G was obtained from 10K Wizard, SEC Power Search, a commercial service with access to the SEC database of public filings. |
| **EXHIBIT H.** | **News Release (Feb. 16, 2006).** "XM Satellite Radio Holdings Inc. Announces Fourth Quarter and Full Year 2005 Results; XM to Exceed Nine Million Subscribers and Reach Cash Flow Break-Even by Year-End 2006," filed on Form 8-K, dated February 16, 2006. Exhibit H was obtained from 10K Wizard, SEC Power Search, a commercial service with access to the SEC database of public filings. |
| **EXHIBIT I.** | **News Release (July 28, 2005).** "XM Satellite Radio Holdings Inc. Announces Second Quarter 2005 Results and Increases Year-End Subscriber Guidance to 6 Million," filed on Form 8-K, Exhibit 99. 1, dated July 28, 2005. Exhibit I was obtained from 10K Wizard, SEC Power |

|              |                                                                                                                                                                                                                                                                                                                         |
|--------------|---|
|              | Search, a commercial service with access to the SEC database of public filings. |
| EXHIBIT J.   | **2Q 2005 Conference Call Tr.** XM Satellite Radio Earnings Conference Call, Final Transcript, dated July 28, 2005. Exhibit J was obtained from MyCCBN, a commercial service of Thomson Financial. |
| EXHIBIT K.   | **News Release (Oct. 27, 2005).** "XM Satellite Radio Holdings Inc. Announces Third Quarter 2005 Results and Reaffirms 6 Million Subscriber Guidance," filed on Form 8-K, dated October 27, 2005. Exhibit K was obtained from 10K Wizard, SEC Power Search, a commercial service with access to the SEC database of public filings. |
| EXHIBIT L.   | **3Q 2005 Conference Call Tr.** XM Satellite Radio Earnings Conference Call, Final Transcript, dated October 27, 2005. Exhibit L was obtained from MyCCBN, a commercial service of Thomson Financial. |
| EXHIBIT M.   | **Form 10-Q (Aug. 5, 2005).** XM Satellite Radio Holdings Inc. Quarterly Report for the Period Ended June 30, 2005. Exhibit M was obtained from 10K Wizard, SEC Power Search, a commercial service with access to the SEC database of public filings. |
| EXHIBIT N.   | **News Release (Nov. 1, 2005).** "XM Satellite Radio Gains Retail Market Share in Third Quarter," released on November 1, 2005. Exhibit N was obtained from XM's public Internet database of news releases under News Releases in the XM Satellite News Room, *available at* http://xmradio.mediaroom.com/. |
| EXHIBIT O.   | **Lehman Report.** Vijay Jayant "XM Satellite Radio (XMSR-$28.07) 1-Overwieght; Change of Earnings Forecast," Lehman Brothers Equity Research, dated October 28, 2005. Exhibit O was obtained from the IR Channel, a commercial service of Thomson Financial with access to analyst reports. |
| EXHIBIT P.   | **Deutsche Bank Report.** James G. Dix, "XM Satellite Radio: Maintaining Hold on Slower OEM Auto Rollout," Deutsche Bank Company Research, dated October 28, 2005. Exhibit P was obtained from the IR Channel, a commercial service of Thomson Financial with access to analyst reports. |
| EXHIBIT Q.   | **Bear Stearns Report.** Robert S. Peck, Kunal Madhukar, and Victor B. Anthony, "XM Satellite Radio (XMSR-$28.07) -- Outperform, 3Q: Misunderstood," Bear Stearns Equity Research, dated October 28, 2005. Exhibit Q was |

3

|  |  |
|---|---|
|  | obtained from the IR Channel, a commercial service of Thomson Financial with access to analyst reports. |
| **EXHIBIT R.** | **Wall Street Journal Article.** Brian Steinberg, *Advertising: XM Aims to Neutralize Sirius, Stern*, WALL ST. J., Nov. 14, 2005, at B8. Exhibit R was obtained from LexisNexis' "Wall Street Journal" database of public news reports. |
| **EXHIBIT S.** | **Form 10-Q (Nov. 5, 2004).** XM Satellite Radio Holdings Inc. Quarterly Report for the Period Ended September 30, 2004. Exhibit S was obtained from 10K Wizard, SEC Power Search, a commercial service with access to the SEC database of public filings. |
| **EXHIBIT T.** | **Form 8-K (Feb. 10, 2005).** XM Satellite Radio Holdings Inc. Report of Unscheduled Material Events or Corporate Changes. Exhibit T was obtained from 10K Wizard, SEC Power Search, a commercial service with access to the SEC database of public filings. |
| **EXHIBIT U.** | **Form 8-K (Feb. 16, 2006).** XM Satellite Radio Holdings Inc. Report of Unscheduled Material Events or Corporate Changes. Exhibit U was obtained from 10K Wizard, SEC Power Search, a commercial service with access to the SEC database of public filings. |
| **EXHIBIT V.** | **Form 8-K (Aug. 5, 2005).** XM Satellite Radio Holdings Inc. Report of Unscheduled Material Events or Corporate Changes. Exhibit V was obtained from 10K Wizard, SEC Power Search, a commercial service with access to the SEC database of public filings. |
| **EXHIBIT W.** | **Form 8-K (Feb. 17, 2006).** Sirius Satellite Radio Inc. Report of Unscheduled Material Events or Corporate Changes. Exhibit W was obtained from 10K Wizard, SEC Power Search, a commercial service with access to the SEC database of public filings. |
| **EXHIBIT X.** | **RBC Capital Markets Report.** David Bank, "XM Satellite: Outperform, Above Average Risk, Solid Execution in 2Q05 And Outlook Improves," RBC Capital Markets Research Comment, dated July 29, 2005. Exhibit X was obtained from the IR Channel, a commercial service of Thomson Financial with access to analyst reports. |
| **EXHIBIT Y.** | **Form 8-K (Sept. 5, 2006).** XM Satellite Radio Holdings Inc. Report of Unscheduled Material Events or Corporate Changes. Exhibit Y was obtained from 10K Wizard, SEC Power Search, a commercial service with access to the SEC database of public filings. |

I declare under penalty of perjury that the foregoing is true and correct.

Executed:  Washington, D.C.
November 14, 2006

*John A. Valentine*
John A. Valentine

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In re XM Satellite Radio Holdings Securities Litigation ) ) ) ) ) This Document Relates To: ) All Actions ) ) | MEMORANDUM OF LAW IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS THE CONSOLIDATED CLASS ACTION COMPLAINT<br><br>Civil Action No. 06-0802 |

### [PROPOSED] ORDER

Upon consideration of Defendants XM Satellite Radio Holdings Inc.'s and Hugh Panero's Motion to Dismiss, it is hereby ORDERED that the Motion is GRANTED. The Consolidated Class Action Complaint is DISMISSED with prejudice.

Date:_____         _____
                                                                                Judge Ellen S. Huvelle
                                                                                United States District Court