# EXHIBIT A

Exhibit A

Stock Sale Tables[1]

| Hugh Panero | Tab Containing Supporting Data | Trade Date (per Form 4) | Total Amount of Securities Sold (per Form 4) | Pre-Sale Exercisable Holdings (as of 12/6/05)[2] | Percentage of Pre-Sale Exercisable Holdings Sold |
|---|---|---|---|---|---|
| 2005 | A1 | 12/6/05 | 413,334 | 1,522,963 | 27.1% |

| Stelios Patsiokas | Tab Containing Supporting Data | Trade Date (per Form 4) | Total Amount of Securities Sold (per Form 4) | Pre-Sale Exercisable Holdings (as of 12/6/05) | Percentage of Pre-Sale Exercisable Holdings Sold |
|---|---|---|---|---|---|
| 2005 | A2 | 12/6/05 | 103,514 | 463,892 | 22.3% |

| Joseph Titlebaum | Tab Containing Supporting Data | Trade Date (per Form 4) | Total Amount of Securities Sold (per Form 4) | Pre-Sale Exercisable Holdings (as of 12/6/05) | Percentage of Pre-Sale Exercisable Holdings Sold |
|---|---|---|---|---|---|
| 2005 | A3 | 12/6/05 | 103,514 | 354,435 | 29.2% |

| Stephen Cook | Tab Containing Supporting Data | Trade Date (per Form 4) | Total Amount of Securities Sold (per Form 4) | Pre-Sale Exercisable Holdings (as of 12/6/05) | Percentage of Pre-Sale Exercisable Holdings Sold |
|---|---|---|---|---|---|
| 2005 | A4 | 12/6/05 | 78,514 | 433,948 | 18.1% |

| George Haywood | Tab Containing Supporting Documents | Trade Dates (per Form 4) | Total Amount of Securities Sold (per Form 4) | Pre-Sale Exercisable Holdings (as of 11/8/05) | Percentage of Pre-Sale Exercisable Holdings Sold |
|---|---|---|---|---|---|
| 2005 | A5 | 11/8/05 11/9/05 11/10/05 | 2,071,000 | 5,790,010 | 35.8% |

---

[1] The calculations used to generate the Stock Sale Tables are explained in detail on the first page of each individual's supporting documents.

[2] Pre-sale exercisable holdings are defined to include common stock, convertible debt securities and exercisable stock options, including securities held indirectly. Unvested stock options and unvested restricted stock are not included in pre-sale exercisable holdings.