# TAB A1

## Hugh Panero

### Calculation Detail: Percentage of Pre-Sale Exercisable Holdings
(NOT Including Unvested Stock Options and Unvested Restricted Stock) Sold on 12/6/05

| Action | Description of Securities | | Amount of Securities |
|---|---|---|---|
| Start | Beneficially owned holdings as of 3/31/06 | | 1,442,962 |
| Subtract | Unvested restricted stock granted on 3/14/06 | - | 150,000 |
| Sub Total | | | 1,292,962 |
| Subtract | Stock options vested between 12/6/05 and 3/31/06 | - | 183,333 |
| Sub Total | | | 1,109,629 |
| Add | Shares sold on 12/6/05 | + | 413,334 |
| Total | **Pre-sale exercisable holdings (not including unvested stock options and unvested restricted stock) as of 12/6/05** | | **1,522,963** |
| | | | |
| Start | Shares sold on 12/6/05 | | 413,334 |
| Divide | Pre-sale exercisable holdings (not including unvested stock options and unvested restricted stock) as of 12/6/05 | / | 1,522,963 |
| Total | **Percentage of pre-sale exercisable holdings (not including unvested stock options and unvested restricted stock) sold on 12/6/05** | | **27.1%** |

<u>Hugh Panero</u>

Calculation Detail: Percentage of Pre-Sale Total Holdings
(Including Unvested Stock Options and Unvested Restricted Stock) Sold on 12/6/05

| Action | Description of Securities | | Amount of Securities |
|---|---|---|---|
| Start | Beneficially owned holdings as of 3/31/06 | | 1,442,962 |
| Subtract | Unvested restricted stock granted on 3/14/06 | - | 150,000 |
| Sub Total | | | 1,292,962 |
| Subtract | Stock options vested between 12/6/05 and 3/31/06 | - | 183,333 |
| Sub Total | | | 1,109,629 |
| Add | Shares sold on 12/6/05 | + | 413,334 |
| Sub Total | Pre-sale exercisable holdings (not including unvested stock options and unvested restricted stock) as of 12/6/05 | | 1,522,963 |
| Add | Unvested stock options as of 12/6/05 | + | 750,000 |
| **Total** | **Pre-sale total holdings (including unvested stock options and unvested restricted stock) as of 12/6/05** | | **2,272,963** |
| | | | |
| Start | Shares sold on 12/6/05 | | 413,334 |
| Divide | Pre-sale total holdings (including unvested stock options and unvested restricted stock) as of 12/6/05 | / | 2,272,963 |
| **Total** | **Percentage of pre-sale total holdings (including unvested stock options and unvested restricted stock) sold on 12/6/05** | | **18.2%** |



# FORM DEF 14A

## XM SATELLITE RADIO HOLDINGS INC – XMSR

**Filed: April 25, 2006 (period: May 26, 2006)**

Official notification to shareholders of matters to be brought to a vote (Proxy)

Management Business Trust each have sole voting and dispositive power with respect to the entire number of these shares. Lincoln Management Holdings is the ultimate parent of Delaware Management Business Trust. The address of Delaware Management Holdings and Delaware Management Business Trust is 2005 Market Street, Philadelphia, PA 19103.

### Security Ownership of Directors and Executive Officers

The following table presents, as of March 31, 2006, information regarding the beneficial ownership of Class A common stock by each of our directors and executive officers named in the summary compensation table that appears below under the caption entitled "Executive Compensation and Other Information" and all of our directors and executive officers as a group:

| Name | Number of Class A Shares Beneficially Owned | Percentage of Total Class A Shares |
|---|---|---|
| Directors and Named Executive Officers | | |
| Gary M. Parsons | 1,890,668(1) | * |
| Hugh Panero | 1,442,962(2) | * |
| Nathaniel Davis | 90,257 | * |
| Thomas R. Donohue | 76,757 | * |
| Eddy W. Hartenstein | 10,000 | * |
| George W. Haywood | 3,792,429(3) | 1.5% |
| Chester A. Huber, Jr. | — | * |
| John W. Mendel | — | * |
| Jarl Mohn | 20,500 | * |
| Jack Shaw | 46,757 | * |
| Joseph J. Euteneuer | 664,025(4) | * |
| Stephen Cook | 580,434(4) | * |
| Stelios Patsiokas | 610,378(4) | * |
| All directors and executive officers as a group (16 persons) | 9,936,786(5) | 3.8% |

