□ **FORM 4**

☐ Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See* Instruction 1(b).

UNITED STATES SECURITIES AND EXCHANGE COMMISSION
Washington, D.C. 20549

**STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP**

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934, Section 17(a) of the Public Utility Holding Company Act of 1935 or Section 30(h) of the Investment Company Act of 1940

| OMB APPROVAL | |
|---|---|
| OMB Number: | 3235-0287 |
| Expires: | January 31, 2005 |
| Estimated average burden hours per response.... | 0.5 |

RECD S.E.C.
APR 16 2003
1086

1. Name and Address of Reporting Person*
(Print or Type Responses)

**Pancero** (Last)  **Hugh** (First)  (Middle)

c/o XM Satellite Radio
1500 Eckington Place, N.E.
(Street)

**Washington, DC  20002**
(City)  (State)  (Zip)

2. Issuer Name and Ticker or Trading Symbol
**XM Satellite Radio Holdings Inc. (XMSR)**

5. Relationship of Reporting Person(s) to Issuer
(Check all applicable)

| ___ Director | ___ 10% Owner |
| _X_ Officer (give title below) | ___ Other (specify below) |

**President and Chief Executive Officer**

6. Individual or Joint/Group Filing (Check Applicable Line)
_X_ Form filed by One Reporting Person
___ Form filed by More than One Reporting Person

3. I.R.S. Identification Number of Reporting Person, if an entity (Voluntary)

4. Statement for Month/Day/Year
**4/7/03**

5. If Amendment, Date of Original (Month/Day/Year)

**Table I — Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned**

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Class A Common Stock | 4/7/03 | | A | V | 31,134 | A | | 36,527 | D | |

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.
*If the form is filed by more than one reporting person, *see* Instruction 4(b)(v).

Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB control number.

SEC 1474 (09-02)

RuDC-68843000S-1717202 v1

FP Received
Thomson Corp

31861183

FORM 4 (continued)

## Table II – Derivative Securities Acquired, Disposed of, or Beneficially Owned
(e.g., puts, calls, warrants, options, convertible securities)

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, if any (Month/Day/Year) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Underlying Securities (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of derivative Securities Beneficially Owned Following Reported Transaction(s) (Instr. 4) | 10. Ownership Form of Derivative Security: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |
| Employee Stock Option (right to buy) | $5.34 | 3/20/03 | | A | | 350,000 | | (1) | 3/20/13 | Class A Common Stock | 350,000 | | 350,000 | D | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |

Explanation of Responses:

(1)    The stock option vests in three equal annual installments beginning on March 20, 2004. Shares issued upon exercise of this option may not be sold until the first to occur of: (i) the average closing price of the Class A Common Stock over a twenty trading day period equaling or exceeding $10, or (ii) seven years having elapsed since the date of grant.

**    Intentional misstatements or omissions of facts constitute Federal Criminal Violations. See 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note:    File three copies of this Form, one of which must be manually signed. If space is insufficient, see Instruction 6 for procedure.

Potential persons who are to respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB Number.

_____
By: /s/ Joseph M. Titlebaum
** Signature of Reporting Person
Attorney-In-Fact

_____
4/15/03
Date

MDC_660430005 - 1717282 v1

**4** (XMSR)

**PRIMARY DOCUMENT**
**Filed on 02/20/2004 – Period: 02/18/2004**
File Number 000–27441

**GSI**

LIVEDGAR® Information Provided by Global Securities Information, Inc.
800.669.1154
www.gsionline.com

# FORM 4

☐ Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See* Instruction 1(b).

**UNITED STATES SECURITIES AND EXCHANGE COMMISSION**
Washington, D.C. 20549

**STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP OF SECURITIES**

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934, Section 17(a) of the Public Utility Holding Company Act of 1935 or Section 30(h) of the Investment Company Act of 1940

| OMB APPROVAL |
|---|
| OMB Number: 3235–0287 |
| Expires: January 31, 2005 |
| Estimated average burden hours per response... 0.5 |

(Print or Type Responses)

| 1. Name and Address of Reporting Person *<br>PANERO HUGH | 2. Issuer Name and Ticker or Trading Symbol<br>XM SATELLITE RADIO HOLDINGS INC [XMSR] | 5. Relationship of Reporting Person(s) to Issuer<br>(Check all applicable) |
|---|---|---|
| (Last)    (First)    (Middle)<br>C/O XM SATELLITE RADIO, 1500 ECKINGTON PLACE, N.E. | 3. Date of Earliest Transaction (Month/Day/Year)<br>02/18/2004 | _X_ Director          ____ 10% Owner<br>_X_ Officer (give title below)    ____ Other (specify below)<br>President and CEO |
| (Street)<br>WASHINGTON, DC 20002 | 4. If Amendment, Date Original Filed (Month/Day/Year) | 6. Individual or Joint/Group Filing (Check Applicable Line)<br>_X_ Form filed by One Reporting Person<br>___ Form filed by More than One Reporting Person |
| (City)    (State)    (Zip) | | |

