# TAB
# A2

**Stelios Patsiokas**

**Calculation Detail: Percentage of Pre-Sale Exercisable Holdings**
**(NOT Including Unvested Stock Options and Unvested Restricted Stock) Sold on 12/6/05**

| Action | Description of Securities | | Amount of Securities |
|---|---|---|---|
| Start | Beneficially owned holdings as of 3/31/06 | | 610,378 |
| Subtract | Unvested restricted stock granted on 3/23/05 | - | 50,000 |
| Sub Total | | | 560,378 |
| Subtract | Unvested restricted stock granted on 3/14/06 | - | 100,000 |
| Sub Total | | | 460,378 |
| Subtract | Stock options vested between 12/6/05 and 3/31/06 | - | 100,000 |
| Sub Total | | | 360,378 |
| Add | Shares sold on 12/6/05 | + | 103,514 |
| **Total** | **Pre-sale exercisable holdings (not including unvested stock options and unvested restricted stock) as of 12/6/05** | | **463,892** |
| | | | |
| Start | Shares sold on 12/6/05 | | 103,514 |
| Divide | Pre-sale exercisable holdings (not including unvested stock options and unvested restricted stock) as of 12/6/05 | / | 463,892 |
| **Total** | **Percentage of pre-sale exercisable holdings (not including unvested stock options and unvested restricted stock) sold on 12/6/05** | | **22.3%** |

**Stelios Patsiokas**

**Calculation Detail: Percentage of Total Pre-Sale Holdings
(Including Unvested Stock Options and Unvested Restricted Stock) Sold on 12/6/05**

| Action | Description of Securities | | Amount of Securities |
|---|---|---|---|
| Start | Beneficially owned holdings as of 3/31/06 | | 610,378 |
| Subtract | Unvested restricted stock granted on 3/14/06 | - | 100,000 |
| Sub Total | | | 510,378 |
| Subtract | Stock options vested between 12/6/05 and 3/31/06 | - | 100,000 |
| Sub Total | | | 410,378 |
| Add | Shares sold on 12/6/05 | + | 103,514 |
| Sub Total | Total pre-sale holdings not including unvested stock options as of 12/6/05 | | 513,892 |
| Add | Unvested stock options as of 12/6/05 | + | 133,333 |
| **Total** | **Total pre-sale holdings including unvested stock options and unvested restricted stock as of 12/6/05** | | **647,225** |
| | | | |
| Start | Shares sold on 12/6/05 | | 103,514 |
| Divide | Total pre-sale holdings (including unvested stock options and unvested restricted stock) as of 12/6/05 | / | 647,225 |
| **Total** | **Percentage of total pre-sale holdings (including unvested stock options and unvested restricted stock) sold on 12/6/05** | | **16.0%** |



# FORM DEF 14A

## XM SATELLITE RADIO HOLDINGS INC – XMSR

**Filed: April 25, 2006 (period: May 26, 2006)**

Official notification to shareholders of matters to be brought to a vote (Proxy)

Management Business Trust each have sole voting and dispositive power with respect to the entire number of these shares. Lincoln Management Holdings is the ultimate parent of Delaware Management Holdings and Delaware Management Business Trust. The address of Delaware Management Holdings and Delaware Management Business Trust is 2005 Market Street, Philadelphia, PA 19103.

## Security Ownership of Directors and Executive Officers

The following table presents, as of March 31, 2006, information regarding the beneficial ownership of Class A common stock by each of our directors and executive officers named in the summary compensation table that appears below under the caption entitled "Executive Compensation and Other Information" and all of our directors and executive officers as a group:

| Name | Number of Class A Shares Beneficially Owned | Percentage of Total Class A Shares |
|---|---|---|
| Directors and Named Executive Officers | | |
| Gary M. Parsons | 1,890,668(1) | * |
| Hugh Panero | 1,442,962(2) | * |
| Nathaniel Davis | 90,257 | * |
| Thomas R. Donohue | 76,757 | * |
| Eddy W. Hartenstein | 10,000 | * |
| George W. Haywood | 3,792,429(3) | 1.5% |
| Chester A. Huber, Jr. | — | * |
| John W. Mendel | — | * |
| Jarl Mohn | 20,500 | * |
| Jack Shaw | 46,757 | * |
| Joseph J. Euteneuer | 664,025(4) | * |
| Stephen Cook | 580,434(4) | * |
| Stelios Patsiokas | 610,378(4) | * |
| All directors and executive officers as a group (16 persons) | 9,936,786(5) | 3.8% |

