# TAB
# A3

**Joe Titlebaum**

**Calculation Detail: Percentage of Pre-Sale Exercisable Holdings**
**(NOT Including Unvested Stock Options and Unvested Restricted Stock) Sold on 12/6/05**

| Action | Description of Securities | | Amount of Securities |
|---|---|---|---|
| Start | Pre-sale vested and unvested stock options as of 12/6/05 | | 483,514 |
| Subtract | Pre-sale unvested stock options as of 12/6/05 | - | 133,333 |
| Sub Total | | | 350,181 |
| Add | Pre-sale shares of XMSR common stock as of 12/6/05 | + | 4,254 |
| **Total** | **Pre-sale exercisable holdings (not including unvested stock options and unvested restricted stock) as of 12/6/05** | | **354,435** |
| | | | |
| Start | Shares sold on 12/6/05 | | 103,514 |
| Divide | Pre-sale exercisable holdings (not including unvested stock options and unvested restricted stock) as of 12/6/05 | / | 354,435 |
| **Total** | **Percentage of pre-sale exercisable holdings (not including unvested stock options and unvested restricted stock) sold on 12/6/05** | | **29.2%** |

**Joseph Titlebaum**

**Calculation Detail: Percentage of Total Pre-Sale Holdings**
**(Including Unvested Stock Options and Unvested Restricted Stock) Sold on 12/6/05**

| Action | Description of Securities | | Amount of Securities |
|---|---|---|---|
| Start | Pre-sale vested and unvested stock options as of 12/6/05 | | 483, 514 |
| Add | Unvested restricted stock granted on 3/23/05 | + | 50,000 |
| Sub Total | | | 533,514 |
| Add | Pre-sale shares of XMSR common stock as of 12/6/05 | + | 4,254 |
| **Total** | **Total pre-sale holdings (including unvested stock options and unvested restricted stock)** | | **537,768** |
| | | | |
| Start | Shares sold on 12/6/05 | | 103,514 |
| Divide | Total pre-sale holdings (including unvested stock options and unvested restricted stock) as of 12/6/05 | / | 537,768 |
| **Total** | **Percentage of total pre-sale holdings (including unvested stock options and unvested restricted stock) sold on 12/6/05** | | **19.2%** |

# FORM 3

(Print or Type Responses)

UNITED STATES SECURITIES AND EXCHANGE COMMISSION
Washington, D.C. 20549

## INITIAL STATEMENT OF BENEFICIAL OWNERSHIP OF SECURITIES

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934, Section 17(a) of the Public Utility
Holding Company Act of 1935 or Section 30(f) of the Investment Company Act of 1940

| OMB APPROVAL | |
|---|---|
| OMB Number: | 3235-0104 |
| Expires: | September 30, 1998 |
| Estimated average burden hours per response: | 0.5 |

FEB 1 0 2000

31020069

SEC 1473 (7-97)

**1** Name and Address of Reporting Person*

Titlebaum,    Joseph    M.
(Last)         (First)   (Middle)

5422 Moorland Ln.
(Street)

Bethesda,    MD    20814
(City)      (State)   (Zip)

**2** Date of Event Requiring Statement (Month/Day/Year)
10/4/99

**3** I.R.S. Identification Number of Reporting Person, if an entity (voluntary)

**6** Issuer Name and Ticker or Trading Symbol
XM Satellite Radio Holdings Inc. (XMSR)

**6** Relationship of Reporting Person(s) to Issuer
(Check all applicable)

_____ Director       _____ 10% Owner
__X__ Officer (give     _____ Other (specify
         title below)              below)

**Senior Vice President**

**7** Individual or Joint/Group Filing (Check Applicable Line)
__X__ Form filed by One Reporting Person
_____ Form filed by More than One Reporting Person

**6** If Amendment, Date of Original (Month/Day/Year)
9/30/99

### Table I — Non-Derivative Securities Beneficially Owned

| 1. Title of Security (Instr. 4) | 2. Amount of Securities Beneficially Owned (Instr. 4) | 3. Ownership Form: Direct (D) or Indirect (I)  (Instr. 5) | 4. Nature of Indirect Beneficial Ownership (Instr. 5) |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.
* If the form is filed by more than one reporting person, *see* Instruction 5(b)(v).

