# TAB
# A4

**Stephen Cook**

**Calculation Detail: Percentage of Pre-Sale Exercisable Holdings**
**(NOT Including Unvested Stock Options and Unvested Restricted Stock) Sold on 12/6/05**

| Action | Description of Securities | Amount of Securities |
|---|---|---|
| Start | Beneficially owned holdings as of 3/31/06 | 580,434 |
| Subtract | Unvested restricted stock granted on 3/23/05 | - 50,000 |
| Sub Total | | 530,434 |
| Subtract | Unvested restricted stock granted on 3/14/06 | - 75,000 |
| Sub Total | | 455,434 |
| Subtract | Stock options vested between 12/6/05 and 3/31/06 | - 100,000 |
| Sub Total | | 355,434 |
| Add | Shares sold on 12/6/05 | + 78,514 |
| **Total** | **Pre-sale exercisable holdings (not including unvested stock options and unvested restricted stock) as of 12/6/05** | **433,948** |
| | | |
| Start | Shares sold on 12/6/05 | 78,514 |
| Divide | Pre-sale exercisable holdings (not including unvested stock options and unvested restricted stock) as of 12/6/05 | / 433,948 |
| **Total** | **Percentage of pre-sale exercisable holdings (not including unvested stock options and unvested restricted stock) sold on 12/6/05** | **18.1%** |

**Stephen Cook**

**Calculation Detail: Percentage of Total Pre-Sale Holdings
(Including Unvested Stock Options and Unvested Restricted Stock) Sold on 12/6/05**

| Action | Description of Securities | | Amount of Securities |
|---|---|---|---|
| Start | Beneficially owned holdings as of 3/31/06 | | 580,434 |
| Subtract | Unvested Restricted stock granted on 3/14/06 | - | 75,000 |
| Sub Total | | | 505,434 |
| Subtract | Stock options vested between 12/6/05 and 3/31/06 | - | 100,000 |
| Sub Total | | | 405,434 |
| Add | Shares sold on 12/6/05 | + | 78,514 |
| Sub Total | Total pre-sale holdings not including unvested stock options as of 12/6/05 | | 483,948 |
| Add | Unvested stock options as of 12/6/05 | + | 133,333 |
| **Total** | **Total pre-sale holdings including unvested stock options and unvested restricted stock as of 12/6/05** | | **617,281** |
| | | | |
| Start | Shares sold on 12/6/05 | | 78,614 |
| Divide | Total pre-sale holdings (including unvested stock options and unvested restricted stock) as of 12/6/05 | / | 617,281 |
| **Total** | **Percentage of total pre-sale holdings (including unvested stock options and unvested restricted stock) sold on 12/6/05** | | **12.7%** |



# FORM DEF 14A

## XM SATELLITE RADIO HOLDINGS INC – XMSR

**Filed: April 25, 2006 (period: May 26, 2006)**

Official notification to shareholders of matters to be brought to a vote (Proxy)

Management Business Trust each have sole voting and dispositive power with respect to the entire number of these shares. Lincoln Management Holdings is the ultimate parent of Delaware Management Business Trust. The address of Delaware Management Holdings and Delaware Management Business Trust is 2005 Market Street, Philadelphia, PA 19103.

## Security Ownership of Directors and Executive Officers

The following table presents, as of March 31, 2006, information regarding the beneficial ownership of Class A common stock by each of our directors and executive officers named in the summary compensation table that appears below under the caption entitled "Executive Compensation and Other Information" and all of our directors and executive officers as a group:

| Name | Number of Class A Shares Beneficially Owned | Percentage of Total Class A Shares |
|---|---|---|
| Directors and Named Executive Officers | | |
| Gary M. Parsons | 1,890,668(1) | * |
| Hugh Panero | 1,442,962(2) | * |
| Nathaniel Davis | 90,257 | * |
| Thomas R. Donohue | 76,757 | * |
| Eddy W. Hartenstein | 10,000 | * |
| George W. Haywood | 3,792,429(3) | 1.5% |
| Chester A. Huber, Jr. | — | * |
| John W. Mendel | — | * |
| Jarl Mohn | 20,500 | * |
| Jack Shaw | 46,757 | * |
| Joseph J. Euteneuer | 664,025(4) | * |
| Stephen Cook | 580,434(4) | * |
| Stelios Patsiokas | 610,378(4) | * |
| All directors and executive officers as a group (16 persons) | 9,936,786(5) | 3.8% |

