# TAB
# A5

**George Haywood**

**Calculation Detail: Percentage of Pre-Sale Exercisable Holdings**
**(NOT Including Unvested Stock Options and Unvested Restricted Stock)**
**Sold on 11/8/05 - 11/10/05**

| Action | Description of Securities | | Amount of Securities |
|---|---|---|---|
| Start | Pre-sale vested shares underlying 10% senior secured discount convertible notes as of 11/8/05 | | 2,855,010 |
| Add | Pre-sale shares indirectly owned (by spouse and children) | + | 39,000 |
| Sub Total | | | 2,894,010 |
| Add | Pre-sale vested options as of 11/8/05 | + | 20,000 |
| Sub Total | | | 2,914,010 |
| Add | Pre-sale shares of XMSR common stock as of 11/8/05 | + | 805,000 |
| Sub Total | | | 3,719,010 |
| Add | Shares sold on 11/8/05 - 11/10/05 | + | 2,071,000 |
| **Total** | **Pre-sale exercisable holdings (not including unvested stock options and unvested restricted stock) as of 11/8/05** | | **5,790,010** |
| | | | |
| Start | Shares sold on 11/8/05 - 11/10/05 | | 2,071,000 |
| Divide | Pre-sale exercisable holdings (not including unvested stock options and unvested restricted stock) as of 11/8/05 | / | 5,790,010 |
| **Total** | **Percentage of pre-sale exercisable holdings (not including unvested stock options and unvested restricted stock) sold on 12/6/05** | | **35.8%** |

## George Haywood

**Calculation Detail: Percentage of Total Pre-Sale Holdings
(Including Unvested Stock Options and Unvested Restricted Stock)
Sold on 11/8/05 - 11/10/05**

| Action | Description of Securities | Amount of Securities |
|---|---|---|
| | All securities exercisable as of 11/8/05 | |


10k WIZARD
SEC POWER SEARCH

# FORM DEF 14A

## XM SATELLITE RADIO HOLDINGS INC – XMSR

**Filed: April 25, 2006 (period: May 26, 2006)**

Official notification to shareholders of matters to be brought to a vote (Proxy)

Management Business Trust each have sole voting and dispositive power with respect to the entire number of these shares. Lincoln Management Holdings is the ultimate parent of Delaware Management Business Trust. The address of Delaware Management Holdings and Delaware Management Business Trust is 2005 Market Street, Philadelphia, PA 19103.

**Security Ownership of Directors and Executive Officers**

The following table presents, as of March 31, 2006, information regarding the beneficial ownership of Class A common stock by each of our directors and executive officers named in the summary compensation table that appears below under the caption entitled "Executive Compensation and Other Information" and all of our directors and executive officers as a group:

| Name | Number of Class A Shares Beneficially Owned | Percentage of Total Class A Shares |
|---|---|---|
| Directors and Named Executive Officers | | |
| Gary M. Parsons | 1,890,668(1) | * |
| Hugh Panero | 1,442,962(2) | * |
| Nathaniel Davis | 90,257 | * |
| Thomas R. Donohue | 76,757 | * |
| Eddy W. Hartenstein | 10,000 | * |
| George W. Haywood | 3,792,429(3) | 1.5% |
| Chester A. Huber, Jr. | — | * |
| John W. Mendel | — | * |
| Jarl Mohn | 20,500 | * |
| Jack Shaw | 46,757 | * |
| Joseph J. Euteneuer | 664,025(4) | * |
| Stephen Cook | 580,434(4) | * |
| Stelios Patsiokas | 610,378(4) | * |
| All directors and executive officers as a group (16 persons) | 9,936,786(5) | 3.8% |

