# EXHIBIT B

Case 1:06-cv-00802-ESH    Document 46-9    Filed 11/14/2006    Page 1 of 5

# Timeline of Relevant XM Public Statements
## During Putative Class Period and Identified in Plaintiffs' Complaint

| Date | Source | Public Statements |
|---|---|---|
| July 28, 2005 | 2Q05 XMSR Earnings Conference Call | "Although we are quite pleased with the progress of our revenue growth, the more important long-term question is what did it cost to generate this increase of 136%. On this front, the news is also good." [Hugh Panero]<br><br>"XM's targeted and efficient marketing efforts have enabled us to continue demonstrating cost-effective subscriber growth and improvements both in the direct costs to gain a subscriber, or SAC, and the fully-loaded total cost, including discretionary advertising and marketing costs, to gain a subscriber, or CPGA." [Joe Euteneuer]<br><br>"We expect CPGA to remain stable during the second half of the year." [Joe Euteneuer]<br><br>"[W]e do think CPGA will be stable[.] ... The only other point I really am kind of compelled to make on the whole SAC and CPGA issue as well too is, when we show 'year-over-year' results comparing ourselves to last year, it is actually pretty important to remember last year was some pretty damn good numbers." [Unidentified XM Representative] |
| Aug. 5, 2005 | 2Q05 XMSR Form 10-Q | "[XM continued] to grow [its] gross margin ... during the three months and six months ended June 30, 2005, while reducing our costs to acquire each new subscriber."<br><br>"We are focused on increasing subscribers and scaling our business while managing growth and containing costs."<br><br>"We expect SAC to decline in 2005 as compared to 2004."<br><br>"We expect CPGA to decline in 2005 as compared to 2004."<br><br>"We are pursuing a business plan designed to increase subscribers and revenues while reducing or maintaining subscriber acquisition costs." |

1

| Date | Source | Public Statements |
|---|---|---|
| Oct. 27, 2005 | 3Q05 XMSR Press Release | "XM products are well stocked for the holiday season and XM expects to accelerate its subscriber and revenue growth through the fourth quarter." |
| Oct. 27, 2005 | 3Q05 XMSR Earnings Conference Call | "The secret to XM's smart subscriber growth rather than growth an any cost is the ability to control marketing and product expenses while rapidly growing subscribers. This quarter, XM kept its fully loaded per unit costs of capturing a new subscriber, or CPGA, constant at $89 – the same CPGA we reported in the third quarter last year. **These results provide us the flexibility to aggressively advertise and market our service in the fourth quarter. And in fact, that is what we are doing – implementing a comprehensive media campaign comprised of advertisements, rebates, and other promotional techniques to fully exploit the holiday selling season again this year.**" [Hugh Panero]<br><br>"XM's targeted and efficient sales and marketing efforts have enabled us to continue to demonstrate cost-effective subscriber growth, both in the direct cost to gain a subscriber, or SAC, and the fully-loaded total cost, including discretionary advertising and marketing costs, to gain a subscriber, or CPGA…. **Similar to past trends, we expect fourth quarter SAC and CPGA to increase due to greater media and promotional activities during the upcoming holiday season.**" [Joe Euteneuer]<br><br>"So, we can maintain our SAC at very reasonable levels and still hit some of these attractive consumer price points. So – and Christmas – the gift-giving season is the perfect time to do that. So, that is really what you are seeing." [Steve Cook] |
| Nov. 1, 2005 | XMSR Press Release | "XM continues to expand its leadership position while adding subscribers at about one-third the cost of our competitor." |

2

| Date | Source | Public Statements |
|---|---|---|
| Nov. 7, 2005 | 3Q05 XMSR Form 10-Q | "[XM continued] to grow [its] subscription margin … during the three months and nine months ended September 30, 2005, while reducing our costs to acquire each new subscriber."<br><br>**"The timing of promotions and new contracts may cause SAC to fluctuate from period to period."**<br><br>**"The timing of our media campaigns and discretionary advertising spending may cause CPGA to fluctuate from period to period. … The timing of promotions and new contracts may cause CPGA to fluctuate from period to period."**<br><br>"We are pursuing a business plan designed to increase subscribers and revenues while reducing or maintaining subscriber acquisition costs." |
| Feb. 16, 2006 | 4Q05 & FY2005 XMSR Press Release | "For the fourth quarter, subscriber acquisition cost (SAC), a component or cost per gross addition (CPGA) was $89 compared to $64 in the same period last year. CPGA in the fourth quarter was $141 compared to $104 in the same period last year. These increases were primarily due to higher marketing expenses to meet a one-time competitive event in the fourth quarter. For full year 2005, SAC was $64, a slight increase from $62 in 2004, and CPGA was $109, compared to $100 in 2004. In the first quarter of 2006, XM expects a more normalized market environment and projects that SAC and CPGA will decrease in 2006." |

3

| Date | Source | Public Statements |
|---|---|---|
| Feb. 16, 2006 | XMSR Form 8-K | "I have been troubled about the current direction of the company and do not believe that it is in the best interest of the company's shareholders. For some time I have made my analyses and observations known in an increasingly vociferous manner to the Board and a number of senior managers of the Company. I am not having any useful effect and I care too much and believe in my own views too much to just 'go along.' Given current course and speed there is, in my view, a significant change of a crisis on the horizon. Even absent a crisis, I believe that XM will inevitably serve its shareholders poorly without major changes." (quoting former Director Pierce J. Roberts' resignation letter)<br><br>"Although the letter does not explicitly state the nature of the disagreement, the Company believes the disagreement with Director Roberts primarily involves the strategic balance of growth versus cash flow. Director Roberts has historically favored more stringent cost control in the Company, specifically involving lower marketing, programming and promotional expenditures." |

4