# EXHIBIT  J



# FINAL TRANSCRIPT

## Thomson StreetEvents™

### XMSR - Q2 2005 XM Satellite Radio Earnings Conference Call

Event Date/Time: Jul. 28. 2005 / 10:00AM ET
Event Duration: 1 hr 2 min

#### OVERVIEW

Co. reported 2Q05 total revenues Of $125m, up 136% vs. a year ago. 2Q05 EBITDA loss was $90m. Revised EBITDA loss guidance for 2005 is now $395m, but subscriber guidance has been raised from 5.5m to 6m by end of year. Q&A focus: Roady II promotion, new subscriber adds, new spectrum.

| THOMSON | streetevents@thomson.com | 617.603.7900 | www.streetevents.com |

© 2005 Thomson Financial. Republished with permission. No part of this publication may be reproduced or transmitted in any form or by any means without the prior written consent of Thomson Financial.

FINAL TRANSCRIPT

Jul. 28. 2005 / 10:00AM, XMSR - Q2 2005 XM Satellite Radio Earnings Conference Call

## CORPORATE PARTICIPANTS

**Joe Titlebaum**
*XM Satellite Radio Holdings, Inc. - General Counsel*

**Hugh Panero**
*XM Satellite Radio Holdings, Inc. - CEO, President*

**Joe Euteneuer**
*XM Satellite Radio Holdings, Inc. - CFO, Principal Accounting Officer*

**Gary Parsons**
*XM Satellite Radio Holdings, Inc. - Chairman*

**Steve Cook**
*XM Satellite Radio Holdings, Inc. - EVP-Sales & Marketing*

## CONFERENCE CALL PARTICIPANTS

**April Horace**
*Hoefer Arnett - Analyst*

**Johnathan Jacoby**
*Banc of America Securities - Analyst*

**Lucas Binder**
*UBS Financial - Analyst*

**Sean Butson**
*Legg Mason Capital Markets - Analyst*

**Mark Wienkes**
*Goldman Sachs - Analyst*

**Steve Mather**
*Sanders Morris Harris - Analyst*

**Barton Crocket**
*JP Morgan - Analyst*

## PRESENTATION

**Operator**

Good morning. My name is Natasha (ph) and I will be your conference facilitator. At this time, I would like to welcome everyone to the XM Radio second-quarter 2005 results conference call. All lines have been placed on mute to prevent any background noise. After the speakers' remarks, there will be a question-and-answer period. (OPERATOR INSTRUCTIONS) Mr. Titlebaum, you may begin your conference.

--------------------------------------------------------------------------------

**Joe Titlebaum** - *XM Satellite Radio Holdings, Inc. - General Counsel*

Hello, everyone. This is Joe Titlebaum, General Counsel of XM Satellite Radio. Before we begin our prepared remarks, I would like to remind everyone that certain information on this call may contain forward-looking statements. Due to a number of factors, our actual results may differ materially from those projected in such forward-looking statements.

Those factors include future demand for the Company's service; the Company's dependence on technology and third party vendors; and the potential need for additional financing; as well as other risks described in XM Satellite Radio Holdings Inc.

THOMSON     streetevents@thomson.com     617.603.7900     www.streetevents.com     1

© 2005 Thomson Financial. Republished with permission. No part of this publication may be reproduced or transmitted in any form or by any means without the prior written consent of Thomson Financial.

Jul. 28. 2005 / 10:00AM, XMSR - Q2 2005 XM Satellite Radio Earnings Conference Call

Forms 10-K and 8-K filed with the Securities and Exchange Commission on March 4, 2005 and June 9, 2005, respectively. Copies of these filings are available upon request from XM Radio's Investor Relations department.

I will now turn the call over to Hugh Panero, President and CEO of XM Satellite Radio.

---

**Hugh Panero** - *XM Satellite Radio Holdings, Inc. - CEO, President*

Good morning, everyone, and thank you for joining us. On the call with me are Gary Parsons, Chairman, Joe Euteneuer, Chief Financial Officer, Steve Cook, Executive Vice President of Sales and Marketing, and Joe Titlebaum, whom you just heard from.

We have a lot to talk to you about today. We have been very busy this quarter, so we're going to spend a little bit more time than usual on the first and the second part of the call.

This morning, we will review XM's results for the second quarter 2005, one of the most successful quarters in XM Satellite Radio's history. Obviously, the growth in subscribers and revenue were strong this quarter, but we will also look at the underlying economics of the business and our strategic initiatives to see what really makes this quarter stand out.

We will focus on our expansion into the online wireless and international markets. We will discuss our commitment to delivering high-impact, cost-effective programming, with original content, live events, and first in satellite radio sports. Finally, Joe Euteneuer will outline XM's financial performance, demonstrating how our solid accelerating growth is being achieved through control of costs, particularly our acquisition costs.

Now let's look at the most significant quarterly growth indicator, net subscriber additions. XM's subscriber growth continues to climb rapidly, surpassing the 4 million subscriber mark in May. In 23 months, XM reached 1 million subscribers. Eight months later we reached our second million. Six months later, 3 million, and then in less than five months, XM exceeded 4 million subscribers. Based on our performance in the first half of the year and continued strong demand for our service, we are increasing year-end subscriber guidance from 5.5 million subscribers to 6 million year-end subscribers.

Clearly, XM is one of the fastest-growing entertainment businesses ever. As a mass-market medium, XM has reached 4 million subscribers in the less time than cable TV or online subscription services, two of the nation's most successful subscriber-based businesses. Consumers have adopted XM faster than CD players, MP3 players, cell phones, PCs, local radio, broadcast TV, satellite TV, or digital video recorders.

During the second quarter, XM surpassed its own target and consensus Wall Street subscriber estimates by adding 647,226 net new subscribers, ending the quarter with a total of 4,417,490 subscribers, compared to the 2,100,352 subscribers we had in the second quarter of 2004. Second quarter subscriber growth represented a 55% increase in net new subs compared to the second quarter of 2004, when XM added 418,449 net new subscribers.

As discussed in the first quarter conference call, in March, we announced an increase in our monthly rate from $9.99 to $12.95, effective April 2, and simultaneously offered subscribers an opportunity to lock in the lower monthly rate by signing up for an annual or multiyear payment plan. We are very pleased with the execution of this pricing approach and think our customers are also. Clearly, customers love XM's content, as evidenced by a churn rate for the second quarter that was the same as that in the first quarter, only 1.4% in the face of a 30% rate increase, demonstrating the demand and attractiveness of the XM service.

During the quarter, with the additional incentive of locking in lower rates, even more subscribers committed to XM via our annual or multiyear offers. Individual and family plan subscribers on these plans represented 40% of the total subscriptions at the end of the second quarter 2005, up from 22% at the end of the second quarter a year ago.

© 2005 Thomson Financial. Republished with permission. No part of this publication may be reproduced or transmitted in any form or by any means without the prior written consent of Thomson Financial.

