# EXHIBIT L

## Thomson StreetEvents℠

### XMSR - Q3 2005 XM Satellite Radio Earnings Conference Call

Event Date/Time: Oct. 27. 2005 / 10:00AM ET

| THOMSON | www.streetevents.com | Contact Us | |

© 2005 Thomson Financial. Republished with permission. No part of this publication may be reproduced or transmitted in any form or by any means without the prior written consent of Thomson Financial.

FINAL TRANSCRIPT

Oct. 27. 2005 / 10:00AM, XMSR - Q3 2005 XM Satellite Radio Earnings Conference Call

## CORPORATE PARTICIPANTS

**Joe Titlebaum**
*XM Satellite Radio Holdings, Inc. - EVP, General Counsel and Secretary*

**Hugh Panero**
*XM Satellite Radio Holdings, Inc. - President and CEO*

**Joe Euteneuer**
*XM Satellite Radio Holdings, Inc. - EVP and CFO*

**Steve Cook**
*XM Satellite Radio Holdings, Inc. - EVP Sales and Marketing*

**Gary Parsons**
*XM Satellite Radio Holdings, Inc. - Chairman*

## CONFERENCE CALL PARTICIPANTS

**Jonathan Jacoby**
*Banc of America Sercurities - Analyst*

**Robert Peck**
*Bear Stearns - Analyst*

**Sean Butson**
*Legg Mason - Analyst*

**Lucas Binder**
*UBS Financial - Analyst*

**Jeff Wlodarczak**
*Wachovia Securities - Analyst*

**Vijay Jayant**
*Lehman Brothers - Analyst*

**Steve Mather**
*Sanders Morris Harris - Analyst*

**Barton Crockett**
*JP Morgan - Analyst*

**Craig Moffett**
*Bernstein & Co. - Analyst*

**Jason Helfstein**
*CIBC World Markets - Analyst*

**Mark Wienkes**
*Goldman Sachs - Analyst*

## PRESENTATION

**Operator**

At this time I would like to welcome everyone to the XM Radio third quarter 2005 results conference call. All lines have been placed on mute to prevent any background noise. After the speakers' remarks there will be a question-and-answer period. (OPERATOR INSTRUCTIONS). I will now turn the call over to Joe Titlebaum, Chief Counsel. Thank you, Mr. Titlebaum. You may begin your conference.

THOMSON   www.streetevents.com   Contact Us

© 2005 Thomson Financial. Republished with permission. No part of this publication may be reproduced or transmitted in any form or by any means without the prior written consent of Thomson Financial.

FINAL TRANSCRIPT

Oct. 27. 2005 / 10:00AM, XMSR - Q3 2005 XM Satellite Radio Earnings Conference Call

**Joe Titlebaum** - *XM Satellite Radio Holdings, Inc. - EVP, General Counsel and Secretary*

Hello everyone. This is Joe Titlebaum, General Counsel of XM Satellite Radio. Before we begin our prepared remarks, I would like to remind everyone that certain information on this call may contain forward-looking statements. Due to a number of factors, our actual results may differ materially from those projected in such forward-looking statements. Those factors include future demand for the Company's service, the Company's dependence on technology and third-party vendors and the potential need for additional financing, as well as other risks described in XM Satellite Radio Holdings, Inc.'s Form 8-K filed with the Securities and Exchange Commission on August 5, 2005. Copies of this filing are available online and upon request from XM Radio's investor relations department. I will now turn the call over to Hugh Panero, President and CEO of XM Satellite Radio.

**Hugh Panero** - *XM Satellite Radio Holdings, Inc. - President and CEO*

Good morning and thank you for joining us. On the call with me are Gary Parsons, Chairman, Joe Euteneuer, Chief Financial Officer, Steve Cook, Executive Vice President of Sales and Marketing, and Joe Titlebaum, whom you just heard from. This morning we will review XM's results for the third quarter 2005, a quarter that exemplified what I'd characterize as the smart subscriber growth the Company has demonstrated quarter after quarter and year after year since we started service in November of 2001.

We will focus on XM's strong subscriber additions this quarter, including a close look at our positions in both the automotive and retail distribution channels. We will highlight some programming initiatives designed to appeal to new subscribers while ensuring that our current subscribers remain dedicated listeners. Further, we will discuss recent product releases as well as provide an update on our strategic partnerships. Finally, Joe Euteneuer will summarize XM's financial performance, illustrating how we maintain our market leadership while building a sound business model.

The third quarter again demonstrated XM's ability to deliver dramatically-increasing subscriber and revenue growth with the lowest subscriber acquisition cost, or SAC, in the industry. From a strategic standpoint, XM has built a powerful economic engine with both the automotive and retail cylinders hitting in parallel. Our long-term value is in the integrated business elements we have executed, which include advanced products, great brand image, broad cost-effective distribution, lasting partnerships and outstanding content.

First and foremost during the quarter, XM surpassed the 5 million subscriber milestone in September. It took nearly two years for XM to capture its first million subscribers, which was in itself a record surpassing the early adoption rates of cable TV, the Internet, CD players, and other mass media. Now we are going to add that many subscribers in the current quarter alone.

During the third quarter, XM added 617,152 net new subscribers, ending with a total of 5,034,642 subscribers. Our growth during the third quarter represents 48% more net new subscribers than the 415,671 subscribers added in the third quarter of 2004, and slightly fewer subscribers compared to the 647,226 added in the second quarter of 2005. Our significant third-quarter subscriber growth occurred in the face of a new rate structure instituted in the prior quarter and a softer market for new car sales.

XM's subscriber growth rate is reflected in the Company's rapidly increasing revenue, reaching a record 153 million in the third quarter of 2005 with subscription revenue of 140 million. Third-quarter revenue more than doubled to 65 million in revenue reported in the third quarter of 2004, and is 22% more then the 125 million recorded in the second quarter of this year.

The secret to XM's smart subscriber growth rather than growth at any cost is the ability to control marketing and product expenses while rapidly growing subscribers. This quarter, XM kept its fully loaded per-unit costs of capturing a new subscriber, or CPGA, constant at $89 -- the same CPGA we reported in the third quarter last year. These results provide us the flexibility to aggressively advertise and market our service in the fourth quarter. And in fact, that is what we are doing -- implementing a comprehensive media campaign comprised of advertisements, rebates and other promotional techniques to fully exploit the holiday selling season again this year.

THOMSON        www.streetevents.com        Contact Us

© 2005 Thomson Financial. Republished with permission. No part of this publication may be reproduced or transmitted in any form or by any means without the prior written consent of Thomson Financial.

