# EXHIBIT N

# XM SATELLITE RADIO GAINS RETAIL MARKET SHARE IN THIRD QUARTER

Washington D.C., November 01, 2005 -- XM Satellite Radio (NASDAQ: XMSR) today announced that, based on the latest satellite radio industry subscriber results, XM increased its retail market leadership with a 59 percent market share in the 3rd quarter compared to 56 percent in the 2nd quarter. The market share figures are based on XM's addition of 305,284 net retail subscribers in the 3rd quarter versus the 209,920 net retail subscriber additions announced by its competitor today. XM's total industry share, which includes retail and new car subscribers, was 63 percent for the 3rd quarter with XM adding 617,152 total subscribers and its competitor 359,294.

"XM subscribers represent two out of every three satellite radio customers. Satellite radio is one of the fastest-growing entertainment services ever and is expected to exceed more than nine million total subscribers by the end of this year," said Hugh Panero, XM's President and CEO. "XM continues to expand its leadership position while adding subscribers at about one-third the cost of our competitor."

About XM Satellite Radio XM is America's number one satellite radio service with more than 5 million subscribers. Broadcasting live daily from studios in Washington, DC, New York City and Nashville at the Country Music Hall of Fame, XM's 2005 lineup includes more than 150 digital channels of choice from coast to coast: the most commercial-free music channels, plus premier sports, talk, comedy, children's and entertainment programming; and 21 channels of the most advanced traffic and weather information. XM was named Best Radio Service at the 2004 Billboard Digital Entertainment Awards.

XM, the leader in satellite-delivered entertainment and data services for the automobile market through partnerships with General Motors, Honda, Toyota, Hyundai, Nissan and Volkswagen/Audi, is available in more than 120 different vehicle models for 2005. XM's industry-leading products are available at consumer electronics retailers nationwide. For more information about XM hardware, programming and partnerships, please visit http://www.xmradio.com.

Factors that could cause actual results to differ materially from those in the forward-looking statements in this press release include demand for XM Satellite Radio's service, the Company's dependence on technology and third party vendors, its potential need for additional financing, as well as other risks described in XM Satellite Radio Holdings Inc.'s Form 8-K filed with the Securities and Exchange Commission on 8-5-05. Copies of the filing are available upon request from XM Radio's Investor Relations Department.

XM Contact:
Chance Patterson
Phone: 202-380-4318
chance.patterson@xmradio.com