# EXHIBIT R

Case 1:06-cv-00802-ESH   Document 46-25   Filed 11/14/2006   Page 1 of 3

Page 1

1 of 1 DOCUMENT

Copyright 2005 Factiva, a Dow Jones and Reuters Company
All Rights Reserved



(Copyright (c) 2005, Dow Jones & Company, Inc.)

# THE WALL STREET JOURNAL

The Wall Street Journal

November 14, 2005 Monday

**SECTION:** MEDIA & MARKETING; Advertising:; Pg. B8

**LENGTH:** 630 words

**HEADLINE:** Advertising: XM Aims to Neutralize Sirius, Stern --- Fight for Listeners Heats Up With New Ad Campaign Featuring DeGeneres, Bowie

**BYLINE:** By Brian Steinberg

**BODY:**

RAISING THE STAKES in the battle for satellite-radio subscribers, XM Satellite Radio Holdings is hoping a roster of celebrities can steal the limelight from archrival Sirius Satellite Radio and shock-jock Howard Stern.

In a TV ad campaign that starts today, XM will focus attention on its broad range of programming, including shows and music featuring Ellen DeGeneres, David Bowie and Snoop Dogg. In the ads, Ms. DeGeneres and Mr. Bowie, among others, appear in front of microphones as Snoop Dogg walks through what appears to be XM's broadcasting headquarters. XM's studios will play a role in Thursday's episode of reality show "The Apprentice" on General Electric's NBC. XM is putting more than $25 million behind the new effort, according to a person familiar with the matter.

Meanwhile, Sirius is seeking to woo fans of Mr. Stern by promoting his arrival at the service in January. The company recently distributed a raunchy 60-second trailer by email to about 825,000 Stern fans, as well as members of the media. Created with Havas's Euro RSCG Worldwide, the sexually suggestive trailer also has started running before R-rated films in selected movie theaters and will continue until Dec. 29. Sirius expects to be active in the fourth quarter promoting Mr. Stern and channels associated with him, a company spokesman says.

The overall competition is "going to be like the Coke-Pepsi thing," predicts Edward Boches, chief creative officer of Mullen, the Interpublic Group agency that is devising XM's new campaign.

Both companies have alliances with a range of celebrities and entertainment providers, but Mr. Stern is proving to be a pivotal figure in the battle for listeners. The radio jock "will unquestionably help Sirius take some market share in the fourth quarter," says Craig Moffett, who follows the industry for Sanford C. Bernstein. "But on balance Howard Stern is probably going to do more good than harm for XM, because his presence will expand the category."

Mr. Moffett estimates that the satellite-radio market could be worth about $6 billion by 2010, with 40 million

subscribers overall. XM's goal is to reach six million subscribers by the end of the year, says Tricia Kesling, XM's senior vice president of marketing and operations. At the end of the third quarter, XM had 5.03 million subscribers, while Sirius reported 2.17 million. Sirius has said it expects to have more than three million subscribers by year end.

Recent XM ads targeted baseball fans as part of the company's programming alliance with Major League Baseball. And Sirius ran ads from independent shop Doner featuring people talking about how much they liked their favorite Sirius music channels.

With the holidays approaching, those positions appear to have flipped. Sirius is emphasizing a single personality, while XM is playing up its broader offerings.

"During the holiday season, it's important to not only be reaching the enthusiasts of a particular type of programming, but to be reaching the gift-givers that are buying for others," Ms. Kesling says. XM's ads feature "less hard sell, but are more about creating something which you can buy into," says Mr. Boches.

The two advertisers have to choose between using a famous personality to spark short-term attention, or promoting broader benefits, such as reliability of service, says Denise Lee Yohn, an independent branding consultant. XM and Sirius could have other competitors soon, says Nitin Gupta of Yankee Group, a technology consultant. Mobile entertainment from iPods and podcasts is growing, he says, meaning that this donnybrook has more at stake "than just Sirius versus XM."

---

Curious about an ad you've seen or heard? Write to advertmailbox@wsj.com and look for selected responses at WSJ.com/Media.

**NOTES:**
PUBLISHER: Dow Jones & Company, Inc.

**LOAD-DATE:** November 14, 2005