# EXHIBIT  X

# RBC Capital Markets

## *Research Comment*

July 29, 2005



1 Year Price History for XMSR

**David Bank, Analyst**
(212) 858-7333 david.bank@rbccm.com

| | |
|---|---|
| Price: 36.93 | Price Target: 41.00 ↑ 40.00 |
| 52-Wk High: 40.89 | 52-Wk Low: 24.03 |
| Float (MM): 203.9 | Debt to Cap: 82.9% |
| Shares Out (MM): 211.8 | Market Cap (MM): 7,822 |
| Dividend: 0.00 | Yield: 0.0% |
| Tr. 12 ROE: 0.00% | Est 3-Yr EPS Gr: 0.00% |
| Trading Vol. (MM): 3.729 | |
| Institutional Own.: 95% | |

| (FY Dec) | 2003A | 2004A | 2005E | 2006E |
|---|---|---|---|---|
| EPS | (4.83) | (3.30) | (2.74) | (2.06) |
| *Prev.* | | | *(2.67)* | *(2.01)* |
| P/E | NM | NM | NM | NM |
| Revenue Net (MM) | 91.80 | 244.40 | 551.60 | 995.20 |
| *Prev.* | | | *549.60* | *951.60* |
| MktCap/Rev | 85.21x | 32.00x | 14.18x | 7.86x |
| CFPS | (2.91) | (2.13) | (2.58) | (2.30) |
| *Prev.* | | | *(2.51)* | *(2.24)* |
| P/CFPS | NM | NM | NM | NM |

| EPS | Q1 | Q2 | Q3 | Q4 |
|---|---|---|---|---|
| 2003 | (1.26)A | (1.38)A | (1.12)A | (1.12)A |
| 2004 | (0.96)A | (0.84)A | (0.59)A | (0.93)A |
| 2005 | (0.58)A | (0.70)A | (0.65)E | (0.81)E |
| *Prev.* | | | *(0.72)E* | *(0.76)E* |
| 2006 | (0.55)E | (0.56)E | (0.44)E | (0.51)E |
| *Prev.* | *(0.54)E* | | *(0.43)E* | *(0.49)E* |
| **Revenue Net (MM)** | | | | |
| 2003 | 13.10A | 18.30A | 26.90A | 33.50A |
| 2004 | 43.00A | 53.00A | 65.40A | 83.10A |
| 2005 | 102.60A | 125.50A | 149.30E | 174.30E |
| *Prev.* | | | *126.00E* | *149.20E* | *171.80E* |
| 2006 | 203.20E | 232.10E | 262.80E | 297.10E |
| *Prev.* | *195.80E* | *222.10E* | *250.90E* | *282.70E* |
| **CFPS** | | | | |
| 2003 | (0.72)A | (0.83)A | (0.64)A | (0.73)A |
| 2004 | (0.59)A | (0.55)A | (0.32)A | (0.68)A |
| 2005 | (0.69)A | (0.67)A | (0.62)E | (0.60)E |
| *Prev.* | | | *(0.70)E* | *(0.58)E* | *(0.56)E* |
| 2006 | (0.85)E | (0.90)E | (0.25)E | (0.32)E |
| *Prev.* | *(0.83)E* | *(0.89)E* | *(0.23)E* | *(0.30)E* |

Cash Flow per Share excludes increase of deferred revenues

All values in USD unless otherwise noted.

**Priced as of prior trading day's market close, EST (unless otherwise stated).**

## XM Satellite

(NASDAQ: XMSR)

## Outperform

**Above Average Risk**

Earnings/Ratings Changes
Price Target Upgrade
EPS Revision

# Solid Execution In 2Q05 And Outlook Improves

### Event

2Q05 Results In-line or Better, Management Raises FY05 Sub Guidance

### Investment Opinion

**Outstanding execution as trends in key metrics continue to improve**-647K net subscriber additions (in-line with pre-release) were accomplished on both a lower SAC and CPGA than we (and consensus) were expecting--actual SAC of $50 versus our $63 estimate and actual CPGA of $98 versus our $99 estimate driven by improving economies of scale and efficiency in distribution.

