UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In re XM SATELLITE RADIO HOLDINGS SECURITIES LITIGATION ) ) ) ) This Document Relates To: ) ) ALL ACTIONS. ) ) | Civil Action No. 1:06-cv-00802-ESH <br><br> CLASS ACTION |

JOINT STIPULATION AND [PROPOSED] ORDER MODIFYING THE SCHEDULE FOR BRIEFING ON DEFENDANTS' MOTION TO DISMISS THE CONSOLIDATED CLASS ACTION COMPLAINT

WHEREAS, by Minute Order dated and entered September 8, 2006, the Court ordered that "[t]he deadline for lead plaintiffs to file their complaint is extended from September 15, 2006 to September 26, 2006. Defendants' time to file their motion to dismiss the complaint is extended from October 30, 2006, to November 14, 2006. Lead plaintiffs' time to file their opposition to defendants' motion to dismiss the complaint is extended from December 14, 2006 to December 29, 2006. Defendants' time to serve their reply to lead plaintiffs' opposition to the motion to dismiss is extended from January 15, 2007 to January 29, 2007:"

WHEREAS, Lead Plaintiffs filed their Consolidated Class Action Complaint for Securities Fraud on September 26, 2006 (the "Consolidated Complaint") and Defendants filed their Memorandum of Law in Support of Defendants' Motion to Dismiss the Consolidated Complaint, and related supporting materials, on November 14, 2006 (the "Motion to Dismiss"); and

WHEREAS, the parties have conferred and agreed to extend the deadline for Lead Plaintiffs to file their opposition to defendants' Motion to Dismiss and for Defendants to serve their reply to Lead Plaintiffs' opposition to the Motion to Dismiss;

IT IS HEREBY STIPULATED by and between the undersigned, subject to the approval of the Court, as follows:

1. Lead Plaintiffs shall file their opposition to the Motion to Dismiss by January 12, 2007;

2. Defendants shall file a reply to any opposition by February 12, 2007.

DATED: November 29, 2006      LERACH COUGHLIN STOIA GELLER
                                RUDMAN & ROBBINS LLP
                              NANCY M. JUDA (DC Bar # 445487)


                                          /S/ *Nancy M. Juda*
                              ─────────────────────────────────
                                         NANCY M. JUDA

                              1100 Connecticut Avenue, N.W., Suite 730
                              Washington, DC  20036
                              Telephone:  202/822-6762
                              202/828-8528 (fax)

                              LERACH COUGHLIN STOIA GELLER
                                RUDMAN & ROBBINS LLP
                              SAMUEL H. RUDMAN
                              DAVID A. ROSENFELD
                              MARIO ALBA, JR.
                              58 South Service Road, Suite 200
                              Melville, NY  11747
                              Telephone:  631/367-7100
                              631/367-1173 (fax)

                              LERACH COUGHLIN STOIA GELLER
                                RUDMAN & ROBBINS LLP
                              DAVID J. GEORGE
                              DOUGLAS WILENS
                              ROBERT J. ROBBINS
                              120 East Palmetto Park Road, Suite 500
                              Boca Raton, FL  33432
                              Telephone:  561/750-3000
                              561/750-3364 (fax)

                              Lead Counsel for Plaintiffs

                              LAW OFFICES BERNARD M.
                                GROSS, P.C.
                              DEBORAH R. GROSS
                              Wanamaker Bldg., Suite 450
                              100 Penn Square East
                              Philadelphia, PA  19107
                              Telephone:  215/561-3600
                              215/561-3000 (fax)

                                                        SUGARMAN & SUSSKIND
ROBERT SUGARMAN
2801 Ponce De Leon Blvd., Suite 750
Coral Gables, FL 33314
Telephone: 305/529-2801
305/447-8115 (fax)

Additional Counsel for Plaintiffs

DATED: November 29, 2006         WILMER CUTLER & PICKERING HALE &
DORR LLP
CHARLES EDWARD DAVIDOW
JOHN VALENTINE
MICHAEL A. MUGMON


                                                           */S/ Charles E. Davidow*
                                              CHARLES EDWARD DAVIDOW

1875 Pennsylvania Avenue, NW
Washington, DC 20006
Telephone: 202/663-6241
202/663-6363 (fax)

Attorneys for Defendants

IT IS SO ORDERED.

DATED: _____      _____
                                                      THE HONORABLE ELLEN SEGAL HUVELLE
                                                      UNITED STATES DISTRICT JUDGE