UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BOOTH FAMILY TRUST, derivatively on behalf of Nominal Defendant XM Satellite Radio Holdings, Inc. ) ) ) ) | |
| Plaintiff, ) ) | |
| v. ) ) ) | Case No.  06-cv-00802 |
| GARY M. PARSONS, HUGH PANERO, NATHANIEL A. DAVIS, THOMAS J. DONOHUE, EDDY W. HARTENSTEIN, GEORGE W. HAYWOOD, CHESTER A. HUBER, JR., JOHN MENDEL, JARL MOHN JACK SHAW, STEPHEN COOK, JOSEPH M. TITLEBAUM AND STELIOS PATSIOKAS, ) ) ) ) ) ) ) ) | |
| Defendants, ) ) | |
| and ) ) | |
| XM SATELLITE RADIO HOLDINGS, INC., ) ) | JURY TRIAL DEMANDED |
| Nominal Defendant ) | |

**PLAINTIFF'S RESPONSE TO ORDER TO SHOW CAUSE**

Plaintiff, the Booth Family Trust, submits this response to the Court's Order to Show Cause entered November 16, 2006. In support of this response, Plaintiff states as follows:

1. On June 26, 2006, the Court entered a Coordination and Case Management Order. The Order provided, *inter alia*, that Plaintiff file an amended derivative complaint within thirty (30) days after the lead plaintiff in the securities class actions has filed a consolidated amended complaint.

2. The consolidated amended securities class action complaint was filed in *In re XM Satellite Radio Holdings Securities Litigation*, Case No. 06-CV-00802-ESH, on September 26, 2006, making Plaintiff's amended shareholder derivative complaint due on October 26, 2006.

3. Thereafter, on November 16, 2006, the Court entered an Order requiring Plaintiff to show cause by November 29, 2006 why an amended derivative complaint was not filed on October 26, 2006 as required by the Court's Coordination and Case Management Order. At such time, Plaintiff's counsel first became aware that Plaintiff had not complied with the Court's Case Management Order.

4. Plaintiff's failure to timely file the amended shareholder derivative complaint was caused by a number of factors, including administrative docketing errors made by Plaintiff's counsel's office.

5. First, Plaintiff's counsel is not counsel in the related securities class action and have not entered their appearance in the class action. Plaintiff's counsel therefore did not receive ECF notices of filings in the class action, including the amended securities class action complaint filed therein.

6. Second, Plaintiff's counsel did not calendar the class action for periodic monitoring of the docket to determine when the consolidated amended securities class action complaint was filed.

7. Third, in August 2006, the Federman & Sherwood attorney assigned primary responsibility for monitoring the class action left the firm to serve as in-house counsel for one of Plaintiff's counsels' clients.

8. As a result of these factors, Plaintiff's counsel did not become aware that the amended securities class action complaint had in fact been filed on September 26, 2006 and that

this triggered the thirty (30) day deadline in which Plaintiff was required to file its amended shareholder derivative complaint.

9.      Although Plaintiff's failure to timely file the shareholder derivative complaint resulted from error of Plaintiff's counsel, it was inadvertent and not in bad faith.  Moreover, Plaintiff's counsel has since prepared the amended shareholder derivative complaint and has filed same contemporaneously herewith.

For the reasons set forth above, Plaintiff respectfully requests that the Court permit this case to continue.

Respectfully Submitted,

__s/William B. Federman_____
William B. Federman
Attorneys for Plaintiff
FEDERMAN & SHERWOOD
10205 N. Pennsylvania Ave.
Oklahoma City, OK 73120
Telephone:  (405) 235-1560
Fax:  (405) 239-2112
wfederman@aol.com

-and-

Kimberly A. Chadwick
DOHERTY, SHERIDAN & PERSIAN LLP
8408 Arlington Blvd., Suite 200
Fairfax, VA  22031
Telephone:  (703) 698-7700
Fax:  (703) 641-9645
kchadwick@dsp-law.com

**CERTIFICATE OF SERVICE**

      I hereby certify that on November 29, 2006, I electronically transmitted this document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants who are currently on the list to receive email notices for this case:

Charles Edward Davidow
Charles.davidow@wilmerhale.com

Michael A. Mugmon
Michael.mugmon@wilmerhale.com

Christopher J. Herrling
cherrling@wilmer.com

                                                                 s/William B. Federman
                                                                 William B. Federman