IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In re XM Satellite Radio Holdings Securities Litigation | ) ) ) |
| This Document Relates To: All Parties | ) Civil Action No. 06-0802 ) ) ) |

**PRAECIPE REGARDING CHANGE OF ADDRESS**

CLERK OF THE COURT will please note that effective December 1, 2006, the address of Kimberly A. Chadwick, Esquire and Doherty, Sheridan & Persian, LLP, will change to 10550 Linden Lake Plaza, Suite 300, Manassas, Virginia 20109. Counsel's telephone and facsimile numbers will remain unchanged.

> Respectfully Submitted,
> **DOHERTY, SHERIDAN & PERSIAN, L.L.P.**
>
>
> **s/ Kimberly A. Chadwick, Esquire**
> Virginia Bar Number 46728
> 10550 Linden Lake Plaza, Suite 300
> Manassas, Virginia 20109
> (703) 698-7700 - Phone
> (703) 641-9645 - Fax
> *Counsel for Booth Family Trust*
>
> William B. Federman, Esquire
> FEDERMAN & SHERWOOD
> 120 N. Robinson, Suite 2720
> Oklahoma City, OK  73102
> *Co-Counsel for Booth Family Trust*

**CERTIFICATE OF SERVICE**

  I hereby certify that on December 5, 2006, I electronically filed and served upon all parties entitled to Notice the foregoing Praecipe Regarding Change of Address with the Clerk of the Court using the CM/ECF system, including:

Karen J. Marcus, Esquire
Donald J. Enright, Esquire
FINKELSTEIN, THOMPSON &
 LOUGHRAN
The Duvall Foundry
1050 30th Street, N.W.
Washington, D.C. 20007

Johnathon Cuneo, Esquire
CUNEO, GILBERT &
 LADURA, LLP
507 C Street, N.E.
Washington, D.C. 20002

Charles E. Davidow, Esquire
Lisa Gasparott, Esquire
WILMER, CUTLER, PICKERING
 HALE AND DORR, LLP
1875 Pennsylvania Avenue, N.W.
Washington, D.C. 20006

Steven J. Toll, Esquire
Joseph Helm, Esquire
COHEN, MILSTEIN, HAUSFELD &
 TOLL, PLLC
1100 New York Avenue, N.W.
Suite 500, West Tower
Washington, D.C. 20005

Burton J. Fishman, Esquire
FORTNEY & SCOTT
1750 K Street, N.W., Suite 325
Washington, D.C. 20006

Gary Edward Mason, Esquire
The Mason Law Firm
1225 19th Street, Suite 500
Washington, D.C. 20036

Nancy M. Juda, Esquire
LERACH, COUGHLIN, STOIA, GELLER,
  RUDMAN & ROBBINS, LLP
1100 Connecticut Avenue, N.W., Suite 730
Washington, D.C. 20036

Samuel H. Rudman, Esquire
David A. Rosenfeld, Esquire
Ario Alba, Jr., Esquire
LERACH, COUGHLIN, STOIA, GELLER,
  RUDMAN & ROBBINS, LLP
58 South Service Road, Suite 200
Melville, NY 11747

Deborah R. Gross, Esquire
Law Offices of Bernard M. Gross, P.C.
Wanamaker Building, Suite 450
100 Penn Square East
Philadelphia, PA 19107

Robert Sugarman, Esquire
SUGARMAN AND SUSSKIND
2801 Ponce De Laham, Esquire
Coral Gables, FL 33134

Howard T. Longman, Esquire
James Laham, Esquire
STULL, STULL & BRODY
6 East 45th Street
New York, NY 10017

Gary Graifman, Esquire
KANTROWITZ, GOLDHAMER & GRAIFMAN, P.C.
747 Chestnut Ridge Road, Suite 200
Chestnut Ridge, NY 10977

Arthur L. Shingler, III, Esquire
SCOTT & SCOTT, LLC
600 B Street – Suite 1500
San Diego, CA 92101

Stuart J. Guber, Esquire
James M. Evangelista, Esquire
MOTLEY RICE LLC
One Georgia Center
600 West Peachtree Street, Suite 800
Atlanta, GA 30308

Lewis S. Kahn, Esquire
Michael Swick, Esquire
KAHN GAUTHER SWICK LLC
650 Poydras Street, Suite 2150
New Orleans, LA 70130

Vahn Alexander, Esquire
Janie Sperandeo, Esquire
YOURMAN ALEXANDER & PAREKH LLP
3601 Aviation Blvd., Suite 3000
Manhattan Beach, CA 90266

                                                **s/ Kimberly A. Chadwick, Esquire**
                                                Virginia Bar Number 46728