IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                                    )
In re XM Satellite Radio Holdings Inc. )
Securities Litigation                        )
_____)          Civil Action No. 06-0802-ESH
                                                    )
This Document Relates To:                )
All Actions                                    )
_____)


## <u>APPEARANCE</u>

To the Clerk of this Court and all parties of record:

Please enter the appearance of **JOHN A. VALENTINE** as counsel in this case for:  XM Satellite Radio Holdings Inc. and Hugh Panero.

| | |
|---|---|
| _____December 18, 2006_____ | _____/s/ John A. Valentine_____ |
| Date | Signature |
| | |
| _____D.C. Bar No. 473072_____ | _____John A. Valentine_____ |
| BAR IDENTIFICATION | Print Name |

WILMER CUTLER PICKERING
 HALE AND DORR LLP
1875 Pennsylvania Avenue NW
Washington, DC 20006
Tel: (202) 663-6000
Fax: (202) 663-6363
John.Valentine@wilmerhale.com

## CERTIFICATE OF SERVICE

I hereby certify that I have served the foregoing APPEARANCE by e-mail and by placing a copy of the same in the U.S. mail system, postage prepaid, on December 18, 2006 to:

Nancy M. Juda, Esq.
LEARACH COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP
1100 Connecticut Avenue NW, Suite 730
Washington, DC 20036
*Counsel for Morris Satloff and the Boca Raton Firefighters and Police Pension Fund and Plumbers Local 267 Pension Fund*

Samuel H. Rudman, Esq.
David A. Rosenfeld, Esq.
Mario Alba, Jr., Esq.
LEARACH COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP
58 South Service Road, Suite 200
Melville, NY 11747
*Counsel for Boca Raton Firefighters and Police Pension Fund and Plumbers Local 267 Pension Fund*

Deborah R. Gross, Esq.
LAW OFFICES OF BERNARD M. GROSS, P.C.
Wanamaker Bldg., Suite 450
100 Penn Square East
Philadelphia, PA 19107
*Counsel for Boca Raton Firefighters and Police Pension Fund and Plumbers Local 267 Pension Fund*

Robert Sugarman, Esq.
SUGARMAN AND SUSSKIND
2801 Ponce De Leon, Suite 750
Coral Gables, FL 33134
*Counsel for Boca Raton Firefighters and Police Pension Fund and Plumbers Local 267 Pension Fund*

Kimberly A. Chadwick, Esq.
DOHERTY, SHERIDAN & PERSIAN LLP
10550 Linden Lake Plaza, Suite 300
Manassas, VA 20109
*Counsel for Booth Family Trust*

William B. Federman, Esq.
FEDERMAN & SHERWOOD
10205 North Pennsylvania Avenue
Oklahoma City, OK 73120
*Counsel for Booth Family Trust*

/s/ Lisa Gasparott_____
Lisa Gasparott
WILMER CUTLER PICKERING
  HALE AND DORR LLP
1875 Pennsylvania Avenue NW
Washington, DC 20037
Tel: (202) 663-6000
Fax: (202) 663-6363