UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In re XM SATELLITE RADIO HOLDINGS SECURITIES LITIGATION : <br> : <br> : <br> ─────────────────────────────── : <br> : <br> This Document Relates to: : <br> : <br> ALL ACTIONS : <br> ─────────────────────────────── | Civil Action No. 1:06-cv-00802 (ESH) |

**MOTION TO ADMIT COUNSEL *PRO HAC VICE***

Nancy M. Juda , a member in good standing of the bar of this Court, respectfully moves, pursuant to Local Rules, for admission of Attorney Nancy A. Kulesa to represent Lead Plaintiffs, Boca Raton Firefighters and Police pension Fund and Plumbers Local 267 Pension Fund, in the above-captioned class action.   In support of this motion, the Declaration of Nancy A. Kulesa is attached hereto as Exhibit A.

As grounds for this motion, the undersigned represents the following:

1)    Ms. Kulesa has been a member in good standing of the bar of Connecticut since November 2001.

2)    There are no disciplinary proceedings against Ms. Kulesa as a member of the bar in any jurisdiction.

3)     Ms. Kulesa has represented to the undersigned counsel that she is familiar with the Local Rules of the United States District Court for the District of Columbia.

DATED: December 19, 2006 **LERACH COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP**

NANCY M. JUDA (DC Bar # 445487)

/s/ NANCY M. JUDA
1100 Connecticut Avenue, N.W., Suite 730
Washington, D.C. 20036
Tel: (202) 822-6762


**SCHATZ NOBEL IZARD, P.C.**
Nancy A. Kulesa
One Corporate Center
20 Church Street, Suite 1700
Hartford, CT 06103
Tel: (860) 493-6292
Fax: (860) 493-6290
nkulesa@snlaw.net

      I hereby certify that on December 19, 2006 a copy of foregoing was filed. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Copies of the following will be sent by U.S. Mail to any party not registered to receive the documents electronically. Parties may access this filing through the Court's system.

      /S/ NANCY M. JUDA

_____