UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In re XM SATELLITE RADIO HOLDINGS SECURITIES LITIGATION | :<br>:<br>:<br>: Civil Action No. 1:06-cv-00802 (ESH)<br>:<br>: |
| This Document Relates to:<br><br>ALL ACTIONS | :<br>:<br>: |

### **DECLARATION OF NANCY A. KULESA FOR ADMISSION *PRO HAC VICE***

I, Nancy A. Kulesa, hereby declare that:

1) I am an associate in the law firm of Schatz Nobel Izard, P.C., 20 Church Street, Suite 1700, Hartford, CT 06103. I am admitted to practice in the U.S. District Court, District of Connecticut in 2003.

2) I am a member in good standing of the bar in every jurisdiction where I have been admitted to practice.

3) There are no disciplinary proceedings against me as a member of the bar in any jurisdiction.

4) I have not been admitted *pro hac vice* in this Court within the last two years.

DATED:        December 19, 2006                    RESPECTFULLY SUBMITTED,

   /s/  Nancy A. Kulesa
   Nancy A. Kulesa
**SCHATZ NOBEL IZARD, P.C.**
One Corporate Center
20 Church Street, Suite 1700
Hartford, CT 06103
Tel: (860) 493-6292
Fax: (860) 493-6290
nkulesa@snlaw.net

**LERACH COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP**
NANCY M. JUDA (DC Bar # 445487)
1100 Connecticut Avenue, N.W., Suite 730
Washington, D.C. 20036
Tel: (202) 822-6762

     I hereby certify that on December 19, 2006 a copy of foregoing was filed. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Copies of the following will be sent by U.S. Mail to any party not registered to receive the documents electronically. Parties may access this filing through the Court's system.

                                                    /S/ NANCY M. JUDA
                                                 _____