UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| In re XM SATELLITE RADIO HOLDINGS SECURITIES LITIGATION | : : : : : : : : : : | Civil Action No. 1:06-cv-00802 (ESH) |
| This Document Relates to:<br><br>ALL ACTIONS | | |

**ORDER GRANTING ADMISSION *PRO HAC VICE***

Upon consideration of Nancy M. Juda's motion for the admission of Attorney Nancy A. Kulesa in this case *pro hac vice*, it appearing to the Court that Nancy A. Kulesa possesses the qualifications required by LcvR. 83-2(c)-(d), and should therefore be allowed to participate in this case *pro hac vice*.

It is hereby ordered that the motion for admission is granted.

DATED:_____     _____
                                HON. ELLEN SEGAL HUVELLE, U.S.D.J.