IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____  )
                                                                           )
In re XM Satellite Radio Holdings                    )
Securities Litigation                                         )
_____)
                                                                           )
This Document Relates To:                             )        Civil Action No. 06-0802
All Actions                                                      )
_____)


NOTICE OF CHANGE OF ADDRESS AND CHANGE OF FIRM

To the Clerk of this Court and all parties of record:

Please note that, effective January 2, 2007, the address and firm name of Charles E. Davidow, Esq., formerly listed as WILMER CUTLER PICKERING HALE AND DORR LLP, 1875 Pennsylvania Avenue, NW, Washington, D.C. 20006, (202) 663-6000, has changed to PAUL, WEISS, RIKFIND, WHARTON & GARRISON LLP, 1615 L Street, NW, Suite 1300, Washington, D.C. 20036-5694, (202) 223-7380. The e-mail address has changed from charles.davidow@wilmerhale.com to cdavidow@paulweiss.com.

                                                                           Respectfully submitted,

____January 5, 2007_____                   ___/s/ Charles E. Davidow_____
Date                                                                    Signature

D.C. Bar No. 331702_____                         Charles E. Davidow_____
BAR IDENTIFICATION                                    Print Name

                                                                           PAUL, WEISS, RIKFIND,
                                                                           WHARTON & GARRISON LLP
                                                                           1615 L Street NW, Suite 1300
                                                                           Washington, DC 20036-5694
                                                                           Telephone: (202) 223-7380
                                                                           Facsimile: (202) 223-7480
                                                                           cdavidow@paulweiss.com

**CERTIFICATE OF SERVICE**

       I hereby certify that I have served the foregoing NOTICE OF CHANGE OF ADDRESS AND CHANGE OF FIRM by e-mail and/or by placing a copy of the same in the U.S. mail system, postage prepaid, on January 5, 2007 to:

Nancy M. Juda, Esq.
LEARACH COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP
1100 Connecticut Avenue NW, Suite 730
Washington, DC 20036
*Counsel for Morris Satloff and the Boca Raton Firefighters and Police Pension Fund and Plumbers Local 267 Pension Fund*

Samuel H. Rudman, Esq.
David A. Rosenfeld, Esq.
Mario Alba, Jr., Esq.
LEARACH COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP
58 South Service Road, Suite 200
Melville, NY 11747
*Counsel for Boca Raton Firefighters and Police Pension Fund and Plumbers Local 267 Pension Fund*

Deborah R. Gross, Esq.
LAW OFFICES OF BERNARD M. GROSS, P.C.
Wanamaker Bldg., Suite 450
100 Penn Square East
Philadelphia, PA 19107
*Counsel for Boca Raton Firefighters and Police Pension Fund and Plumbers Local 267 Pension Fund*

Robert Sugarman, Esq.
SUGARMAN AND SUSSKIND
2801 Ponce De Leon, Suite 750
Coral Gables, FL 33134
*Counsel for Boca Raton Firefighters and Police Pension Fund and Plumbers Local 267 Pension Fund*

Nancy A. Kulesa
SCHATZ NOBEL IZARD, P.C.
One Corporate Center
20 Church Street, Suite 1700
Hartford, CT 06103
Tel: (860) 493-6292
Fax: (860) 493-6290
nkulesa@snlaw.net
*Counsel for Boca Raton Firefighters and Police Pension Fund and Plumbers Local 267 Pension Fund*

Kimberly A. Chadwick, Esq.
DOHERTY, SHERIDAN & PERSIAN LLP
10550 Linden Lake Plaza, Suite 300
Manassas, VA 20109
*Counsel for Booth Family Trust*

William B. Federman, Esq.
FEDERMAN & SHERWOOD
120 North Robinson, Suite 2720
Oklahoma City, OK 73102
*Counsel for Booth Family Trust*

                                          /s/ Lisa Gasparott_____
                                          Lisa Gasparott
                                          WILMER CUTLER PICKERING
                                           HALE AND DORR LLP
                                          1875 Pennsylvania Avenue NW
                                          Washington, DC 20037
                                          Tel: (202) 663-6000
                                          Fax: (202) 663-6363