IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| In re XM Satellite Radio Holdings Inc. Securities Litigation ) ) ) ) | Civil Action No. 06-0802 |
| This Document Relates To: All Actions ) ) ) ) |  |

### SUPPLEMENTAL DECLARATION OF JOHN A. VALENTINE IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS THE CONSOLIDATED CLASS ACTION COMPLAINT

I, JOHN A. VALENTINE, hereby declare, pursuant to 28 U.S.C. § 1746, as follows:

1. I am an attorney at the law firm of Wilmer Cutler Pickering Hale and Dorr LLP, counsel for Defendants XM Satellite Radio Holdings Inc. ("XM") and Hugh Panero.

2. I submit this Supplemental Declaration in Support of Defendants' Motion to Dismiss the Consolidated Class Action Complaint.

3. Attached hereto are true and correct copies of the following documents, which are referenced in Defendants' Reply Memorandum in Support of Defendants' Motion to Dismiss the Consolidated Amended Complaint.

**EXHIBIT A.**   **News Release (Nov. 14, 2005).** The News Release addressing the "Listen Large" campaign contained in Exhibit A was obtained from XM Satellite Radio's website, *available at* http://www.xmradio.mediaroom.com/.

| | | |
|---|---|---|
| **EXHIBIT B.** | **Deutsche Bank Report.** | James G. Dix, CFA, "Cash Flow Guidance in Line and Thesis Intact, Despite Costs," Deutsche Bank Company Research, dated Feb. 17, 2006. Exhibit B was obtained from the IR Channel, a commercial service of Thomson Financial with access to analyst reports. |
| **EXHIBIT C.** | **Citigroup Report.** | Eileen Furukawa, "XMRS: Strategy Under Scrutiny as Director Resigns," Deutsche Bank Company Research, dated Feb. 17, 2006. Exhibit C was obtained from the IR Channel, a commercial service of Thomson Financial with access to analyst reports. |
| **EXHIBIT D.** | **Form 10-K (Mar. 15, 2004).** | XM Satellite Radio Holdings Inc. Annual Report for the Fiscal Year Ended Dec. 31, 2003 (exhibits not included). Exhibit D was obtained from 10-K Wizard, SEC Power Search, a commercial service with access to the SEC database of public filings. |
| **EXHIBIT E.** | **4Q 2003 Conference Call Tr.** | XM Satellite Radio Earnings Conference Call, Final Transcript, dated Feb. 12, 2004. Exhibit E was obtained from MyCCBN, a commercial service of Thompson Financial. |
| **EXHIBIT F.** | **Form 10-K (Mar. 31, 2003).** | XM Satellite Radio Holdings Inc. Annual Report for the Fiscal Year Ended Dec. 31, 2002 (exhibits not included). Exhibit F was obtained from 10-K Wizard, SEC Power Search, a commercial service with access to the SEC database of public filings. |
| **EXHIBIT G.** | **4Q 2002 Conference Call Transcript.** | XM Satellite Radio Earnings Conference Call, Final Transcript, dated Mar. 27, 2003. Exhibit G was obtained from MyCCBN, a commercial service of Thompson Financial. |
| **EXHIBIT H.** | **Communications Daily Article.** | *XM and Sirius' Promotional Environment is "Worse Than the Companies Expected,"* COMMUNICATIONS DAILY, Nov. 28, 2005. Exhibit H was obtained from Westlaw's "News Room" database of public news reports. |

I declare under penalty of perjury that the foregoing is true and correct.

Executed: Washington, D.C.
February 12, 2007

_____
John A. Valentine