# EXHIBIT A

# XM SATELLITE RADIO LAUNCHES "LISTEN LARGE™," XM'S LARGEST HOLIDAY MARKETING CAMPAIGN

## Ellen DeGeneres, Snoop Dogg, Derek Jeter, David Bowie and Martina McBride Featured in Star-Studded Campaign that Brings to Life the Wide Variety of XM's Industry-Leading Content

Washington D.C., November 14, 2005 -- XM Satellite Radio, the nation's leading satellite radio company with more than 5 million subscribers, has launched "Listen Large™," the company's largest holiday marketing campaign, featuring television, print, radio, online and outdoor advertising to promote XM's wide variety of programming and best-in-class satellite radios.

Headlining XM's "Listen Large" campaign are two TV spots with superstars Ellen DeGeneres, Snoop Dogg, Derek Jeter, David Bowie and Martina McBride to showcase the enormous number of choices that XM offers consumers across its 150-plus channels, including the largest music playlist in satellite radio, the most live sports content, exclusive live concerts, and premier news and talk radio, whenever and wherever a subscriber wants to listen.

"XM Satellite Radio leads the industry with seventy percent of satellite radio customers, who are won over by XM's unprecedented programming choices and star power, as well as the cutting-edge technology that allows them to listen anytime, anywhere," said Hugh Panero, President and CEO, XM Satellite Radio. "By showcasing the diversity of our programming, including our commercial-free music channels, the 'Listen Large' campaign appeals to millions of consumers who demand the high-quality listening experience that has made XM number one."

The "Listen Large" TV spots with DeGeneres, Snoop, Jeter, Bowie and McBride will appear during prime time on broadcast network television and cable TV beginning today. The two 30-second spots take a light-hearted look behind the scenes at XM as Snoop roams through the XM studios and meets up with other personalities who appear on XM. XM offers satellite radio broadcasts of "The Ellen DeGeneres Show;" Snoop hosts an exclusive XM music show; Jeter's New York Yankees are part of XM's comprehensive coverage of Major League Baseball; Bowie and McBride represent the diversity of XM's critically-acclaimed music channels. The spot was produced by Mullen and directed by Cannes and Emmy Award-winning commercial director Baker Smith of Harvest Films.

Among the prime-time network TV shows to feature the "Listen Large" spot will be the November 17 episode of NBC's "The Apprentice." XM will also be the featured company during the "Apprentice" episode, in which XM's music programmers judge the two teams of candidates as they find, develop, and market a new music artist. In a recent survey by the media buying firm Magna Global, "The Apprentice" was ranked as the top TV series with the highest concentration of 25-to-54-year-old viewers with an annual income of $100,000 or more.

In addition to the TV spot, the "Listen Large" campaign includes special holiday pricing on XM radios, as well as national and local radio spots, national magazine ads and inserts aimed at key target audiences, newspaper advertising in major markets nationwide, online ad banners, outdoor billboards that target commuters, and other elements.

"The 'Listen Large' marketing campaign shows how XM Satellite Radio offers something for everyone, making it the perfect holiday gift," said Steve Cook, Executive Vice President, Sales, Marketing and Customer Operations, XM Satellite Radio. "The campaign highlights the industry-leading programming and radios offered by XM, and it complements the competitive pricing of XM radios for the holiday shopping season."

XM offers the most choices in satellite radio, including the most commercial-free music channels, ranging from rock to reggae, country to classical, hip hop to jazz; the most live sports with more than 5000 events a year, including Major League Baseball, NASCAR, NHL, PGA TOUR, IndyCar Series, college football and basketball, World Cup Soccer, and ESPN Radio's live play- by-play coverage of NBA games and other sports; premier talk radio content such as Take

Five, the brand-new XM talk channel produced by and for women, which features "The Ellen DeGeneres Show" and "The Tyra Banks Show;" and 24- hour news, traffic, and weather information.

Listeners can tune into XM Satellite Radio from coast to coast on radio receivers for the vehicle, home, and portable use, as well as online. XM's award-winning product portfolio includes portable XM2go radios, the first and only wearable satellite radios that receive live programming "on the go." For more information about XM Satellite Radio, visit http://www.xmradio.com.

About XM Satellite Radio
XM (Nasdaq: XMSR - News) is America's number one satellite radio service with more than 5 million subscribers. Broadcasting live daily from studios in Washington, DC, New York City and Nashville at the Country Music Hall of Fame, XM's 2005 lineup includes more than 150 digital channels of choice from coast to coast: the most commercial-free music channels, plus premier sports, talk, comedy, children's and entertainment programming; and 21 channels of the most advanced traffic and weather information. XM was named Best Radio Service at the 2004 Billboard Digital Entertainment Awards.

XM, the leader in satellite-delivered entertainment and data services for the automobile market through partnerships with General Motors, Honda, Toyota, Hyundai, Nissan, Porsche, and Volkswagen/Audi, is available in more than 120 different vehicle models for 2005. XM's industry-leading products are available at consumer electronics retailers nationwide. For more information about XM hardware, programming and partnerships, please visit http://www.xmradio.com.

Factors that could cause actual results to differ materially from those in the forward-looking statements in this press release include demand for XM Satellite Radio's service, the Company's dependence on technology and third party vendors, its potential need for additional financing, as well as other risks described in XM Satellite Radio Holdings Inc.'s Form 10-Q filed with the Securities and Exchange Commission on 11-07-05. Copies of the filing are available upon request from XM Radio's Investor Relations Department.

XM Radio Contact
Nathaniel Brown
Phone: 646-443-8932
nathaniel.brown@xmradio.com