\* Less than 1%.
(1) Does not include 583,333 shares issuable upon exercise of options that are not exercisable within 60 days. A trust for the benefit of Mr. Parsons' children, of which Mr. Parsons' spouse is the trustee, owns 16,179 shares. Mr. Parsons disclaims beneficial ownership of these interests.
(2) Does not include 566,667 shares issuable upon exercise of options that are not exercisable within 60 days.
(3) Includes 2,928,429 shares issuable upon conversion of 10% senior secured discount convertible notes due 2009. Includes 30,000 shares held by Mr. Haywood's spouse and 9,000 shares held by Mr. Haywood's children, of which Mr. Haywood disclaims beneficial ownership.
(4) Does not include 33,333 shares issuable upon exercise of options that are not exercisable within 60 days with respect to Mr. Euteneuer. Does not include 33,333 shares issuable upon exercise of options that are not exercisable within 60 days with respect to Mr. Cook. Does not include 33,333 shares issuable upon exercise of options that are not exercisable within 60 days with respect to Mr. Patsiokas.
(5) Does not include 2,445,300 shares issuable upon exercise of options that are not exercisable within 60 days.

### Shareholders and Noteholders Agreement

We have entered into a shareholders and noteholders agreement with American Honda, General Motors, George Haywood and the investors that participated in our January 2003 financing transactions. The parties to the shareholders and noteholders agreement also have the right to participate in any of our future private financings to the extent necessary to maintain their pro rata fully diluted ownership percentage. The shareholders and noteholders agreement will terminate upon unanimous consent of the parties.

Source: XM SATELLITE RADIO H, DEF 14A, April 25, 2006

# FORM 5

☐ Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See* Instruction 1(b).

☐ Form 3 Holdings Reported
☐ Form 4 Transactions Reported

**UNITED STATES SECURITIES AND EXCHANGE COMMISSION**
Washington, D.C. 20549

## ANNUAL STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934, Section 17(a) of the Public Utility Holding Company Act of 1935 or Section 30(f) of the Investment Company Act of 1940

| OMB APPROVAL | |
|---|---|
| OMB Number: | 3235-0362 |
| Expires: | September 30, 1998 |
| Estimated average burden hours per response | 1.0 |

**1. Name and Address of Reporting Person***

Panero    Hugh
(Last)    (First)    (Middle)

4609 DeRussey Pkwy
(Street)

Chevy Chase,    MD    20815
(City)    (State)    (Zip)

**2. Issuer Name and Ticker or Trading Symbol**
XM Satellite Radio Holdings Inc. (XMSR)

**3. I.R.S. Identification Number of Reporting Person, if an entity (voluntary)**
REC'D S.E.C.
FEB 10 2000

**4. Statement for Month/Year**
December 31, 1999

**5. If Amendment, Date of Original (Month/Year)**

**6. Relationship of Reporting Person(s) to Issuer** (Check all applicable)
X  Director       ___ 10% Owner
X  Officer (give title below)    ___ Other (specify below)
**President and Chief Executive Officer**

**7. Individual or Joint/Group Reporting** (check applicable line)
X  Form filed by One Reporting Person
___ Form filed by More than One Reporting Person

### Table I — Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 3. Transaction Code (Instr. 8) | 4. Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned at End of Issuer's Fiscal Year (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|
| | | | Amount | (A) or (D) | Price | | | |
| | | | | | | | | |

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.
*If the form is filed by more than one reporting person, see instruction 4(b)(v).

Potential persons who are to respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB control number

DC - 68845/5 - #1031268 v1

31013379

FORM 5 (continued)

Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned
(e.g., puts, calls, warrants, options, convertible securities)

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 4. Transaction Code (Instr. 8) | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Underlying Securities (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of Derivative Securities Beneficially Owned at End of Year (Instr. 4) | 10. Ownership Form of Derivative Security Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |
| Employee Stock Option (Right to Buy) | $12.00 | 8/8/99 | A | 100,000 | | (1) | 8/8/09 | Class A Common Stock | 100,000 | | 100,000 | D | |

Explanation of Responses:

(1) The option vests in three equal annual installments beginning on October 8, 2000.

** Intentional misstatements or omissions of facts constitute Federal Criminal Violations.
See 18 U.S.C 1001 and 15 U.S.C. 78ff(a).

Note: File three copies of this Form, one of which must be manually signed.
If space provided is insufficient, see Instruction 6 for procedure.

Potential persons who are to respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB number.