### Table I – Non–Derivative Securities Acquired, Disposed of, or Beneficially Owned

| 1.Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) or (D) | Price | | | |

### Table II – Derivative Securities Acquired, Disposed of, or Beneficially Owned
(*e.g.*, puts, calls, warrants, options, convertible securities)

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, if any (Month/Day/Year) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4, and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Underlying Securities (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of Derivative Securities Beneficially Owned Following Reported Transaction(s) (Instr. 4) | 10. Ownership Form of Derivative Security: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |
| Employee Stock Option (right to buy) | $22 | 02/18/2004 | | A | | 200,000 | | (1) | 02/18/2014 | Class A Common Stock | 200,000 | $ 0 | 200,000 | D | |

## Reporting Owners

| Reporting Owner Name / Address | Relationships | | | |
|---|---|---|---|---|
| | Director | 10% Owner | Officer | Other |
| PANERO HUGH<br>C/O XM SATELLITE RADIO<br>1500 ECKINGTON PLACE, N.E.<br>WASHINGTON, DC 20002 | X | | President and CEO | |

## Explanation of Responses:

(1)    The stock option vests in three equal annual installments beginning on February 18, 2005.

## Signatures

| Joseph M. Titlebaum, Attorney–in–Fact | 02/20/2004 |
|---|---|
| ** Signature of Reporting Person | Date |

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.

*    If the form is filed by more than one reporting person, *see* Instruction 4(b)(v).

**    Intentional misstatements or omissions of facts constitute Federal Criminal Violations. *See* 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, *see* Instruction 6 for procedure.
Potential persons who are to respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB number.

**4** (XMSR)

**PRIMARY DOCUMENT**
**Filed on 08/09/2004 – Period: 08/06/2004**
File Number 000–27441

**GSI**

LIVEDGAR[®] Information Provided by Global Securities Information, Inc.
800.669.1154
www.gsionline.com

# FORM 4

☒ Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See* Instruction 1(b).

### UNITED STATES SECURITIES AND EXCHANGE COMMISSION
### Washington, D.C. 20549

### STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP OF SECURITIES

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934, Section 17(a) of the Public Utility Holding Company Act of 1935 or Section 30(h) of the Investment Company Act of 1940

OMB APPROVAL

OMB Number: 3235–0287
Expires: January 31, 2005
Estimated average burden hours per response... 0.5

(Print or Type Responses)

| 1. Name and Address of Reporting Person *<br>PANERO HUGH | 2. Issuer Name **and** Ticker or Trading Symbol<br>XM SATELLITE RADIO HOLDINGS INC [XMSR] | 5. Relationship of Reporting Person(s) to Issuer<br><br>(Check all applicable)<br>_X_ Director ____ 10% Owner<br>_X_ Officer (give title below) ____ Other (specify below)<br><br>President and CEO |
|---|---|---|
| (Last) (First) (Middle)<br>C/O XM SATELLITE RADIO, 1500 ECKINGTON PLACE, N.E. | 3. Date of Earliest Transaction (Month/Day/Year)<br>08/06/2004 | |
| (Street)<br>WASHINGTON, DC 20002 | 4. If Amendment, Date Original Filed (Month/Day/Year) | 6. Individual or Joint/Group Filing (Check Applicable Line)<br>_X_ Form filed by One Reporting Person<br>____ Form filed by More than One Reporting Person |
| (City) (State) (Zip) | | |

### Table I – Non–Derivative Securities Acquired, Disposed of, or Beneficially Owned

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) or (D) | Price | | | |

### Table II – Derivative Securities Acquired, Disposed of, or Beneficially Owned
### (*e.g.*, puts, calls, warrants, options, convertible securities)

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, if any (Month/Day/Year) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4, and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Underlying Securities (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of Derivative Securities Beneficially Owned Following Reported Transaction(s) (Instr. 4) | 10. Ownership Form of Derivative Security: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |
| Employee Stock Option (right to buy) | $24.43 | 08/06/2004 | | A | | 750,000 | | (1) | 08/06/2014 | Class A Common Stock | 750,000 | $ 0 | 750,000 | D | |

## Reporting Owners

| Reporting Owner Name / Address | Relationships | | | |
|---|---|---|---|---|
| | Director | 10% Owner | Officer | Other |
| PANERO HUGH<br>C/O XM SATELLITE RADIO<br>1500 ECKINGTON PLACE, N.E.<br>WASHINGTON, DC 20002 | X | | President and CEO | |

## Explanation of Responses:

(1) The stock option vests in three equal annual installments beginning on August 6, 2005. For seven years following the date of grant, shares issued upon exercise of this option may not be sold at any time that the current trading price of the Class A Common Stock does not represent at least a 10% increase over the exercise price.