*       Less than 1%.
(1)     Does not include 583,333 shares issuable upon exercise of options that are not exercisable within 60 days. A trust for the benefit of Mr. Parsons' children, of which Mr. Parsons' spouse is the trustee, owns 16,179 shares. Mr. Parsons disclaims beneficial ownership of these interests.
(2)     Does not include 566,667 shares issuable upon exercise of options that are not exercisable within 60 days.
(3)     Includes 2,928,429 shares issuable upon conversion of 10% senior secured discount convertible notes due 2009. Includes 30,000 shares held by Mr. Haywood's spouse and 9,000 shares held by Mr. Haywood's children, of which Mr. Haywood disclaims beneficial ownership.
(4)     Does not include 33,333 shares issuable upon exercise of options that are not exercisable within 60 days with respect to Mr. Euteneuer. Does not include 33,333 shares issuable upon exercise of options that are not exercisable within 60 days with respect to Mr. Cook. Does not include 33,333 shares issuable upon exercise of options that are not exercisable within 60 days with respect to Mr. Patsiokas.
(5)     Does not include 2,445,300 shares issuable upon exercise of options that are not exercisable within 60 days.

## Shareholders and Noteholders Agreement

We have entered into a shareholders and noteholders agreement with American Honda, General Motors, George Haywood and the investors that participated in our January 2003 financing transactions. The parties to the shareholders and noteholders agreement also have the right to participate in any of our future private financings to the extent necessary to maintain their pro rata fully diluted ownership percentage. The shareholders and noteholders agreement will terminate upon unanimous consent of the parties.

10

Source: XM SATELLITE RADIO H, DEF 14A, April 25, 2006

# FORM 5

- [ ] Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See* Instruction 1(b).
- [ ] Form 3 Holdings Reported
- [ ] Form 4 Transactions Reported

UNITED STATES SECURITIES AND EXCHANGE COMMISSION
Washington, D.C. 20549

## ANNUAL STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934, Section 17(a) of the Public Utility
Holding Company Act of 1935 or Section 30(f) of the Investment Company Act of 1940

OMB APPROVAL

OMB Number:      3235-0362
Expires:    September 30, 1998
Estimated average burden
hours per response........1.0

RCV'D S.F.
FEB 1 0 2000

| 1. Name and Address of Reporting Person* | 2. Issuer Name and Ticker or Trading Symbol | 6. Relationship of Reporting Person(s) to Issuer (Check all applicable) |
|---|---|---|

Patsiokas    Stelios
(Last)    (First)    (Middle)

XM Satellite Radio Holdings Inc. (XMSR)

3. I.R.S. Identification Number of Reporting Person, if an entity (voluntary)

4. Statement for Month/Year
December 31, 1999

5. If Amendment, Date of Original (Month/Year)

c/o XM Satellite Radio Holdings Inc.
1250 23rd St., NW, Suite 57
(Street)

Washington,    DC    20037-1100
(City)    (State)    (Zip)

| | Director | 10% Owner |
| X | Officer (give title below) | Other (specify below) |

**Senior Vice President**

7. Individual or Joint/Group Reporting (check applicable line)
X  Form filed by One Reporting Person
Form filed by More than One Reporting Person

## Table I — Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 3. Transaction Code (Instr. 8) | 4. Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned at End of Issuer's Fiscal Year (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|
| | | | Amount | (A) or (D) | Price | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

31013381

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.
*If the form is filed by more than one reporting person, see Instruction 4(b)(v).

Potential persons who are to respond to the collection of information contained in this form are not required
to respond unless the form displays a currently valid OMB control number

DC : 688435 . #1013306.v1

FORM 5 (continued)

## Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned
### (e.g., puts, calls, warrants, options, convertible securities)

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 4. Transaction Code (Instr. 8) | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Underlying Securities (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of Derivative Securities Beneficially Owned at End of Year (Instr. 4) | 10. Ownership Form of Derivative Security Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |
| Employee Stock Option (Right to Buy) | $12.00 | 8/8/99 | A | 50,000 | | (1) | 8/8/09 | Class A Common Stock | 50,000 | | 50,000 | D | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |

Explanation of Responses:

(1) The option vests in three equal installments beginning on October 8, 2000.

** Intentional misstatements or omissions of facts constitute Federal Criminal Violations.
*See* 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note: File three copies of this Form, one of which must be manually signed.
If space provided is insufficient, *see* Instruction 6 for procedure.

* Potential persons who are to respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB number.

/s/ Joseph M. Titlebaum                    2/8/00
** Signature of Reporting Person        Date
Attorney-in-fact

Page 2
SEC 2270 (7-97)

DC - 688455 - 4103130v.v1

# FORM 3

UNITED STATES SECURITIES AND EXCHANGE COMMISSION
Washington, D.C. 20549

## INITIAL STATEMENT OF BENEFICIAL OWNERSHIP OF SECURITIES

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934, Section 17(a) of the Public Utility
Holding Company Act of 1935 or Section 30(f) of the Investment Company Act of 1940

(Print or Type Responses)

**OMB APPROVAL**

OMB Number:      3235-0104
Expires:  September 30, 1998
Estimated average burden
hours per response . . . . . . . . 0.5

RB'C'D  S.R.G.