Potential persons who are to respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB control number

WDC - 688435 - 0103258 v1

FORM 3 (continued)

**Table II – Derivative Securities Beneficially Owned (e.g., puts, calls, warrants, options, convertible securities)**

| 1. Title of Derivative Security (Instr. 4) | 2. Date Exercisable and Expiration Date (Month/Day/Year) | | 3. Title and Amount of Securities Underlying Derivative Security (Instr. 4) | | 4. Conversion or Exercise Price of Derivative Security | 5. Ownership Form of Derivative Security: Direct (D) or Indirect (I) (Instr. 5) | 6. Nature of Indirect Beneficial Ownership (Instr. 5) |
|---|---|---|---|---|---|---|---|
| | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | |
| Employee Stock Option (Right to Buy) | (1) | 9/8/08 | Class A Common Stock | 53,514 | $9.52 | D | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

Explanation of Responses:

(1) The option vests in three equal annual installments beginning on September 8, 1999.

/s/ Joseph M. Tittlebaum          2/9/00

**Signature of Reporting Person          Date

** Intentional misstatements or omissions of facts constitute Federal Criminal Violations. *See* 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note:    File three copies of this Form, one of which must be manually signed.  If space provided is insufficient, *See* Instruction 6 for procedure.

Potential persons who are to respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB Number.

Page 2
SEC 1473 (7-97)

WDC - 688435 - #1032508 v1

## FORM 5

☐ Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See* Instruction 1(b).

☐ Form 3 Holdings Reported
☐ Form 4 Transactions Reported

OMB APPROVAL

OMB Number:          3235-0362
Expires:    September 30, 1998
Estimated average burden
hours per response ............1.0

### UNITED STATES SECURITIES AND EXCHANGE COMMISSION
Washington, D.C. 20549

## ANNUAL STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934, Section 17(a) of the Public Utility Holding Company Act of 1935 or Section 30(f) of the Investment Company Act of 1940

RC'D S.E.C.
FEB 1 0 2000

31013377

**1. Name and Address of Reporting Person\***

Titlebaum          Joseph          M.
(Last)          (First)          (Middle)

5422 Moorland Ln.
(Street)

Bethesda,          MD          20814
(City)          (State)          (Zip)

**2. Issuer Name and Ticker or Trading Symbol**

XM Satellite Radio Holdings Inc. (XMSR)

**3. I.R.S. Identification Number of Reporting Person, if an entity (voluntary)**

**4. Statement for Month/Year**

December 31, 1999

**5. If Amendment, Date of Original (Month/Year)**

**6. Relationship of Reporting Person(s) to Issuer (Check all applicable)**

|   | Director |   | 10% Owner |
|---|---|---|---|
| X | Officer (give title below) |   | Other (specify below) |

Senior Vice President

**7.** Individual or Joint/Group Reporting (check applicable)

X  Form filed by One Reporting Person
   Form filed by More than One Reporting Person

### Table I — Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned at End of Issuer's Fiscal Year (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|
|   |   |   |   | Amount | (A) or (D) | Price |   |   |   |
|   |   |   |   |   |   |   |   |   |   |
|   |   |   |   |   |   |   |   |   |   |
|   |   |   |   |   |   |   |   |   |   |
|   |   |   |   |   |   |   |   |   |   |
|   |   |   |   |   |   |   |   |   |   |
|   |   |   |   |   |   |   |   |   |   |

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.
\*If the form is filed by more than one reporting person, see instruction 4(b)(v).