* Less than 1%.
(1) Does not include 583,333 shares issuable upon exercise of options that are not exercisable within 60 days. A trust for the benefit of Mr. Parsons' children, of which Mr. Parsons' spouse is the trustee, owns 16,179 shares. Mr. Parsons disclaims beneficial ownership of these interests.
(2) Does not include 566,667 shares issuable upon exercise of options that are not exercisable within 60 days.
(3) Includes 2,928,429 shares issuable upon conversion of 10% senior secured discount convertible notes due 2009. Includes 30,000 shares held by Mr. Haywood's spouse and 9,000 shares held by Mr. Haywood's children, of which Mr. Haywood disclaims beneficial ownership.
(4) Does not include 33,333 shares issuable upon exercise of options that are not exercisable within 60 days with respect to Mr. Euteneuer. Does not include 33,333 shares issuable upon exercise of options that are not exercisable within 60 days with respect to Mr. Cook. Does not include 33,333 shares issuable upon exercise of options that are not exercisable within 60 days with respect to Mr. Patsiokas.
(5) Does not include 2,445,300 shares issuable upon exercise of options that are not exercisable within 60 days.

## Shareholders and Noteholders Agreement

We have entered into a shareholders and noteholders agreement with American Honda, General Motors, George Haywood and the investors that participated in our January 2003 financing transactions. The parties to the shareholders and noteholders agreement also have the right to participate in any of our future private financings to the extent necessary to maintain their pro rata fully diluted ownership percentage. The shareholders and noteholders agreement will terminate upon unanimous consent of the parties.

10

Source: XM SATELLITE RADIO H, DEF 14A, April 25, 2006

# FORM 3

(Print or Type Responses)

UNITED STATES SECURITIES AND EXCHANGE COMMISSION
Washington, D.C. 20549

## INITIAL STATEMENT OF BENEFICIAL OWNERSHIP OF SECURITIES

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934, Section 17(a) of the Public Utility
Holding Company Act of 1935 or Section 30(f) of the Investment Company Act of 1940

| OMB APPROVAL | |
|---|---|
| OMB Number: | 3235-0104 |
| Expires: | September 30, 1998 |
| Estimated average burden hours per response. . . . . | 0.5 |

RECD S.E.C.

FEB 1 0 2000

1473

| 1. Name and Address of Reporting Person* | 2. Date of Event Requiring Statement (Month/Year) | 4. Issuer Name and Ticker or Trading Symbol |
|---|---|---|
| Cook,      Stephen      R. | 10/4/99 | XM Satellite Radio Holdings Inc. (XMSR) |
| (Last)      (First)      (Middle) | 3. I.R.S. Identification Number of Reporting Person, if an entity (voluntary) | 5. Relationship of Reporting Person(s) to Issuer (Check all applicable) |
| c/o XM Satellite Radio Holdings Inc. 1250 23rd St., NW | | ___ Director      ___ 10% Owner |
| (Street) | | _X_ Officer (give title below)      ___ Other (specify below) |
| Washington,      DC      20037-1100 | | **Senior Vice President** |
| (City)      (State)      (Zip) | | |

| | 6. If Amendment, Date of Original (Month/Day/Year) |
|---|---|
| | 09/30/99 |
| | 7. Individual or Joint/Group Filing (Check Applicable Line) _X_ Form filed by One Reporting Person ___ Form filed by More than One Reporting Person |

### Table I — Non-Derivative Securities Beneficially Owned

| 1. Title of Security (Instr. 4) | 2. Amount of Securities Beneficially Owned (Instr. 4) | 3. Ownership Form: Direct (D) or Indirect (I) (Instr. 5) | 4. Nature of Indirect Beneficial Ownership (Instr. 5) |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.
* If the form is filed by more than one reporting person, see Instruction 5(b)(v).

Potential persons who are to respond to the collection of information contained in this form are not required
to respond unless the form displays a currently valid OMB control number.

SEC 1473 (7-97)

(Over)

31020054

WDC - 6884305 - #1032465 v1

FORM 3 (continued)

**Table II – Derivative Securities Beneficially Owned (e.g., puts, calls, warrants, options, convertible securities)**

| 1. Title of Derivative Security (Instr. 4) | 2. Date Exercisable and Expiration Date (Month/Day/Year) | | 3. Title and Amount of Securities Underlying Derivative Security (Instr. 4) | | 4. Conversion or Exercise Price of Derivative Security | 5. Ownership Form of Derivative Security: Direct (D) or Indirect (I) (Instr. 5) | 6. Nature of Indirect Beneficial Ownership (Instr. 5) |
|---|---|---|---|---|---|---|---|
| | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | |
| Employee Stock Option (Right to Buy) | (1) | 2/22/09 | Class A Common Stock | 53,514 | $9.52 | D | |

**Explanation of Responses:**

(1) The option vests in three equal annual installments beginning on February 22, 2000.

/s/ Joseph M. Titlebaum _____    2/9/00

\*\*Signature of Reporting Person    Date
Attorney-in-fact

\*\*Intentional misstatements or omissions of facts constitute Federal Criminal Violations.
*See* 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note:    File three copies of this Form, one of which must be manually signed.  If space provided is insufficient,
*See* Instruction 6 for procedure.