\*    Less than 1%.
(1)    Does not include 583,333 shares issuable upon exercise of options that are not exercisable within 60 days. A trust for the benefit of Mr. Parsons' children, of which Mr. Parsons' spouse is the trustee, owns 16,179 shares. Mr. Parsons disclaims beneficial ownership of these interests.
(2)    Does not include 566,667 shares issuable upon exercise of options that are not exercisable within 60 days.
(3)    Includes 2,928,429 shares issuable upon conversion of 10% senior secured discount convertible notes due 2009. Includes 30,000 shares held by Mr. Haywood's spouse and 9,000 shares held by Mr. Haywood's children, of which Mr. Haywood disclaims beneficial ownership.
(4)    Does not include 33,333 shares issuable upon exercise of options that are not exercisable within 60 days with respect to Mr. Euteneuer. Does not include 33,333 shares issuable upon exercise of options that are not exercisable within 60 days with respect to Mr. Cook. Does not include 33,333 shares issuable upon exercise of options that are not exercisable within 60 days with respect to Mr. Patsiokas.
(5)    Does not include 2,445,300 shares issuable upon exercise of options that are not exercisable within 60 days.

**Shareholders and Noteholders Agreement**

We have entered into a shareholders and noteholders agreement with American Honda, General Motors, George Haywood and the investors that participated in our January 2003 financing transactions. The parties to the shareholders and noteholders agreement also have the right to participate in any of our future private financings to the extent necessary to maintain their pro rata fully diluted ownership percentage. The shareholders and noteholders agreement will terminate upon unanimous consent of the parties.

10

Source: XM SATELLITE RADIO H, DEF 14A, April 25, 2006

**4** (XMSR)

**PRIMARY DOCUMENT**
**Filed on 05/28/2004 – Period: 05/27/2004**
File Number 000–27441



GSI

LIVEDGAR® Information Provided by Global Securities Information, Inc.
800.669.1154
www.gsionline.com

# FORM 4

☐ Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See* Instruction 1(b).

**UNITED STATES SECURITIES AND EXCHANGE COMMISSION**
Washington, D.C. 20549

**STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP OF SECURITIES**

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934, Section 17(a) of the Public Utility Holding Company Act of 1935 or Section 30(h) of the Investment Company Act of 1940

OMB APPROVAL

OMB Number: 3235–0287
Expires: January 31, 2005
Estimated average burden hours per response... 0.5

(Print or Type Responses)

| 1. Name and Address of Reporting Person - HAYWOOD GEORGE WEAVER | 2. Issuer Name **and** Ticker or Trading Symbol XM SATELLITE RADIO HOLDINGS INC [XMSR] | 5. Relationship of Reporting Person(s) to Issuer (Check all applicable) |
|---|---|---|
| (Last)      (First)      (Middle) C/O XM SATELLITE RADIO, 1500 ECKINGTON PLACE, N.E. | 3. Date of Earliest Transaction (Month/Day/Year) 05/27/2004 | _X_ Director     ___ 10% Owner  ___ Officer (give title below)  ___ Other (specify below) |
| (Street) WASHINGTON, DC 20002 | 4. If Amendment, Date Original Filed (Month/Day/Year) | 6. Individual or Joint/Group Filing (Check Applicable Line) _X_ Form filed by One Reporting Person  ___ Form filed by More than One Reporting Person |
| (City)   (State)   (Zip) | | |

**Table I – Non–Derivative Securities Acquired, Disposed of, or Beneficially Owned**

| 1.Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) or (D) | Price | | | |

**Table II – Derivative Securities Acquired, Disposed of, or Beneficially Owned**
*(e.g., puts, calls, warrants, options, convertible securities)*

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, if any (Month/Day/Year) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4, and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Underlying Securities (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of Derivative Securities Beneficially Owned Following Reported Transaction(s) (Instr. 4) | 10. Ownership Form of Derivative Security: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |
| Stock Option (right to buy) | $24.67 | 05/27/2004 | | A | | 10,000 | | 05/27/2004 | 05/27/2014 | Common Stock | 10,000 | $ 0 | 10,000 | D | |

## Reporting Owners

| Reporting Owner Name / Address | Relationships | | | |
|---|---|---|---|---|
| | Director | 10% Owner | Officer | Other |
| HAYWOOD GEORGE WEAVER C/O XM SATELLITE RADIO 1500 ECKINGTON PLACE, N.E. WASHINGTON, DC 20002 | X | | | |

## Explanation of Responses:

## Signatures

Joseph M. Titlebaum, Attorney–in–fact    05/28/2004

** Signature of Reporting Person                    Date

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.
* If the form is filed by more than one reporting person, *see* Instruction 4(b)(v).
** Intentional misstatements or omissions of facts constitute Federal Criminal Violations. *See* 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, *see* Instruction 6 for procedure.