Jul. 28, 2005 / 10:00AM, XMSR - Q2 2005 XM Satellite Radio Earnings Conference Call

For second quarter 2005, XM reported total revenues of 125 million, an increase of 136% compared to 53 million one year ago. We exited the second quarter with an annualized total revenue run rate of almost $550 million. Although we are quite pleased with the progress of our revenue growth, the more important long-term question is what did it cost to generate this increase of 136%. On this front, the news is also good. XM's fully loaded per unit cost of capturing a new subscriber, or CPGA, was $98 for the second quarter of 2005, an improvement of 3% from the 101 CPGA reported a year ago.

Subscriber acquisition costs, or SAC, a component of CPGA, were $50 per gross connect for the second quarter of 2005, improving 12% from $57 a year ago. Joe will discuss the second-quarter figures in more depth later. Now I will review our recent strategic initiatives to position XM for sustained long-term growth.

While existing subscribers are fully exploring XM's current satellite radio content, XM is significantly extending its reach on the Internet. As you just recently learned, Napster and XM Radio will integrate their satellite radio and online music services and launch the XM + Napster service in the fourth quarter of 2005. XM + Napster will offer a 360-degree music experience in which XM subscribers, using new XM MP3 players, can effortlessly discover music on XM, mark their favorite music, purchase it online through Napster, and then arrange it on a play list for future enjoyment on XM MP3 devices.

Furthermore, XM achieved another industry first when we announced earlier this week that Samsung will manufacture the first MP3 players with XM capability, a testament to and a validation of our Connect-and-Play Technology Inc. in these devices. Samsung's new player comes with a home accessory kit and a flash memory capacity of 25 or 50 hours. They are anticipated to be available by year-end. Samsung recently surpassed Sony in the BusinessWeek interbrand annual ranking of the top 100 global brands.

The recent Napster and Samsung transactions followed XM's second quarter announcement of an exclusive agreement with Audible, the online leader in digital downloading of spoken word content. XM subscribers, using similar XM MP3 players, will be able to download selections from Audible, 70,000 hours of online audio book and spoken word programming, in the future.

In April, XM and America Online announced the creation of the world's largest online digital radio network, featuring the best of both XM and AOL Radio network programming. The cobranded service, to be available for free starting later this summer, will combine a sampling of 20 XM stations plus 130 AOL Radio stations. An enhanced premium service with 70 XM stations will be offered to AOL members at no additional charge and to consumers on the web for a low monthly fee.

These programming, distribution and branding partnerships strengthen our current core U.S. business and represent key components of our strategy to broaden XM's customer appeal.

Going beyond the core business, XM entered into a series of strategic investments in additional spectrum and in geographic reach in Canada and beyond North America. In the wireless spectrum space, XM recently announced an agreement to purchase WCS Wireless, a private entity, for 5.5 million shares of XM common stock. The principal assets of WCS Wireless are wireless special licenses in geographic areas covering 163 million people, or more than 50% of the U.S. population, including 15 of the top 20 markets.

On average, these licenses include 10 MHz in the frequency band adjacent to XM Satellite Radio's service spectrum. This acquisition will enable us over time to effectively double our band with capacity in these markets and broaden XM's existing business with a variety of focused multimedia subscription services, potentially including video data and additional audio products. We expect the transaction to close later this year, subject to regulatory approval. As we noted in the announcement, we will discuss specifics once we near launch of these new services.

On the international front, XM also made a strategic investment of $25 million in the common stock of Worldspace Inc., a pioneer of satellite radio services in Asia, Europe, India, the Middle East, and Africa. Through this investment, XM will participate in the global growth of satellite radio at an attractive entry cost. Gary has joined the Worldspace Board to further solidify this relationship in which the two companies will codevelop satellite radio products, technology, and content. The agreement also grants XM

© 2005 Thomson Financial. Republished with permission. No part of this publication may be reproduced or transmitted in any form or by any means without the prior written consent of Thomson Financial.

Jul. 28. 2005 / 10:00AM, XMSR - Q2 2005 XM Satellite Radio Earnings Conference Call

warrants to buy additional Worldspace common stock, as well as the ability to coinvest with Worldspace in markets around the world should we so desire.

XM's primary focus is on the key North American market. This investment and cooperative agreements enable us to leverage Worldspace pioneering efforts outside North America and secure for XM an international position in the global growth of satellite radio while maintaining our near-term North American focus.

Finally during the quarter, the Canadian Radio Television Telecommunications Commission, the CRTC, granted our Canadian partner, Canadian Satellite Radio, a license to deliver commercial-free music and premier news, sports, talk, and entertainment to Canadians from coast-to-coast. Canadians will benefit from our advanced content development, technology, and cost-reduced radio hardware. Most importantly, XM can enter this new geographic market using its existing satellite infrastructure. After finalizing our plans with our Canadian partners, Canadians will enjoy programming that sets the standard for excellence in satellite and terrestrial radio.

Speaking of content, due to the balanced combination of live and original features, award-winning music, and high-profile sports, talk, and entertainment programming, nine out of ten XM subscribers report being very or extremely satisfied with XM, as reflected in our low churn members.

Let's look at some of the programming highlights. This month, XM was the exclusive satellite broadcaster of more than 55 hours of live performances from the Live 8 Concert, originated around globe and distributed using seven dedicated XM channels. More than 2 million XM listeners enjoyed coverage of some of the music industry's greatest performers, including Bon Jovi, Dave Matthews, Elton John, Faith Hill, Madonna, Paul McCartney, and U2, among others, who participated in this historic event.

Going forward, Kevin Wall, the executive producer of the Live 8 Concert event, will lead partners XM Radio, America Online, and AEG, a leading sports entertainment presenter, in the creation and launch of Network Live. Network Live, the joint venture entertainment company, will produce a rich slate of live video and audio programming, focusing on music and comedy, that will be aired and promoted to AOL web audience of more than 100 million and over 4 million XM subscribers, soon to be 6 million. This live entertainment programming will be delivered through the Internet on AOL, on XM Satellite Radio, and other global digital platforms, such as Video on Demand, wireless, and HDTV. The partnership is an excellent example of how XM creates low-cost but high-quality original content.

Music critics nationwide continue to praise XM's offering of the best music. In an article earlier this week in the L.A. Times wrote, "when was the last time you didn't want to leave your car because there was too much good music on the radio? XM has rescued great music from exile."

As part of our strategies to develop compelling original programming, XM signed a multiyear agreement with Jazz at Lincoln Center, the world's largest producer of jazz performances and education events, located in the heart of New York City. With this agreement XM greatly expands its New York presence, including new state-of-the-art on-air studios located in the facility; XM will host and broadcast live daily performances from Jazz at Lincoln Center facilities featuring artists across the entire spectrum of music, not just jazz.

In the talk radio space, XM recently became the exclusive satellite radio home of Air America, featuring Al Franken, among others. And turning to sports, XM subscribers are now enjoying full coverage of the 2005 Major League Baseball season, including the first-ever satellite radio broadcast of the 2005 Major League Baseball All-Star game. According to a July 12 New York Times article, XM's Major League Baseball coverage is attracting fans such as XM subscriber Natalie Turner, who said about her favorite nightly entertainment, "now we listen to baseball. Part of the appeal is that baseball is so great on radio, you can picture the game without seeing it." The article continues, "the Turners recently signed a five-year contract with XM, the kind of long-term commitment that their favorite teams often shy away from."