FINAL TRANSCRIPT

Oct. 27. 2005 / 10:00AM, XMSR - Q3 2005 XM Satellite Radio Earnings Conference Call

XM is clearly the dominant leader in the satellite radio industry with over twice as many subscribers as our competitor. Our subscriber growth continues to set records, even relative to other subscriber businesses because of our healthy positions in both the automotive and retail distribution channels. As in the prior quarter, each distribution channel contributed approximately half of the third quarter's net subscriber growth.

Let's first turn to the exciting automotive OEM channel, where XM is far and away the satellite radio market leader, as the third quarter 2005 demonstrated, when XM added more than 300,000 net new OEM subscribers. Success in the OEM channel requires carefully-developed long-term relationships with the largest automobile manufacturers, and factory installation of satellite radios is the key to adding large volumes of subscribers. XM's OEM partners represent 61% of the U.S. auto market.

Currently, the majority of XM's OEM subscribers come to us through General Motors and Honda. General Motors has proven to be an outstanding partner of XM. In September, GM announced that it had produced its 3 millionth vehicle with factory-installed XM Satellite Radios. In 2006, GM is planning production of 1.55 million vehicles with XM factory-installed, a 150,000 more GM vehicles than currently expected for 2005 and a third more vehicles than 2004.

American Honda Motor Company, another of the world's most successful car companies, recently announced it will equip over 550,000 of its 2006 model year vehicles with XM Radio. XM is now factory installed as a feature on the 2006 Honda Civic, one of the best-selling models in the U.S., as well as in the 2006 Honda Pilot, Accord, Odyssey, Element, and Ridgeline. XM will also be an option on the all-new 2006 Honda Civic Hybrid and a standard feature on the Honda Accord Hybrid. On four Acura models, XM is a standard factory-installed feature.

Combined, GM and Honda will produce over 2 million XM factory-installed vehicles in 2006.

While we have benefited greatly from our partnership with General Motors and Honda, we also have been building a lasting foundation in the OEM channel with numerous other leading automakers that will drive our factory installation program beyond 2 million vehicles.

Hyundai is the first automaker planning to launch XM as a standard factory-installed equipment across its entire model lineup. By year-end 2006, over 70% of Hyundai vehicles built will be XM equipped, with the remaining models following quickly thereafter, totaling well over 500,000 units by 2007.

Nissan currently offers XM radio as a factory-installed option on 19 Nissan and Infiniti models. Today, XM is available as a dealer-installed option on 13 Toyota, Lexus and Sia (ph) models, with this number increasing to 20 models in the first quarter of 2006, including the popular hybrid models such as the Prius and the Lexus GS. Toyota selected XM as its factory installation satellite radio partner and will commence factory installs in the 2007 model year cars. Audi, Volkswagen, and Porsche are also active XM partners, offering factory-installed equipment. And Suzuki began offering XM as a dealer-installed option in the Fall of this year.

As a result of our strategic building of the OEM channel, we have captured more than 80% of all OEM satellite radio subscribers to date and expect to maintain a dominant leadership position throughout 2006 and beyond in the OEM category.

Let's turn to the retail distribution channel, where XM continues to lead the industry by adding more then 300,000 net new retail subscribers in the third quarter. All indicators are that we have outperformed our competitor in this third quarter. All the numbers for retail distribution should be in shortly. As you know, both companies have already pre-reported overall net subscriber additions, and XM achieved a 63% market share for the third quarter 2005, which is essentially unchanged from 64% in the prior two periods.

Now let's look at XM's plan for the retail market for the fourth quarter, when we expect this channel to drive the preponderance of our growth as interest in satellite radio peaks during the Christmas season.

© 2005 Thomson Financial. Republished with permission. No part of this publication may be reproduced or transmitted in any form or by any means without the prior written consent of Thomson Financial.

FINAL TRANSCRIPT

Oct. 27. 2005 / 10:00AM, XMSR - Q3 2005 XM Satellite Radio Earnings Conference Call

Going into the holiday season, XM has the best and most balanced programming with the right radios at the right price, along with a new media campaign designed to attract the next million XM subscribers. XM is offering a broad range of radios, including two new products, the Audiovox XM Xpress and the Delphi XM RoadyXT. For consumers wanting a five-line display screen, the Xpress, a plug and play receiver, is the smallest satellite radio in the category. The RoadyXT, weighing only 2.8 ounces, is the thinnest satellite radio at an attractive $79 price point. In consumer electronics, size does matter and the smaller, thinner the better.

Consumers can also select from many other XM radios such as the SKYFi2 and the Roady2 plug-and-play radios. We continue to offer the entry-level Roady2 at a $49 price point that puts XM in the sweet spot of the consumer electronics mass market at the low end.

Meanwhile, consumers shopping for XM radio home entertainment systems this holiday season will find an array of products from Yamaha, Pioneer, Denon, Onkyo, and GPX, as well as Eton's Porsche-design radios. And of course, our portfolio of XM to go portable radios are readily available, including the Pioneer AirWare, Delphi MyFi and the Tao, all priced at $199 after rebate. XM is the only provider of a truly portable satellite radio that goes were you go and receives the live satellite feed along with memory functionality.

Beyond this holiday season, XM recently announced XM MP3 integrated players will be available at retail in significant quantities during the first quarter of 2006. We have ensured through a strong inventory planning and management system that retail outlets will be well-stocked across the fourth quarter. Some questions have been raised about Delphi's recent voluntary Chapter 11 bankruptcy filing and its effects on XM. All Delphi aftermarket radios are manufactured overseas and outside of the current union issues, and Delphi has advised us that it expects no disruption in the continued supply of XM radios.

With hardware inventories flowing and distribution channels broadening, we have also significantly enhanced XM's leadership position in offering the best sports, talk and music programming. During the upcoming year, XM will provide over 5000 live sporting events -- the most in satellite radio. XM's popular broadcast of Major League Baseball featured innovative play-by-play coverage of the League Championship Series to the World Series, featuring the Chicago White Sox and the Houston Astros.

For the World Series, XM subscribers were given the option of listening to the home or visiting team radio coverage, the national play-by-play coverage, or the games broadcast in Spanish. Last weekend, XM sponsored one of the biggest branding and awareness promotions in the history of the World Series which was widely coverage by the press. 40,000 fans attending game 1 in Chicago of the White Sox/Astros matchup received a voucher for a free RoadyXT with a six-month subscription commitment. You may have also noted XM's logo on the left-field fence during the games in Chicago which White Sox hitters seemed to use as a bulls eye.