- **Churn remained at 1.4% *despite* a 30% rate increase in quarter while OEM conversion rate declined modestly 250bps to 58% (probably on higher ramp in GM sales).**

**Guidance and general comments indicate continued positive trends**-Management raised FY05 net subscriber add guidance from 2.3mm to 2.8mm. Guidance is now ahead of previous consensus (though probably still lagging broader investor expectations). While SAC might see a modest up-tick in 3Q05 as redemptions from 2Q05 promotional radio *give aways* hit in 3Q05 expenses, 2H05 CPGA will stay generally consistent with 2Q05 results.

- FY05 EBITDA guidance now for $395mm *loss*, but we think management is building some conservatism into guidance.

**On conference call, there was much discussion of recent product initiatives/transactions, but not much clarity regarding financial impact**-While management indicated that it might offer some enhanced data and other services as a result of the acquisition of wireless spectrum (via pending $200mm acquisition of WCS Wireless), no indication was given of what those services might be or how much investment might go into their launch. Note, additional capex might be required to build out new repeater network in WCS spectrum.

**Raising our estimates**-Now looking for year-end subscribers of 6.0mm versus prior 5.8mm estimate.

**Maintaining Outperform, Above Average Risk rating, new price-target $41--** XM has factory installed relationship (including Telematics deals) with OEMs controlling 55% of new vehicle market vs. SIRI's 36% and leads in technology versus Sirius.

- Trading **$1,983/sub** versus SIRI at **$3,856/sub** (2005E ending subs).

---

**For required disclosures, please see page 4.**

**RBC Capital Markets**                                                                          **XM Satellite**

## 2Q05 Recap

On July 28, 2005, XM Satellite Radio reported 2Q05 results and delivered updated guidance. XM demonstrated outstanding execution as trends in key metrics continue to improve. 647K net subscriber additions (consistent with pre-release on July 1, 2005) were accomplished on both a lower Subscriber Acquisition (SAC) and Cost Per Gross Add (CPGA) than we (and consensus) were expecting--actual SAC of $50 versus our $63 estimate and actual CPGA of $98 versus our $99 estimate driven by improving economies of scale and efficiency in distribution.

Churn remained at 1.4% *despite* a 30% rate increase in quarter. While OEM conversion rate (OEM subscribers in free introduction period converting to paid subscribers) dropped modestly 250bps to 58%. We think this drop was primarily attributable to a substantial increase in volume through the GM sales channel as a result of recent promotions, rather than longer term consumer behavior trends.

Subscribers on annual/multi-year plans now represent approximately 40% of total subscribers. This is up from approximately 22% a year ago. We believe that the monthly subscription ARPU increase imposed in 2Q05 has lead to an increase in subscribers locking into longer-term, lower rates. In addition, subsribers on the multi-family plan as percentage of total subscribers is now approximately 15% (only slightly higher than it was last year at this time).

## Outlook

Guidance and general comments indicate continued positive trends. Management raised FY05 net subscriber add guidance from 2.3mm to 2.8mm. Guidance is now ahead of consensus (though probably still lagging broader investor expectations). While SAC might see a modest up-tick in 3Q05 as redemptions from 2Q05 promotional radio *give aways* and subsidies associated with sales of the $49.99 Roady 2 product hit in 3Q05 expenses, 2H05 CPGA will stay generally consistent with 2Q05 results. FY05 EBITDA guidance now for $395mm *loss*, but we think management is building some conservatism into guidance, while subscription revenue guidance for FY05 is now $500mm.