/s/ Joseph M. Tittlebaum                           2/9/00
** Signature of Reporting Person                    Date
Attorney-in-fact

Page 2
SEC 2270 (7-97)

DC - 088433 - #103128 v1

# FORM 3

**UNITED STATES SECURITIES AND EXCHANGE COMMISSION**
Washington, D.C. 20549

## INITIAL STATEMENT OF BENEFICIAL OWNERSHIP OF SECURITIES

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934, Section 17(a) of the Public Utility Holding Company Act of 1935 or Section 30(f) of the Investment Company Act of 1940

**OMB APPROVAL**
OMB Number: 3235-0104
Expires: September 30, 1998
Estimated average burden hours per response......0.5

REC'D S.E.C.
FEB 10 2000

31020055
SEC 1473 (7-97)

(Print or Type Responses)

| 1. Name and Address of Reporting Person* | 2. Date of Event Requiring Statement (Month/Day/Year) 10/4/99 | 6. Issuer Name and Ticker or Trading Symbol XM Satellite Radio Holdings Inc. (XMSR) | | |
|---|---|---|---|---|
| Panero, (Last) Hugh (First) (Middle) | 3. I.R.S. Identification Number of Reporting Person, if an entity (voluntary) | 6. Relationship of Reporting Person(s) to Issuer (Check all applicable) X Director X Officer (give title below) ___ 10% Owner ___ Other (specify below) **President and Chief Executive Officer** | 6. If Amendment, Date of Original (Month/Day/Year) 9/30/99 | 7. Individual or Joint/Group Filing (Check Applicable Line) X Form filed by One Reporting Person ___ Form filed by More than One Reporting Person |
| 4609 DeRussey Pkwy (Street) | | | | |
| Chevy Chase, MD 20815 (City) (State) (Zip) | | | | |

### Table I — Non-Derivative Securities Beneficially Owned

| 1. Title of Security (Instr. 4) | 2. Amount of Securities Beneficially Owned (Instr. 4) | 3. Ownership Form: Direct (D) or Indirect (I) (Instr. 5) | 4. Nature of Indirect Beneficial Ownership (Instr. 5) |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.
* If the form is filed by more than one reporting person, see Instruction 5(b)(v).

Potential persons who are to respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB control number

WDC - 68843/5 - #1032541 v1

FORM 3 (continued)	Table II – Derivative Securities Beneficially Owned (e.g., puts, calls, warrants, options, convertible securities)

| 1. Title of Derivative Security (Instr. 4) | 2. Date Exercisable and Expiration Date (Month/Day/Year) | | 3. Title and Amount of Securities Underlying Derivative Security (Instr. 4) | | 4. Conversion or Exercise Price of Derivative Security | 5. Ownership Form of Derivative Security: Direct (D) or Indirect (I) (Instr. 5) | 6. Nature of Indirect Beneficial Ownership (Instr. 5) |
|---|---|---|---|---|---|---|---|
| | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | |
| Employee Stock Option (Right to Buy) | (1) | 6/1/08 | Class A Common Stock | 160,542 | $9.52 | D | |

Explanation of Responses:

(1) Of the shares underlying this option, 89,190 vested on June 1, 1999, and 35,676 will vest on June 1, 2000 and June 1, 2001.

\*\*Intentional misstatements or omissions of facts constitute Federal Criminal Violations.
See 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note:   File three copies of this Form, one of which must be manually signed. If space provided is insufficient,
        See Instruction 6 for procedure.

Potential persons who are to respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB Number.

/s/ Joseph M. Tittlebaum                                    2/9/00
\*\*Signature of Reporting Person                            Date
Attorney-in-fact

Page 2
SEC 1473 (7-97)

WDC - 68845/5 - #1032541 v1



# FORM DEF 14A

## XM SATELLITE RADIO HOLDINGS INC – XMSR

Filed: April 26, 2000 (period: May 31, 2000)

Official notification to shareholders of matters to be brought to a vote (Proxy)

EXECUTIVE COMPENSATION AND OTHER INFORMATION

The following table sets forth the compensation paid to the Company's Chief Executive Officer and to each of the Company's other four most highly compensated executive officers for 1999, referred to collectively as the named executive officers:

Summary Compensation Table

| Name and Principal Position(s) | Year | Annual Compensation | | | Long-Term Compensation Awards |
|---|---|---|---|---|---|
| | | Salary | Bonus | Other | Class A Shares Underlying Options |
| Hugh Panero President and Chief Executive Officer...... | 1998 1999 | $163,333 286,533 | $ 65,333 125,000 | $293,060(1) 1,354 | 267,570 100,000 |
| Lee Abrams Senior Vice President, Chief of Programming... | 1998 1999 | 125,417 220,000 | 27,413 56,100 | 30,989(2) 47,900 | 53,514 50,000 |
| Stelios Patsiokas Senior Vice President, Technology............. | 1998 1999 | 43,077 211,700 | 16,710 84,680 | 59,966(3) 213 | 53,514 50,000 |
| Heinz Stubblefield Senior Vice President, Chief Financial Officer................ | 1998 1999 | 116,667 208,000 | 60,000 62,400 | -- 1,589 | 53,514 50,000 |
| Stephen Cook Senior Vice President, Sales and Marketing.... | 1998 1999 | -- 205,960 | -- 70,082 | -- 51,927(4) | -- 103,514 |

--------

(1) Includes a signing bonus of $200,000.
(2) Includes a signing bonus of $28,000.
(3) Includes a signing bonus of $59,966.
(4) Includes a signing bonus of $50,000.

Employment Agreements

   Hugh Panero is employed as the Company's President, Chief Executive Officer and member of the Board of Directors for a term of three years under an employment agreement effective June 1, 1998. His employment agreement provides for an annual base salary of $280,000, subject to increase from time to time by the Company's Board of Directors. Mr. Panero is also eligible for a pro-rata annual bonus to be determined by the Board of Directors according to Mr. Panero's personal job performance and mutually agreed upon corporate goals and objectives. The bonus target guideline is 40% of Mr. Panero's annual base salary. Under Mr. Panero's employment agreement and pursuant to the XM Satellite Radio Holdings Inc. 1998 Shares Award Plan, the Company granted to Mr. Panero a 10-year option to purchase 267,570 shares of Class A common stock at an exercise price of $9.52 per share. This option vests at the rate of

   . 107,028 shares in three equal annual installments beginning on the first anniversary of the grant; and

   . 160,542 shares in three equal annual installments beginning on the first anniversary of the grant based on achievement of performance objectives.

   All options vest in the event of death or involuntary termination within one year of a change of control of the Company; otherwise, all non-vested options would be forfeited upon termination of employment. Following termination of employment, vested stock options would cease to be exercisable

   . immediately, if Mr. Panero is terminated for cause;

   . three months after termination, in the event of a voluntary termination;

17

# FORM 5

☐ Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. See Instruction 1(b).
☐ Form 3 Holdings Reported
☐ Form 4 Transactions Reported

**UNITED STATES SECURITIES AND EXCHANGE COMMISSION**
Washington, D.C. 20549

## ANNUAL STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934, Section 17(a) of the Public Utility Holding Company Act of 1935 or Section 30(f) of the Investment Company Act of 1940

| OMB APPROVAL |
|---|
| OMB Number: 3235-0362 |
| Expires: December 31, 2001 |
| Estimated average burden hours per response..... 1.0 |

1. Name and Address of Reporting Person*

Panero    Hugh
(Last)    (First)    (Middle)

c/o XM Satellite Radio
1500 Eckington Place, NE
(Street)

Washington    DC    20002
(City)    (State)    (Zip)

2. Issuer Name and Ticker or Trading Symbol

XM Satellite Radio Holdings Inc. (XMSR)

3. I.R.S. Identification Number of Reporting Person, if an entity (voluntary)

4. Statement for Month/Year

2001

5. If Amendment, Date of Original (Month/Year)

6. Relationship of Reporting Person(s) to Issuer (Check all applicable)

___ Director    ___ 10% Owner
X Officer (give title below)    ___ Other (specify below)

**President and Chief Executive Officer**

7. Individual or Joint/Group Reporting (check applicable line)
X Form filed by One Reporting Person
___ Form filed by More than One Reporting Person

## Table I — Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 3. Transaction Code (Instr. 8) | 4. Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned at End of Issuer's Fiscal Year (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|
| | | | Amount | (A) or (D) | Price | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

*If the form is filed by more than one reporting person, see Instruction 4(b)(v).