**Signatures**

<u>Joseph M. Titlebaum, Attorney−in−fact</u>                  <u>08/09/2004</u>

<sup>**</sup>Signature of Reporting Person                        Date

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.

\*    If the form is filed by more than one reporting person, *see* Instruction 4(b)(v).

\*\*   Intentional misstatements or omissions of facts constitute Federal Criminal Violations. *See* 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, *see* Instruction 6 for procedure.

Potential persons who are to respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB number.

**4** (XMSR)

**PRIMARY DOCUMENT**
**Filed on 12/07/2005 – Period: 12/06/2005**
File Number 000–27441

**GSI**

**LIVEDGAR**® Information Provided by Global Securities Information, Inc.
800.669.1154
www.gsionline.com

# FORM 4

☐ Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See* Instruction 1(b).

**UNITED STATES SECURITIES AND EXCHANGE COMMISSION**
**Washington, D.C. 20549**

**STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP OF SECURITIES**

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934, Section 17(a) of the Public Utility Holding Company Act of 1935 or Section 30(h) of the Investment Company Act of 1940

OMB APPROVAL

OMB Number: 3235–0287
Expires:          January 31, 2005
Estimated average burden hours per response...    0.5

(Print or Type Responses)

| 1. Name and Address of Reporting Person PANERO HUGH | 2. Issuer Name **and** Ticker or Trading Symbol XM SATELLITE RADIO HOLDINGS INC [XMSR] | 5. Relationship of Reporting Person(s) to Issuer (Check all applicable) |
|---|---|---|
| (Last)      (First)      (Middle) | 3. Date of Earliest Transaction (Month/Day/Year) 12/06/2005 | _X_ Director        ____ 10% Owner  _X_ Officer (give title below)  ____ Other (specify below)  President and CEO |
| C/O XM SATELLITE RADIO, 1500 ECKINGTON PLACE, N.E. (Street) | 4. If Amendment, Date Original Filed (Month/Day/Year) | 6. Individual or Joint/Group Filing (Check Applicable Line) |
| WASHINGTON, DC 20002 (City)      (State)      (Zip) | | _X_ Form filed by One Reporting Person  ____ Form filed by More than One Reporting Person |

**Table I – Non–Derivative Securities Acquired, Disposed of, or Beneficially Owned**

| 1.Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) Code | V | 4. Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) Amount | (A) or (D) | Price | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| Class A Common Stock | 12/06/2005 | | M | | 180,000 | A | $9.52 | 185,393 | D | |
| Class A Common Stock | 12/06/2005 | | M | | 233,334 | A | $5.34 | 418,727 | D | |
| Class A Common Stock | 12/06/2005 | | S | | 413,334 | D | (2) | 5,393[1] | D | |

**Table II – Derivative Securities Acquired, Disposed of, or Beneficially Owned**
*(e.g., puts, calls, warrants, options, convertible securities)*

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, if any (Month/Day/Year) | 4. Transaction Code (Instr. 8) Code | V | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4, and 5) (A) | (D) | 6. Date Exercisable and Expiration Date (Month/Day/Year) Date Exercisable | Expiration Date | 7. Title and Amount of Underlying Securities (Instr. 3 and 4) Title | Amount or Number of Shares | 8. Price of Derivative Security (Instr. 5) | 9. Number of Derivative Securities Beneficially Owned Following Reported Transaction(s) (Instr. 4) | 10. Ownership Form of Derivative Security: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Employee Stock Option (right to buy) | $9.52 | 12/06/2005 | | M | | | 180,000 | (3) | 06/01/2008 | Class A Common Stock | 180,000 | $ 0 | 87,570 | D | |
| Employee Stock Option (right to buy) | $5.34 | 12/06/2005 | | M | | | 233,334 | (4) | 03/20/2013 | Class A Common Stock | 233,334 | $ 0 | 116,666 | D | |

## Reporting Owners

| Reporting Owner Name / Address | Relationships | | | |
|---|---|---|---|---|
| | Director | 10% Owner | Officer | Other |

| | | | | |
|---|---|---|---|---|
| PANERO HUGH<br>C/O XM SATELLITE RADIO<br>1500 ECKINGTON PLACE, N.E.<br>WASHINGTON, DC 20002 | X | | President and CEO | |

**Explanation of Responses:**

(1)  Excludes 1,854,236 shares underlying vested and unvested stock options held by the Reporting Person.