FEB 1 0 2000

| 1. Name and Address of Reporting Person* | 2. Date of Event Requiring Statement (Month/Day/Year) 10/4/99 | 4. Issuer Name and Ticker or Trading Symbol XM Satellite Radio Holdings Inc. (XMSR) | 6. If Amendment, Date of Original (Month/Day/Year) 09/30/99 |
|---|---|---|---|
| Patsiokas,        Stelios (Last)         (First)         (Middle) c/o XM Satellite Radio Holdings Inc. 1250 23rd St., NW (Street) Washington,     DC     20037-1100 (City)        (State)        (Zip) | 3. I.R.S. Identification Number of Reporting Person, if an entity (voluntary) | 5. Relationship of Reporting Person(s) to Issuer (Check all applicable) ___ Director       ___ 10% Owner X Officer (give  ___ Other (specify   title below)        below) **Senior Vice President** | 7. Individual or Joint/Group Filing (Check Applicable Line) X Form filed by One Reporting Person ___ Form filed by More than One Reporting Person |

## Table 1 — Non-Derivative Securities Beneficially Owned

| 1. Title of Security (Instr. 4) | 2. Amount of Securities Beneficially Owned (Instr. 4) | 3. Ownership Form: Direct (D) or Indirect (I)   (Instr. 5) | 4. Nature of Indirect Beneficial Ownership (Instr. 5) |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.
* If the form is filed by more than one reporting person, see Instruction 5(b)(v).

Potential persons who are to respond to the collection of information contained in this form are not required
to respond unless the form displays a currently valid OMB control number

SEC 1473 (7-97)        (Over)

31020056

WDC #688435 #102242 v1

FORM 3 (continued)

Table II – Derivative Securities Beneficially Owned (e.g., puts, calls, warrants, options, convertible securities)

| 1. Title of Derivative Security (Instr. 4) | 2. Date Exercisable and Expiration Date (Month/Day/Year) | | 3. Title and Amount of Securities Underlying Derivative Security (Instr. 4) | | 4. Conversion or Exercise Price of Derivative Security | 5. Ownership Form of Derivative Security: Direct (D) or Indirect (I) (Instr. 5) | 6. Nature of Indirect Beneficial Ownership (Instr. 5) |
|---|---|---|---|---|---|---|---|
| | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | |
| Employee Stock Option (Right to Buy) | (1) | 10/19/08 | Class A Common Stock | 53,514 | $9.52 | D | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

Explanation of Responses:

(1) The option vests in three equal annual installments beginning on October 19, 1999.

**Intentional misstatements or omissions of facts constitute Federal Criminal Violations.
*See* 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note    File three copies of this Form, one of which must be manually signed.  If space provided is insufficient, *See* Instruction 6 for procedure.

Potential persons who are to respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB Number.

/s/ Joseph M. Titlebaum                     2/9/00
**Signature of Reporting Person            Date
Attorney-in-fact

WDC-685835 #1031882 v1

Page 2
SEC 1473 (7-97)

# FORM 5

☐ Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See* Instruction 1(b).

☐ Form 3 Holdings Reported
☐ Form 4 Transactions Reported

OMB APPROVAL

| OMB Number: | 3235-0362 |
| Expires: | December 31, 2001 |
| Estimated average burden hours per response . . . . . . . 1.0 |

UNITED STATES SECURITIES AND EXCHANGE COMMISSION
Washington, D.C. 20549

## ANNUAL STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934, Section 17(a) of the Public Utility Holding Company Act of 1935 or Section 30(f) of the Investment Company Act of 1940

31596150

1. Name and Address of Reporting Person*

Patsiokas    Stelios
(Last)    (First)    (Middle)
c/o XM Satellite Radio
1500 Eckington Place, NE
(Street)

Washington    DC    20002
(City)    (State)    (Zip)

2. Issuer Name and Ticker or Trading Symbol
XM Satellite Radio Holdings Inc. (XMSR)

3. I.R.S. Identification Number of Reporting Person, if an entity (voluntary)

4. Statement for Month/Year
2001

5. If Amendment, Date of Original (Month/Year)

6. Relationship of Reporting Person(s) to Issuer (Check all applicable)

____ Director    ____ 10% Owner
X Officer (give title below)    ____ Other (specify below)

Executive Vice President

7. Individual or Joint/Group Reporting (check applicable line)
X Form filed by One Reporting Person
____ Form filed by More than One Reporting Person

### Table I — Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned at End of Issuer's Fiscal Year (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|
| | | | | Amount | (A) or (D) | Price | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

*If the form is filed by more than one reporting person, see Instruction 4(b)(v).