Potential persons who are to respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB control number

DC - 68435 - 41011313 v1

# FORM 5 (continued)

## Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned
### (e.g., puts, calls, warrants, options, convertible securities)

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 4. Transaction Code (Instr. 8) | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Underlying Securities (Instr. 3 and 4) | | 8 Price of Derivative Security (Instr. 5) | 9. Number of Derivative Securities Beneficially Owned at End of Year (Instr. 4) | 10. Ownership Form of Derivative Security Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |
| Employee Stock Option (Right to Buy) | $12.00 | 8/8/99 | A | 50,000 | | (1) | 8/8/09 | Class A Common Stock | 50,000 | | 50,000 | D | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |

Explanation of Responses:

(1) The option vests in three equal annual installments beginning on October 8, 2000.

** Intentional misstatements or omissions of facts constitute Federal Criminal Violations. See 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note: File three copies of this Form, one of which must be manually signed. If space provided is insufficient, *see* Instruction 6 for procedure.

Potential persons who are to respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB number.

/s/ Joseph M. Tittlebaum                    2/9/00

** Signature of Reporting Person            Date

Page 2

SEC 2270 (7-97)

OC. 680435-140313132-v4

# FORM 5

☐ Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See* Instruction 1(b).

☐ Form 3 Holdings Reported
☐ Form 4 Transactions Reported

UNITED STATES SECURITIES AND EXCHANGE COMMISSION
Washington, D.C. 20549

## ANNUAL STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934, Section 17(a) of the Public Utility Holding Company Act of 1935 or Section 30(f) of the Investment Company Act of 1940

OMB APPROVAL

OMB Number:      3235-0362
Expires:    December 31, 2001
Estimated average burden
hours per response........1.0

| 1. Name and Address of Reporting Person* | | | | 2. Issuer Name and Ticker or Trading Symbol | 6. Relationship of Reporting Person(s) to Issuer (Check all applicable) |
|---|---|---|---|---|---|
| Titlebaum | Joseph | M. | | XM Satellite Radio Holdings Inc. (XMSR) | ☐ Director          ☐ 10% Owner |
| (Last) | (First) | (Middle) | | | X Officer (give          ☐ Other (specify |
| c/o XM Satellite Radio | | | | | title below)          below) |
| 1500 Eckington Place, NE | | | | | Senior Vice President |

Relationship items continued:

| 2. I.R.S. Identification Number of Reporting Person, if an entity (voluntary) | 4. Statement for Month/Year | 2001 |
|---|---|---|
| | 5. If Amendment, Date of Original (Month/Year) | |

7. Individual or Joint/Group Reporting (check applicable line)
   X Form filed by One Reporting Person
   ☐ Form filed by More than One Reporting Person

Address: 1500 Eckington Place, NE
(Street)

Washington    DC    20002
(City)    (State)    (Zip)

31596148

FEB 14 2002

SEC 2270 (3-99)

## Table 1 — Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/ Day/ Year) | 2A. | 3. Transaction Code (Instr. 8) | 4. Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned at End of Issuer's Fiscal Year (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|
| | | | | Amount | (A) or (D) | Price | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

*If the form is filed by more than one reporting person, see Instruction 4(b)(v).

Potential persons who are to respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB control number

(Over)

WDC - 68843/5 - #166885 v1

FORM 5 (continued)

Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned
(e.g., puts, calls, warrants, options, convertible securities)

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 4. Transaction Code (Instr. 8) | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Underlying Securities (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of Derivative Securities Beneficially Owned at End of Year (Instr. 4) | 10. Ownership Form of Derivative Security Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |
| Stock Option (right to buy) | $18.6875 | 1/11/01 | A | 40,000 | | (1) | 1/11/11 | Class A Common Stock, par value $.01 | 40,000 | | 40,000 | D | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |

Explanation of Responses:

1) The option vests in three equal annual installments beginning on January 11, 2002.

* Intentional misstatements or omissions of facts constitute Federal Criminal Violations.
  See 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note: File three copies of this Form, one of which must be manually signed.
If space provided is insufficient, see Instruction 6 for procedure.

Potential persons who are to respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB number.

By: Joseph M. Titlebaum                     February 14, 2002
** Signature of Reporting Person               Date

Page 2

UDC :688435 . #146580 . v1

# FORM 5

☐ Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See* Instruction 1(b).