Potential persons who are to respond to the collection of information contained in this form are not
required to respond unless the form displays a currently valid OMB Number.

WDC: 688435 . #103467 v1

# FORM 5

☐ Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See* Instruction 1(b).

☐ Form 3 Holdings Reported
☐ Form 4 Transactions Reported

**OMB APPROVAL**

OMB Number:      3235-0362
Expires:      September 30, 1998
Estimated average burden
hours per response........ 1.0

## UNITED STATES SECURITIES AND EXCHANGE COMMISSION
### Washington, D.C. 20549

## ANNUAL STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934, Section 17(a) of the Public Utility Holding Company Act of 1935 or Section 30(f) of the Investment Company Act of 1940

**1. Name and Address of Reporting Person\***

| Cook | Stephen | R. |
|---|---|---|
| (Last) | (First) | (Middle) |

c/o XM Satellite Radio Holdings Inc.
1250 23rd St., NW, Suite 57
(Street)

| Washington, | DC | 20037-1100 |
|---|---|---|
| (City) | (State) | (Zip) |

**2. Issuer Name and Ticker or Trading Symbol**

XM Satellite Radio Holdings Inc. (XMSR)

**3. I.R.S Identification Number of Reporting Person, if an entity (Voluntary)**

FEB 1 0 2000

**4. Statement for Month/Year**

December 31, 1999

**5. If Amendment, Date of Original (Month/Year)**

**6. Relationship of Reporting Person(s) to Issuer (Check all applicable)**

| Director | | 10% Owner |
|---|---|---|
| **X** | Officer (give title below) | Other (specify below) |

Senior Vice President

**7. Individual or Joint/Group Reporting** (check applicable line)
**X** Form filed by One Reporting Person
Form filed by More than One Reporting Person

## Table I — Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned at End of Issuer's Fiscal Year (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|
| | | | | Amount | (A) or (D) | Price | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

**Reminder:** Report on a separate line for each class of securities beneficially owned directly or indirectly.
**\*If the form is filed by more than one reporting person, see instruction 4(b)(v).**

Potential persons who are to respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB control number

SEC 6885/5-v4

31013378

**FORM 5 (continued)**

**Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned**
(e.g., puts, calls, warrants, options, convertible securities)

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 4. Transaction Code (Instr. 8) | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Underlying Securities (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of Derivative Securities Beneficially Owned at End of Year (Instr. 4) | 10. Ownership Form of Derivative Security Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |
| Employee Stock Option (Right to Buy) | $12.00 | 8/8/99 | A | 50,000 | | (1) | 8/8/09 | Class A Common Stock | 50,000 | | 50,000 | D | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |

Explanation of Responses:

(1) The option vests in three equal annual installments beginning on October 8, 2000.

/s/ Joseph M. Tittlebaum                 2/9/00
** Signature of Reporting Person                 Date
Attorney-in-fact

** Intentional misstatements or omissions of facts constitute Federal Criminal Violations.
See 18 U.S.C 1001 and 15 U.S.C. 78ff(a)

Note: File three copies of this Form, one of which must be manually signed.
If space provided is insufficient, see Instruction 6 for procedure.

Potential persons who are to respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB number.

DC : 688435 . 41011302.v1

# FORM 4

☐ Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. See Instruction 1(b).

(Print or Type Responses)

UNITED STATES SECURITIES AND EXCHANGE COMMISSION
Washington, D.C. 20549

## STATEMENTS OF CHANGES IN BENEFICIAL OWNERSHIP

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934, Section 17(a) of the Public Utility Holding Company Act of 1935 or Section 30(f) of the Investment Company Act of 1940

| OMB APPROVAL |
|---|
| OMB Number:     3235-0287 |
| Expires:  December 31, 2001 |
| Estimated average burden |
| hours per response .......0.5 |

**1. Name and Address of Reporting Person***

Cook (Last)  Stephen (First)  (Middle)

c/o XM Satellite Radio Holdings Inc.
1500 Eckington Place, NE (Street)

Washington (City)  DC (State)  20002 (Zip)

**2. Issuer Name and Ticker or Trading Symbol**

XM Satellite Radio Holdings Inc. (XMSR)

**3. I.R.S. Identification Number of Reporting Person, if an entity (voluntary)**

**4. Statement for Month/Year**

January 2001

**5.** If Amendment, Date of Original (Month/Year)

**6. Relationship of Reporting Person(s) to Issuer**
(check all applicable)

☐ Director      ☐ 10% Owner
☒ Officer (give      ☐ Other (specify
   title below)               below)

Senior Vice President

**7.** Individual or Joint/Group Filing (Check Applicable Line)
☒ Form filed by One Reporting Person
☐ Form filed by More than One Reporting Person

Table I – Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed of (D) (Instr. 3, 4, and 5) | | | 5. Amount of Securities Beneficially Owned at End of Month (Instr. 3 & 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|
| | | Code | V | Amount | (A) or (D) | Price | | | |
| Class A Common Stock | 3/13/01 | A | | 1,000 | A | $9.00 | 5,768 | D | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.