Potential persons who are to respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB number.

**4** (XMSR)

**PRIMARY DOCUMENT**
**Filed on 04/22/2005 – Period: 04/20/2005**
File Number 000–27441



# FORM 4

**UNITED STATES SECURITIES AND EXCHANGE COMMISSION**
**Washington, D.C. 20549**

☐ Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See* Instruction 1(b).

**STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP OF SECURITIES**

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934, Section 17(a) of the Public Utility Holding Company Act of 1935 or Section 30(h) of the Investment Company Act of 1940

OMB APPROVAL

OMB Number: 3235–0287
Expires: January 31, 2005
Estimated average burden hours per response... 0.5

(Print or Type Responses)

| 1. Name and Address of Reporting Person – HAYWOOD GEORGE WEAVER | 2. Issuer Name **and** Ticker or Trading Symbol XM SATELLITE RADIO HOLDINGS INC [XMSR] | 5. Relationship of Reporting Person(s) to Issuer (Check all applicable) |
|---|---|---|
| (Last) (First) (Middle) C/O XM SATELLITE RADIO, 1500 ECKINGTON PLACE, N.E. | 3. Date of Earliest Transaction (Month/Day/Year) 04/20/2005 | _X_ Director ____ 10% Owner ____ Officer (give title below) ____ Other (specify below) |
| (Street) WASHINGTON, DC 20002 | 4. If Amendment, Date Original Filed (Month/Day/Year) | 6. Individual or Joint/Group Filing (Check Applicable Line) _X_ Form filed by One Reporting Person ____ Form filed by More than One Reporting Person |
| (City) (State) (Zip) | | |

**Table I – Non–Derivative Securities Acquired, Disposed of, or Beneficially Owned**

| 1.Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) or (D) | Price | | | |

**Table II – Derivative Securities Acquired, Disposed of, or Beneficially Owned**
**(*e.g.*, puts, calls, warrants, options, convertible securities)**

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, if any (Month/Day/Year) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4, and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Underlying Securities (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of Derivative Securities Beneficially Owned Following Reported Transaction(s) (Instr. 4) | 10. Ownership Form of Derivative Security: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |
| Stock Option (right to buy) | $26.82 | 04/20/2005 | | A | | 10,000 | | 04/20/2005 | 04/20/2015 | Class A Common Stock | 10,000 | $ 0 | 10,000 | D | |

## Reporting Owners

| Reporting Owner Name / Address | Relationships | | | |
|---|---|---|---|---|
| | Director | 10% Owner | Officer | Other |
| HAYWOOD GEORGE WEAVER C/O XM SATELLITE RADIO 1500 ECKINGTON PLACE, N.E. WASHINGTON, DC 20002 | X | | | |

## Explanation of Responses:

## Signatures

| Joseph M. Titlebaum, Attorney–in–fact | 04/22/2005 |
|---|---|
| \*\*Signature of Reporting Person | Date |

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.
\*    If the form is filed by more than one reporting person, *see* Instruction 4(b)(v).
\*\*   Intentional misstatements or omissions of facts constitute Federal Criminal Violations. *See* 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).
Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, *see* Instruction 6 for procedure.

Potential persons who are to respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB number.

**4** (XMSR)

**PRIMARY DOCUMENT**
**Filed on 11/10/2005 – Period: 11/08/2005**
File Number 000–27441



# FORM 4

☐ Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See* Instruction 1(b).