© 2005 Thomson Financial. Republished with permission. No part of this publication may be reproduced or transmitted in any form or by any means without the prior written consent of Thomson Financial.

Jul. 28, 2005 / 10:00AM, XMSR - Q2 2005 XM Satellite Radio Earnings Conference Call

In fact, in the May-June time period, 23% of new aftermarket subscribers said they chose XM because they wanted Major League Baseball. Interest will only mount as we approach the fall competitive playoff season.

XM began providing live coverage of the Indy Racing League, IRL, featuring Danica Patrick, the popular female driver, and the first nationwide satellite radio broadcast of the Indianapolis 500. XM also premiered the PGA tour network, offering the nation's golf fans live coverage of PGA events.

In the next few weeks, we will launch the first 24 hour coast-to-coast Spanish-language sports radio channel, XM Deportivo, featuring exclusive satellite radio coverage of the 2006 World Cup soccer tournament. During the NBA playoffs, when interest in pro basketball peaks, XM carried the 2005 NBA playoffs and championship series and we broadcast every NASCAR race.

With regard to distribution, both the retail aftermarket and the automotive channels experienced strong growth in the second quarter, with each distribution channel contributing approximately half of the quarter's net subscriber growth. The aftermarket results were fueled by escalating demand for XM radios, such as the Roady 2, SKYFi2, and MyFi portable radios. The quarter featured a prominent buy one, get one free retail promotion for Father's Day and graduation, offering consumers a free Roady 2 with the purchase of any XM radio. Because of our lower SAC, or subscriber acquisition costs, we were able to reduce the Roady 2 price at retail to $49.99 as we ended the second quarter.

In the automotive, or so-called OEM channel, during the second quarter, General Motors and Honda delivered strong performances as well, continuing a trend that began in March and boosted by GM's successful employee discount offer, currently effective through August 1. XM continues to extend its lead in OEM factory-installed satellite radios and is the exclusive factory-installed distribution partner or preferred provider of data services to approximately 58% of the OEM marketplace.

XM automotive partners now included General Motors, Honda Acura, Toyota Lexus, Nissan Infiniti, Audi Volkswagen, Porsche, and Hyundai. In one of the most aggressive satellite radio rollouts ever, Hyundai will be the first automaker to launch XM as a standard factory-installed equipment in every vehicle across its entire model lineup beginning in 2006. And of course, as we enter next year, XM and Toyota Lexus will announce various models rolling out with XM factory-installed.

Starting in 2006, even Harley-Davidson enthusiasts will be able to hear our commercial-free music coast-to-coast on the first ever motorcycle model equipped standard with XM.

Today XM has joint brand awareness efforts with companies such as Starbucks, Avis, Jet Blue, AirTran, among others. This quarter we announced a deal with Hyatt Hotels and Resorts to offer complimentary satellite radio in more than 50,000 guestrooms across the United States. Promotional materials with a special XM hardware offer will be available to Hyatt guests as part of this marketing arrangement.

And this week, XM and Starbucks' Hear Music jointly launched a CD series featuring exclusive new recordings from Tracy Chapman, Jewel, and Jason Mraz, among other established, as well as emerging, artists. The debut CD, called Hear Music XM radio Sessions Volume 1, will be available exclusively at Starbucks locations during the third quarter and can be purchased online. The brand-building project reflects XM's and Starbucks' commitment to support emerging artists and to explore in-depth the work of established acts.

In summary, during the last few months XM has combined excellent business execution with a series of strategic moves to ensure even greater breadth of bandwidth, content, and geographical scope for the Company in the future. Operationally, we continue to have excellent execution and leadership across three key areas, content, technology, and distribution. And the ultimate test, we are achieving rapid growth with sound financial performance.

I will now turn the call over to Joe Euteneuer for a detailed discussion of XM's operational performance during the second quarter of 2005.

© 2005 Thomson Financial. Republished with permission. No part of this publication may be reproduced or transmitted in any form or by any means without the prior written consent of Thomson Financial.

Jul. 28. 2005 / 10:00AM, XMSR - Q2 2005 XM Satellite Radio Earnings Conference Call

**Joe Euteneuer** - *XM Satellite Radio Holdings, Inc. - CFO, Principal Accounting Officer*

This morning my comments will focus on second-quarter 2005 results, with specific comparisons to second quarter 2004. Less than four months ago, XM introduced our first price increase, and in the midst of this change, added over 647,000 net new subscribers in the quarter, while maintaining a churn rate of just 1.4%. As Hugh commented earlier, we implemented the price change successfully and our subscribers have reacted positively by aggressively signed up for annual and multiyear prepayment plans as a testament to the service we offer.

Now I would like to comment on the makeup of XM subscriber universe, and I refer you to the financial attachment to our second quarter of 2005 press release. XM's 4.4 million total subscribers at quarter end fell into three categories. First, XM ended the second quarter of 2005 with 3.8 million self-paying subscribers, making up 86% of our total subscriber base.

Second, OEM prepaid promotional subscribers increased from 11% of total subscribers at the end of the first quarter of 2005 to 13% at the end of the second quarter, reflecting the success of the GM employee discount promotion and increased activations through Honda. The conversion rate of our OEM prepaid promotional subscribers to self-paying customers upon conclusion of the promotional period continues to be approximately six out of 10 new car buyers.

Lastly, the balance of our total subscriber base reflects over 44,000 rental cars under the Avis, Zipcar, National, and Alamo brand names. Please note during the third quarter, the reported rental fleet subscriber numbers may fluctuate as the new model year cars replace older models.

Now let's move to revenue. Total revenue increased 136% to $125 million for the second quarter of 2005 from the 53 million in the second quarter of 2004. Recurring subscription revenue of 113 million for the second quarter of 2005 increased 131% from 49 million for the second quarter of 2004, reflecting the continued significant growth in our subscriber base, as well as the higher ARPU I will now discuss.

XM's total recurring subscription ARPUs for all subscribers was $9.35 for the second quarter 2005, an improvement over the $8.63 reported in second quarter 2004. We expected ARPU to continue rising across the year as more subscriptions joined XM under the new rate structure. ARPU includes the impact of discounted annual and multiyear prepayment plans for individual and family plan subscriptions. Annual and multiyear prepayment plan subscriptions represented approximately 40% of XM's total subscriber base at the end of the second quarter of 2005, up from the 22% of our second quarter 2004 ending subscribers. The current percentage reflects the stickiness of XM service, along with the impact of our recent price increase, and likely will not rise much higher. The family plan grew to 15% of our second quarter 2005 ending subscribers, up from 9% of the end of the second quarter of 2004.

At quarter's end, XM subscribers had prepaid their subscriptions an average of 9.3 months, a significant increase over the 6.6 months reported at the end of the second quarter of 2004. This increase was due primarily to existing subscribers taking advantage of the onetime opportunity to lock in lower rates through one of XM's annual and multiyear prepayment plans. These prepayments drove deferred revenue to $289 million at the end of the second quarter 2005, a $196 million increase from the 93 million at the end of second quarter 2004.