XM's leadership in live sports programming was reinforced in the third quarter when the National Hockey League announced a 10-year agreement making XM the exclusive satellite radio network of the NHL beginning with the 2007/2008 season. On October 5, XM launched play-by-play NHL coverage and will carry 90% of the games across six dedicated channels. Our partner, Canadian Satellite Radio, is funding a significant portion of the NHL agreement and NHL play-by-play coverage will be available in English and French.

In the third quarter, XM carried the U.S. Open for tennis fans and the PGA events for golf enthusiasts. In August it premiered XM Deportivo, its 24-hour coast-to-coast Spanish-language sports channel, which will be the exclusive satellite radio home for the World Cup Soccer Tournament beginning in June of 2006.

XM has recently enhanced its college sports coverage, which includes football and basketball games from the Big 10, PAC 10 and the ACC, with one of college basketball's great coaching icons, Duke University's Mike Krzyzewski, who was just recently named the Olympic coach for the 2008 Olympics. He is hosting a weekly talk show called Basketball and Beyond with Coach K. Yesterday we announced that NASCAR superstar Jimmy Johnson will host his own weekly show to debut in February on XM's NASCAR radio channel.

© 2005 Thomson Financial. Republished with permission. No part of this publication may be reproduced or transmitted in any form or by any means without the prior written consent of Thomson Financial.

FINAL TRANSCRIPT

Oct. 27. 2005 / 10:00AM, XMSR - Q3 2005 XM Satellite Radio Earnings Conference Call

In the area of talk radio, XM has also made significant strides. Earlier this month, we launched Take Five, a channel dedicated to women featuring Ellen Degeneres, Tyra Banks, the Satellite Sisters, and other talk talent, along with content from the Food Network and Home and Garden Television. And XM recently announced that the Fox News Talk Channel will be available in January featuring Fox News personalities Bill O'Reilly, Tony Snow, John Gibson and Alan Colmes, among many others, balancing out our exclusive carriage of Al Franken and Air America.

On the music front, XM continued its critically-acclaimed Artist Confidential interview and performance series with some of the biggest names in the music industry, including Clint Black, Joan Baez, Herbie Hancock, and being taped tomorrow at Jazz (indiscernible) Lincoln Center, Santana. Plus, we announced the multiplatinum artist Ludacris will host a weekly show on Raw, XM's uncut hip-hop channel, beginning in January.

On the broader community service front, XM is a good citizen and has dedicated national programming to a variety of relief efforts. After Hurricane Katrina devastated homes along our southern coast, XM responded by joining forces with the American Red Cross to launch Red Cross Radio. The 24-hour nationwide XM channel provided help and information to disaster victims, Red Cross staff and volunteers. XM also donated radios to the Red Cross relief workers and aid stations. On our emergency alert channel, XM aired extensive coverage of Hurricane Wilma's impact on the Southeast. Clearly, we provide a valuable service during national disasters and other emergencies when traditional radio and other media may not be available.

In our last quarterly conference call we outlined many of XM's strategic partnerships. Let's update you briefly on them. In September, our partner Canadian Satellite Radio, which I mentioned earlier, won approval from the Canadian Federal Cabinet to offer XM Canada Satellite Radio. XM Canada has made significant progress assembling the key elements of its business, leveraging XM's experience and existing relationships. XM Canada has hired a seasoned radio and marketing management team, begun developing broadcast studios in Toronto and Montreal, is constructing a repeater network throughout major cities across the country, and establishing key distribution arrangements with GM and national consumer electronics retailers such as Best Buy, Future Shop and The Source by Circuit City. XM Canada is a promising future source of value and revenue for XM.

Turning to our strategic online relationship with AOL, we launched the co-branded AOL Radio featuring XM on AOL's music home page, offering the best of both XM and AOL programming. Furthermore, beginning in mid-November all of DirecTV's approximately 15 (ph) million customers will enjoy a selection of XM's quality music, talk and sports programming, providing XM a great opportunity to further build awareness during the holiday selling season and beyond. Soon we will be launching the XM+Napster service, allowing XM subscribers to discover music on XM, mark their favorites, then purchase the music online through Napster and store them on XM MP3 devices.

So, in summary, the third quarter 2005 represents another quarter of XM market leadership and smart subscriber growth. XM's leadership in the OEM and retail channels resulted in it ending the quarter with more than twice as many subscribers as its competitor, our revenue rapidly increased, cost-effective programming additions broadened our appeal, new products are in flow, and strategic partnerships are on track. We strengthened our foundation for a spectacular fourth quarter when we will exceed 6 million subscribers and for an exceptional 2006 and beyond.

I will now turn the call over to Joe Euteneuer for a detailed discussion of XM's financial performance during the third quarter of 2005.

---

**Joe Euteneuer** - *XM Satellite Radio Holdings, Inc. - EVP and CFO*

Thanks, Hugh. In the third quarter we continued to perform against its financial and operational metrics. As you know, the primary driver of revenue is subscriber growth. We added more than 617,000 subscribers and surpassed the 5 million subscriber milestone during the quarter. Churn remained at a low rate of 1.4%, unchanged from the previous two quarters. Subscriber additions were slightly lower than the second quarter's 647,000 net new subscribers; however, this is consistent with seasonal

© 2005 Thomson Financial. Republished with permission. No part of this publication may be reproduced or transmitted in any form or by any means without the prior written consent of Thomson Financial.

patterns we have seen in previous years, and specifically for this year, was impacted by XM shifting some marketing resources to the critical upcoming holiday season, as Hugh mentioned earlier.

First I'd like to comment on the makeup of XM's subscriber universe, and I refer you to the detailed financial attachment to our third quarter 2005 press release.

The end of the quarter total of more than 5 million subscribers included 4.4 million self-paying subscribers, 625,000 OEM prepaid promotional subscribers, and 42,000 rental car subscribers under the Avis, Zipcar, National and Alamo brand names. Please note that the level of rental car subscriptions typically fluctuates in the third and fourth quarters as rental car companies adjust their fleets with the new car models.

The conversion rate of our new OEM prepaid promotional subscribers to self-paying subscribers upon conclusion of the promotional period continues to be nearly six out of 10, or 56% of new car buyers. Of our total subscriber base, the self-paying subscribers were 87%, the OEM prepaid promotional subscribers were 12%, and the rental car subscribers were 1%. These percentages were essentially unchanged from the second quarter.

Now let's move to revenue. Total revenue increased 134% to 153 million for the third quarter of 2005, from 65 million reported in the third quarter of 2004. Recurring subscription revenue of 140 million for the third quarter of 2005 increased 135%, from 60 million in the third quarter 2004. Compared to the second quarter 2005, subscription revenue was up 23%, reflecting the continued significant growth in our subscriber base as well as the higher ARPU I will now discuss.