We are increasing our subscriber addition estimates to be in-line with current guidance. However, given trends in subscriber contribution margin and CPGA, we also think that management might be giving slightly conservative guidance on the EBITDA side. As a result, we are looking for modestly more profitable results.

| | 2Q05E | 2Q05E | 2Q05A | | 3Q05E | | | 2005E | | | | | 2006E | | |
| | Prior RBC | Previous Consensus | Actual | | Prior RBC | Previous Consensus | New RBC | Prior RBC | Guidance | Previous Consensus | New RBC | | Prior RBC | Previous Consensus | New RBC |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Revenue (mm) | $126.0 | $122.3 | $125.5 | | $149.2 | $144.1 | $149.3 | $549.6 | | $538.5 | $551.6 | | $951.6 | $938.7 | $995.2 |
| Adjusted EBITDA (mm) | -$97.7 | -$91.3 | -$90.4 | | -$79.1 | -$73.2 | -$86.7 | -$366.5 | -$395.0 | -$337.4 | -$375.1 | | -$215.3 | -$135.4 | -$221.2 |
| EPS | -$0.72 | -$0.70 | -$0.70 | | -$0.60 | -$0.60 | -$0.65 | -$2.67 | | -$2.61 | -$2.74 | | -$2.01 | -$1.74 | -$2.06 |
| Net Subscriber Adds (000's) | 640.3 | 640.0 | 647.2 | | 612.5 | 550.0 | 645.1 | 2,589.4 | 2,800.0 | 2,607.0 | 2,800.4 | | 2,932.0 | 2,700.0 | 3,200.1 |
| Subscription ARPU | $9.29 | $9.27 | $9.35 | | $9.42 | $9.45 | $9.35 | $9.32 | | $9.30 | $9.28 | | $10.07 | $10.18 | $10.04 |
| SAC | $63 | $62 | $50 | | $62 | $60 | $55 | $61 | | $59 | $55 | | $56 | $56 | $56 |
| CPGA | $99 | $101 | $98 | | $87 | $93 | $94 | $96 | | $97 | $96 | | $93 | $90 | $94 |

Note: Guidance for ending subscribers is 6 million, implying net adds of 2.8 million (Actual subscribers at 12/31/04 were 3.2 million).
Source: RBC Capital Markets

## Much Discussion Of New Initiatives, But Few Financial Details

Management spent a fair amount of time on the earnings call recapping a number of recent initiatives/transactions such as:

- Alliance with Samsung to produce satellite radio integrated MP3 players.
- Napster alliance (dubbed "XM+Napster") enabling satellite radio subscribers using the new Samsung MP3 players (see above) to listen to XM programming, mark favorite music and purchase and manage content through Napster for future enjoyment or storage in MP3 devices.
- Granting of license of XM's Canadian partner (CSR) to deliver satellite radio to Canadians.
- Agreement to purchase WCS Wireless (whose primary asset is wireless spectrum licenses in geographic areas covering 163 million people throughout the US, including 15 of the top 20 markets) for approximately $200mm (in stock).
- $25 million strategic investment in Worldspace, Inc. (a provider of satellite radio services in Asia, Europe, India, the Middle East and Africa).

However, management didn't set forth many specifics regarding the financial implications of these transactions. As a result, we

**RBC Capital Markets**                                                **XM Satellite**

(and most of the Street) are not at a point where we can incorporate many of those new initiatives into our financial models. For instance we don't really have visibility in terms of expected MP3 downloads per subscriber on the Napster deal. We don't know what services that XM is likely to offer using the WCS spectrum (though we know generally they will probably include some enhanced data or video services). Management did note that because the WCS spectrum differed from its legacy satellite DARS spectrum, XM's current repeater network would probably need to be modified to exploit the WCS spectrum. Without indicating a specific level, management indicated that this might require some capex.

## Valuation

We use a triangulated valuation methodology to derive our $41 price target for XM Satellite Radio. We average our DCF analysis and our 1-year forward discounted multiples on 2013 EBITDA and FCF--2013 is when we believe XM will reach maturity. We use a 14x EBITDA multiple as this represents the approximate multiple for radio broadcasters. We use a 19x (fully taxed) FCF multiple as this approximates a "normalized" average one year forward P/E multiple for the S&P 500 for the past 15 years, where in a steady state, we believe net earnings and FCF will converge. We add XM's present value of NOL's to our 19x 2013 FCF to derive our FCF multiple valuation.