**Potential persons who are to respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB control number**

SEC 2270 (3-99)

WDC - 088475 - #1468863 v1

3159614

## FORM 5 (continued)

### Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned
(e.g., puts, calls, warrants, options, convertible securities)

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Underlying Securities (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of Derivative Securities Beneficially Owned at End of Year (Instr. 4) | 10. Ownership Form of Derivative Security Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |
| Stock Option (right to buy) | $18.6875 | 1/11/01 | A | | 150,000 | | (1) | 1/11/11 | Class A Common Stock, par value $.01 | 150,000 | | 150,000 | D | |
| Stock Option (right to buy) | $15.50 | 6/1/01 | A | | 117,500 | | (2) | 6/1/11 | Class A Common Stock, par value $.01 | 117,500 | | 117,500 | D | |

Explanation of Responses:

(1) The option vests in three equal annual installments beginning on January 11, 2002.
(2) The option vests in three equal annual installments beginning on June 1, 2002.

\* Intentional misstatements or omissions of facts constitute Federal Criminal Violations. See 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

\*\* Signature of Reporting Person

Note: File three copies of this Form, one of which must be manually signed. If space provided is insufficient, see Instruction 6 for procedure.

By: Joseph M. Tittlebaum
Attorney-in-Fact

February 14, 2002
Date

Potential persons who are to respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB number.

# FORM 5

UNITED STATES SECURITIES AND EXCHANGE COMMISSION
Washington, D.C. 20549

**ANNUAL STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP**

RECD S.E.C.
FEB 14 2003
1086

OMB APPROVAL
OMB Number: 3235-0362
Expires: January 31, 2005
Estimated average burden hours per response...... 1.0

☐ Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See* Instruction 1(b).
☐ Form 3 Holdings Reported
☐ Form 4 Transactions Reported

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934, Section 17(a) of the Public Utility Holding Company Act of 1935 or Section 30(h) of the Investment Company Act of 1940

| 1. Name and Address of Reporting Person* | 2. Issuer Name and Ticker or Trading Symbol | 6. Relationship of Reporting Person(s) to Issuer (Check all applicable) |
|---|---|---|
| Panero   Hugh   (Middle)<br>(Last)   (First) | XM SATELLITE RADIO HOLDINGS INC. (XMSR) | X  Director    10% Owner<br>X  Officer (give title below)   Other (specify below)<br>**President and Chief Executive Officer** |
| c/o XM Satellite Radio<br>1500 Eckington Place, NE<br>(Street) | 3. I.R.S. Identification Number of Reporting Person, if an entity (voluntary) | |
| Washington   DC   20002<br>(City)   (State)   (Zip) | 4. Statement for Month/Year<br>December 31, 2002 | 7. Individual or Joint/Group Reporting (check applicable line)<br>X  Form filed by One Reporting Person<br>___ Form filed by More than One Reporting Person |
| | 5. If Amendment, Date of Original (Month/Year) | |

Table I — Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | 4. Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned at End of Issuer's Fiscal Year (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|
| | | | | Amount | (A) or (D) | Price | | | |

Received
Thomson Corp

*If the form is filed by more than one reporting person, see instruction 4(b)(v).

Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB control number

SEC 2270 (3-99)
(Over)

\\DC - 68843/0005 - 1684017 v1

FORM 5 (continued)

Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned
(e.g., puts, calls, warrants, options, convertible securities)

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, if any (Month/Day/Year) | 4. Transaction Code (Instr. 8) | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Underlying Securities (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of Derivative Securities Beneficially Owned at End of Year (Instr. 4) | 10. Ownership Form of Derivative Security: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |
| Stock Option (right to buy) | $15.50 | 1/16/02 | | A | 182,000 | | 1/16/12 | | Class A Common Stock | 182,000 | | 182,000 | D | |
| Stock Option (right to buy) | $8.30 | 6/3/02 | | A | 150,000 | | (1)(2) | 6/3/12 | Class A Common Stock | 150,000 | | 150,000 | D | |

Explanation of Responses:

(1) The stock option vests as to 60,834 of the underlying shares of Class A common stock on June 1, 2002, and as to 60,833 of the underlying shares of Class A common stock on each of June 1, 2003 and June 1, 2004.

(2) The stock option vests in three equal annual installments beginning on June 3, 2003.

Intentional misstatements or omissions of facts constitute Federal Criminal Violations.
See 18 U.S.C 1001 and 15 U.S.C. 78ff(a).

By: /s/ Joseph M. Titlebaum     2/14/03
** Signature of Reporting Person     Date
Attorney-In-Fact

Note: File three copies of this Form, one of which must be manually signed.
If space provided is insufficient, see Instruction 6 for procedure.

Potential persons who are to respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB number.

Page 2