(2)  10,000 shares were sold at $28.95; 10,000 at $28.94; 10,000 at $28.90; 10,000 at $28.88; 30,000 at $28.80; 10,000 at $28.78; 10,000 at $28.767; 10,000 at $28.64; 10,000 at $28.575; 23,514 at $28.55; 50,000 at $28.53; 10,000 at $28.52; 30,000 at $28.5154; 10,000 at $28.49; 10,000 at $28.47; 10,000 at $28.46; 20,000 at $28.4561; 74,820 at $28.41; 25,000 at $28.40; 20,000 at $28.38; and 20,000 at $28.37.

(3)  The option vested in three equal installments on June 1, 1999, 2000 and 2001.

(4)  This option, which is for a total of 350,000 shares, vests in three equal installments. One–third vested on each of March 20, 2004 and 2005. One–third will vest on March 20, 2006. Only vested shares were acquired upon exercise.

**Signatures**

<u>Joseph M. Titlebaum, attorney–in–fact</u>                                    <u>12/07/2005</u>

\*\*Signature of Reporting Person                                                     Date

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.

\*     If the form is filed by more than one reporting person, *see* Instruction 4(b)(v).

\*\*   Intentional misstatements or omissions of facts constitute Federal Criminal Violations. *See* 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, *see* Instruction 6 for procedure.
Potential persons who are to respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB number.

**4** (XMSR)

**PRIMARY DOCUMENT**
**Filed on 03/16/2006 – Period: 03/14/2006**
File Number 000–27441

GSI

# FORM 4

☐ Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See* Instruction 1(b).

**UNITED STATES SECURITIES AND EXCHANGE COMMISSION**
**Washington, D.C. 20549**

**STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP OF SECURITIES**

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934, Section 17(a) of the Public Utility Holding Company Act of 1935 or Section 30(h) of the Investment Company Act of 1940

| OMB APPROVAL |
|---|
| OMB Number: 3235–0287 |
| Expires:         January 31, 2005 |
| Estimated average burden hours per response...        0.5 |

(Print or Type Responses)

| 1. Name and Address of Reporting Person * PANERO HUGH | 2. Issuer Name **and** Ticker or Trading Symbol XM SATELLITE RADIO HOLDINGS INC [XMSR] | 5. Relationship of Reporting Person(s) to Issuer (Check all applicable) |
|---|---|---|
| (Last)        (First)        (Middle) C/O XM SATELLITE RADIO, 1500 ECKINGTON PLACE, N.E. | 3. Date of Earliest Transaction (Month/Day/Year) 03/14/2006 | _X_ Director        _____ 10% Owner _X_ Officer (give title below)   _____ Other (specify below) President and CEO |
| (Street) WASHINGTON, DC 20002 | 4. If Amendment, Date Original Filed (Month/Day/Year) | 6. Individual or Joint/Group Filing (Check Applicable Line) _X_ Form filed by One Reporting Person _____ Form filed by More than One Reporting Person |
| (City)      (State)      (Zip) | | |

**Table I – Non–Derivative Securities Acquired, Disposed of, or Beneficially Owned**

| 1.Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Class A Common Stock | 03/14/2006 | | A | | 150,000(1) | A | $ 0 | 155,393(2) | D | |

**Table II – Derivative Securities Acquired, Disposed of, or Beneficially Owned**
*(e.g., puts, calls, warrants, options, convertible securities)*

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, if any (Month/Day/Year) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4, and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Underlying Securities (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of Derivative Securities Beneficially Owned Following Reported Transaction(s) (Instr. 4) | 10. Ownership Form of Derivative Security: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |

## Reporting Owners

| Reporting Owner Name / Address | Relationships | | | |
|---|---|---|---|---|
| | Director | 10% Owner | Officer | Other |
| PANERO HUGH C/O XM SATELLITE RADIO 1500 ECKINGTON PLACE, N.E. WASHINGTON, DC 20002 | X | | President and CEO | |

## Explanation of Responses:

(1)   The restricted stock vests in three equal annual installments beginning on March 14, 2007. The Reporting Person has also agreed that other than to fund tax payments, vested shares may not be sold until the first to occur of: (i) the average closing price of the Class A common stock over a seven trading day period equaling or exceeding $30, or (ii) seven years having elapsed since the date of grant.

(2)   Excludes 1,854,236 shares underlying vested and unvested stock options held by the Reporting Person.

## Signatures

Joseph M. Titlebaum, attorney–in–fact                                                 03/16/2006

** Signature of Reporting Person                                                                          Date

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.

\*     If the form is filed by more than one reporting person, *see* Instruction 4(b)(v).

\*\*    Intentional misstatements or omissions of facts constitute Federal Criminal Violations. *See* 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, *see* Instruction 6 for procedure.

Potential persons who are to respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB number.