Potential persons who are to respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB control number

SEC 2270 (3-99)
(Over)

WDC - 68845/5 - #1468863.v1

FORM 5 (continued)

**Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned**
(e.g., puts, calls, warrants, options, convertible securities)

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 4. Transaction Code (Instr. 8) | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Underlying Securities (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of Derivative Securities Beneficially Owned at End of Year (Instr. 5) | 10. Ownership Form of Derivative Security Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |
| Stock Option (right to buy) | $18.6875 | 1/11/01 | A | 100,000 | | (1) | 1/11/11 | Class A Common Stock, par value $.01 | 100,000 | | 100,000 | D | |

Explanation of Responses:

1) The option vests in three equal annual installments beginning on January 11, 2002.

\* Intentional misstatements or omissions of facts constitute Federal Criminal Violations.
   See 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note: File three copies of this Form, one of which must be manually signed.
   If space provided is insufficient, see Instruction 6 for procedure.

Potential persons who are to respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB number.

By: Joseph M. Tittlebaum                    February 14, 2002
      \*\* Signature of Reporting Person          Date
      Attorney-in-Fact

Page 2

IDC - 68E4J5 · F1468863 v1

# FORM 5

☐ Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See* Instruction 1(b).

☐ Form 3 Holdings Reported
☐ Form 4 Transactions Reported

OMB APPROVAL

OMB Number: 3235-0362
Expires: January 31, 2005
Estimated average burden
hours per response....1.0

RECD S.E.C.
FEB 14

## UNITED STATES SECURITIES AND EXCHANGE COMMISSION
### Washington, D.C. 20549

## ANNUAL STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934, Section 17(a) of the Public Utility Holding Company Act of 1935 or Section 30(h) of the Investment Company Act of 1940

| 1. Name and Address of Reporting Person* | 2. Issuer Name and Ticker or Trading Symbol | 6. Relationship of Reporting Person(s) to Issuer (Check all applicable) |
|---|---|---|
| Patsiokas Stelios J.<br>(Last) (First) (Middle) | XM SATELLITE RADIO HOLDINGS INC. (XMSR) | ___ Director ___ 10% Owner<br> X Officer (give ___ Other (specify<br>title below) below)<br>**Executive Vice President, Engineering and Technology** |
| c/o XM Satellite Radio<br>1500 Eckington Place, NE<br>(Street) | 3. I.R.S. Identification Number of Reporting Person, if an entity (voluntary) | |
| | 4. Statement for Month/Year<br>**December 31, 2002** | 7. Individual or Joint/Group Reporting (check applicable line)<br> X Form filed by One Reporting Person<br>___ Form filed by More than One Reporting Person |
| Washington DC 20002<br>(City) (State) (Zip) | 5. If Amendment, Date of Original (Month/Year) | |

### Table I — Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | 4. Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned at End of Issuer's Fiscal Year (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|
| | | | | Amount | (A) or (D) | Price | | | |
| | | | | | | | | | |

31829012

Received
Thomson Corp

*If the form is filed by more than one reporting person, *see* Instruction 4(b)(v).

SEC 2270 (3-99)

(Over)

WDC - 688430005 - 16841O2 v1

Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB control number

**FORM 5 (continued)**

## Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned
### (e.g., puts, calls, warrants, options, convertible securities)

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, if any (Month/Day/Year) | 4. Transaction Code (Instr. 8) | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Underlying Securities (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of Derivative Securities Beneficially Owned at End of Year (Instr. 4) | 10. Ownership Form of Derivative Security: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |
| Stock Option (right to buy) | $14.99 | 1/16/02 | | A | 80,000 | | (1) | 1/16/12 | Class A Common Stock | 80,000 | | 80,000 | D | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |

Explanation of Responses:

1) The stock option vests as to 26,667 of the underlying shares of Class A common stock on each of January 16, 2003 and January 16, 2004, and as to 26,666 of the underlying shares of Class A common stock on January 16, 2005.

By: ___/s/ Joseph M. Tittlebaum_____    2/14/03

** Signature of Reporting Person    Date
Attorney-In-Fact

* Intentional misstatements or omissions of facts constitute Federal Criminal Violations. *See* 18 U.S.C 1001 and 15 U.S.C. 78ff(a).

Note: File three copies of this Form, one of which must be manually signed. If space provided is insufficient, *see* Instruction 6 for procedure.

...otential persons who are to respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB number.

Page 2

FORM 4

☐ Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See* Instruction 1(b).