☐ Form 3 Holdings Reported
☐ Form 4 Transactions Reported

## UNITED STATES SECURITIES AND EXCHANGE COMMISSION
### Washington, D.C. 20549

## ANNUAL STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934, Section 17(a) of the Public Utility Holding Company Act of 1935 or Section 30(h) of the Investment Company Act of 1940

OMB APPROVAL

OMB Number:        3235-0362
Expires:        January 31, 2005
Estimated average burden
hours per response . . . . . . . 1.0

FEB 14 2005 D.C.
1088

31829011

| 1. Name and Address of Reporting Person* | 2. Issuer Name and Ticker or Trading Symbol | 6. Relationship of Reporting Person(s) to Issuer (Check all applicable) |
|---|---|---|
| Titelbaum    Joseph    M. <br> (Last)    (First)    (Middle) <br> c/o XM Satellite Radio <br> 1500 Eckington Place, NE <br> (Street) <br> Washington    DC    20002 <br> (City)    (State)    (Zip) | XM SATELLITE RADIO HOLDINGS INC. (XMSR) <br><br> 3. I.R.S. Identification Number of Reporting Person, if an entity (voluntary) <br><br> 4. Statement for Month/Year <br> **December 31, 2002** <br><br> 5. If Amendment, Date of Original (Month/Year) | ___ Director    ___ 10% Owner <br> X  Officer (give    ___ Other (specify title below)    below) <br> **Senior Vice President, General Counsel and Secretary** <br><br> 7. Individual or Joint/Group Reporting (check applicable line) <br> X  Form filed by One Reporting Person <br> ___ Form filed by More than One Reporting Person |

## Table I — Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned at End of Issuer's Fiscal Year (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |

Received
**Thomson Corp**

---

*If the form is filed by more than one reporting person, see instruction 4(b)(v).

Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB control number

WDC - 698430005 - 1684104 v1

SEC 2270 (3-99)

(Over)

FORM 5 (continued)

## Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned
(e.g., puts, calls, warrants, options, convertible securities)

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, if any (Month/Day/Year) | 4. Transaction Code (Instr. 8) | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Underlying Securities (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of Derivative Securities Beneficially Owned at End of Year (Instr. 4) | 10. Ownership Form of Derivative Security: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |
| Stock Option (right to buy) | $14.99 | 1/16/02 | | A | 40,000 | | (1) | 1/16/12 | Class A Common Stock | 40,000 | | 40,000 | D | |

Explanation of Responses:

1) The stock option vests as to 13,334 of the underlying shares of Class A common stock on January 16, 2003 and as to 13,333 of the underlying shares of Class A common stock on each of January 16, 2004 and January 16, 2005.

* Intentional misstatements or omissions of facts constitute Federal Criminal Violations. See 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note: File three copies of this Form, one of which must be manually signed. If space provided is insufficient, see Instruction 6 for procedure.

...otential persons who are to respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB number.

/s/ Joseph M. Titlebaum      2/14/03
** Signature of Reporting Person      Date

Page 2

RECD S.E.C.

APR 1 6 2003

3088

**FORM 4**

☐ Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See* Instruction 1(b).

(Print or Type Responses)

**UNITED STATES SECURITIES AND EXCHANGE COMMISSION**
Washington, D.C. 20549

**STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP**

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934, Section 17(a) of the Public Utility Holding Company Act of 1935 or Section 30(h) of the Investment Company Act of 1940

OMB APPROVAL

OMB Number:    3235-0287
Expires:    January 31, 2005
Estimated average burden
hours per response. . . 0.5

| 1. Name and Address of Reporting Person* | | 2. Issuer Name and Ticker or Trading Symbol | 6. Relationship of Reporting Person(s) to Issuer |
|---|---|---|---|

1. Name and Address of Reporting Person*

Titlebaum          Joseph
(Last)          (First)          (Middle)

c/o XM Satellite Radio
1500 Eckington Place, N.E.
(Street)

Washington,          DC          20002
(City)          (State)          (Zip)