* If the form is filed by more than one reporting person, *see Instruction 4(b)(v)*.

SDC : 688435. #1301199 v1

31392763

(Over)

SEC 1474 (3-99)

**FORM 4 (continued)**

**Table II – Derivative Securities Acquired, Disposed of or Beneficially Owned**
**(e.g. puts, calls, warrants, options, convertible securities)**

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4, and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Underlying Securities (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of derivative Securities Beneficially Owned at end of Month (Instr. 5) | 10. Ownership Form of Derivative Security: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |
| Stock Option (right to buy) | $18.6875 | 03/11/01 | A | V | 75,000 | | (1) | 03/11/11 | Class A Common Stock par value $0.01 | 75,000 | | 75,000 | D | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |

Explanation of Responses:
(1) The option vests in three equal annual installments beginning on January 11, 2002.

* Intentional misstatements or omissions of facts constitute Federal Criminal Violations.
  *See* 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note:   File three copies of this Form, one of which must be manually signed. If space is insufficient, *see* Instruction 6 for procedure.

Potential persons who are to respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB Number.

By:  /s/ Joseph M. Titlebaum
\* Signature of Reporting Person
Attorney-in-fact

April 10, 2001
Date

WDC - #88435 - #1301197 v1

**FORM 5**

☐ Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See* Instruction 1(b).

☐ Form 3 Holdings Reported
☐ Form 4 Transactions Reported

| OMB APPROVAL | |
|---|---|
| OMB Number: | 3235-0362 |
| Expires: | January 31, 2005 |
| Estimated average burden hours per response........ | 1.0 |

**UNITED STATES SECURITIES AND EXCHANGE COMMISSION**
Washington, D.C. 20549

**ANNUAL STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP**

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934, Section 17(a) of the Public Utility Holding Company Act of 1935 or Section 30(h) of the Investment Company Act of 1940

RECD S.E.C.
FEB 1 4 2003
1086

| 1. Name and Address of Reporting Person* | 2. Issuer Name and Ticker or Trading Symbol | 6. Relationship of Reporting Person(s) to Issuer (Check all applicable) |
|---|---|---|
| Cook         Stephen       R. <br> (Last)        (First)       (Middle) <br> c/o XM Satellite Radio <br> 1500 Eckington Place, NE <br> (Street) <br> Washington    DC    20002 <br> (City)        (State)   (Zip) | XM SATELLITE RADIO HOLDINGS INC. (XMSR) | _____ Director            _____ 10% Owner <br> X Officer (give title below)   _____ Other (specify below) <br> **Executive Vice President, Sales, Marketing and Customer Operations** |
| | 3. I.R.S. Identification Number of Reporting Person, if an entity (voluntary) | |
| | 4. Statement for Month/Year <br> **December 31, 2002** | |
| | 5. If Amendment, Date of Original (Month/Year) | 7. Individual or Joint/Group Reporting (check applicable line) <br> X Form filed by One Reporting Person <br> _____ Form filed by More than One Reporting Person |

Received
Thomson Corp

**Table I — Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned**

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/ Day/ Year) | 2A. Deemed Execution Date, if any (Month/ Day/ Year) | 3. Transaction Code (Instr. 8) | 4. Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned at End of Issuer's Fiscal Year (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|
| | | | | Amount | (A) or (D) | Price | | | |
| | | | | | | | | | |

**Reminder:** Report on a separate line for each class of securities beneficially owned directly or indirectly.

*If the form is filed by more than one reporting person, *see* Instruction 4(b)(v).

Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB control number

SEC 2270 (3-99)        (Over)

WDC - 688430005 - 1684096 v1

31828236

FORM 5 (continued)

## Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned
*(e.g., puts, calls, warrants, options, convertible securities)*

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, if any (Month/Day/Year) | 4. Transaction Code (Instr. 8) | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Underlying Securities (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of Derivative Securities Beneficially Owned at End of Year (Instr. 5) | 10. Ownership Form of Derivative Security Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |
| Stock Option (right to buy) | $14.99 | 1/16/02 | | A | 80,000 | | (1) | 1/16/12 | Class A Common Stock | 80,000 | | 80,000 | D | |

Explanation of Responses:

1) The stock option vests as to 26,667 of the underlying shares of Class A common stock on each of January 16, 2003 and January 16, 2004, and as to 26,666 of the underlying shares of Class A common stock on January 16, 2005.