**UNITED STATES SECURITIES AND EXCHANGE COMMISSION**
**Washington, D.C. 20549**

**STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP OF SECURITIES**

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934, Section 17(a) of the Public Utility Holding Company Act of 1935 or Section 30(h) of the Investment Company Act of 1940

| OMB APPROVAL |
|---|
| OMB Number: 3235−0287 |
| Expires:          January 31, 2005 |
| Estimated average burden hours per response...     0.5 |

(Print or Type Responses)

| 1. Name and Address of Reporting Person − HAYWOOD GEORGE WEAVER | 2. Issuer Name **and** Ticker or Trading Symbol XM SATELLITE RADIO HOLDINGS INC [XMSR] | 5. Relationship of Reporting Person(s) to Issuer (Check all applicable) |
|---|---|---|
| (Last)        (First)        (Middle) C/O XM SATELLITE RADIO, 1500 ECKINGTON PLACE, N.E. | 3. Date of Earliest Transaction (Month/Day/Year) 11/08/2005 | _X_ Director          ____ 10% Owner ____ Officer (give title          ____ Other (specify below) below) |
| (Street) WASHINGTON, DC 20002 | 4. If Amendment, Date Original Filed (Month/Day/Year) | 6. Individual or Joint/Group Filing (Check Applicable Line) _X_ Form filed by One Reporting Person ____ Form filed by More than One Reporting Person |
| (City)      (State)      (Zip) | | |

**Table I – Non−Derivative Securities Acquired, Disposed of, or Beneficially Owned**

| 1.Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Class A Common Stock | 11/08/2005 | | S | | 425,226 | D | (2) | 2,450,774[1] | D | |
| Class A Common Stock | 11/09/2005 | | S | | 391,774 | D | (3)(4) | 2,059,000[1] | D | |
| Class A Common Stock | 11/10/2005 | | S | | 1,254,000 | D | (5) | 805,000[1] | D | |
| Class A Common Stock | | | | | | | | 30,000 | I | By spouse[6] |
| Class A Common Stock | | | | | | | | 9,000 | I | By children[6] |

**Table II – Derivative Securities Acquired, Disposed of, or Beneficially Owned**
**(e.g., puts, calls, warrants, options, convertible securities)**

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, if any (Month/Day/Year) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4, and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Underlying Securities (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of Derivative Securities Beneficially Owned Following Reported Transaction(s) (Instr. 4) | 10. Ownership Form of Derivative Security: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |

**Reporting Owners**

| Reporting Owner Name / Address | Relationships | | | |
|---|---|---|---|---|
| | Director | 10% Owner | Officer | Other |
| HAYWOOD GEORGE WEAVER C/O XM SATELLITE RADIO 1500 ECKINGTON PLACE, N.E. WASHINGTON, DC 20002 | X | | | |

**Explanation of Responses:**

(1) Does not include 2,855,010 shares underlying 10% senior secured discount convertible notes due 2009 of the issuer and 20,000 shares underlying options owned by the reporting person.

(2) 1,948 shares were sold at $28.65; 13,942 at $28.66; 19,794 at $28.67; 6,263 at $28.68; 300 at $28.69; 5,000 at $28.70; 4,954 at $28.71; 13,861 at $28.72; 700 at $28.73; 12,437 at $28.74; 12,653 at $28.75; 6,567 at $28.76; 8,500 at $28.77; 6,328 at $28.78; 2,796 at $28.79; 900 at $28.80; 54,513 at $28.90; 8,806 at $28.91; 12,703 at $28.92; 14,461 at $28.93; 6,700 at $28.94; 100 at $28.95; 3,300 at $28.97; 5,700 at $28.98; 7,569 at $28.99; 20,111 at $29.00; 16,536 at $29.01; 3,400 at $29.02; 5,520 at $29.03; 8,380 at $29.04; 20,824 at $29.05; 1,806 at $29.06; 11,700 at $29.07; 600 at $29.08; 700 at $29.09; 7,000 at $29.10; 27,903 at $29.15; 300 at $29.16; 900 at $29.17; 800 at $29.18; 5,754 at $29.19; 18,827 at $29.50; 22,459 at $29.51; 5,171 at $29.52; 1,545 at $29.53; 200 at $29.54; 9,540 at $29.55; 355 at $29.56; 100 at $29.57; 1,300 at $29.60; and 2,700 at $29.61.