Very low expenses, which include the cost of equipment sales, revenue sharing royalties, customer care and billing, and ad sales were $49 million in the second quarter 2005, up from the 23 million in the second quarter 2004. These changes in variable expenses result directly from the growth in revenue. The more important metric, the contribution margin of our subscriber business, which equals subscription revenue minus revenue share of royalties and customer service costs, increased to 65% of revenue for the second quarter of 2005 from 60% for the second quarter of 2004. The primary contributor to this improved margin is the rate increase. We expect the margin to remain in this range for the remainder of the year.

© 2005 Thomson Financial. Republished with permission. No part of this publication may be reproduced or transmitted in any form or by any means without the prior written consent of Thomson Financial.

Jul. 28. 2005 / 10:00AM, XMSR - Q2 2005 XM Satellite Radio Earnings Conference Call

Fixed expenses, which include satellite terrestrial, broadcast and operations, programming and content, research and development, general and administrative, and marketing retention and support, were 68 million for the second quarter 2005 compared to 39 million for the second quarter 2004. This expected increase was due primarily to new programming initiatives. Even with the greater fixed costs, XM's improved revenue and contribution margin provided a positive premarketing EBITDA for the third quarter in a row. We expect positive premarketing EBITDA to continue going forward.

XM's targeted and efficient marketing efforts have enabled us to continue demonstrating cost-effective subscriber growth and improvements both in the direct costs to gain a subscriber, or SAC, and the fully-loaded total cost, including discretionary advertising and marketing costs, to gain a subscriber, or CPGA. (indiscernible) SAC for the second quarter of 2005 was a modest $50 per gross addition, a decline of $7, or 12%, from the $57 per gross addition in the second quarter 2004.

CPGA for the second quarter of 2005 was $98 per gross addition, a $3 improvement, or 3%, from the $101 reported in the second quarter of 2004. We expect CPGA to remain stable during the second half of the year.

XM's EBITDA loss for the second quarter of 2005 was $90 million versus an EBITDA loss of $108 million in the second quarter of 2004. The second quarter 2004 EBITDA loss included a $35 million charge relating to deleveraging activities. There were no comparable charges in 2005. The second quarter 2005 EBITDA loss included the cost of 229,000 more net new subscribers than the second quarter 2004.

For second quarter 2005, because of a significant increase in deferred revenue associated with the new pricing approach, XM's net cash from operations was actually a positive 5.8 million -- yes, I did say positive 5.8 million -- versus a negative cash flow of 26 million in the second quarter of 2004. We expect to return to negative cash flow in the second half of the year, as deferred revenue returns to a more normalized run rate and we make partial payment fundings on Major League Baseball's next season.

The overall liquidity position of XM as of the second quarter of 2005 was approximately 1.1 billion, including cash and short-term investments of 930 million and undrawn facilities from GM of 135 million. This liquidity position included approximately 300 million in cash proceeds from the June 2005 sale of approximately 9.7 million shares of XM Radio Class A common stock in a public offering.

Last month, XM awarded Space Systems/Loral a contract for the design and construction of its XM-5 satellite. XM's selection of Loral followed an intense industrywide competition. On the operational front earlier in the quarter, XM successfully colocated its two in-orbit satellites in a single orbital slot, following the successful launch and handover of the XM3 satellite.

I would like to close by updating guidance for 2005. As Hugh stated earlier, given XM's strong subscriber acquisition performance during the first half of 2005, we are raising our year-end 2005 subscriber guidance by 0.5 million subs, from 5.5 million to 6 million subscribers. This new target better reflects the momentum of XM subscriber growth and the strong second half of the year we expect.

We are also increasing subscriber revenue guidance for the year from 480 million to 500 million. This increased subscriber growth target affects dividend, so we are revising our guidance on EBITDA loss from 360 million to 395 million. We still expect to achieve operational cash flow breakeven by the end of 2006. Hugh, back to you.

--------------------------------------------------------------------------------

**Hugh Panero** - *XM Satellite Radio Holdings, Inc. - CEO, President*

Thanks, Joe. Clearly, the second quarter was a strong quarter for us. And we clearly did a lot of multitasking, based on the number of releases that went out around what we think are significant announcements in the areas of content and in furthering our global reach in spectrum that will help us build our business going forward. And we are poised to have continued execution in the second half of the year, when we will end the year with 6 million subscribers.

© 2005 Thomson Financial. Republished with permission. No part of this publication may be reproduced or transmitted in any form or by any means without the prior written consent of Thomson Financial.

Jul. 28. 2005 / 10:00AM, XMSR - Q2 2005 XM Satellite Radio Earnings Conference Call

So with that, I would like to open it up to your questions.

---

## QUESTIONS AND ANSWERS

**Operator**

(OPERATOR INSTRUCTIONS) Bob (indiscernible).

---

**Unidentified Speaker**

Congratulations on a great quarter. This is Kunar (ph) for Bob. I have two questions. One is on SAC, which was lower than expected, is the free Roady 2 promotion accounted for under SAC or is it under cost of equipment? And what would be the spill-over impact from subscribers that potentially (indiscernible) them and then send (ph) rebate forms in late 2Q or early 3Q?

---

**Hugh Panero** - *XM Satellite Radio Holdings, Inc. - CEO, President*

On your first question, you're right, the buy one, get one free promotion is a slight impact to ARPU of about $0.03, but otherwise, the majority of the cost is accounted for in SAC. As a result of redemptions that will spill over into the next quarter, you will see some lift in SAC in the next year.

---

**Unidentified Speaker**

And a follow-up on conversion rates, which was also lower. Was it due to the significantly higher additions from GM or is it a reflection of change in your strategy?

---

**Hugh Panero** - *XM Satellite Radio Holdings, Inc. - CEO, President*

Not really a change in strategy. We will continue as we try to talk about the wave of the conversion rate that will stay in the six out of 10 range. As more cars come on, it will tend to come down and as we work through the program, it goes up over the 60%. So it has been pretty consistent.

---

**Unidentified Speaker**

Thanks.

---

**Operator**

April Horace.

---

**April Horace** - *Hoefer Arnett - Analyst*

I know you don't want to tip your hats too much on the spectrum, but I was wondering if you could walk through some of the mechanics about how you might use that, how do we think in terms of potential CapEx associated with launching these new services, as well as how do we think about ARPUs going into 2007 associated with this?

---

THOMSON    streetevents@thomson.com    617.603.7900    www.streetevents.com    

© 2005 Thomson Financial. Republished with permission. No part of this publication may be reproduced or transmitted in any form or by any means without the prior written consent of Thomson Financial.

Jul. 28. 2005 / 10:00AM, XMSR – Q2 2005 XM Satellite Radio Earnings Conference Call

**Gary Parsons** - *XM Satellite Radio Holdings, Inc. - Chairman*

Hi, April. This is Gary. I'm not sure I can exactly answer each of those specifics without tipping our hat, as you say. Let me comment on that, because clearly there is a tension between wanting to tell people exactly what is going on and the fact that we don't tend to announce specific services or capabilities until they are pretty much ready.