Average subscription revenue per user, or ARPU, climbed to $9.78 in the quarter, up $0.43 or about 5% from the second quarter, and up $1.14 or 13% from a year ago. As you might expect, the primary reason for the improvement in ARPU is the steadily increasing proportion of existing subscribers migrating to the new rate from our April increase, as well as new subscribers signing up at the new rate. ARPU continues to reflect the popularity of discounted annual and multiyear prepayment plans, as well as the impact of discounted family plan subscriptions, all of which are our most loyal customers. The family plan program grew by 2 percentage points to 17% of ending subscribers from the second quarter, and the annual and multiyear prepayment plans grew slightly to 41% from 40% in the previous quarter.

Deferred revenues grew in the third quarter by 15 million to 303 million, following the 66 million increase in the second quarter, which was attributable to the large number of subscribers who opted into the annual and multiyear prepayment plans at the time of our rate increase. At the end of the quarter, subscribers had prepaid their subscriptions by an average of 9.2 months, up from the 6.8 months in the third quarter of 2004 and down slightly from the second quarter 2005.

I will now spend some time discussing the quarter's expenses. As you know, we look at expenses in three categories -- variable operating expenses, fixed operating expenses, and sales and marketing expenses.

Variable expenses, which include the cost of merchandise, revenue share and royalties, customer care and billing and ad sales, were 54 million in the third quarter 2005, up from 25 million in the third quarter 2004 and up from 49 million in the second quarter 2005. Changes in variable expenses result directly from the growth in revenue. The important metric, the contribution margin of our subscriber business -- which equals subscription revenue minus revenue share, royalties, customer care and billing costs -- increased to 69% of revenue in the third quarter 2005 from 65% in both the third quarter 2004 and the second quarter 2005. The primary contributor to this improved margin is the rate increase. Consistent with seasonal patterns, however, subscription margin in the fourth quarter will be lower, as more subscribers sign up for service in the last few weeks of December along with the additional temporary holiday staffing which affects variable customer service costs.

Fixed expenses, which include satellite and terrestrial, broadcast and operations, programming content, research and development, general and administrative, and marketing retention and support, were 77 million for the third quarter 2005, compared to 41 million for the third quarter 2004 and 68 million for the second quarter 2005. This expected increase was due primarily to new programming initiatives and other operational expenses.

© 2005 Thomson Financial. Republished with permission. No part of this publication may be reproduced or transmitted in any form or by any means without the prior written consent of Thomson Financial.

FINAL TRANSCRIPT

Oct. 27. 2005 / 10:00AM, XMSR - Q3 2005 XM Satellite Radio Earnings Conference Call

XM's targeted and efficient sales and marketing efforts have enabled us to continue to demonstrate cost-effective subscriber growth, both in the direct cost to gain a subscriber, or SAC, and the fully-loaded total cost, including discretionary advertising and marketing costs, to gain a subscriber, or CPGA.

XM's SAC for the third quarter was a modest $53 per gross addition, a decline of $4, or 7%, from the $57 per gross addition in the third quarter 2004. CPGA for the third quarter 2005 was $89 per gross addition, unchanged from the third quarter 2004 and down from the $98 in the second quarter 2005. Similar to past trends, we expect fourth quarter SAC and CPGA to increase due to greater media and promotional activities during the upcoming holiday selling season.

XM's EBITDA loss for the third quarter of 2005 was 74 million, versus an EBITDA loss of 63 million in the third quarter 2004 and 90 million in the second quarter of 2005. The third quarter 2005 EBITDA loss included the cost of adding 201,000 more next new subscribers than we added in the third quarter of 2004.

The overall liquidity position of XM at the end of the third quarter 2005 was approximately 890 million, including cash and short-term investments of 754 million and undrawn facilities from GM of 135 million.

As part of our strategy to strengthen XM's balance sheet and reduce interest expense, as opportunities present themselves, XM reduced its debt in the third quarter by retiring 15 million of our 12% senior secured notes due 2010. In addition, we announced the redemption of all of the outstanding 14% senior secured notes due 2010. In October, we completed this transaction by paying noteholders $24.8 million.

For the third quarter 2005, XM's net cash flow from operations was a -91 million versus a positive cash flow of 6 million from the second quarter 2005, as deferred revenue returned to a more seasonal run rate following our second quarter rate increase. The third-quarter cash flow also includes semi-annual payments to Major League Baseball and General Motors.

In summary, the strong progress we've made in the third quarter enables me to reaffirm the 2005 guidance that we had previously given. XM expects to report 500 million in subscription revenue and EBITDA loss of 395 million for 2005, while ending the year with over 6 million subscribers. In addition, XM still expects to achieve operational cash flow breakeven by the end of 2006. We will issue our next subscriber update in the first week in January.

Hugh, back to you.

---

**Hugh Panero** - *XM Satellite Radio Holdings, Inc. - President and CEO*

Thanks. We're now ready to answer any of your questions.

---

QUESTIONS AND ANSWERS

**Operator**

(OPERATOR INSTRUCTIONS). Jonathan Jacoby.

---

**Jonathan Jacoby** - *Banc of America Sercurities - Analyst*

Two real questions here and then maybe a follow-up. The first is on the MP3 product delay. Can you go through the core issue, and is any of this related to the RIAA and their recent sort of posturing for incremental fees? The second question on the total churn number -- core churn very nice at 1.4%. How should we look at this going forward? Is it related to the conversion rate? Obviously, earlier this year you had a step up in sort of pull-forward auto OEM, promo subscribers. Or is it perhaps more related

| THOMSON | www.streetevents.com | Contact Us |  |

© 2005 Thomson Financial. Republished with permission. No part of this publication may be reproduced or transmitted in any form or by any means without the prior written consent of Thomson Financial.

FINAL TRANSCRIPT

| Oct. 27. 2005 / 10:00AM, XMSR - Q3 2005 XM Satellite Radio Earnings Conference Call |
|---|

to the April rate hike? And then lastly, should we expect that 49.99 is the bottom price in the fourth quarter for retail product? Is there a chance that product pricing goes below that level?

**Hugh Panero** - *XM Satellite Radio Holdings, Inc. - President and CEO*

I think I will answer the first part of the question and then, Steve, you'll take the second part. On the Samsung devices, we had always planned to have significant volume of the device in the first quarter. We were trying to get some of the devices in the fourth quarter, but our numbers and our projections for the year did not encompass having that be any significant portion of our subscriber growth. With regards to the other issues, Steve, do you want to address those?