## Price Target Impediment

If subscriber growth slows, and Satellite Radio is more of a niche product than a mainstream product, our price target could be too aggressive. In addition, if XM is unable to reduce its costs per gross addition, it may not reach profitability as expected, putting our price target at risk.

## Company Description

XM Satellite Radio is one of two Satellite Radio broadcasters. XM provides more than 120 audio channels of music, news, traffic and weather. XM has factory activation relationships with GM and Honda. As of 12/31/04 XM had 3.2 million subscribers.

**RBC Capital Markets**                                                                                          **XM Satellite**

## Required Disclosures

### Explanation of RBC Capital Markets Rating System

An analyst's "sector" is the universe of companies for which the analyst provides research coverage. Accordingly, the rating assigned to a particular stock represents solely the analyst's view of how that stock will perform over the next 12 months relative to the analyst's sector.**Ratings**.**Top Pick (TP):** Represents best in Outperform category; analyst's best ideas; expected to significantly outperform the sector over 12 months; provides best risk-reward ratio; approximately 10% of analyst's recommendations.**Outperform (O):** Expected to materially outperform sector average over 12 months.**Sector Perform (SP):** Returns expected to be in line with sector average over 12 months.**Underperform (U):** Returns expected to be materially below sector average over 12 months.**Risk Qualifiers (any of the following criteria may be present):Average Risk (Avg):** Volatility and risk expected to be comparable to sector; average revenue and earnings predictability; no significant cash flow/financing concerns over coming 12-24 months; fairly liquid.**Above Average Risk (AA):** Volatility and risk expected to be above sector; below average revenue and earnings predictability; may not be suitable for a significant class of individual equity investors; may have negative cash flow; low market cap or float.**Speculative (Spec):** Risk consistent with venture capital; low public float; potential balance sheet concerns; risk of being delisted.

### Distribution of Ratings, Firmwide

For purposes of disclosing ratings distributions, regulatory rules require member firms to assign all rated stocks to one of three rating categories--Buy, Hold/Neutral, or Sell--regardless of a firm's own rating categories. Although RBC Capital Markets' stock ratings of Top Pick/Outperform, Sector Perform and Underperform most closely correspond to Buy, Hold/Neutral and Sell, respectively, the meanings are not the same because our ratings are determined on a relative basis (as described above).



|  | **Distribution of Ratings, Firmwide** | | | |
|  | **RBC Capital Markets** | | **Investment Banking Serv./Past 12 Mos.** | |
| Rating | Count | Percent | Count | Percent |
| BUY [TP/O] | 383 | 42.70 | 131 | 34.20 |
| HOLD [SP] | 432 | 48.16 | 133 | 30.79 |
| SELL [U] | 82 | 9.14 | 25 | 30.49 |

**Rating and Price Target History for: XM Satellite Radio Holdings Inc. as of 07-28-2005**

01/21/05 I:SP:$34   02/10/05 SP:$33   03/01/05 OP:$41   06/09/05 OP:$39   07/15/05 OP:$40

Legend:
TP: Top Pick; O: Outperform; SP: Sector Perform; U: Underperform; I: Initiation of Research Coverage; D: Discontinuation of Research Coverage; NR: Not Rated; NA: Not Available; RL: Recommended List - RL: On: Refers to date a security was placed on a recommended list, while RL Off: Refers to date a security was removed from a recommended list

Created by BlueMatrix

**RBC Capital Markets**                                                                                               **XM Satellite**



In the event that this is a compendium report (covers more than six subject companies), RBC Capital Markets may choose to provide specific disclosures for the subject companies by reference. To access current disclosures, clients should refer to http://rbc2.bluematrix.com/bluematrix/Disclosure or send a request to RBC CM Research Publishing, P.O. Box 50, 200 Bay Street, Royal Bank Plaza, 29th Floor, South Tower, Toronto, Ontario M5J 2W7.References to a Recommended List in the recommendation history chart may include one or more recommended lists or model portfolios maintained by a member company of RBC Capital Markets or one of its affiliates. RBC Capital Markets Recommended Lists include the Strategy Focus List and the Fundamental Equity Weightings (FEW) portfolios. RBC Dain Rauscher Inc. Recommended Lists include the Western Region Focus List (1), a former list called Model Utility Portfolio (2), and the Prime Opportunity List (3) (formerly called the Private Client Selects), Private Client Prime Portfolio (4), a former list called Private Client Portfolio (5), the Prime Income List (6), and the Guided Portfolio: Large Cap (7). The abbreviation "RL On" means the date a security was placed on a Recommended List. The abbreviation "RL Off" means the date a security was removed from a Recommended List.