SEC USE ONLY

APR 1 6 2003

1088

(Print or Type Responses)

# UNITED STATES SECURITIES AND EXCHANGE COMMISSION
Washington, D.C. 20549

## STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934, Section 17(a) of the Public Utility Holding Company Act of 1935 or Section 30(h) of the Investment Company Act of 1940

OMB APPROVAL

OMB Number:    3235-0287
Expires:    January 31, 2005
Estimated average burden hours per response. . . . 0.5

| 1. Name and Address of Reporting Person* | 2. Issuer Name and Ticker or Trading Symbol | 6. Relationship of Reporting Person(s) to Issuer |
|---|---|---|

1. Name and Address of Reporting Person*

**Patsiokas        Stelios**
(Last)        (First)        (Middle)

c/o XM Satellite Radio
1500 Eckington Place, N.E.
(Street)

Washington,    DC    20002
(City)    (State)    (Zip)

2. Issuer Name and Ticker or Trading Symbol

XM Satellite Radio Holdings Inc. (XMSR)

3. I.R.S. Identification Number of Reporting Person, if an entity (Voluntary)

4. Statement for Month/Day/Year

4/7/03

5. If Amendment, Date of Original (Month/Day/Year)

6. Relationship of Reporting Person(s) to Issuer (Check all applicable)

Director ___    10% Owner ___
X  Officer (give title below) ___    Other (specify below) ___

Executive Vice President

7. Individual or Joint/Group Filing (Check Applicable Line)
X  Form filed by One Reporting Person
___ Form filed by More than One Reporting Person

## Table I — Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Class A Common Stock | 4/7/03 | | A | | 12,699 | A | | 17,915 | D | |

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.
*If the form is filed by more than one reporting person, see Instruction 4(b)(v).

**Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB control number.**

SEC 1474 (09-02)
(Over)

31861168

WDC - 68843/0005 - 1717431 v1

**FORM 4 (continued)**

## Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned
(e.g., puts, calls, warrants, options, convertible securities)

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, if any (Month/Day/Year) | 4. Transaction Code (Instr. 8) Code | V | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) (A) | (D) | 6. Date Exercisable and Expiration Date (Month/Day/Year) Date Exercisable | Expiration Date | 7. Title and Amount of Underlying Securities (Instr. 3 and 4) Title | Amount or Number of Shares | 8. Price of Derivative Security (Instr. 5) | 9. Number of derivative Securities Beneficially Owned Following Reported Transaction(s) (Instr. 4) | 10. Ownership Form of Derivative Security: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Employee Stock Option (right to buy) | $5.34 | 3/20/03 | | A | | 200,000 | | (1) | 3/20/13 | Class A Common Stock | 200,000 | | 200,000 | D | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |

Explanation of Responses:
(1)  The stock option vests in three equal annual installments beginning on March 20, 2004.  Shares issued upon exercise of this option may not be sold until the first to occur of: (i) the average closing price of the Class A Common Stock over a twenty trading day period equaling or exceeding $10, or (ii) seven years having elapsed since the date of grant.

**  Intentional misstatements or omissions of facts constitute Federal Criminal Violations.
*See* 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note:  File three copies of this Form, one of which must be manually signed. If space is sufficient,
*see* Instruction 6 for procedure.

Potential persons who are to respond to the collection of information contained in this form are not
required to respond unless the form displays a currently valid OMB Number.

By: /s/ Joseph M. Tittelbaum                    4/15/03
** Signature of Reporting Person              Date
Attorney-In-Fact

NDG : 689430005 - 1717431 v1

**4** (XMSR)

**PRIMARY DOCUMENT**
**Filed on 02/20/2004 – Period: 02/18/2004**
File Number 000–27441

# FORM 4

☐ Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See* Instruction 1(b).

**UNITED STATES SECURITIES AND EXCHANGE COMMISSION**
**Washington, D.C. 20549**

**STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP OF SECURITIES**

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934, Section 17(a) of the Public Utility Holding Company Act of 1935 or Section 30(h) of the Investment Company Act of 1940

| OMB APPROVAL | |
| --- | --- |
| OMB Number: | 3235–0287 |
| Expires: | January 31, 2005 |
| Estimated average burden hours per response... | 0.5 |

(Print or Type Responses)

| 1. Name and Address of Reporting Person *<br>PATSIOKAS STELIOS<br><br>(Last)        (First)        (Middle)<br><br>C/O XM SATELLITE RADIO, 1500 ECKINGTON PLACE, N.E.<br><br>(Street)<br><br>WASHINGTON, DC 20002<br><br>(City)        (State)        (Zip) | 2. Issuer Name **and** Ticker or Trading Symbol<br>XM SATELLITE RADIO HOLDINGS INC [XMSR]<br><br>3. Date of Earliest Transaction (Month/Day/Year)<br>02/18/2004<br><br>4. If Amendment, Date Original Filed (Month/Day/Year) | 5. Relationship of Reporting Person(s) to Issuer<br><br>(Check all applicable)<br><br>___ Director            ___ 10% Owner<br>_X_ Officer (give title        ___ Other (specify below)<br>below)<br>EVP/Engineering, Technology<br><br>6. Individual or Joint/Group Filing (Check Applicable Line)<br>_X_ Form filed by One Reporting Person<br>___ Form filed by More than One Reporting Person |