2. Issuer Name and Ticker or Trading Symbol
**XM Satellite Radio Holdings Inc. (XMSR)**

3. I.R.S. Identification Number of Reporting Person, if an entity (Voluntary)

4. Statement for Month/Day/Year
4/7/03

5. If Amendment, Date of Original (Month/Day/Year)

6. Relationship of Reporting Person(s) to Issuer (Check all applicable)

___ Director          ___ 10% Owner
X Officer (give title below)          ___ Other (specify below)

__Executive Vice President__

7. Individual or Joint/Group Filing (Check Applicable Line)
X Form filed by One Reporting Person
___ Form filed by More than One Reporting Person

**Table I — Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned**

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Class A Common Stock | 4/7/03 | | A | | 6,495 | A | | 9,254 | D | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.
*If the form is filed by more than one reporting person, *see* Instruction 4(b)(v).

Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB control number.

SEC 1474 (09-02)
(Over)

31861169

Received
Thomson Corp

hDC : 688430005 -1717439 v1

FORM 4 (continued)

## Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned
(e.g., puts, calls, warrants, options, convertible securities)

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, if any (Month/Day/Year) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Underlying Securities (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of derivative Securities Beneficially Owned Following Reported Transaction(s) (Instr. 4) | 10. Ownership Form of Derivative Security: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |
| Employee Stock Option (right to buy) | $5.34 | 3/20/03 | | A | | 200,000 | | (1) | 3/20/13 | Class A Common Stock | 200,000 | | 200,000 | D | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |

Explanation of Responses:
(1)   The stock option vests in three equal annual installments beginning on March 20, 2004.   Shares issued upon exercise of this option may not be sold until the first to occur of: (i) the average closing price of the Class A Common Stock over a twenty trading day period equaling or exceeding $10, or (ii) seven years having elapsed since the date of grant.

** Intentional misstatements or omissions of facts constitute Federal Criminal Violations.
See 18 U.S.C 1001 and 15 U.S.C. 78ff(a).

Note:   File three copies of this Form, one of which must be manually signed. If space is sufficient,
see Instruction 6 for procedure.

Potential persons who are to respond to the collection of information contained in this form are not
required to respond unless the form displays a currently valid OMB Number.

**By: /s/ Joseph M. Titlebaum**                    **4/15/03**
      ** Signature of Reporting Person                  Date

Page 2

NDC - 6884-00000 - 1717436 v1

**4** (XMSR)

**PRIMARY DOCUMENT**
**Filed on 11/18/2003 – Period: 11/14/2003**
File Number 000–27441



# FORM 4

☐ Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See* Instruction 1(b).

**UNITED STATES SECURITIES AND EXCHANGE COMMISSION**
**Washington, D.C. 20549**

**STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP OF SECURITIES**

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934, Section 17(a) of the Public Utility Holding Company Act of 1935 or Section 30(h) of the Investment Company Act of 1940

OMB APPROVAL

OMB Number: 3235-0287
Expires: January 31, 2005
Estimated average burden hours per response... 0.5

(Print or Type Responses)

| 1. Name and Address of Reporting Person - TITLEBAUM JOSEPH M | 2. Issuer Name **and** Ticker or Trading Symbol XM SATELLITE RADIO HOLDINGS INC [XMSR] | 5. Relationship of Reporting Person(s) to Issuer (Check all applicable) |
|---|---|---|
| (Last)          (First)          (Middle) C/O XM SATELLITE RADIO, 1500 ECKINGTON PLACE, N.E. | 3. Date of Earliest Transaction (Month/Day/Year) 11/14/2003 | ___ Director          ___ 10% Owner  _X_ Officer (give title below)          ___ Other (specify below) EVP/Gen Counsel, Secretary |
| (Street) WASHINGTON, DC 20002 | 4. If Amendment, Date Original Filed (Month/Day/Year) | 6. Individual or Joint/Group Filing (Check Applicable Line) _X_ Form filed by One Reporting Person ___ Form filed by More than One Reporting Person |
| (City)     (State)     (Zip) | | |