* Intentional misstatements or omissions of facts constitute Federal Criminal Violations.
See 18 U.S.C 1001 and 15 U.S.C 78ff(a).

Note: File three copies of this Form, one of which must be manually signed.
If space provided is insufficient, see Instruction 6 for procedure.

otential persons who are to respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB number.

By: ___/s/ **Joseph M. Titlebaum**_____
** Signature of Reporting Person
Attorney-In-Fact

___2/14/03___
Date

Page 2

FORM 4

☐ Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See* Instruction 1(b).

(Print or Type Responses)

RECD S.E.C.
APR 16 2003
1086

UNITED STATES SECURITIES AND EXCHANGE COMMISSION
Washington, D.C. 20549

STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934, Section 17(a) of the Public Utility Holding Company Act of 1935 or Section 30(h) of the Investment Company Act of 1940

OMB APPROVAL

OMB Number:    3235-0287
Expires:    January 31, 2005
Estimated average burden
hours per response. . . . 0.5

| 1. Name and Address of Reporting Person* | 2. Issuer Name and Ticker or Trading Symbol XM Satellite Radio Holdings Inc. (XMSR) | 6. Relationship of Reporting Person(s) to Issuer (Check all applicable) |
|---|---|---|

Cook    Stephen
(Last)    (First)    (Middle)

c/o XM Satellite Radio
1500 Eckington Place, N.E.
(Street)

Washington,    DC    20002
(City)    (State)    (Zip)

3. I.R.S. Identification Number of Reporting Person, if an entity (Voluntary)

4. Statement for Month/Day/Year
4/7/03

5. If Amendment, Date of Original (Month/Day/Year)

6. Relationship of Reporting Person(s) to Issuer (Check all applicable)

_____ Director    _____ 10% Owner
__X__ Officer (give title below)    _____ Other (specify below)

Executive Vice President

7. Individual or Joint/Group Filing (Check Applicable Line)
__X__ Form filed by One Reporting Person
_____ Form filed by More than One Reporting Person

Table I — Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Class A Common Stock | 4/7/03 | | A | | 11,475 | A | | 18,767 | D | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |

Received
Thomson Corp

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.
*If the form is filed by more than one reporting person, *see* Instruction 4(b)(v).

**Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB control number.**

SEC 1474 (09-02)
(Over)

HDC : 6884306005 - 1717427 v1

31861166

FORM 4 (continued)

## Table II- Derivative Securities Acquired, Disposed of, or Beneficially Owned
### (e.g., puts, calls, warrants, options, convertible securities)

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, if any (Month/Day/Year) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Underlying Securities (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of derivative Securities Beneficially Owned Following Reported Transaction(s) (Instr. 4) | 10. Ownership Form of Derivative Security: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |
| Employee Stock Option (right to buy) | $5.34 | 3/20/03 | | A | | 200,000 | | (1) | 3/20/13 | Class A Common Stock | 200,000 | | 200,000 | D | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |

Explanation of Responses:
(1)  The stock option vests in three equal annual installments beginning on March 20, 2004.  Shares issued upon exercise of this option may not be sold until the first to occur of: (i) the average closing price of the Class A Common Stock over a twenty trading day period equaling or exceeding $10, or (ii) seven years having elapsed since the date of grant.

By: /s/ Joseph M. Titlebaum          4/15/03
    ** Signature of Reporting Person       Date
        Attorney-In-Fact

**   Intentional misstatements or omissions of facts constitute Federal Criminal Violations.
      See 18 U.S.C 1001 and 15 U.S.C. 78ff(a).

Note:  File three copies of this Form, one of which must be manually signed. If space is sufficient,
         see Instruction 6 for procedure.

Potential persons who are to respond to the collection of information contained in this form are not
required to respond unless the form displays a currently valid OMB Number.

1QC- 68843D005 - 1717427.v1

Page 2

**4** (XMSR)

**PRIMARY DOCUMENT**
**Filed on 02/20/2004 – Period: 02/18/2004**
File Number 000–27441

**GSI**

LIVEDGAR® Information Provided by Global Securities Information, Inc.
800.669.1154
www.gsionline.com

# FORM 4

**UNITED STATES SECURITIES AND EXCHANGE COMMISSION**
**Washington, D.C. 20549**

☐ Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See* Instruction 1(b).

**STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP OF SECURITIES**

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934, Section 17(a) of the Public Utility Holding Company Act of 1935 or Section 30(h) of the Investment Company Act of 1940

| OMB APPROVAL |
|---|
| OMB Number: 3235–0287 |
| Expires: January 31, 2005 |
| Estimated average burden hours per response... 0.5 |

(Print or Type Responses)

| 1. Name and Address of Reporting Person *<br>COOK STEPHEN | 2. Issuer Name **and** Ticker or Trading Symbol<br>XM SATELLITE RADIO HOLDINGS INC [XMSR] | 5. Relationship of Reporting Person(s) to Issuer<br><br>(Check all applicable) |
|---|---|---|
| (Last)        (First)        (Middle)<br><br>C/O XM SATELLITE RADIO, 1500 ECKINGTON PLACE, N.E. | 3. Date of Earliest Transaction (Month/Day/Year)<br>02/18/2004 | ___ Director        ___ 10% Owner<br>_X_ Officer (give title below)    ___ Other (specify below)<br><br>EVP/Sales, Marketing, Cust Ops |
| (Street)<br><br>WASHINGTON, DC 20002 | 4. If Amendment, Date Original Filed (Month/Day/Year) | 6. Individual or Joint/Group Filing (Check Applicable Line)<br>_X_ Form filed by One Reporting Person<br>___ Form filed by More than One Reporting Person |
| (City)        (State)        (Zip) | | |

### Table I – Non–Derivative Securities Acquired, Disposed of, or Beneficially Owned

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) or (D) | Price | | | |

### Table II – Derivative Securities Acquired, Disposed of, or Beneficially Owned
*(e.g., puts, calls, warrants, options, convertible securities)*

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, if any (Month/Day/Year) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4, and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Underlying Securities (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of Derivative Securities Beneficially Owned Following Reported Transaction(s) (Instr. 4) | 10. Ownership Form of Derivative Security: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |
| Employee Stock Option (right to buy) | $22 | 02/18/2004 | | A | | 100,000 | | (1) | 02/18/2014 | Class A Common Stock | 100,000 | $ 0 | 100,000 | D | |

## Reporting Owners

| Reporting Owner Name / Address | Relationships | | | |
|---|---|---|---|---|
| | Director | 10% Owner | Officer | Other |
| COOK STEPHEN<br>C/O XM SATELLITE RADIO<br>1500 ECKINGTON PLACE, N.E.<br>WASHINGTON, DC 20002 | | | EVP/Sales, Marketing, Cust Ops | |

## Explanation of Responses:

(1)   The stock option vests in three equal annual installments beginning on February 18, 2005.

## Signatures

| Joseph M. Titlebaum, Attorney–in–Fact | 02/20/2004 |
|---|---|
| ** Signature of Reporting Person | Date |

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.

\*    If the form is filed by more than one reporting person, *see* Instruction 4(b)(v).

\*\*    Intentional misstatements or omissions of facts constitute Federal Criminal Violations. *See* 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, *see* Instruction 6 for procedure.

Potential persons who are to respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB number.

**4** (XMSR)

**PRIMARY DOCUMENT**
**Filed on 03/25/2005 – Period: 03/23/2005**
File Number 000–27441

**GSI**

LIVEDGAR® Information Provided by Global Securities Information, Inc.
800.669.1154
www.gsionline.com

# FORM 4

☐ Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See* Instruction 1(b).

**UNITED STATES SECURITIES AND EXCHANGE COMMISSION**
**Washington, D.C. 20549**

**STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP OF SECURITIES**

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934, Section 17(a) of the Public Utility Holding Company Act of 1935 or Section 30(h) of the Investment Company Act of 1940

| OMB APPROVAL |
| --- |
| OMB Number: 3235−0287 |
| Expires:        January 31, 2005 |
| Estimated average burden hours per response...        0.5 |

(Print or Type Responses)

| 1. Name and Address of Reporting Person − COOK STEPHEN | 2. Issuer Name **and** Ticker or Trading Symbol XM SATELLITE RADIO HOLDINGS INC [XMSR] | 5. Relationship of Reporting Person(s) to Issuer (Check all applicable) |
| --- | --- | --- |
| (Last)        (First)        (Middle) C/O XM SATELLITE RADIO, 1500 ECKINGTON PLACE, N.E. | 3. Date of Earliest Transaction (Month/Day/Year) 03/23/2005 | ___ Director        ___ 10% Owner _X_ Officer (give title below)   ___ Other (specify below) EVP/Sales, Marketing, Cust Ops |
| (Street) WASHINGTON, DC 20002 | 4. If Amendment, Date Original Filed (Month/Day/Year) | 6. Individual or Joint/Group Filing (Check Applicable Line) _X_ Form filed by One Reporting Person ___ Form filed by More than One Reporting Person |
| (City)        (State)        (Zip) | | |

### Table I – Non−Derivative Securities Acquired, Disposed of, or Beneficially Owned

| 1.Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Class A Common Stock | 03/23/2005 | | A | | 50,000 | A | $ 0 | 58,767[(1)] | D | |