(3) 59,267 shares sold at $28.10; 2,198 at $28.11; 19,814 at $28.12; 16,050 at $28.20; 13,052 at $28.22; 4,448 at $28.23; 1,602 at $28.24; 2,798 at $28.25; 4,700 at $28.26; 5,780 at $28.27; 1,842 at $28.28; 27,221 at $28.30; 9,050 at $28.31; 8,218 at $28.32; 11,700 at $28.33; 16,968 at $28.34; 10,617 at $28.35; 9,226 at $28.36; 350 at $28.37; 1,918 at $28.38; 14,590 at $28.39; 17,115 at $28.40; 8,250 at $28.41; 5,100 at $28.42; 7,700 at $28.43; 5,750 at $28.44; 4,616 at $28.45; 7,800 at $28.46; 2,500 at $28.47; 1,300 at $28.48; 968 at $28.49; 3,432 at $28.50; 3,202 at $28.51; 2,500 at $28.52; 1,500 at $28.54; 1,100 at $28.55; 198 at $28.56; 700 at $28.57; 300 at $28.58; 3,500 at $28.62; 800 at $28.63; 3,350 at $28.65; 1,700 at $28.69; 6,161 at $28.70; 1,300 at $28.71; 4,000 at $28.72; 950 at $28.73; 100 at $28.74; 6,439 at $28.75; 500 at $28.76; 1,700 at $28.80; 6,100 at $28.81; 800 at $28.82; 2,900 at $28.83; 1,500 at $28.84; 400 at $28.85; 500 at $28.86; 200 at $28.87;

(4) footnote (3) continued: 699 at $28.88; 3,601 at $28.89; 8,000 at $28.90; 1,300 at $28.91; 2,444 at $28.92; 13,000 at $29.00; 2,030 at $29.01; 1,800 at $29.03; and 200 at $29.04.

(5) 5,000 shares were sold at $27.85; 836 at $27.87; 11,320 at $27.88; 432 at $27.89; 8,675 at $27.90; 2,700 at $27.91; 1,000 at $27.92; 1,200 at $27.93; 3,544 at $27.94; 1,500 at $27.95; 2,600 at $27.96; 21,924 at $28.00; 227 at $28.01; 1,443 at $28.03; 200 at $28.04; 7,352 at $28.05; 289 at $28.06; 9,881 at $28.07; 700 at $28.08; 600 at $28.09; 25,439 at $28.10; 7,068 at $28.11; 42,435 at $28.12; 306,649 at $28.13; 19,512 at $28.14; 63,448 at $28.15; 250,100 at $28.16; 8,450 at $28.17; 8,853 at $28.18; 7,937 at $28.19; 25,923 at $28.20; 6,763 at $28.25; 32,624 at $28.29; 26,059 at $28.34; 13,737 at $28.36; 15,510 at $28.37; 22,526 at $28.38; 14,727 at $28.39; 39,795 at $28.40; 14,700 at $28.41; 10,558 at $28.42; 9,883 at $28.43; 8,810 at $28.44; 41,558 at $28.45; 4,486 at $28.46; 42,360 at $28.47; 25,707 at $28.48; 8,538 at $28.49; 36,311 at $28.50; 2,726 at $28.51; 2,468 at $28.52; 683 at $28.53; 1,234 at $28.54; and 25,000 at $28.55.

(6) The reporting person disclaims beneficial ownership of these securities, and this report shall not be deemed an admission that the reporting person is the beneficial owner of the securities for purposes of Section 16 or for any other purpose.

## Signatures

Joseph M. Titlebaum, attorney-in-fact                                         11/10/2005

  **Signature of Reporting Person                                                    Date

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.

*    If the form is filed by more than one reporting person, *see* Instruction 4(b)(v).

**   Intentional misstatements or omissions of facts constitute Federal Criminal Violations. *See* 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, *see* Instruction 6 for procedure.

Potential persons who are to respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB number.