We have acquired these frequencies, but we have not yet closed on them. We expect that transaction to close by the end of the year. And I think after that is done, we're probably more in a position to begin talking things, say a CES (ph) or early next year, about what we have more specifically in mind.

Some of the frequently asked questions, though, that have popped out out there and I think it's good to address and I think that we can provide some color and clarity on that, there are no content restrictions on these sets of frequencies. They can't be used for free-to-air type broadcasting, but other than that, it's some of the most flexible frequencies that are licensed out there by the FCC. The change of control license applications have come out from the FCC already. We would expect those to go through in the normal course and be completed by the end of the year.

How might we use those with our repeater network? Certainly, obviously, they do broadcast on different frequencies and therefore there is a need for transmitters that broadcast on those frequencies. But there also is undeniably a significant synergy to the existing network infrastructure and repeater infrastructure that we already have in place. We have not committed to any particular suite of services or applications, and once again, at the appropriate time, we will certainly get into that. But until that is out there clear, I don't think that it would be appropriate to comment or lay out the sort of business plan implications and ARPUs and CapEx and other things that may be associated with it.

---

**April Horace** - *Hoefer Arnett - Analyst*

Fair enough. This last question I have is for Joe. The 9.84 ARPU that includes the aftermarket and retail subscribers, does that also take into consideration the family plan? And if it does, what would the ARPU be without the family plan?

---

**Joe Euteneuer** - *XM Satellite Radio Holdings, Inc. - CFO, Principal Accounting Officer*

It does include the family plan. We have not really given that number out, extracting the family plan, but as you know, it is a $7 charge for the family plan.

---

**April Horace** - *Hoefer Arnett - Analyst*

So the actual ARPU would be more in terms of 10 plus dollars?

---

**Joe Euteneuer** - *XM Satellite Radio Holdings, Inc. - CFO, Principal Accounting Officer*

Yes, exactly right. 15% of our subscriber base now has the family plan. So if you extracted that number, ARPU would clearly go up.

---

**Hugh Panero** - *XM Satellite Radio Holdings, Inc. - CEO, President*

Just to elaborate that a little bit is clearly there are a number of things in our control about ARPU and a number of things that are not in our control about ARPU. One of the things that is in our control is clearly we offer multiyear plans and family plans. Multiyear plans we control because we can control what the discount is off of those plans, and obviously, the greater the discount, the more that it impacts what our ARPU is. Similarly, the pricing of the family plans has an impact on ARPU.

THOMSON    streetevents@thomson.com    617.603.7900    www.streetevents.com

© 2005 Thomson Financial. Republished with permission. No part of this publication may be reproduced or transmitted in any form or by any means without the prior written consent of Thomson Financial.

Jul. 28. 2005 / 10:00AM, XMSR - Q2 2005 XM Satellite Radio Earnings Conference Call

And what we always try to balance out and what you'll learn over time is what are the positive aspects of having people committed to XM over a long period of time at what discount rate, and then balancing that against what we want to see in terms of growing ARPU. And we're now just learning that process, being a relatively young company, and I think we will develop more maturity about that going forward to.

---

**April Horace** - Hoefer Arnett - Analyst

Okay. And last, I just wanted to say thanks for upping guidance to 6 million. Nice quarter.

---

**Operator**

Johnathan Jacoby.

---

**Johnathan Jacoby** - Banc of America Securities - Analyst

Nice quarter. Just three questions here. First is on this new XM Samsung product with the Napster partnership. Does it have the ability for listeners to just click and record the song on that XM device for future playback? And is there an incremental service charge that you're going to charge for this type of service? And then lastly on this point, are you going to have to pay incremental music right fees to the artist?

Second question is on the WCS spectrum. I know you're not really going to answer, but does your strategy for this spectrum depend on your ability to buy more spectrum across the country and are you speaking with other WCS license holders?

Last question what has been the early retail reaction to the lowered Roady 2 price and how should we think about that in terms of 3Q SAC?

---

**Hugh Panero** - XM Satellite Radio Holdings, Inc. - CEO, President

I'll try to answer all of those. The first one is you can record the songs that you're listening to on XM. You cannot export them out of the device. This is just another feature that extends the capabilities over and above what we had started to provide with the XM-to-Go devices, where they are ready memory, these devices have more memory. Therefore, they include -- the feature is included into the current way in which royalties are paid, so it is the same there. I think the next question was on Roady 2?

---

**Johnathan Jacoby** - Banc of America Securities - Analyst

Okay -- so there's no incremental charge or music (multiple speakers)?

---

**Hugh Panero** - XM Satellite Radio Holdings, Inc. - CEO, President

No, there is no incremental charge on the ability to utilize our device the way it is. With regards to going online to purchase music that you want to own, you will basically be charged $0.99, or you can subscribe to Napster's all-you-can-eat subscription service that allows you to download as much as you want for a monthly fee, and that economic relationship.

And then lastly on the Roady 2 is the Roady 2 pricing down to $49.99 is part of a closeout program that we are doing at this part of our cycle in terms of inventory and other aspects, and we are clearly seeing very strong sales of that particular device at that price point.

---

© 2005 Thomson Financial. Republished with permission. No part of this publication may be reproduced or transmitted in any form or by any means without the prior written consent of Thomson Financial.

Jul. 28. 2005 / 10:00AM, XMSR - Q2 2005 XM Satellite Radio Earnings Conference Call

---

**Johnathan Jacoby** - *Banc of America Securities - Analyst*

Just on the WCS spectrum, does your strategy depend on you getting more spectrum across the country? And again, you may not want to answer, but also are you speaking to other holders?

---

**Hugh Panero** - *XM Satellite Radio Holdings, Inc. - CEO, President*

No, it does not depend on it. We have sufficient that we feel comfortable in 75 percent of the top markets to be able to roll out. Might we add a few more? I don't think that's a problem if we did.

---

**Johnathan Jacoby** - *Banc of America Securities - Analyst*

Thank you.

---

**Operator**

Lucas Binder.

---

**Lucas Binder** - *UBS Financial - Analyst*

Just had a couple of clarifying questions and a couple of follow-ups from some of the previously asked. Along the lines of the Roady 2, $49.99, you mentioned that's sort of a closeout of a cycle, and I think expectations are for your fourth-generation products to come out beginning of 2006. So should we expect a refreshing of some of your product lines coming out before the holiday season to coincide with this new Samsung product?

---

**Steve Cook** - *XM Satellite Radio Holdings, Inc. - EVP-Sales & Marketing*

Lucas, this is Steve. We have not announced anything yet, but often you see refreshments come in the third or fourth quarter -- that's been our history.

---

**Lucas Binder** - *UBS Financial - Analyst*

And then two other ones. For clarification, Hugh, you mentioned Hyundai is going to start in 2006. Will we start to see some of the vehicles in the 2006 model year when they get introduced later on the third quarter and going into 2006 as well?