**Steve Cook** - *XM Satellite Radio Holdings, Inc. - EVP Sales and Marketing*

Sure. I think you had a question about the conversion rates, and we were at about 58% for the second quarter. That ticked down to 56% for this quarter. Remember, this is the first quarter where we are seeing the full impact of the rate increase, because we measure conversion rates 90 days after the trial period. So, we lost a couple of points. I think over the next couple of quarters, you will see that tick back up as we refine our programs. So, I'm not too concerned about that. And then I think you asked about is the $49 a price floor that we've got out there for the Roady now. I'd really rather not comment on some of the upcoming price moves we might make, but we feel really good about our product lineup and the prospects for fourth quarter.

**Gary Parsons** - *XM Satellite Radio Holdings, Inc. - Chairman*

I think the final question was the 1.4% churn. And there, obviously, that has been remarkably stable over three quarters in a row. And frankly, with the rate increase in the middle of that, that was, obviously, quite heartening. But a lot of people locked in their one year or longer year things at that timeframe. So, that keeps it stable just for that basis.

**Operator**

Robert Peck.

**Robert Peck** - *Bear Stearns - Analyst*

Congratulations on another good quarter. I wanted to focus quickly on the OEM side for a second. The guidance coming out yesterday of GM doing 1.55 for the upcoming year, a million cars up from about 1.4, should we be thinking of that more as their previous guidance for last year was 1.1? So is there a potential outperformance here? How should we be thinking about GM's production?

**Hugh Panero** - *XM Satellite Radio Holdings, Inc. - President and CEO*

GM's production. GM will do 1.4 this year. They were aggressive. I think at the beginning of the year they had -- when we started the year, I think they had said they were going to do about 1.1; then they upped it to 1.5, I think in February, I think, prior to some of the challenges that they have been facing. And they are still going to end the year at a very healthy 1.4. And actually, during that same period, Honda had projected that they were going to do about 400,000, or probably do about 500,000.

Now, for 2006, GM has upped its projected guidance for their factory installation to 1.55. I think that Honda has announced that they are going to do about 550,000 for the model year, so there's obviously some upside on that as well. So, I think that our whole strategy is to have relationships with the biggest automobile companies and some of the fastest-growing so they can balance out certain shifts that happen in the marketplace. And then what we are really looking forward to is basically the 2007

© 2005 Thomson Financial. Republished with permission. No part of this publication may be reproduced or transmitted in any form or by any means without the prior written consent of Thomson Financial.

FINAL TRANSCRIPT

Oct. 27. 2005 / 10:00AM, XMSR - Q3 2005 XM Satellite Radio Earnings Conference Call

model year, where we start to have Hyundai and basically Toyota start to really kick in with their reduction, which will bump up OEM during that period of time.

**Robert Peck** - *Bear Stearns - Analyst*

Actually, that was going to lead right into my next question. With Toyota, can you give us any sort of feel as far as volumes for factory install?

**Hugh Panero** - *XM Satellite Radio Holdings, Inc. - President and CEO*

Not at this time. We have basically been deep in the planning process with Toyota. But I think that you will see most of their activity coming with the 2007 model year, 2008. And clearly, Toyota is one of the biggest car companies in the world and growing, and they're going to be a very significant part of our future over the next couple of years.

**Robert Peck** - *Bear Stearns - Analyst*

One last question and I'll let somebody us go. Could you give us a little more color around the 4G Radios, the My-Fi2 that's coming out? When should we start to maybe see product announcements and volumes on shelves and impacting sales?

**Hugh Panero** - *XM Satellite Radio Holdings, Inc. - President and CEO*

As we always do, we reserve the Consumer Electronics Show to unveil new products. And I think, and I know that most of you or some of you attend those shows. And that's when we would give you a preview on all of those new products that we expect going forward.

**Operator**

Sean Butson.

**Sean Butson** - *Legg Mason - Analyst*

I just wanted to follow-up on -- first follow-up some on what Bob was talking about regarding the GM numbers. I'm just a little confused. I thought the original GM 1.1 million was related to the model year '05, and the 1.5 was for calendar year '05. And then the 1.4 they put out yesterday was also for calendar year. So, I guess I'm just confused about the 1.1 going to 1.5 initially, because I thought those were apples and oranges. And kind of related to that, based on the press release yesterday, it looks like there is a pretty significant deceleration in the calendar year factory installs from 230,000 last year to -- or sorry -- this year to 150,000 next year. So I just wanted to check all those numbers first off. And then kind of secondly, if that deceleration is correct, then going forward then should we expect continued reductions, which are a little surprising at least to me this early on in the penetration cycle? Thanks.

**Gary Parsons** - *XM Satellite Radio Holdings, Inc. - Chairman*

Let me address a little bit of that. When you are saying -- you're looking at an individual automaker there as opposed to the industry-wide. I think that industry-wide, obviously, you're going to see a continued acceleration of the gross. And it's important to remember that that is also growth. So, we expect to see from General Motors, or they are certainly protecting to this point in time that even if their total volume production is -- maybe fluctuates year-to-year, their actual penetration of model-over-model becomes heavier and heavier each year. But the big numbers that you see each calendar year to go forward will tend to be with

© 2005 Thomson Financial. Republished with permission. No part of this publication may be reproduced or transmitted in any form or by any means without the prior written consent of Thomson Financial.

new manufacturers coming on who are at like zero production now that will, obviously, just be hitting their first models coming in. Steve, do you want to address that?

**Steve Cook** - *XM Satellite Radio Holdings, Inc. - EVP Sales and Marketing*

Just to add to that, we are currently in about 95% of the GM models. And we do continue to see an increase in the penetration in those models. We're up over 35% now, and we were at about 28% penetration a year ago. So, we are seeing continued positive progress and don't see that trend changing.

**Sean Butson** - *Legg Mason - Analyst*

Okay. Do you have any comments at all on GM's 8-K that they put out -- it was either late yesterday or early this morning -- regarding their investigation from the SEC regarding their relationship with Delphi? And if the investigation continues, what sort of impact could there be, not so much on radio production -- as you said, Delphi does it oversees -- but I suppose the real risk here regarding the Delphi bankruptcy and the GM 8-K is that auto production could be impacted. So, even if you have the radios, still the auto supply could be impacted.

**Hugh Panero** - *XM Satellite Radio Holdings, Inc. - President and CEO*

You would have to address those issues with General Motors. By us having relationships with a broad array of car manufacturers -- ranging, again, from General Motors to companies like Hyundai and Toyota and Honda -- we are able to cover fluctuations in the market that are either caused by issues that are going on now, or even just changes in market share. So, you would have to address those issues with General Motors.

**Operator**

Lucas Binder.