## Analyst Certification

All of the views expressed in this report accurately reflect the personal views of the responsible analyst(s) about any and all of the subject securities or issuers. No part of the compensation of the responsible analyst(s) named herein is, or will be, directly or indirectly, related to the specific recommendations or views expressed by the responsible analyst(s) in this report.

## Dissemination of Research

RBC Capital Markets endeavours to make all reasonable efforts to provide research simultaneously to all eligible clients. RBC Capital Markets' equity research is posted to our proprietary websites to ensure eligible clients receive coverage initiations and changes in rating, targets and opinions in a timely manner. Additional distribution may be done by the sales personnel via email, fax or regular mail. Clients may also receive our research via third party vendors. Please contact your investment advisor or institutional salesperson for more information regarding RBC Capital Markets research.

## Conflicts Disclosures

RBC Capital Markets Policy for Managing Conflicts of Interest in Relation to Investment Research is available from us on request and is made available on our website at http://www.rbccm.com/cm/file/0,,63022,00.pdf. We reserve the right to amend or supplement this policy at any time. For the current policy, please check our website.

## Important Disclosures

The analyst(s) responsible for preparing this research report received compensation that is based upon various factors, including total revenues of the member companies of RBC Capital Markets and its affiliates, a portion of which are or have been generated by investment banking activities of the member companies of RBC Capital Markets and its affiliates.

RBC Capital Markets Corp. makes a market in the securities of XM Satellite Radio Holdings Inc. and may act as principal with regard to sales or purchases of this security.

---

**July 29, 2005**                                                                                                        **Page 5**

**RBC Capital Markets**                                                                                    **XM Satellite**

RBC Capital Markets Corp. makes a market in the securities of Sirius Satellite Radio, Inc. and may act as principal with regard to sales or purchases of this security.

The author(s) of this report are employed by RBC Capital Markets Corporation, a securities broker dealer located in New York, USA.

## Additional Disclosures

RBC Capital Markets is the business name used by certain subsidiaries of Royal Bank of Canada, including RBC Dominion Securities Inc., RBC Capital Markets Corporation, Royal Bank of Canada Europe Limited and Royal Bank of Canada - Sydney Branch. The information contained in this report has been compiled by RBC Capital Markets from sources believed to be reliable, but no representation or warranty, express or implied, is made by Royal Bank of Canada, RBC Capital Markets, its affiliates or any other person as to its accuracy, completeness or correctness. All opinions and estimates contained in this report constitute RBC Capital Markets' judgement as of the date of this report, are subject to change without notice and are provided in good faith but without legal responsibility. Nothing in this report constitutes legal, accounting or tax advice or individually tailored investment advice. This material is prepared for general circulation to clients and has been prepared without regard to the individual financial circumstances and objectives of persons who receive it. The investments or services contained in this report may not be suitable for you and it is recommended that you consult an independent investment advisor if you are in doubt about the suitability of such investments or services. This report is not an offer to sell or a solicitation of an offer to buy any securities. Past performance is not a guide to future performance, future returns are not guaranteed, and a loss of original capital may occur. RBC Capital Markets research analyst compensation is based in part on the overall profitability of RBC Capital Markets, which includes profits attributable to investment banking revenues. Every province in Canada, state in the U.S., and most countries throughout the world have their own laws regulating the types of securities and other investment products which may be offered to their residents, as well as the process for doing so. As a result, the securities discussed in this report may not be eligible for sale in some jurisdictions. This report is not, and under no circumstances should be construed as, a solicitation to act as securities broker or dealer in any jurisdiction by any person or company that is not legally permitted to carry on the business of a securities broker or dealer in that jurisdiction. To the full extent permitted by law neither RBC Capital Markets nor any of its affiliates, nor any other person, accepts any liability whatsoever for any direct or consequential loss arising from any use of this report or the information contained herein. No matter contained in this document may be reproduced or copied by any means without the prior consent of RBC Capital Markets.