**Table I – Non–Derivative Securities Acquired, Disposed of, or Beneficially Owned**

| 1.Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | Code | V | Amount | (A) or (D) | Price | | | |

**Table II – Derivative Securities Acquired, Disposed of, or Beneficially Owned**
*(e.g., puts, calls, warrants, options, convertible securities)*

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, if any (Month/Day/Year) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4, and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Underlying Securities (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of Derivative Securities Beneficially Owned Following Reported Transaction(s) (Instr. 4) | 10. Ownership Form of Derivative Security: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |
| Employee Stock Option (right to buy) | $22 | 02/18/2004 | | A | | 100,000 | | (1) | 02/18/2014 | Class A Common Stock | 100,000 | $ 0 | 100,000 | D | |

## Reporting Owners

| Reporting Owner Name / Address | Relationships | | | |
| --- | --- | --- | --- | --- |
| | Director | 10% Owner | Officer | Other |
| PATSIOKAS STELIOS<br>C/O XM SATELLITE RADIO<br>1500 ECKINGTON PLACE, N.E.<br>WASHINGTON, DC 20002 | | | EVP/Engineering, Technology | |

## Explanation of Responses:

(1)    The stock option vests in three equal annual installments beginning on February 18, 2005.

## Signatures

| Joseph M. Titlebaum, Attorney–in–Fact | 02/20/2004 |
| --- | --- |
| ** Signature of Reporting Person | Date |

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.

\*    If the form is filed by more than one reporting person, *see* Instruction 4(b)(v).

\*\*    Intentional misstatements or omissions of facts constitute Federal Criminal Violations. *See* 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, *see* Instruction 6 for procedure.

Potential persons who are to respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB number.

**4** (XMSR)

**PRIMARY DOCUMENT**
**Filed on 03/25/2005 – Period: 03/23/2005**
File Number 000–27441

**GSI**

**LIVEDGAR**® Information Provided by Global Securities Information, Inc.
800.669.1154
www.gsionline.com

# FORM 4

☐ Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See* Instruction 1(b).

**UNITED STATES SECURITIES AND EXCHANGE COMMISSION**
**Washington, D.C. 20549**

**STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP OF SECURITIES**

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934, Section 17(a) of the Public Utility Holding Company Act of 1935 or Section 30(h) of the Investment Company Act of 1940

| OMB APPROVAL | |
|---|---|
| OMB Number: | 3235–0287 |
| Expires: | January 31, 2005 |
| Estimated average burden hours per response... | 0.5 |

(Print or Type Responses)

| 1. Name and Address of Reporting Person *<br>PATSIOKAS STELIOS | 2. Issuer Name **and** Ticker or Trading Symbol<br>XM SATELLITE RADIO HOLDINGS INC [XMSR] | 5. Relationship of Reporting Person(s) to Issuer<br>(Check all applicable) |
|---|---|---|
| (Last)          (First)          (Middle)<br>C/O XM SATELLITE RADIO, 1500 ECKINGTON PLACE, N.E. | 3. Date of Earliest Transaction (Month/Day/Year)<br>03/23/2005 | ____ Director                    ____ 10% Owner<br>__X__ Officer (give title below)    ____ Other (specify below)<br>EVP/Engineering, Technology |
| (Street)<br>WASHINGTON, DC 20002 | 4. If Amendment, Date Original Filed (Month/Day/Year) | 6. Individual or Joint/Group Filing (Check Applicable Line)<br>__X__ Form filed by One Reporting Person<br>____ Form filed by More than One Reporting Person |
| (City)          (State)          (Zip) | | |

### Table I – Non–Derivative Securities Acquired, Disposed of, or Beneficially Owned

| 1.Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Class A Common Stock | 03/23/2005 | | A | | 50,000 | A | $ 0 | 63,711[(1)] | D | |

### Table II – Derivative Securities Acquired, Disposed of, or Beneficially Owned
### (*e.g.*, puts, calls, warrants, options, convertible securities)

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, if any (Month/Day/Year) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4, and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Underlying Securities (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of Derivative Securities Beneficially Owned Following Reported Transaction(s) (Instr. 4) | 10. Ownership Form of Derivative Security: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |

## Reporting Owners

| Reporting Owner Name / Address | Relationships | | | |
|---|---|---|---|---|
| | Director | 10% Owner | Officer | Other |
| PATSIOKAS STELIOS<br>C/O XM SATELLITE RADIO<br>1500 ECKINGTON PLACE, N.E.<br>WASHINGTON, DC 20002 | | | EVP/Engineering, Technology | |

## Explanation of Responses:

(1)  Does not include shares underlying vested and unvested stock options.

## Signatures

Joseph M. Titlebaum, Attorney–in–Fact                                        03/25/2005

\*\* Signature of Reporting Person                                                    Date

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.

\*    If the form is filed by more than one reporting person, *see* Instruction 4(b)(v).