**Table I – Non–Derivative Securities Acquired, Disposed of, or Beneficially Owned**

| 1.Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Class A Common Stock | 11/14/2003 | | S | | 2,500 | D | $22.83 | 6,754 | D | |
| Class A Common Stock | 11/17/2003 | | S | | 2,500 | D | $22 | 4,254[(1)] | D | |

**Table II – Derivative Securities Acquired, Disposed of, or Beneficially Owned**
**(*e.g.*, puts, calls, warrants, options, convertible securities)**

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, if any (Month/Day/Year) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4, and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Underlying Securities (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of Derivative Securities Beneficially Owned Following Reported Transaction(s) (Instr. 4) | 10. Ownership Form of Derivative Security: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |

## Reporting Owners

| Reporting Owner Name / Address | Relationships | | | |
|---|---|---|---|---|
| | Director | 10% Owner | Officer | Other |
| TITLEBAUM JOSEPH M C/O XM SATELLITE RADIO 1500 ECKINGTON PLACE, N.E. WASHINGTON, DC 20002 | | | EVP/Gen Counsel, Secretary | |

## Explanation of Responses:

(1) Excludes 383,514 shares underlying vested and unvested stock options held by the Reporting Person.

## Signatures

Joseph M. Titlebaum                                                    11/18/2003

** Signature of Reporting Person                                       Date

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.

\*     If the form is filed by more than one reporting person, *see* Instruction 4(b)(v).

\*\*     Intentional misstatements or omissions of facts constitute Federal Criminal Violations. *See* 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, *see* Instruction 6 for procedure.
Potential persons who are to respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB number.

**4** (XMSR)

**PRIMARY DOCUMENT**
**Filed on 02/20/2004 – Period: 02/18/2004**
File Number 000–27441



# FORM 4

☐ Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See* Instruction 1(b).

**UNITED STATES SECURITIES AND EXCHANGE COMMISSION**
**Washington, D.C. 20549**

**STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP OF SECURITIES**

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934, Section 17(a) of the Public Utility Holding Company Act of 1935 or Section 30(h) of the Investment Company Act of 1940

| OMB APPROVAL |
|---|
| OMB Number: 3235–0287 |
| Expires: January 31, 2005 |
| Estimated average burden hours per response... 0.5 |

(Print or Type Responses)

| 1. Name and Address of Reporting Person * TITLEBAUM JOSEPH M | 2. Issuer Name **and** Ticker or Trading Symbol XM SATELLITE RADIO HOLDINGS INC [XMSR] | 5. Relationship of Reporting Person(s) to Issuer (Check all applicable) |
|---|---|---|
| (Last) (First) (Middle) C/O XM SATELLITE RADIO, 1500 ECKINGTON PLACE, N.E. | 3. Date of Earliest Transaction (Month/Day/Year) 02/18/2004 | ___ Director ___ 10% Owner _X_ Officer (give title below) ___ Other (specify below) EVP/Gen Counsel, Secretary |
| (Street) WASHINGTON, DC 20002 | 4. If Amendment, Date Original Filed (Month/Day/Year) | 6. Individual or Joint/Group Filing (Check Applicable Line) _X_ Form filed by One Reporting Person ___ Form filed by More than One Reporting Person |
| (City) (State) (Zip) | | |

**Table I – Non–Derivative Securities Acquired, Disposed of, or Beneficially Owned**

| 1.Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) or (D) | Price | | | |

**Table II – Derivative Securities Acquired, Disposed of, or Beneficially Owned**
*(e.g., puts, calls, warrants, options, convertible securities)*

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, if any (Month/Day/Year) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4, and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Underlying Securities (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of Derivative Securities Beneficially Owned Following Reported Transaction(s) (Instr. 4) | 10. Ownership Form of Derivative Security: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |
| Employee Stock Option (right to buy) | $22 | 02/18/2004 | | A | | 100,000 | | (1) | 02/18/2014 | Class A Common Stock | 100,000 | $ 0 | 100,000 | D | |

## Reporting Owners

| Reporting Owner Name / Address | Relationships | | | |
|---|---|---|---|---|
| | Director | 10% Owner | Officer | Other |
| TITLEBAUM JOSEPH M C/O XM SATELLITE RADIO 1500 ECKINGTON PLACE, N.E. WASHINGTON, DC 20002 | | | EVP/Gen Counsel, Secretary | |

## Explanation of Responses:

(1)   The stock option vests in three equal annual installments beginning on February 18, 2005.