### Table II – Derivative Securities Acquired, Disposed of, or Beneficially Owned
*(e.g., puts, calls, warrants, options, convertible securities)*

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, if any (Month/Day/Year) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4, and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Underlying Securities (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of Derivative Securities Beneficially Owned Following Reported Transaction(s) (Instr. 4) | 10. Ownership Form of Derivative Security: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |

## Reporting Owners

| Reporting Owner Name / Address | Relationships | | | |
| --- | --- | --- | --- | --- |
| | Director | 10% Owner | Officer | Other |
| COOK STEPHEN C/O XM SATELLITE RADIO 1500 ECKINGTON PLACE, N.E. WASHINGTON, DC 20002 | | | EVP/Sales, Marketing, Cust Ops | |

## Explanation of Responses:

(1)    Does not include shares underlying vested and unvested stock options.

## Signatures

Joseph M. Titlebaum, Attorney−in−Fact                                03/25/2005

** Signature of Reporting Person                                        Date

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.

*    If the form is filed by more than one reporting person, *see* Instruction 4(b)(v).

**    Intentional misstatements or omissions of facts constitute Federal Criminal Violations. *See* 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, *see* Instruction 6 for procedure.
Potential persons who are to respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB number.

**4** (XMSR)

**PRIMARY DOCUMENT**
**Filed on 12/07/2005 – Period: 12/06/2005**
File Number 000–27441



**LIVEDGAR**® Information Provided by Global Securities Information, Inc.
800.669.1154
www.gsionline.com

## FORM 4

☐ Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See* Instruction 1(b).

**UNITED STATES SECURITIES AND EXCHANGE COMMISSION**
**Washington, D.C. 20549**

**STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP OF SECURITIES**

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934, Section 17(a) of the Public Utility Holding Company Act of 1935 or Section 30(h) of the Investment Company Act of 1940

| OMB APPROVAL |
|---|
| OMB Number: 3235–0287 |
| Expires:        January 31, 2005 |
| Estimated average burden hours per response...        0.5 |

(Print or Type Responses)

| 1. Name and Address of Reporting Person * COOK STEPHEN | 2. Issuer Name **and** Ticker or Trading Symbol XM SATELLITE RADIO HOLDINGS INC [XMSR] | 5. Relationship of Reporting Person(s) to Issuer (Check all applicable) |
|---|---|---|
| (Last)      (First)      (Middle) C/O XM SATELLITE RADIO, 1500 ECKINGTON PLACE, N.E. | 3. Date of Earliest Transaction (Month/Day/Year) 12/06/2005 | ____ Director                ____ 10% Owner _X__ Officer (give title below)      ____ Other (specify below) EVP/Sales, Marketing, Cust Ops |
| (Street) WASHINGTON, DC 20002 | 4. If Amendment, Date Original Filed (Month/Day/Year) | 6. Individual or Joint/Group Filing (Check Applicable Line) _X__ Form filed by One Reporting Person ____ Form filed by More than One Reporting Person |
| (City)      (State)      (Zip) | | |

**Table I – Non–Derivative Securities Acquired, Disposed of, or Beneficially Owned**

| 1.Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Class A Common Stock | 12/06/2005 | | M | | 53,514 | A | $9.52 | 112,281 | D | |
| Class A Common Stock | 12/06/2005 | | M | | 25,000 | A | $5.34 | 137,281 | D | |
| Class A Common Stock | 12/06/2005 | | S | | 20,000 | D | $28.55 | 117,281[1] | D | |
| Class A Common Stock | 12/06/2005 | | S | | 8,514 | D | $28.53 | 108,767[1] | D | |
| Class A Common Stock | 12/06/2005 | | S | | 10,000 | D | $28.52 | 98,767[1] | D | |
| Class A Common Stock | 12/06/2005 | | S | | 30,000 | D | $28.5154 | 68,767[1] | D | |
| Class A Common Stock | 12/06/2005 | | S | | 10,000 | D | $28.46 | 58,767[1] | D | |

**Table II – Derivative Securities Acquired, Disposed of, or Beneficially Owned**
*(e.g., puts, calls, warrants, options, convertible securities)*

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, if any (Month/Day/Year) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4, and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Underlying Securities (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of Derivative Securities Beneficially Owned Following Reported Transaction(s) (Instr. 4) | 10. Ownership Form of Derivative Security: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |
| Employee Stock Option (right to buy) | $9.52 | 12/06/2005 | | M | | | 53,514 | [2] | 02/22/2009 | Class A Common Stock | 53,514 | $ 0 | 0 | D | |

| Employee Stock Option (right to buy) | $5.34 | 12/06/2005 | | M | | | 25,000 | (3) | 03/20/2013 | Class A Common Stock | 25,000 | $ 0 | 175,000 | D | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

## Reporting Owners

| Reporting Owner Name / Address | Relationships | | | |
|---|---|---|---|---|
| | Director | 10% Owner | Officer | Other |
| COOK STEPHEN<br>C/O XM SATELLITE RADIO<br>1500 ECKINGTON PLACE, N.E.<br>WASHINGTON, DC 20002 | | | EVP/Sales, Marketing, Cust Ops | |

## Explanation of Responses:

(1)    Excludes 480,000 shares underlying vested and unvested stock options held by the Reporting Person.