**3** (XMSR)

**PRIMARY DOCUMENT**
**Filed on 05/28/2004 – Period: 05/27/2004**
File Number 000–27441



LIVEDGAR® Information Provided by Global Securities Information, Inc.
800.669.1154
www.gsionline.com

# FORM 3

### UNITED STATES SECURITIES AND EXCHANGE COMMISSION
#### Washington, D.C. 20549

### INITIAL STATEMENT OF BENEFICIAL OWNERSHIP OF SECURITIES

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934, Section 17(a) of the Public Utility Holding Company Act of 1935 or Section 30(h) of the Investment Company Act of 1940

| OMB APPROVAL | |
|---|---|
| OMB Number: | 3235–0104 |
| Expires: | January 31, 2005 |
| Estimated average burden hours per response... | 0.5 |

(Print or Type Responses)

| 1. Name and Address of Reporting Person - HAYWOOD GEORGE WEAVER | 2. Date of Event Requiring Statement (Month/Day/Year) 05/27/2004 | 3. Issuer Name and Ticker or Trading Symbol XM SATELLITE RADIO HOLDINGS INC [XMSR] | |
|---|---|---|---|
| (Last)     (First)     (Middle) C/O XM SATELLITE RADIO, 1500 ECKINGTON PLACE, N.E. (Street) WASHINGTON, DC 20002 (City)     (State)     (Zip) | | 4. Relationship of Reporting Person(s) to Issuer (Check all applicable) __X__ Director ____ Officer (give title below) ____ 10% Owner ____ Other (specify below) | 5. If Amendment, Date Original Filed (Month/Day/Year) 6. Individual or Joint/Group Filing (Check Applicable Line) _X_ Form filed by One Reporting Person ___ Form filed by More than One Reporting Person |

### Table I – Non–Derivative Securities Beneficially Owned

| 1.Title of Security (Instr. 4) | 2. Amount of Securities Beneficially Owned (Instr. 4) | 3. Ownership Form: Direct (D) or Indirect (I) (Instr. 5) | 4. Nature of Indirect Beneficial Ownership (Instr. 5) |
|---|---|---|---|
| Common Stock | 2,876,000 | D | |
| Common Stock | 30,000[(1)] | I | By spouse |
| Common Stock | 9,000[(1)] | I | By children |

### Table II – Derivative Securities Beneficially Owned (*e.g.*, puts, calls, warrants, options, convertible securities)

| 1. Title of Derivative Security (Instr. 4) | 2. Date Exercisable and Expiration Date (Month/Day/Year) | | 3. Title and Amount of Securities Underlying Derivative Security (Instr. 4) | | 4. Conversion or Exercise Price of Derivative Security | 5. Ownership Form of Derivative Security: Direct (D) or Indirect (I) (Instr. 5) | 6. Nature of Indirect Beneficial Ownership (Instr. 5) |
|---|---|---|---|---|---|---|---|
| | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | |
| 10% Senior Secured Discount Convertible Notes due 2009 | [(2)] | 12/31/2009 | Common Stock | 2,500,315 | $3.18 | D | |

## Reporting Owners

| Reporting Owner Name / Address | Relationships | | | |
|---|---|---|---|---|
| | Director | 10% Owner | Officer | Other |
| HAYWOOD GEORGE WEAVER C/O XM SATELLITE RADIO 1500 ECKINGTON PLACE, N.E. WASHINGTON, DC 20002 | X | | | |

## Explanation of Responses:

(1) The reporting person disclaims beneficial ownership of these securities, and this report shall not be deemed an admission that the reporting person is the beneficial owner of the securities for purposes of Section 16 or for any other purpose.

(2) Immediately.

## Signatures

Joseph M. Titlebaum, Attorney–in–fact                                    05/27/2004

**Signature of Reporting Person                                    Date

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.

\*     If the form is filed by more than one reporting person, *see* Instruction 5(b)(v).

\*\*     Intentional misstatements or omissions of facts constitute Federal Criminal Violations. *See* 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, *See* Instruction 6 for procedure.
Potential persons who are to respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB number.