And then the last question is regard to iPod and iTunes, does the agreement with Samsung and Napster preclude any sort of agreement with iPod, or is it just that you were at the point where you needed some sort of an agreement and iPod was not really (indiscernible) to talk at the time?

---

**Hugh Panero** - *XM Satellite Radio Holdings, Inc. - CEO, President*

On Hyundai, it's for the 2007 model year cars that will be introduced in 2006, and then there is a ramp-up in terms of the percentage of cars that will be included -- factory-installed standard equipment on their line. I think they're going to start up with about 75% and then move up that scale.

---

© 2005 Thomson Financial. Republished with permission. No part of this publication may be reproduced or transmitted in any form or by any means without the prior written consent of Thomson Financial.

**Jul. 28, 2005 / 10:00AM, XMSR - Q2 2005 XM Satellite Radio Earnings Conference Call**

With regards to Napster, as part of our agreement in terms of the marketing of the Napster service, that is something that we are exclusively doing with Napster as a cobranded product. If other companies were building devices that had XM capability in them, that is another situation. But right now we believe Napster is a terrific partner who has actually one of the best-known brand names in digital music, one of the largest music libraries, and actually is recognized as having a fairly terrific user interface. So we're pretty excited about that partnership.

---

**Lucas Binder** - *UBS Financial - Analyst*

Thank you very much.

---

**Operator**

Sean Butson.

---

**Sean Butson** - *Legg Mason Capital Markets - Analyst*

I guess first off, on your guidance, which I kind of echo April's comments, 6 million is a great number, apparently not good enough for the market. But how do you see the second half subscriber net adds falling out? To get the 6 million, you're looking at 650 in the third quarter and 950 in the fourth maybe, something like that? And then in terms of the auto retail mix, it looks like your retail net adds were down just a little bit sequentially despite the Roady 2 promotion. And so how do you see that mix for the rest of the year?

---

**))Unidentified Company Representative**

We don't tend to provide specific quarterly guidance. To the extent that you look at every other year and how the quarters came in percentagewise and stuff, that your numbers don't seem unreasonable. But we don't provide quarterly indicators and would rather stick with that.

Relative to the retail being down, I think that is a little bit, in my view, a wrong characterization in the sense that the split between retail and OEM moves around a little bit quarter-to-quarter depending upon what the mix is. If you look at the last year, 2004 second quarter, the split between retail and automotive or OEM was almost exactly what it was this year's second quarter. I think you did see a stronger automotive second quarter than first quarter just within the automotive industry overall that moved that back up into that range. But it is very consistent with last year.

---

**Sean Butson** - *Legg Mason Capital Markets - Analyst*

Okay. How many adds in the quarter came from the Roady 2s that were from that promotion?

---

**Unidentified Company Representative**

We don't split out any individual unit or device. We never have, and so we'll kind of stick with that.

---

**Unidentified Company Representative**

But those units -- it is interesting how they are -- what they captured, because it is a redemption program. So what will happen is that sales of those units come in partially in the second quarter and then they'll obviously overflow into the third quarter. And actually what happens is that because we fulfill them directly using a third party vendor, actually none of those sales will actually

---

THOMSON     streetevents@thomson.com     617.603.7900     www.streetevents.com

© 2005 Thomson Financial. Republished with permission. No part of this publication may be reproduced or transmitted in any form or by any means without the prior written consent of Thomson Financial.

Jul. 28. 2005 / 10:00AM, XMSR - Q2 2005 XM Satellite Radio Earnings Conference Call

be captured in any of the traditional market research data out there, which currently doesn't capture Wal-Mart and some of the regional players. So it is going to be very interesting how this all plays out because it is sort of a new, novel approach that we were using in terms of fulfilling directly.

---

**Sean Butson** - *Legg Mason Capital Markets - Analyst*

Sorry -- just a last thing quickly. When do you think you'll make a decision on what you are doing with the Canadian opportunity?

---

**Unidentified Company Representative**

Well, the license is actually under a formal appeal process which runs for about 90 days, and so until that's clarified, you're likely not going to see anything firm. So we're watching that process to see how it continues, but we are also working closely with our Canadian partners so that we're prepared to move it the right way.

---

**Sean Butson** - *Legg Mason Capital Markets - Analyst*

Okay, thanks.

---

**Operator**

Mark Wienkes.

---

**Mark Wienkes** - *Goldman Sachs - Analyst*

Good morning, all. Thanks for the question. You noted that 23% of your new aftermarket subs sourced Major League Baseball as the reason they signed up. I was wondering can you provide the next three or four highest responses to that question?

And then on the flip side, what are the top five reasons provided for subscribers who turn off?

---

**Joe Euteneuer** - *XM Satellite Radio Holdings, Inc. - CFO, Principal Accounting Officer*

I don't have all of that data, but I know that in terms of the top reasons, whatever's happened, we ask for specific content and then sort of general themes. And we do it is an open-ended question, where we don't provide them with a choice and they just provide us with what their selection is. But clearly, the Major League Baseball is -- and then what happens is that the commercial-free music scores very high in that top five box, and that is about as far as -- and the other news and talk programming obviously is very important. What was the second question?

---

**Mark Wienkes** - *Goldman Sachs - Analyst*

Just wondering then on the other side, if it's really the differentiated content that they say is the reason they join, what is the reason that people leave?

---

**Joe Euteneuer** - *XM Satellite Radio Holdings, Inc. - CFO, Principal Accounting Officer*

It is a variety of reasons. First of all, having come from the cable industry, there is sort of a natural turn that occurs just because of what happens in people's lives with regards to their ownership of a car where the cars turn over, people get into accidents.

---

THOMSON     streetevents@thomson.com     617.603.7900     www.streetevents.com

© 2005 Thomson Financial. Republished with permission. No part of this publication may be reproduced or transmitted in any form or by any means without the prior written consent of Thomson Financial.

Jul. 28. 2005 / 10:00AM, XMSR - Q2 2005 XM Satellite Radio Earnings Conference Call

And so similarly, if you are located in a cable home, you'd have natural mobility rates that occur there. So you have natural turn. Then you clearly have bad debt that is a part of that. But other than that, it's -- at a 1.4% churn rate --

---

**Hugh Panero** - *XM Satellite Radio Holdings, Inc. - CEO, President*

Most of that is disconnects (multiple speakers).

---

**Joe Euteneuer** - *XM Satellite Radio Holdings, Inc. - CFO, Principal Accounting Officer*

Voluntary churn continues to run very low, and there are really no spikes in terms of reasons. It is everything from radio was stolen to I sold my car; it's series of small things.

---

**Hugh Panero** - *XM Satellite Radio Holdings, Inc. - CEO, President*

Candidly to the Street, who we're talking to now, is that with our rate increase that we recently did, is we were curious to see what the reaction was going to be, and we have clearly been pleasantly surprised by the extremely low churn rate associated with the rate increase, which basically raised rates $53. And I think people really like the service and what they did was they just moved to these multiyear plans in a fairly big way. And I don't think -- there are a lot of people that have XM that I think would have trouble doing without it. And there had already been an established price point higher, so it wasn't like we were breaking new ground there either.