**Lucas Binder** - *UBS Financial - Analyst*

I just wanted to, I guess, get a little bit more clarity on two items that were discussed. With regard to the comments out of some of the numbers of the RIAA, can you discuss a little bit about what your take on royalties are, how you look at them going forward, and what kind of changes we may or may not see as far as the royalty payments are concerned? And then, I just wanted to get a little more clarity on the churn number again. When you look at just pure gross additions less net additions, it looks like churn was up sequentially. I am getting a number closer to about 2.7% versus the 2.5 last quarter. I know this isn't consistent with what you guys look at as far as non-promotional churn, but you are still seeing a sequential increase. How should we see this going forward? Should we see this start to come down again as we have seen on a year-over-year basis?

**Hugh Panero** - *XM Satellite Radio Holdings, Inc. - President and CEO*

I will address the rights issue. Basically we pay a percentage of gross revenue to a variety of copyright holders that range from the labels to the publishers and so on. Those are all rights that under federal law we are required to negotiate with those rights holders as part of the agreement that we have, which also basically requires them to deliver us the content as part of a compulsory license. Those deals we struck and arrangements we struck several years ago -- and what occurs is, as has been my experience in other businesses that I have been in, is that as those arrangements end or the term of those arrangements ends, is what happens is you go through a renegotiation of those rates. You try to do it outside of an arbitration process, but if there is an

FINAL TRANSCRIPT

Oct. 27. 2005 / 10:00AM, XMSR - Q3 2005 XM Satellite Radio Earnings Conference Call

arbitration process they -- the arbitration board will set the rate. This is what happens with many other people who are in the same situation.

Right now, we believe that we are a significant contributor to what is a new revenue stream to these parties that didn't exist prior to satellite radio becoming available. It's a ramping revenue stream for them. We believe that the current rate structure that we have now is adequate. And, clearly, that is the argument that we will go into in our negotiations. And we feel pretty confident about that process going forward.

**Joe Euteneuer** - *XM Satellite Radio Holdings, Inc. - EVP and CFO*

In regards to your second question, for those of you who like to take the inverse of our conversion rate and add it to our churn rate -- although we don't agree with that calculation -- that number is 2.6% and is up from the 2.4% in the previous quarter.

**Operator**

Jeff Wlodarczak.

**Jeff Wlodarczak** - *Wachovia Securities - Analyst*

A quick question. Can you talk about what gives you confidence that the conversion rate is going to tick back up given, I guess, the higher price point, higher fuel costs sort of worries about a weakening consumer? Ad do you think we have bottomed out in the conversion rate in the third quarter? When do you think we're going to bottom if it's not in the third quarter? Thanks.

**Steve Cook** - *XM Satellite Radio Holdings, Inc. - EVP Sales and Marketing*

I would rather not comment on whether it has bottomed out. We will see. We don't see it. It stays very consistent. It stayed pretty consistent quarter-over-quarter, except for this last quarter where it ticked down a little bit. I think what gives me confidence that over the long-term it is going to increase is that our content keeps improving, the awareness of the service is improving. All of those factors sort of tend towards higher acceptance rate at the end of the trial. We are also constantly refining our processes to contact the customers. And we have seen -- we have got a number of initiatives in place to improve those numbers. And we have got strong automotive support from both GM and Honda and some of the others in working those issues. So, I do see our ability to improve the rate over time.

**Operator**

Vijay Jayant.

**Vijay Jayant** - *Lehman Brothers - Analyst*

Can you just comment about what kind of funding the Canadian opportunity and your sort of come along rights with wall space can impact your liquidity over the next two or three years? What is the magnitude of those two things? Thanks.

**Gary Parsons** - *XM Satellite Radio Holdings, Inc. - Chairman*

This is Gary. I will address those. Those really are not a liquidity impact, or certainly there's no -- the way we have the deals structured there's no demands on the Company at all for cash infusions for XM into that. Canadian Satellite Radio has indicated they intend to take their company public shortly. John Vitof (ph, the entrepreneur who heads that who has been working with

| THOMSON | www.streetevents.com | Contact Us |  |

© 2005 Thomson Financial. Republished with permission. No part of this publication may be reproduced or transmitted in any form or by any means without the prior written consent of Thomson Financial.

us for a number of years on the pursuit of this license, has put a significant amount of his cash into it. And certainly that is where the funding for that entity will come from. We do have the positive advantage -- I think this is all public within the CRTC proceedings that went forward in our disclosures. We do have the opportunity to take a significant share of that company at a nominal $1 value. And once it goes public we would expect to do that. But once again, that is an asset value that is built for us, and we do get a portion of the revenue as a kind of royalty sort of treatment. So, all of those are positives. But there's not a cash impact liquidity issue on either of those.

**Operator**

Steve Mather.

**Steve Mather** - *Sanders Morris Harris - Analyst*

With expenses relatively predictable, let's focus on initiatives for just a little bit. I call WCS Spectrum maybe one of you're more interesting enablers. Hugh, can you just give us any kind of framework around that now that a few months have gone by?

**Hugh Panero** - *XM Satellite Radio Holdings, Inc. - President and CEO*

We're not prepared as yet to discuss the modeling for that. We are right now going through the process of having our engineering and our marketing teams kind of work through some of the issues. And I think that as we have expressed in the past, when we have a story to tell, we will find a forum to explain what our plans are in that space.

**Steve Mather** - *Sanders Morris Harris - Analyst*

Can we at least think second half '06?

**Gary Parsons** - *XM Satellite Radio Holdings, Inc. - Chairman*

Yes. I think, certainly, that sort of a timeframe is something that you would see it by. The real key right now, as we expressed on the last conference call and as I have indicated in all of the investor forums we have gone through, it's still in a regulatory process right now. It's still in front of the SEC for an approval. And until that question mark and issue is behind us and it's actually a completed transaction, we won't be -- we will probably in a next year timeframe be coming out with more clarity.

**Steve Mather** - *Sanders Morris Harris - Analyst*

How about I try another initiative that is a little closer to home? DirecTV starts in a few weeks.

**Hugh Panero** - *XM Satellite Radio Holdings, Inc. - President and CEO*

We will be providing a significant number of amounts of our content on DirecTV. They reach, as you know, approximately 15 million subscribers. There is a real terrific crossover in people's interest in satellite radio who are also interested in satellite television. We have worked with DirecTV in the past on a number of initiatives and we are looking forward to having that opportunity help build awareness for our product as we go into the holiday season and, of course -- and beyond. We have been working with Chase and David Hill and the rest of the team there. And we're pretty happy with that relationship.

© 2005 Thomson Financial. Republished with permission. No part of this publication may be reproduced or transmitted in any form or by any means without the prior written consent of Thomson Financial.