Additional information is available on request.

**To U.S. Residents:** This publication has been approved by RBC Capital Markets Corporation, which is a U.S. registered broker-dealer and which accepts responsibility for this report and its dissemination in the United States. Any U.S. recipient of this report that is not a registered broker-dealer or a bank acting in a broker or dealer capacity and that wishes further information regarding, or to effect any transaction in, any of the securities discussed in this report, should contact and place orders with RBC Capital Markets Corporation. **To Canadian Residents:** This publication has been approved by RBC Dominion Securities Inc. Any Canadian recipient of this report that is not a Designated Institution in Ontario, an Accredited Investor in British Columbia or Alberta or a Sophisticated Purchaser in Quebec (or similar permitted purchaser in any other province) and that wishes further information regarding, or to effect any transaction in, any of the securities discussed in this report should contact and place orders with RBC Dominion Securities Inc., which, without in any way limiting the foregoing, accepts responsibility for this report and its dissemination in Canada. **To U.K. Residents:** This publication has been approved by Royal Bank of Canada Europe Limited ("RBCEL") which is authorized and regulated by Financial Services Authority ("FSA"), in connection with its distribution in the United Kingdom. This material is not for distribution in the United Kingdom to private customers, as defined under the rules of the FSA. RBCEL accepts responsibility for this report and its dissemination in the United Kingdom. **To Persons Receiving This Advice in Australia:** This material has been distributed in Australia by Royal Bank of Canada - Sydney Branch (ABN 86 076 940 880, AFSL No. 246521). This material has been prepared for general circulation and does not take into account the objectives, financial situation or needs of any recipient. Accordingly, any recipient should, before acting on this material, consider the appropriateness of this material having regard to their objectives, financial situation and needs. If this material relates to the acquisition or possible acquisition of a particular financial product, a recipient in Australia should obtain any relevant disclosure document prepared in respect of that product and consider that document before making any decision about whether to acquire the product. **To Hong Kong Residents:** This publication is distributed in Hong Kong by RBC Investment Services (Asia) Limited, a licensed corporation under the Securities and Futures Ordinance. This material has been prepared for general circulation and does not take into account the objectives, financial situation, or needs of any recipient. Hong Kong persons wishing to obtain further information on any of the securities mentioned in this publication should contact RBC Investment Services (Asia) Limited at 17/Floor, Cheung Kong Center, 2 Queen's Road Central, Hong Kong (telephone number is 2848-1388).

Copyright © RBC Capital Markets Corporation 2005 - Member SIPC
Copyright © RBC Dominion Securities Inc. 2005 - Member CIPF
Copyright © Royal Bank of Canada Europe Limited 2005
Copyright © Royal Bank of Canada 2005
All rights reserved

| | | 2004A | 2005E | 2006E | 2007E | 2008E | 2009E | 2010E | 2011E | 2012E | 2013E | 2014E | 2015E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Current Share Price** | | | | | | | | | | | | | |
| XM (XMSR: Outperform / Above Average Risk) | | $36.93 | | | | | | | | | | | |
| Sirius (SIRI: Sector Perform / Speculative Risk) | | $6.88 | | | | | | | | | | | |
| **Enterprise Value Calculation (w/ YE '04 Capital Structure)** | | | | | | | | | | | | | |
| Basic Shares outstanding (mm) | XMSR | 222 | | | | | | | | | | | |
| | SIRI | 1,321 | | | | | | | | | | | |
| Diluted Shares outstanding (mm) | XMSR | 321 | | | | | | | | | | | |
| | SIRI | 1,623 | | | | | | | | | | | |
| YE '04 Cash+Cash from Conversion (mm) | XMSR | $1,033 | | | | | | | | | | | |
| | SIRI | $766 | | | | | | | | | | | |
| YE '04 Debt (mm) | XMSR | $1,145 | | | | | | | | | | | |
| | SIRI | $656 | | | | | | | | | | | |
| Total EV w/ YE '04A Cap Structure (mm) | XMSR | $11,955 | | | | | | | | | | | |
| | SIRI | $11,058 | | | | | | | | | | | |