\*\*   Intentional misstatements or omissions of facts constitute Federal Criminal Violations. *See* 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, *see* Instruction 6 for procedure.
Potential persons who are to respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB number.

**4** (XMSR)

**PRIMARY DOCUMENT**
**Filed on 12/07/2005 – Period: 12/06/2005**
File Number 000–27441

**GSI**

# FORM 4

☐ Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See* Instruction 1(b).

**UNITED STATES SECURITIES AND EXCHANGE COMMISSION**
**Washington, D.C. 20549**

**STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP OF SECURITIES**

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934, Section 17(a) of the Public Utility Holding Company Act of 1935 or Section 30(h) of the Investment Company Act of 1940

| OMB APPROVAL | |
|---|---|
| OMB Number: | 3235–0287 |
| Expires: | January 31, 2005 |
| Estimated average burden hours per response... | 0.5 |

(Print or Type Responses)

| 1. Name and Address of Reporting Person –<br>PATSIOKAS STELIOS | 2. Issuer Name **and** Ticker or Trading Symbol<br>XM SATELLITE RADIO HOLDINGS INC [XMSR] | 5. Relationship of Reporting Person(s) to Issuer<br><br>(Check all applicable) |
|---|---|---|
| (Last)    (First)    (Middle)<br>C/O XM SATELLITE RADIO, 1500 ECKINGTON PLACE, N.E. | 3. Date of Earliest Transaction (Month/Day/Year)<br>12/06/2005 | ____ Director        ____ 10% Owner<br>_X__ Officer (give title below)   ____ Other (specify below)<br>EVP/Engineering, Technology |
| (Street)<br>WASHINGTON, DC 20002 | 4. If Amendment, Date Original Filed (Month/Day/Year) | 6. Individual or Joint/Group Filing (Check Applicable Line)<br>_X__ Form filed by One Reporting Person<br>____ Form filed by More than One Reporting Person |
| (City)    (State)    (Zip) | | |

**Table I – Non–Derivative Securities Acquired, Disposed of, or Beneficially Owned**

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Class A Common Stock | 12/06/2005 | | M | | 53,514 | A | $9.52 | 117,225 | D | |
| Class A Common Stock | 12/06/2005 | | M | | 50,000 | A | $12 | 167,225 | D | |
| Class A Common Stock | 12/06/2005 | | S | | 10,000 | D | $28.95 | 157,225[(1)] | D | |
| Class A Common Stock | 12/06/2005 | | S | | 10,000 | D | $28.94 | 147,225[(1)] | D | |
| Class A Common Stock | 12/06/2005 | | S | | 10,000 | D | $28.9 | 137,225[(1)] | D | |
| Class A Common Stock | 12/06/2005 | | S | | 10,000 | D | $28.88 | 127,225[(1)] | D | |
| Class A Common Stock | 12/06/2005 | | S | | 30,000 | D | $28.8 | 97,225[(1)] | D | |
| Class A Common Stock | 12/06/2005 | | S | | 10,000 | D | $28.78 | 87,225[(1)] | D | |
| Class A Common Stock | 12/06/2005 | | S | | 10,000 | D | $28.767 | 77,225[(1)] | D | |
| Class A Common Stock | 12/06/2005 | | S | | 10,000 | D | $28.64 | 67,225[(1)] | D | |
| Class A Common Stock | 12/06/2005 | | S | | 3,514 | D | $28.55 | 63,711[(1)] | D | |

**Table II – Derivative Securities Acquired, Disposed of, or Beneficially Owned**
*(e.g., puts, calls, warrants, options, convertible securities)*

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, if any (Month/Day/Year) | 4. Transaction Code (Instr. 8) | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4, and | 6. Date Exercisable and Expiration Date (Month/Day/Year) | 7. Title and Amount of Underlying Securities (Instr. 3 and 4) | 8. Price of Derivative Security (Instr. 5) | 9. Number of Derivative Securities Beneficially Owned Following | 10. Ownership Form of Derivative Security: Direct (D) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|

| | | | | Code | V | (A) | 5)<br>(D) | Date<br>Exercisable | Expiration Date | Title | Amount<br>or<br>Number<br>of Shares | | Reported<br>Transaction(s)<br>(Instr. 4) | or Indirect<br>(I)<br>(Instr. 4) | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Employee<br>Stock<br>Option<br>(right to<br>buy) | $9.52 | 12/06/2005 | | M | | | 53,514 | (2)<br>— | 10/19/2008 | Class A<br>Common<br>Stock | 53,514 | $ 0 | 0 | D | |
| Employee<br>Stock<br>Option<br>(right to<br>buy) | $12 | 12/06/2005 | | M | | | 50,000 | (3)<br>— | 10/08/2009 | Class A<br>Common<br>Stock | 50,000 | $ 0 | 0 | D | |

## Reporting Owners

| Reporting Owner Name / Address | Relationships | | | |
|---|---|---|---|---|
| | Director | 10% Owner | Officer | Other |
| PATSIOKAS STELIOS<br>C/O XM SATELLITE RADIO<br>1500 ECKINGTON PLACE, N.E.<br>WASHINGTON, DC 20002 | | | EVP/Engineering, Technology | |

## Explanation of Responses:

(1)    Excludes 480,000 shares underlying vested and unvested stock options held by the Reporting Person.