## Signatures

Joseph M. Titlebaum                          02/20/2004

** Signature of Reporting Person                          Date

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.

\*     If the form is filed by more than one reporting person, *see* Instruction 4(b)(v).

\*\*    Intentional misstatements or omissions of facts constitute Federal Criminal Violations. *See* 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, *see* Instruction 6 for procedure.

Potential persons who are to respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB number.

**4** (XMSR)

**PRIMARY DOCUMENT**
**Filed on 03/25/2005 – Period: 03/23/2005**
File Number 000–27441



# FORM 4

☐ Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See* Instruction 1(b).

## UNITED STATES SECURITIES AND EXCHANGE COMMISSION
### Washington, D.C. 20549

## STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP OF SECURITIES

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934, Section 17(a) of the Public Utility Holding Company Act of 1935 or Section 30(h) of the Investment Company Act of 1940

| OMB APPROVAL |
|---|
| OMB Number: 3235–0287 |
| Expires:          January 31, 2005 |
| Estimated average burden hours per response...        0.5 |

(Print or Type Responses)

| 1. Name and Address of Reporting Person - TITLEBAUM JOSEPH M | 2. Issuer Name **and** Ticker or Trading Symbol XM SATELLITE RADIO HOLDINGS INC [XMSR] | 5. Relationship of Reporting Person(s) to Issuer (Check all applicable) |
|---|---|---|
| (Last)        (First)        (Middle) C/O XM SATELLITE RADIO, 1500 ECKINGTON PLACE, N.E. | 3. Date of Earliest Transaction (Month/Day/Year) 03/23/2005 | ____ Director          ____ 10% Owner _X__ Officer (give title below)    ____ Other (specify below) EVP/Gen Counsel, Secretary |
| (Street) WASHINGTON, DC 20002 | 4. If Amendment, Date Original Filed (Month/Day/Year) | 6. Individual or Joint/Group Filing (Check Applicable Line) _X__ Form filed by One Reporting Person ____ Form filed by More than One Reporting Person |
| (City)        (State)        (Zip) | | |

### Table I – Non–Derivative Securities Acquired, Disposed of, or Beneficially Owned

| 1.Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Class A Common Stock | 03/23/2005 | | A | | 50,000 | A | $ 0 | 54,254[(1)] | D | |

### Table II – Derivative Securities Acquired, Disposed of, or Beneficially Owned
### (*e.g.*, puts, calls, warrants, options, convertible securities)

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, if any (Month/Day/Year) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4, and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Underlying Securities (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of Derivative Securities Beneficially Owned Following Reported Transaction(s) (Instr. 4) | 10. Ownership Form of Derivative Security: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |

## Reporting Owners

| Reporting Owner Name / Address | Relationships | | | |
|---|---|---|---|---|
| | Director | 10% Owner | Officer | Other |
| TITLEBAUM JOSEPH M C/O XM SATELLITE RADIO 1500 ECKINGTON PLACE, N.E. WASHINGTON, DC 20002 | | | EVP/Gen Counsel, Secretary | |

## Explanation of Responses:

(1)    Does not include shares underlying vested and unvested stock options.

## Signatures

Joseph M. Titlebaum                                          03/25/2005

**Signature of Reporting Person                               Date

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.

\*    If the form is filed by more than one reporting person, *see* Instruction 4(b)(v).

\*\*    Intentional misstatements or omissions of facts constitute Federal Criminal Violations. *See* 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, *see* Instruction 6 for procedure.
Potential persons who are to respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB number.

**4** (XMSR)

**PRIMARY DOCUMENT**
**Filed on 12/07/2005 – Period: 12/06/2005**
File Number 000–27441



LIVEDGAR® Information Provided by Global Securities Information, Inc.
800.669.1154
www.gsionline.com

# FORM 4

**UNITED STATES SECURITIES AND EXCHANGE COMMISSION**
**Washington, D.C. 20549**

☐ Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See* Instruction 1(b).

**STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP OF SECURITIES**

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934, Section 17(a) of the Public Utility Holding Company Act of 1935 or Section 30(h) of the Investment Company Act of 1940

| OMB APPROVAL |
| --- |
| OMB Number: 3235–0287 |
| Expires: January 31, 2005 |
| Estimated average burden hours per response... 0.5 |

(Print or Type Responses)

| 1. Name and Address of Reporting Person * TITLEBAUM JOSEPH M | 2. Issuer Name **and** Ticker or Trading Symbol XM SATELLITE RADIO HOLDINGS INC [XMSR] | 5. Relationship of Reporting Person(s) to Issuer (Check all applicable) |
| --- | --- | --- |
| (Last)          (First)          (Middle) C/O XM SATELLITE RADIO, 1500 ECKINGTON PLACE, N.E. | 3. Date of Earliest Transaction (Month/Day/Year) 12/06/2005 | ____ Director                              ____ 10% Owner __X__ Officer (give title below)     ____ Other (specify below) EVP/Gen Counsel, Secretary |
| (Street) WASHINGTON, DC 20002 | 4. If Amendment, Date Original Filed (Month/Day/Year) | 6. Individual or Joint/Group Filing (Check Applicable Line) __X__ Form filed by One Reporting Person ____ Form filed by More than One Reporting Person |
| (City)          (State)          (Zip) | | |

### Table I – Non–Derivative Securities Acquired, Disposed of, or Beneficially Owned

| 1.Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Class A Common Stock | 12/06/2005 | | M | | 53,514 | A | $9.52 | 107,768 | D | |
| Class A Common Stock | 12/06/2005 | | M | | 50,000 | A | $5.34 | 157,768 | D | |
| Class A Common Stock | 12/06/2005 | | S | | 103,514 | D | $28.4356 | 54,254[(1)] | D | |

### Table II – Derivative Securities Acquired, Disposed of, or Beneficially Owned
*(e.g., puts, calls, warrants, options, convertible securities)*

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, if any (Month/Day/Year) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4, and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Underlying Securities (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of Derivative Securities Beneficially Owned Following Reported Transaction(s) (Instr. 4) | 10. Ownership Form of Derivative Security: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |
| Employee Stock Option (right to buy) | $9.52 | 12/06/2005 | | M | | | 53,514 | [(2)] | 09/08/2008 | Class A Common Stock | 53,514 | $ 0 | 0 | D | |
| Employee Stock Option (right to buy) | $5.34 | 12/06/2005 | | M | | | 50,000 | [(3)] | 03/20/2013 | Class A Common Stock | 50,000 | $ 0 | 150,000 | D | |

## Reporting Owners

| Reporting Owner Name / Address | Relationships |
| --- | --- |
| | |

| | Director | 10% Owner | Officer | Other |
|---|---|---|---|---|
| TITLEBAUM JOSEPH M<br>C/O XM SATELLITE RADIO<br>1500 ECKINGTON PLACE, N.E.<br>WASHINGTON, DC 20002 | | | EVP/Gen Counsel, Secretary | |

**Explanation of Responses:**

(1)     Excludes 380,000 shares underlying vested and unvested stock options held by the Reporting Person.

(2)     The option vested in three equal installments on September 8, 1999, 2000 and 2001.

(3)     This option, which is for a total of 200,000 shares, vests in three equal installments. One–third vested on each of March 20, 2004 and 2005. One–third will vest on March 20, 2006. Only vested shares were acquired upon exercise.

**Signatures**

<u>Joseph M. Titlebaum, attorney–in–fact</u>                                    <u>12/07/2005</u>

**Signature of Reporting Person                                                Date

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.

*      If the form is filed by more than one reporting person, *see* Instruction 4(b)(v).

**    Intentional misstatements or omissions of facts constitute Federal Criminal Violations. *See* 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, *see* Instruction 6 for procedure.
Potential persons who are to respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB number.