(2)    The option vested in three equal installments on February 22, 2000, 2001 and 2002.

(3)    This option, which is for a total of 200,000 shares, vests in three equal installments. One–third vested on each of March 20, 2004 and 2005. One–third will vest on March 20, 2006. Only vested shares were acquired upon exercise.

## Signatures

Joseph M. Titlebaum, attorney–in–fact                    12/07/2005

\*\* Signature of Reporting Person                            Date

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.

*    If the form is filed by more than one reporting person, *see* Instruction 4(b)(v).

**    Intentional misstatements or omissions of facts constitute Federal Criminal Violations. *See* 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, *see* Instruction 6 for procedure.

Potential persons who are to respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB number.

**4** (XMSR)

**PRIMARY DOCUMENT**
**Filed on 03/16/2006 – Period: 03/14/2006**
File Number 000–27441

**GSI**

# FORM 4

☐ Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See* Instruction 1(b).

**UNITED STATES SECURITIES AND EXCHANGE COMMISSION**
Washington, D.C. 20549

**STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP OF SECURITIES**

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934, Section 17(a) of the Public Utility Holding Company Act of 1935 or Section 30(h) of the Investment Company Act of 1940

| OMB APPROVAL |
| --- |
| OMB Number: 3235-0287 |
| Expires: January 31, 2005 |
| Estimated average burden hours per response... 0.5 |

(Print or Type Responses)

| 1. Name and Address of Reporting Person<br>COOK STEPHEN | 2. Issuer Name **and** Ticker or Trading Symbol<br>XM SATELLITE RADIO HOLDINGS INC [XMSR] | 5. Relationship of Reporting Person(s) to Issuer<br><br>(Check all applicable) |
| --- | --- | --- |
| (Last)   (First)   (Middle)<br><br>C/O XM SATELLITE RADIO, 1500 ECKINGTON PLACE, N.E. | 3. Date of Earliest Transaction (Month/Day/Year)<br>03/14/2006 | ___ Director   ___ 10% Owner<br>_X_ Officer (give title below)   ___ Other (specify below)<br>EVP/Sales, Marketing, Cust Ops |
| (Street)<br><br>WASHINGTON, DC 20002 | 4. If Amendment, Date Original Filed (Month/Day/Year) | 6. Individual or Joint/Group Filing (Check Applicable Line)<br>_X_ Form filed by One Reporting Person<br>___ Form filed by More than One Reporting Person |
| (City)   (State)   (Zip) | | |

## Table I – Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned

| 1.Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Class A Common Stock | 03/14/2006 | | A | | 75,000(1) | A | $ 0 | 133,767(2) | D | |

## Table II – Derivative Securities Acquired, Disposed of, or Beneficially Owned
(*e.g.*, puts, calls, warrants, options, convertible securities)

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, if any (Month/Day/Year) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4, and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Underlying Securities (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of Derivative Securities Beneficially Owned Following Reported Transaction(s) (Instr. 4) | 10. Ownership Form of Derivative Security: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |

## Reporting Owners

| Reporting Owner Name / Address | Relationships | | | |
| --- | --- | --- | --- | --- |
| | Director | 10% Owner | Officer | Other |
| COOK STEPHEN<br>C/O XM SATELLITE RADIO<br>1500 ECKINGTON PLACE, N.E.<br>WASHINGTON, DC 20002 | | | EVP/Sales, Marketing, Cust Ops | |

## Explanation of Responses:

(1) The restricted stock vests in three equal annual installments beginning on March 14, 2007. The Reporting Person has also agreed that other than to fund tax payments, vested shares may not be sold until the first to occur of: (i) the average closing price of the Class A common stock over a seven trading day period equaling or exceeding $30, or (ii) seven years having elapsed since the date of grant.

(2) Excludes 480,000 shares underlying vested and unvested stock options held by the Reporting Person.

## Signatures

| Joseph M. Titlebaum, attorney-in-fact | 03/16/2006 |
| --- | --- |
| ** Signature of Reporting Person | Date |

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.

\*    If the form is filed by more than one reporting person, *see* Instruction 4(b)(v).

\*\*   Intentional misstatements or omissions of facts constitute Federal Criminal Violations. *See* 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, *see* Instruction 6 for procedure.

Potential persons who are to respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB number.