---

**Mark Wienkes** - *Goldman Sachs - Analyst*

I agree, the 1.4 number is pretty insightful as to the pricing elasticity there. And then just to follow up, have you been approached by and how do you think about the opportunity to perhaps supply programming to new HD radio broadcast stations, maybe on a market-by-market basis?

---

**Hugh Panero** - *XM Satellite Radio Holdings, Inc. - CEO, President*

Well, clearly we are open to a lot of things. We are not necessarily open to supplying what are in essence competitors of ours with content that would bring down the differentiation between what we have and what they have. So we look at a variety of different opportunities as they come about. We are open to review a lot of them. But at the end of the day, we want to continue to have a very differentiated service from everybody out there, and not only just local radio, who's moving very slowly from an analog format to a digital format.

---

**Mark Wienkes** - *Goldman Sachs - Analyst*

Okay, great. Thank you.

---

**Operator**

Steve Mather.

---

**Steve Mather** - *Sanders Morris Harris - Analyst*

Let's see. First can you give any updated perspective on your development work with Toyota Lexus and Nissan Infiniti?

---

| THOMSON | streetevents@thomson.com | 617.603.7900 | www.streetevents.com |  |
|---------|--------------------------|--------------|----------------------|---|

© 2005 Thomson Financial. Republished with permission. No part of this publication may be reproduced or transmitted in any form or by any means without the prior written consent of Thomson Financial.

Jul. 28, 2005 / 10:00AM, XMSR - Q2 2005 XM Satellite Radio Earnings Conference Call

**Steve Cook** - *XM Satellite Radio Holdings, Inc. - EVP-Sales & Marketing*

I don't think Toyota or Lexus have announced their exact plans, but again they are planning on doing the XM as factory-installed as they get towards the '07 model year. I think they have said that.

**Hugh Panero** - *XM Satellite Radio Holdings, Inc. - CEO, President*

We are basically working -- our technology team is working with their engineers. We are working on a variety of potential different data services, working in conjunction with some of the teams over at Toyota Lexus that work out there. I was actually out there recently talking to Jim Press, who runs the operation there.

So we are moving along and what will happen is that as they get closer to the rollout, then Toyota will announce as many of their other car competitors have when they have launched XM. They will go out with a list of the brands and the models that it is available and then beginning to incorporate it into their advertising and their point-of-purchase.

**Gary Parsons** - *XM Satellite Radio Holdings, Inc. - Chairman*

But actually it makes a very good point and one that whenever I am speaking out on the road I have tried to make, which is with all of the auto companies, the length of time that it takes to move from the dealer-installed kits type approach, which has -- it is a good way to get your feet wet but you really don't drive much volume that way -- but the length of time that it takes to go through the engineering development process to get into the promised land, which is the factory-installed process, is a number of years.

And so they are moving very aggressively on that and next year we expect to be seeing the first units that way and the first announcements. And they have a similar strategy to what we do. They announce the model when it is ready to roll out and be available to the public. So we are excited about the progress that we are making on that front, but it takes a lot of work to get there.

**Unidentified Company Representative**

And it is a similar time frame for Nissan Infiniti (multiple speakers) as well.

**Steve Mather** - *Sanders Morris Harris - Analyst*

And can you give any update on the concept of the gen 4 chip and when product let's say begins to hit the shelves? Or if you want to say when it will be fully stocked, etc.?

**Gary Parsons** - *XM Satellite Radio Holdings, Inc. - Chairman*

Once again, I think that as we get closer to actual individual product announcements, we will put those out. We tend to not focus so much on which particular product has what version of a chip set in there, because another point we have tried to make over the years now, we are making significant technology improvement and developments on a range of chips and capabilities, not just purely a third-generation to fourth-generation, although that obviously adds some unique capabilities along with it. So we tend to do it and announce it on an individual product-by-product basis rather than on a sweep (ph) of products that all come in with a new chip set.



© 2005 Thomson Financial. Republished with permission. No part of this publication may be reproduced or transmitted in any form or by any means without the prior written consent of Thomson Financial.

Jul. 28, 2005 / 10:00AM, XMSR - Q2 2005 XM Satellite Radio Earnings Conference Call

**Steve Mather** - *Sanders Morris Harris - Analyst*

Real quick, one last thing on product. Is it correct to assume that using the Samsung and what I will call XM mode, is that simply plugging in the XM antennae/receiver device and then using the screen on the Samsung MP3 player to really navigate the XM channels? Is that the functionality of it?

---

**Unidentified Company Representative**

Yes, that is true. And of course do the recording and manipulation there.

---

**Hugh Panero** - *XM Satellite Radio Holdings, Inc. - CEO, President*

In the packaging that comes is you're going to get an antennae, you get a home accessory kit, you get the actual device. And it is the first phase of this integration of XM radio with MP3 capability.

---

**Steve Mather** - *Sanders Morris Harris - Analyst*

Car kit also?

---

**Joe Euteneuer** - *XM Satellite Radio Holdings, Inc. - CFO, Principal Accounting Officer*

It comes with a home kit and then the car kit will be an accessory.

---

**Steve Mather** - *Sanders Morris Harris - Analyst*

Does it has FM transmitter in the car kit? It seems like in --.

---

**Joe Euteneuer** - *XM Satellite Radio Holdings, Inc. - CFO, Principal Accounting Officer*

No.

---

**Steve Mather** - *Sanders Morris Harris - Analyst*

Okay, great. Thank you.

---

**Operator**

Barton Crocket.

---

**Barton Crocket** - *JP Morgan - Analyst*

I wanted to ask you a question about the outlook for the fourth quarter and then going into the beginning of next year, when your competitor is going to have Howard Stern coming in and you have just raised your sales forecast for the end of the year. Do you see Howard Stern as potentially a risk to your sub estimate in terms of if he turned out to be very popular, he could take some of the momentum out of what you're seeing right now in terms of sub growth? Or do you see it as more of an opportunity in terms of increasing exposure for the whole category?

© 2005 Thomson Financial. Republished with permission. No part of this publication may be reproduced or transmitted in any form or by any means without the prior written consent of Thomson Financial.

Jul. 28, 2005 / 10:00AM, XMSR - Q2 2005 XM Satellite Radio Earnings Conference Call

And then separately, just in terms of a more numerical question, as we look out to the third quarter sub add versus second quarter, I know you don't want to give very detailed guidance, but for the past couple of years, the third quarter has been a little bit up or a little bit down sequentially from the second quarter. You have a couple of different dynamics here in terms of Roady 2 promotion that gives you a tail on the retail side, a Hyundai buildup, and also GM being pretty strong in the second quarter and maybe that scaling back in the third quarter. As we balance those, is there any reason to think that we could see a materially different pattern in this third quarter from second quarter than what we've seen in previous years?

---

**Unidentified Company Representative**

On that one, the simple answer is I don't think we will see much of a difference compared to previous years.