FINAL TRANSCRIPT

| Oct. 27. 2005 / 10:00AM, XMSR - Q3 2005 XM Satellite Radio Earnings Conference Call |

**Steve Mather** - *Sanders Morris Harris - Analyst*

One final one, the Connect-and-Play chip. I've been carrying mine around for a little bit. And I'm just wondering if you can maybe give us an update on that? You mentioned earlier, of course, that they're getting into some of these home receiver units, etcetera. But is there a bigger, broader picture regarding this Connect-and-Play?

**Steve Cook** - *XM Satellite Radio Holdings, Inc. - EVP Sales and Marketing*

We talked about the fact that it is expanding across a wide range of different home electronics products. And you will see a bunch of those at retail this fall and on into '06. And then as we look ahead to some of the player products and other products that we have spoken about, I think that is the technology that really helps enable a lot of flexibility in some of the upcoming products as well.

**Operator**

Barton Crockett.

**Barton Crockett** - *JP Morgan - Analyst*

You guys seem to have stepped up the level of rebating for your radios going into the holiday season. We haven't seen you guys be a significant rebater for much of this year. What could that do -- can you give us some sense of your early outlook on what that could do for ARPU, what the likely uptake is, and whether this is kind of a switch in strategy for you guys more towards rebating and less towards other ways of spending on subscriber acquisition? So, that is my main question right now.

**Steve Cook** - *XM Satellite Radio Holdings, Inc. - EVP Sales and Marketing*

Sure, I'll handle that. It really won't affect ARPU at all because we don't tie the rebate to a service commitment. It's really a hardware-only rebate. And really our intent there is we're reaching the point where we can start to hit lower and lower price points to really penetrate the mass-market. Because this is -- we do see this as a gigantic business as we're shooting towards 10 million by -- or 20 million by 2010 and that sort of thing. So, we can maintain our SAC at very reasonable levels and still hit some of these attractive consumer price points. So -- and Christmas -- the gift-giving season is the perfect time to do that. So, that is really what you are seeing.

**Barton Crockett** - *JP Morgan - Analyst*

Just to clarify, you're saying because you're not requiring people to sign up for a six-month or one-year, you're not going to have this in ARPU, but it's going to be recorded where -- in subsidies and distribution?

**Steve Cook** - *XM Satellite Radio Holdings, Inc. - EVP Sales and Marketing*

It will be reflected in the SAC.

**Operator**

Craig Moffett.

© 2005 Thomson Financial. Republished with permission. No part of this publication may be reproduced or transmitted in any form or by any means without the prior written consent of Thomson Financial.

**Craig Moffett** - *Bernstein & Co. - Analyst*

I wonder if I could return to the General Motors release from yesterday again. Are there meaningful differences between the bundling and options package strategies of your different OEM partners? Can you talk about how General Motors, at least to your understanding, views satellite radio? Is it a stand-alone product that they want to sell or are they using it to sell larger bundles of, say, sound systems or even other unrelated features in bundles?

**Hugh Panero** - *XM Satellite Radio Holdings, Inc. - President and CEO*

It's a combination of many things. First of all, obviously, between the different car manufacturers -- and, obviously, some of them have different size portfolios of vehicles and handle their marketing differently. Hyundai has decided that they want to put it standard on all their cars. And that's one strategy. Honda, which has fewer models that fall into the Acura or Honda family, have basically put it standard on some of their higher-end cars like the RL and TL, and will move that into others as well. Toyota when they come out will have a very specific strategy that is customized to their portfolio of products. And General Motors handles -- has handled it differently because they're such a -- they have such a broad portfolio in terms of how they package it in different car lines. So for example, in the Cadillacs, they sometimes package it as a standard feature. On other car lines, it is packaged in as part of a kind of a sophisticated audio sound system. In others it is done differently. So, with each of the car companies, it tends to be customized to the kind of characters -- the character of each one of the companies as it relates to the size of their portfolio and what market they are going after.

**Craig Moffett** - *Bernstein & Co. - Analyst*

I guess I'm wondering is -- with it being around the low 30s again as a percentage of their availability for their total fleet, is that in any way sort of a ceiling for them, or are they constraining supply in order to push options packages? Or do they believe that in some way it might be constrained by demand in the 30% for their fleet?

**Hugh Panero** - *XM Satellite Radio Holdings, Inc. - President and CEO*

No, I think that they see growth in that percentage. I think that GM clearly has some challenges that they have been facing just over the short period of time. But they are going to basically produce 1.55 million next year. So, I think that there's just growth ahead of them. And clearly, as the rest of the automobile industry -- when you have a Hyundai that's going to go standard, and you have Honda and Toyota coming out, GM is going to want to even increase it more, just so they can be competitive in those particular segments of car buyers that are determined by those kinds of vehicles.

**Gary Parsons** - *XM Satellite Radio Holdings, Inc. - Chairman*

You will also, by the way, just see some fluctuations that will occur due to mix. In other words, there are sometimes higher concentrations of satellite radio packaging in SUVs and full-size trucks. And so, when those sag a little bit, sometimes it goes down slightly. But as the new ones come out next year, it goes back up. So, you will always have some amount of fluctuation. The general trend line is denser and denser and denser penetration across all of those model lines.

**Operator**

Jason Helfstein.

© 2005 Thomson Financial. Republished with permission. No part of this publication may be reproduced or transmitted in any form or by any means without the prior written consent of Thomson Financial.

FINAL TRANSCRIPT

Oct. 27. 2005 / 10:00AM, XMSR - Q3 2005 XM Satellite Radio Earnings Conference Call

**Jason Helfstein** - *CIBC World Markets - Analyst*

Three questions. First, can we discuss third quarter a bit more? Perhaps you can discuss the GM impact on the quarter. So, just taking a look at what -- with second quarter last year, by our estimates, OEM was like 23% of the year. And then in the second quarter this year it jumped up to 26. And then this year, obviously, it's a smaller percentage than last year. Can you talk about just kind of how we should think about that?

Second, we had heard that during September, the wearables fell as a percent of the total retail. So, my question is, given you guys started marketing or effectively started talking about your wearable products in August, do you think that hurt the sale of wearable products in September? And then I have one follow-up. Thanks.

**Hugh Panero** - *XM Satellite Radio Holdings, Inc. - President and CEO*

You asked a lot of things there. First of all, some of the percentage growth in OEM from one quarter to another quarter was also pulled forward, let's say, in the June/July timeframe because GM had an enormously aggressive employee discount program that you're probably familiar with; you get the deal that they have, the employees have. And that caused our growth to be very high in that quarter. And then it returned to a more normal level. So, I think you have to look at the various promotions out there which can occur in the auto industry, depending on where people are in terms of their promotional campaigns or strategies.