**Metrics**

| | | 2004A | 2005E | 2006E | 2007E | 2008E | 2009E | 2010E | 2011E | 2012E | 2013E | 2014E | 2015E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Gross Adds ('000s) | XMSR | 2,577 | 4,240 | 5,437 | 6,240 | 6,871 | 7,533 | 7,868 | 8,209 | 8,550 | 8,612 | 8,560 | 8,617 |
| | SIRI | 987 | 2,064 | 2,981 | 3,224 | 3,485 | 4,100 | 4,668 | 5,230 | 5,458 | 5,532 | 5,606 | 5,681 |
| | Industry | 3,565 | 6,305 | 8,418 | 9,464 | 10,355 | 11,633 | 12,536 | 13,439 | 14,008 | 14,144 | 14,166 | 14,297 |
| Ending Subs ('000s) | XMSR | 3,229 | 6,029 | 9,230 | 12,258 | 15,215 | 18,136 | 20,803 | 23,285 | 25,523 | 27,537 | 29,126 | 30,466 |
| | SIRI | 1,143 | 2,868 | 5,049 | 6,980 | 8,770 | 10,766 | 12,885 | 15,251 | 17,564 | 19,697 | 21,654 | 23,294 |
| | Industry | 4,372 | 8,897 | 14,278 | 19,238 | 23,985 | 28,902 | 33,688 | 38,536 | 43,088 | 47,234 | 50,780 | 53,760 |
| Revenue (mm) | XMSR | $244 | $552 | $995 | $1,548 | $2,010 | $2,476 | $2,933 | $3,321 | $3,677 | $3,997 | $4,268 | $4,489 |
| | SIRI | $67 | $229 | $476 | $780 | $1,019 | $1,293 | $1,564 | $1,860 | $2,364 | $2,683 | $2,976 | $3,234 |
| | Industry | $311 | $781 | $1,472 | $2,327 | $3,028 | $3,769 | $4,497 | $5,181 | $6,042 | $6,680 | $7,244 | $7,723 |
| EBITDA (mm) | XMSR | ($314) | ($375) | ($221) | $150 | $468 | $803 | $1,143 | $1,413 | $1,696 | $1,932 | $2,174 | $2,335 |
| | SIRI | ($583) | ($698) | ($662) | ($357) | ($139) | $54 | $265 | $495 | $981 | $1,298 | $1,595 | $1,858 |
| | Industry | ($897) | ($1,073) | ($873) | ($207) | $329 | $857 | $1,408 | $1,908 | $2,677 | $3,230 | $3,768 | $4,193 |
| EPS | XMSR | ($3.30) | ($2.74) | ($2.06) | ($0.52) | $0.38 | $1.13 | $1.91 | $2.65 | $3.32 | $3.84 | $4.37 | $4.74 |
| | SIRI | ($0.58) | ($0.62) | ($0.59) | ($0.37) | ($0.20) | ($0.05) | $0.06 | $0.15 | $0.34 | $0.47 | $0.58 | $0.69 |
| FCF | XMSR | ($2.13) | ($2.58) | ($2.30) | ($0.07) | $0.65 | $1.32 | $2.55 | $3.12 | $3.68 | $4.20 | $4.60 | $4.96 |
| | SIRI | ($0.52) | ($0.56) | ($0.53) | ($0.31) | ($0.14) | ($0.04) | $0.06 | $0.15 | $0.34 | $0.47 | $0.58 | $0.69 |
| SAC | XMSR | $63 | $55 | $56 | $53 | $50 | $47 | $46 | $45 | $45 | $45 | $45 | $45 |
| Cash SAC | SIRI | 177 | 146 | 103 | 84 | 70 | 66 | 59 | 58 | 56 | 54 | 52 | 50 |
| Adjusted SAC | SIRI | 209 | 166 | 121 | 100 | 85 | 78 | 70 | 68 | 66 | 63 | 61 | 59 |
| CPGA | XMSR | $100 | $96 | $94 | $87 | $82 | $77 | $75 | $72 | $70 | $69 | $68 | $66 |
| Adjusted CPGA (assume 50% Rev Share) | XMSR | 126 | 117 | 126 | 124 | 124 | 123 | 129 | 130 | 136 | 128 | 130 | 140 |
| Cash CPGA | SIRI | 348 | 234 | 180 | 165 | 152 | 143 | 134 | 127 | 121 | 115 | 109 | 103 |
| Adjusted CPGA | SIRI | 431 | 272 | 209 | 192 | 177 | 165 | 153 | 144 | 137 | 131 | 125 | 119 |
| Monthly Churn (including promotional) | XMSR | 2.7% | 2.7% | 2.5% | 2.5% | 2.4% | 2.3% | 2.2% | 2.2% | 2.2% | 2.1% | 2.1% | 2.0% |
| Monthly Churn (excluding promotional) | XMSR | 1.2% | 1.4% | 1.5% | 1.6% | 1.6% | 1.6% | 1.6% | 1.6% | 1.6% | 1.6% | 1.6% | 1.6% |
| Monthly Churn | SIRI | 1.6% | 1.5% | 1.8% | 1.8% | 1.8% | 1.8% | 1.8% | 1.7% | 1.6% | 1.5% | 1.5% | 1.5% |
| NPV of Incremental Sub | XMSR | $53 | $77 | $105 | $131 | $148 | $162 | $176 | $182 | $188 | $196 | $199 | $201 |
| | SIRI | $41 | $117 | $144 | $172 | $180 | $192 | $198 | $214 | $260 | $275 | $286 | $285 |