(2)    The option vested in three equal installments on October 19, 1999, 2000 and 2001.

(3)    The option vested in three equal installments on October 8, 2000, 2001 and 2002.

## Signatures

Joseph M. Titlebaum, attorney–in–fact                              12/07/2005

** Signature of Reporting Person                                       Date

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.

*    If the form is filed by more than one reporting person, *see* Instruction 4(b)(v).

**    Intentional misstatements or omissions of facts constitute Federal Criminal Violations. *See* 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, *see* Instruction 6 for procedure.

Potential persons who are to respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB number.

**4** (XMSR)

**PRIMARY DOCUMENT**
**Filed on 03/16/2006 – Period: 03/14/2006**
File Number 000–27441

**GSI**

LIVEDGAR® Information Provided by Global Securities Information, Inc.
800.669.1154
www.gsionline.com

# FORM 4

☐ Check this box
if no longer
subject to
Section 16.
Form 4 or Form
5 obligations
may continue.
*See* Instruction
1(b).

**UNITED STATES SECURITIES AND EXCHANGE COMMISSION**
**Washington, D.C. 20549**

**STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP OF**
**SECURITIES**

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934, Section
17(a) of the Public Utility Holding Company Act of 1935 or Section 30(h) of the
Investment Company Act of 1940

| OMB APPROVAL |
|---|
| OMB Number: 3235–0287 |
| Expires:         January 31, 2005 |
| Estimated average burden hours per response...    0.5 |

(Print or Type Responses)

| 1. Name and Address of Reporting Person *<br>PATSIOKAS STELIOS | 2. Issuer Name **and** Ticker or Trading Symbol<br>XM SATELLITE RADIO HOLDINGS INC [XMSR] | 5. Relationship of Reporting Person(s) to Issuer<br>(Check all applicable) |
|---|---|---|
| (Last)         (First)         (Middle)<br>C/O XM SATELLITE RADIO HOLDINGS INC., 1500 ECKINGTON PLACE, NE | 3. Date of Earliest Transaction (Month/Day/Year)<br>03/14/2006 | ___ Director                  ____ 10% Owner<br>_X_ Officer (give title below)     ____ Other (specify below)<br>EVP/Engineering, Technology |
| (Street)<br>WASHINGTON, DC 20002 | 4. If Amendment, Date Original Filed (Month/Day/Year) | 6. Individual or Joint/Group Filing (Check Applicable Line)<br>_X_ Form filed by One Reporting Person<br>___ Form filed by More than One Reporting Person |
| (City)        (State)        (Zip) | | |

### Table I – Non–Derivative Securities Acquired, Disposed of, or Beneficially Owned

| 1.Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Class A Common Stock | 03/14/2006 | | A | | 100,000$^{(1)}$ | A | $ 0 | 163,711$^{(2)}$ | D | |

### Table II – Derivative Securities Acquired, Disposed of, or Beneficially Owned
### (*e.g.*, puts, calls, warrants, options, convertible securities)

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, if any (Month/Day/Year) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4, and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Underlying Securities (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of Derivative Securities Beneficially Owned Following Reported Transaction(s) (Instr. 4) | 10. Ownership Form of Derivative Security: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |

## Reporting Owners

| Reporting Owner Name / Address | Relationships | | | |
|---|---|---|---|---|
| | Director | 10% Owner | Officer | Other |
| PATSIOKAS STELIOS<br>C/O XM SATELLITE RADIO HOLDINGS INC.<br>1500 ECKINGTON PLACE, NE<br>WASHINGTON, DC 20002 | | | EVP/Engineering, Technology | |

## Explanation of Responses:

(1)    The restricted stock vests in three equal annual installments beginning on March 14, 2007. The Reporting Person has also agreed that other than to fund tax payments, vested shares may not be sold until the first to occur of: (i) the average closing price of the Class A common stock over a seven trading day period equaling or exceeding $30, or (ii) seven years having elapsed since the date of grant.

(2)    Excludes 480,000 shares underlying vested and unvested stock options held by the Reporting Person.

**Signatures**

Joseph M. Titlebaum, attorney—in—fact                                03/16/2006

**Signature of Reporting Person                                                Date

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.

*      If the form is filed by more than one reporting person, *see* Instruction 4(b)(v).

**     Intentional misstatements or omissions of facts constitute Federal Criminal Violations. *See* 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, *see* Instruction 6 for procedure.
Potential persons who are to respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB number.