---

**Hugh Panero** - *XM Satellite Radio Holdings, Inc. - CEO, President*

Let me just add -- also just to clarify, Hyundai will not impact this third quarter. That is really next third and fourth quarter. (multiple speakers)

---

**Unidentified Company Representative**

The 2007 model year that's introduced in 2006. On the Howard Stern question, clearly, we would not be upping our guidance if we thought that there was an issue with regards to how he would affect demand for our product. Clearly, the announcement of Howard Stern has been in the marketplace for almost 1.5 years now, so we have seen no effect of that at all during that period, as we have not seen any effect by the other content that they offer. That has been around for awhile, so we continue to have strong demand. And Howard Stern has his positives and his negatives as is associated with consumers, and it will play out the way it plays out. I think people will migrate who are Howard Stern fans and then other people will basically have an unfavorable view of him being associated with that product and they will choose what company they want to participate with.

---

**Gary Parsons** - *XM Satellite Radio Holdings, Inc. - Chairman*

By the way, let me also clarify one comment that we made on the earlier part of that question, which is the Samsung device in the car kit will in fact have an FM transmitter modulator. So it's not in the home version of it, but the car kit version does include that modulator.

---

**Barton Crocket** - *JP Morgan - Analyst*

Okay, great. Thank you.

---

**Operator**

James (indiscernible).

---

**Unidentified Speaker**

I had three questions. Just quickly, Joe, you indicated that you expected CPGA to be consistent with the second quarter for the balance of the year. Does that also apply to what you expect for SAC, the SAC component of that? Secondly, what are the most recent consumer awareness figures, both on an aided and an unaided basis that you're getting for XM? And then finally, if you can outline any important improvements in your overall system that you think could come from the launch of your XM4 satellite.

THOMSON    streetevents@thomson.com    617.603.7900    www.streetevents.com

© 2005 Thomson Financial. Republished with permission. No part of this publication may be reproduced or transmitted in any form or by any means without the prior written consent of Thomson Financial.

FINAL TRANSCRIPT

Jul. 28. 2005 / 10:00AM, XMSR - Q2 2005 XM Satellite Radio Earnings Conference Call

---

**Unidentified Company Representative**

That's kind of a range of different ones. We won't comment on any particular new capabilities or features in an XM4 when it gets up there at this point. The second item, before Joe addresses the SAC and CPGA question, because we do think CPGA will be stable, and you can see SAC bounce around a bit depending upon what your actual hardware subsidy elements are on any given time frame. That is the reason we try to focus on somewhat the broader and more comprehensive and, in our view, more accurate measure, which is the CPGA.

The only other point I really am kind of compelled to make on the whole SAC and CPGA issue as well too is, when we show "year-over-year" results comparing ourselves to last year, it is actually pretty important to remember last year was some pretty damn good numbers. If you look at the fact that last year's second quarter we added 418,000 net new subscribers at basically a 50-50 mix of retail and OEM. But the part that often gets lost in that is when we did that, at that level of volume, our SAC was $57 and our CPGA was $101.

So we had some pretty tough, challenging, good performance from last year, and our belief is that this is clearly a significant improvement. We were over 60% contribution margin then. So even a year ago in time frame, when we were doing volumes more in the 400,000 level, we were doing so with positive economic efficiency and capability built in. And there was kind of a final marketing question -- what was it?

---

**Unidentified Speaker**

Consumer awareness, the latest figures on that.

---

**Steve Cook** - *XM Satellite Radio Holdings, Inc. - EVP-Sales & Marketing*

We have seen it trending up, particularly through the second quarter, with some of our baseball advertising and that sort of thing. We are now sitting at about 65% aided awareness.

---

**Unidentified Speaker**

And do you have the unaided figure?

---

**Steve Cook** - *XM Satellite Radio Holdings, Inc. - EVP-Sales & Marketing*

It is in the mid 30s.

---

**Hugh Panero** - *XM Satellite Radio Holdings, Inc. - CEO, President*

And also in all those numbers is that we basically score very high in the leadership (indiscernible) in the category, clearly based on our leading the industry in terms of subscriber growth and awareness as it relates to people actually having the product and experiencing it.

---

**Unidentified Speaker**

Great, thank you very much.

---


© 2005 Thomson Financial. Republished with permission. No part of this publication may be reproduced or transmitted in any form or by any means without the prior written consent of Thomson Financial.

FINAL TRANSCRIPT

Jul. 28, 2005 / 10:00AM, XMSR - Q2 2005 XM Satellite Radio Earnings Conference Call

**Gary Parsons** - *XM Satellite Radio Holdings, Inc. - Chairman*

The other final caution I wanted to have on the thing, because I know that we did -- Joe in his presentation did mention that we had a $6 million positive cash flow from operations. But I think he did appropriately caveat that to note that it was an unusually strong prepayment up front that drove our cash positive on that sense, so don't everybody get giddy and excited about that. That was a onetime thing this quarter.

---

**Operator**

At this time, there are no further questions. Are there any closing remarks?

---

**Hugh Panero** - *XM Satellite Radio Holdings, Inc. - CEO, President*

No. We had a great quarter and we expect to have a terrific second half of the year. Thank you very much for joining us on the call.

---

**Operator**

This concludes today's XM Radio second-quarter 2005 results conference call. You may now disconnect.

---

DISCLAIMER

Thomson Financial reserves the right to make changes to documents, content, or other information on this web site without obligation to notify any person of such changes.

In the conference calls upon which Event Transcripts are based, companies may make projections or other forward-looking statements regarding a variety of items. Such forward-looking statements are based upon current expectations and involve risks and uncertainties. Actual results may differ materially from those stated in any forward-looking statement based on a number of important factors and risks, which are more specifically identified in the companies' most recent SEC filings. Although the companies may indicate and believe that the assumptions underlying the forward-looking statements are reasonable, any of the assumptions could prove inaccurate or incorrect and, therefore, there can be no assurance that the results contemplated in the forward-looking statements will be realized.

THE INFORMATION CONTAINED IN EVENT TRANSCRIPTS IS A TEXTUAL REPRESENTATION OF THE APPLICABLE COMPANY'S CONFERENCE CALL AND WHILE EFFORTS ARE MADE TO PROVIDE AN ACCURATE TRANSCRIPTION, THERE MAY BE MATERIAL ERRORS, OMISSIONS, OR INACCURACIES IN THE REPORTING OF THE SUBSTANCE OF THE CONFERENCE CALLS. IN NO WAY DOES THOMSON FINANCIAL OR THE APPLICABLE COMPANY ASSUME ANY RESPONSIBILITY FOR ANY INVESTMENT OR OTHER DECISIONS MADE BASED UPON THE INFORMATION PROVIDED ON THIS WEB SITE OR IN ANY EVENT TRANSCRIPT. USERS ARE ADVISED TO REVIEW THE APPLICABLE COMPANY'S CONFERENCE CALL ITSELF AND THE APPLICABLE COMPANY'S SEC FILINGS BEFORE MAKING ANY INVESTMENT OR OTHER DECISIONS.

©2005, Thomson Financial. All Rights Reserved.

© 2005 Thomson Financial. Republished with permission. No part of this publication may be reproduced or transmitted in any form or by any means without the prior written consent of Thomson Financial.