With regards to the portable devices, I mean, first of all we haven't given out any numbers, I don't believe, on the breakdown of those. But there is nothing that has impacted the percentage of those sales, you know. I think you were sort of implying that our player announcement was somehow impacted. That is not the case. And in fact, these are very different markets. I think that the XM2go device that we have right now is going after a certain demographic and the player device is going after probably a younger demographic.

**Jason Helfstein** - *CIBC World Markets - Analyst*

So, on your data you're showing that XM2go devices did not decline as a percent of sales in September versus July and August?

**Hugh Panero** - *XM Satellite Radio Holdings, Inc. - President and CEO*

We don't break down our percentage of sales by each one of these devices, so I don't know how much I can help you in this thing, on this issue.

**Jason Helfstein** - *CIBC World Markets - Analyst*

And then just last follow-up. Do you guys -- can you talk about, perhaps, headcount levels in the programming department, and perhaps how that's broken down between on-air and non-talent, and how that compares against a year ago? I'm trying to think about -- is there a way to think about how you're investing in the programming department?

**Hugh Panero** - *XM Satellite Radio Holdings, Inc. - President and CEO*

Actually, the headcount -- we have always had a real focus on having the right people in the right places in our programming area, different than some of the other companies out there that have used freelancers to do this. Actually, our programming headcount has increased because of just some of the initiatives that I talked about before. Just on the talk side, we launched a whole women's initiative. So, there's people associated with that. We launched a Spanish initiative; there's people associated with that. We, obviously, during the year when we -- for baseball we basically have the Home Plate channel. We are, obviously,

| THOMSON | www.streetevents.com | Contact Us | |

© 2005 Thomson Financial. Republished with permission. No part of this publication may be reproduced or transmitted in any form or by any means without the prior written consent of Thomson Financial.

getting very involved in college sports with Coach K. So, there's a lot of investment in making those programming initiatives work. And, clearly, you need that.

On the programming side, we have also changed our management in that. We have brought in new people, more expertise, because we really think that the commercial-free music is important. I mean, you just could have seen some of the reports from the radio sector just over the last week or so -- is that I think people are migrating to wanting to have the kind of service that we offer and other companies offer. And that's why I think that there is a real upside for satellite radio between both of our -- both of the companies that are out there, both XM and Sirius.

I mean, right now both of our companies are (indiscernible) at about 2% penetration of a pretty big market. So, our growth is all ahead of us. And I think content is very important. And I think you'll see both companies investing in that, because the real upside is the rest of that universe that we haven't really touched yet.

**Operator**

Mark Wienkes.

**Mark Wienkes** - *Goldman Sachs - Analyst*

I'm interested in the momentum in your family plan subscriptions, which has sort of quietly crept up to about 16% of the sub base. How high do you think that number can go over the next 12 months? How elastic do you think the 6.99 price point is? And what -- if you could sort of describe your marketing plans around driving that number higher.

**Hugh Panero** - *XM Satellite Radio Holdings, Inc. - President and CEO*

Well, I think some of the marketing plans -- and Steve will comment on this as well -- is as our base get bigger and (indiscernible) the greatest strength of our service is people actually having it and experiencing it -- that as we move from 5 million to 6 million to 7 million, and our prices of our radios go down, is that you will see growth in the family plan just based on people wanting to give it as a gift and extending it. I think it happens very naturally. And there isn't necessarily a huge promotional plan other then various friends and family plans that we have out there to drive it. So, I think it's just part of the organic nature of the service that when as people as people experience the product, that they want their friends and relatives to have it because that's how much confidence they have in it.

**Gary Parsons** - *XM Satellite Radio Holdings, Inc. - Chairman*

I think the final element, by the way. that is just intrinsically built into that that will continue to drive it is Hugh mentioned at the very beginning, we have both the automotive new car channel and the retail channel both hitting very solidly. And as long as you have a very strong OEM channel where that particular radio is not portable, that does not move into the home like a plug-and-play does, then you're always going to have somebody that loves it in their new car and is looking to get something then that they can maybe get it in other venues too.

**Hugh Panero** - *XM Satellite Radio Holdings, Inc. - President and CEO*

I think that concludes our conference call. We thank you for attending and we look forward to a great fourth quarter where we're going to grow the business and hit 6 million and exceed 6 million subscribers. Thank you very much.

© 2005 Thomson Financial. Republished with permission. No part of this publication may be reproduced or transmitted in any form or by any means without the prior written consent of Thomson Financial.

Oct. 27. 2005 / 10:00AM, XMSR - Q3 2005 XM Satellite Radio Earnings Conference Call

**Operator**

This concludes today's XM Satellite Radio conference call. You may now disconnect.

DISCLAIMER

Thomson Financial reserves the right to make changes to documents, content, or other information on this web site without obligation to notify any person of such changes.

In the conference calls upon which Event Transcripts are based, companies may make projections or other forward-looking statements regarding a variety of items. Such forward-looking statements are based upon current expectations and involve risks and uncertainties. Actual results may differ materially from those stated in any forward-looking statement based on a number of important factors and risks, which are more specifically identified in the companies' most recent SEC filings. Although the companies may indicate and believe that the assumptions underlying the forward-looking statements are reasonable, any of the assumptions could prove inaccurate or incorrect and, therefore, there can be no assurance that the results contemplated in the forward-looking statements will be realized.

THE INFORMATION CONTAINED IN EVENT TRANSCRIPTS IS A TEXTUAL REPRESENTATION OF THE APPLICABLE COMPANY'S CONFERENCE CALL AND WHILE EFFORTS ARE MADE TO PROVIDE AN ACCURATE TRANSCRIPTION, THERE MAY BE MATERIAL ERRORS, OMISSIONS, OR INACCURACIES IN THE REPORTING OF THE SUBSTANCE OF THE CONFERENCE CALLS. IN NO WAY DOES THOMSON FINANCIAL OR THE APPLICABLE COMPANY ASSUME ANY RESPONSIBILITY FOR ANY INVESTMENT OR OTHER DECISIONS MADE BASED UPON THE INFORMATION PROVIDED ON THIS WEB SITE OR IN ANY EVENT TRANSCRIPT. USERS ARE ADVISED TO REVIEW THE APPLICABLE COMPANY'S CONFERENCE CALL ITSELF AND THE APPLICABLE COMPANY'S SEC FILINGS BEFORE MAKING ANY INVESTMENT OR OTHER DECISIONS.

©2005, Thomson Financial. All Rights Reserved.