**Per Sub Multiples**

| | | 2004A | 2005E | 2006E | 2007E | 2008E | 2009E | 2010E | 2011E | 2012E | 2013E | 2014E | 2015E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| EV / Ending Sub | XMSR | 3,702 | 1,983 | 1,295 | 975 | 786 | 659 | 575 | 513 | 468 | 434 | 410 | 392 |
| | SIRI | 9,672 | 3,856 | 2,190 | 1,584 | 1,261 | 1,027 | 858 | 725 | 630 | 561 | 511 | 475 |
| Revenue / Ending Sub | XMSR | 76 | 91 | 108 | 126 | 132 | 137 | 141 | 143 | 144 | 145 | 147 | 147 |
| | SIRI | 58 | 80 | 94 | 112 | 116 | 120 | 121 | 122 | 135 | 136 | 137 | 139 |

**Other Multiples**

| | | 2004A | 2005E | 2006E | 2007E | 2008E | 2009E | 2010E | 2011E | 2012E | 2013E | 2014E | 2015E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| EV/EBITDA | XMSR | NA | NA | NA | 79.6x | 25.5x | 14.9x | 10.5x | 8.5x | 7.1x | 6.2x | 5.5x | 5.1x |
| | SIRI | NA | NA | NA | NA | 203.7x | 41.7x | 22.4x | 11.3x | 8.5x | 6.9x | 6.0x | |
| Price/Earnings | XMSR | NA | NA | NA | NA | 98.4x | 32.8x | 19.4x | 13.9x | 11.1x | 9.6x | 8.4x | 7.8x |
| | SIRI | NA | NA | NA | NA | NA | 112.8x | 45.4x | 20.2x | 14.5x | 11.8x | 10.0x | |
| P/FCF | XMSR | NA | NA | NA | NA | 56.9x | 27.9x | 14.5x | 11.8x | 10.0x | 8.8x | 8.0x | 7.4x |
| | SIRI | NA | NA | NA | NA | NA | 112.8x | 45.4x | 20.2x | 14.5x | 11.8x | 10.0x | |

**XX-Sales Ratio**
Quarterly Income Statement
(in millions, except per share amounts)

David Bank (212) 858-7333