# EXHIBIT C



See page 8 for Analyst Certification and Important Disclosures

Estimate Change ☑

# XM Satellite Radio Holdings Inc (XMSR)

**BUY (1)**
**High Risk (H)**

**XMSR: Strategy Under Scrutiny as Director Resigns**    Mkt Cap: **$5,603 mil.**

**February 17, 2006**

**BROADCASTING**

**Eileen Furukawa**
+1-212-816-2276
eileen.furukawa@citigroup.com

**Ari Danes**
+1-212-816-1656

United States

### SUMMARY
- Existing fear of overspending strategy was heightened w/ sharp resignation of XM director. While balance btwn sub growth and expenses not optimal in 4Q, we feel XM will rebalance and drop costs and still hit 9M subs. But stock in NT holding pattern until data proves SAC/CPGA are in check. Stock shd work LT (over 12 mo) as more data shows growth w/ limited expenses is possible.
- XM likely keep SAC in tact b/c 1) 4Q pricing test was unsuccesful, 2) mgmt acknowleges a misfire in 4Q, 3) mgmt targets sub $100 CPGA in 1Q. XM shd move back toward 50% retail share - enough to hit 9M subs w/o price war.
- 54% conv. rate shd be close to NT trough, as we move past phase of high price sensitive GM summer sale types. Expect rate to stay up in mid 50s range in '06.
- 4Q: Revs inline at $177M. Higher SAC/CPGA (at $89/$141) w/ EBITDA loss, worse than est'd, and LPS of ($1.10) vs. ($0.95) est. XM confirmed 9M sub tgt and positive CF from ops by yr end. Suggest Buying on weakness for LT gain.

| FUNDAMENTALS | |
|---|---|
| P/E (12/06E) | NA |
| P/E (12/07E) | NA |
| TEV/EBITDA (12/06E) | NA |
| TEV/EBITDA (12/07E) | NA |
| Book Value/Share (12/06E) | ($2.04) |
| Price/Book Value | (12.4x) |
| Revenue (12/06E) | $956.7 mil. |
| Proj. Long-Term EPS Growth | NA |
| ROE (12/06E) | NA |
| Long-Term Debt to Capital(a) | 152.5% |

(a) Data as of most recent quarter

| SHARE DATA | |
|---|---|
| Price (2/15/06) | $25.25 |
| 52-Week Range | $36.93-$23.55 |
| Shares Outstanding(a) | 221.9 mil. |
| Div(E) (Cur/Prev) | $0.00/$0.00 |

| RECOMMENDATION | |
|---|---|
| Rating (Cur/Prev) | 1H/1H |
| Target Price (Cur/Prev) | $40.00/$40.00 |
| Expected Share Price Return | 58.4% |
| Expected Dividend Yield | 0.0% |
| Expected Total Return | 58.4% |

### EARNINGS PER SHARE

| FY ends | | 1Q | 2Q | 3Q | 4Q | Full Year |
|---|---|---|---|---|---|---|
| 12/05A | Actual | ($0.58)A | ($0.70)A | ($0.60)A | ($1.10)A | ($2.93)A |
| 12/06E | Current | ($0.58)E | ($0.56)E | ($0.41)E | ($0.83)E | ($2.38)E |
| | Previous | ($0.55)E | ($0.55)E | ($0.40)E | ($0.81)E | ($2.32)E |
| 12/07E | Current | NA | NA | NA | NA | ($1.50)E |
| | Previous | NA | NA | NA | NA | ($1.38)E |
| 12/08E | Current | NA | NA | NA | NA | ($0.24)E |
| | Previous | NA | NA | NA | NA | ($0.18)E |

First Call Consensus EPS: 12/06E ($2.78); 12/07E ($1.96); 12/08E ($0.82)

### OPINION
**Resignation Bolsters Fear that an Improper Balance Between Growth and Expenses Will Prevail.** Momentum behind the bear case that irrational price wars lay ahead for the satellite radio industry picked up steam today with a sharp letter of resignation from an

Citigroup Research is a division of Citigroup Global Markets Inc. (the "Firm"), which does and seeks to do business with companies covered in its research reports. As a result, investors should be aware that the Firm may have a conflict of interest that could affect the objectivity of this report. Investors should consider this report as only a single factor in making their investment decision. Non-US research analysts who have prepared this report, and who may be associated persons of the member or member organization, are not registered/qualified as research analysts with the NYSE and/or NASD, but instead have satisfied the registration/qualification requirements or other research-related standards of a non-US jurisdiction.
Customers of the Firm in the United States can receive independent, third-party research on the company or companies covered in this report, at no cost to them, where such research is available. Customers can access this independent research at http://www.smithbarney.com (for retail clients) or http://www.citigroupgeo.com (for institutional clients) or can call (866) 836-9542 to request a copy of this research.

**Citigroup Global Markets**



inside director. XM's interpretation of this letter left the implication that the director feared an improper balance between growth in subscribers and expenses which could lead to, in his words, "a significant chance of a crisis on the horizon". While we agree that XMSR did not strike the proper balance in this latest quarter, swinging the pendulum too far toward seeking subscriber growth side at the expense of elevated subsidies and marketing costs, we do expect the pendulum to swing back.

**We Believe A Proper Recalibration Between Growth and Expenses Will Occur. . .** In other words, as we've stated before that while the growth they achieved in the fourth quarter came at too high a cost, we believe XM will properly recalibrate this balance between growth and expenses going forward for a number of reasons. First, is the evidence that the price cuts in 4Q didn't have as large a pull as initially expected. Indeed, during Holiday '05 season the most popular products with consumers were not those with the lowest price point tuner, but the higher price point products which offered more bells and whistles and accessory options. We believe this misread in price elasticity should curb the company's incentive to continue to drive share through tuner price reductions. Second, in what appears to be some self-realization on behalf of the company, XM itself discussed in its 4Q call today that the growth they achieved in the fourth quarter was not as "economically [rational] as planned" which provides some comfort that they are not looking to replicate last quarter's performance. Third, XM has stated that they are in fact already cutting costs with CPGA returning once again below $100.

**. . . But, XM In Penalty Box Until Supporting Data Points Arise, Which They Will.** All that said, we believe that XM currently sits in the "penalty box," and that investors will take a "wait-and-see" approach as they look for greater evidence that XM can operate at a lower cost structure and still continue to bring in subscribers at the currently promised rates. Further, because the Director who resigned seemingly had doubts over XM's ability to reach this proper balance, the "penalty period" will likely be extended, with investors seeking an even greater amount of data points before being convinced that a new, more cost conscious strategy is in place. But, we believe those data points will flow in at an increasing rate as we get closer to the next big test of the Father's Day selling season.

**Temporary Near Term Holding Pattern -- But Maintaining Long-Term Buy.** In summary, we believe that it will be difficult for the stock to perform in the near term as it sits in the penalty box, and investors will take a "wait and see" approach looking for more concrete data points that SAC and CPGA are indeed in check, AND that subscriber growth is still robust. Further, in the near term there will be continued speculation on whether or not there are additional issues/fears that prompted the recent Director resignation by Mr. Roberts. For all these reasons, XM stock is likely to sit in a temporary near term holding pattern. But we believe that longer term the stock will begin to perform, as evidence begins to prove XM's ability to reach subscriber targets on a more moderate cost basis, particularly during the Father's Day selling season. As these data points unfold, this should kick start the stock with our belief that XM stock will perform well over our long-term 12 month investment horizon.

## DETAILED FINANCIAL RESULTS

**SAC/CPGA Spikes in 4Q . . .** As we highlighted in our 4Q05 preview note, XM priced aggressively in 4Q to battle the arrival of Stern on Sirius, with the price of items like XM's low-end Roady 2 tuner dropping from $50 in 3Q05 (per NPD) to $17.99 in 4Q (per our retail channel checks) and with special promotions like a free XM tuner for everyone in attendance at Game 1 of the World Series in late October. As such, a greater-than-usual jump in 4Q SAC/CPGA was expected. Still, XM reported SAC per gross add of $89, $17 higher than our recently-revised forecast. On the other hand, the differential between SAC and CPGA of $52 was essentially in line with expectations (XM reported CPGA of $141). In other words,



while subsidies on tuners in 4Q were higher than expected, marketing and advertising spending was in line with expectations.

**...But We Believe SAC and CPGA Will Decline in 2006.** More important, in our view, is a prospective as opposed to retrospective view, and we think things look brighter on the road ahead than in the rear view mirror, with respect to SAC and CPGA. We continue to believe that post 1Q06, XM and SIRI will move back toward a more balanced retail share split, which would enable XM to make its 9M target. While we will continue to monitor the retail channel closely for any changes to our thesis, we are currently conservatively forecasting SAC/CPGA to begin to decline, but at a slower pace than current management guidance, with SAC/CPGA levels still higher on a Y/Y basis in 1H06 and beginning to come down on a Y/Y basis in 2H06. In 1H06, particularly 1Q06, XM will continue to work off excess inventory of older products and leftover promotions from the holiday season, likely leaving SAC at higher than historical levels. By 2H06, XM should benefit from its slate of new, more cost efficient offerings, based on its Gen. 4 chip design. For full year 2006, we are currently forecasting SAC of $59 and CPGA of $99 (both down 8% Y/Y) versus $64 and $109 in 2005, respectively.

**4Q05 Conversion Likely to Represent Intermediate Term Trough Level.** XM reported a 54% conversion rate for 4Q05 in line with our expectations, and representing the third consecutive quarter of conversion rate declines (following 1Q05's 60%, 2Q's 58%, and 3Q's 56%). XM's conversion rate decline was due in part to GM's aggressive Summer employee discount program, which resulted in abnormally strong 2Q05/3Q05 GM sales and likely pulled demand forward out of 4Q into 2Q/3Q by attracting more price sensitive consumers to buy during the summer promotion. More specifically, this surge in Summer demand attracted the most price sensitive of customers who are perhaps less inclined to sign up for a subscription service, and this may have dampened conversion. Additionally, with sales at an aggressively rapid clip over the summer, and dealers quickly moving inventory off the lots, there was less time for dealers to devote to explaining features, such as satellite radio, to new customers, with dealer "teaching" of satellite radio normally a key booster of conversion rates.

However, we expect 4Q05 will prove to be the interim trough for XM's conversion rate, with its rate likely to trend back up. First, GM sales are likely to return to a more normal flow with price sensitive consumers spread throughout the year. As such, dealers will once again have more time to spend with new customers. At the same time, as XM gets more proficient in educating dealers to properly market its product, this should also serve to improve the conversion rate given that a lot of promo churn often results from customers either not knowing how to use/activate the service or customers not even knowing they had the service to begin with. Specifically, we are forecasting a conversion rate of 56%-57% in 2006. Over the longer term, however, as satellite radios move towards becoming standard in vehicles, we would expect to see the conversion rate trend down as satellite radio penetration reaches a greater point of saturation.

## DETAILED 4Q05 RESULTS

Detailed in Figure 1 below is a comparison of XM's fourth quarter 2005 financial results versus the same period last year, as well as against our initial estimates



### XM Satellite -- 4Q05 Income Statement Comparison

|  | 4Q04 | 4Q05 | % Chg | 4Q05E | 4Q05A | % Chg |
|---|---|---|---|---|---|---|
| **REVENUE** | | | | | | |
| Subscription | $72.9 | $156.3 | 114.4% | $154.1 | $156.3 | 1.4% |
| Activation | 1.6 | 3.1 | | 3.2 | 3.1 | |
| Merchandise | 4.1 | 8.6 | | 7.0 | 8.6 | |
| Net Ad Sales Revenue | 4.0 | 7.3 | | 6.6 | 7.3 | |
| Other | 0.5 | 1.9 | | 2.0 | 1.9 | |
| **Total Revenue** | **$83.1** | **$177.1** | 113.1% | **$172.9** | **$177.1** | 2.5% |
| **Operating Expenses** | | | | | | |
| **Cost of Revenue:** | | | | | | |
| Revenue Share & Royalties | $13.9 | $27.9 | | $31.1 | $27.9 | |
| Customer Care & Billing | 14.8 | 24.6 | | 25.1 | 24.6 | |
| Cost of Merchandise | 5.9 | 22.3 | | 14.0 | 22.3 | |
| Ad Sales | 2.0 | 3.6 | | 3.3 | 3.6 | |
| Satellite & Terrestrial | 8.1 | 11.4 | | 11.7 | 11.4 | |
| Broadcast | 2.9 | 4.7 | | 4.3 | 4.7 | |
| Operations | 3.8 | 6.9 | | 6.7 | 6.9 | |
| Total Broadcast & Operations | 6.8 | 11.6 | | 10.9 | 11.6 | |
| Programming & Content | 9.7 | 30.6 | | 31.9 | 30.6 | |
| **Total Cost of Revenue** | **$61.2** | **$131.8** | 115.5% | **$128.0** | **$131.8** | 3.0% |
| Research and Development | $3.9 | $10.2 | | $8.6 | $10.2 | |
| General and Administrative | 8.7 | 13.2 | | 14.4 | 13.2 | |
| Impairment of Good Will | 0.0 | 0.0 | | 0.0 | 0.0 | |
| Retention & Support | 3.8 | 6.6 | | 6.8 | 6.6 | |
| Subsidies and Distribution | 58.3 | 113.9 | | 98.1 | 113.9 | |
| Advertising & Marketing | 36.4 | 66.7 | | 65.2 | 66.7 | |
| Amortization of GM Liability | 9.3 | 9.3 | | 9.3 | 9.3 | |
| Total Marketing | 107.9 | 196.5 | | 179.5 | 196.5 | |
| Depreciation and Amortization | 31.1 | 39.0 | | 37.0 | 39.0 | |
| **Total Operating Expenses** | 212.8 | 390.8 | 83.6% | 367.6 | 390.8 | 6.3% |
| **EBITDA** | ($98.6) | ($174.6) | 77.1% | ($157.7) | ($174.6) | 10.7% |
| **Operating Income (Loss)** | ($129.7) | ($213.6) | 64.7% | ($194.7) | ($213.6) | 9.7% |
| Operating Margin | NM | (120.6%) | | (112.6%) | (120.6%) | |
| **Other Income (Expense)** | | | | | | |
| Interest Income | 2.6 | 7.2 | | 5.2 | 7.2 | |
| Interest Expense | (19.4) | (36.6) | | (20.9) | (36.6) | |
| Loss from Deleveraging Trans | (41.6) | 0.0 | | 0.0 | 0.0 | |
| Other Income | 0.5 | 0.6 | | 0.5 | 0.6 | |
| **Total Other Income** | (57.9) | (28.8) | | (15.2) | (28.8) | |
| **Income Before Tax** | (187.6) | (242.4) | | (209.9) | (242.4) | |
| Income Taxes | (0.6) | (0.6) | | (0.6) | (0.6) | |
| **Recurring Net Income** | ($188.2) | ($243.0) | | ($210.5) | ($243.0) | |
| 8.25% Series B Pref. Stock Dividend | (0.5) | (0.5) | | (0.5) | (0.5) | |
| 8.25% Series C Pref. Stock Dividend | (1.6) | (1.6) | | (1.7) | (1.6) | |
| **Rec.Net Income to Common** | ($190.4) | ($245.1) | | ($212.7) | ($245.1) | |
| Extraordinary Items | 0.0 | (25.3) | | 0.0 | (25.3) | |
| Reported Net Income to Common | ($190.4) | ($270.5) | | ($212.7) | ($270.5) | |
| **Per Share Data:** | | | | | | |
| **Recurring Earnings** | ($0.93) | ($1.10) | 19.1% | ($0.95) | ($1.10) | 15.8% |
| Extraordinary Items | 0.00 | (0.11) | | 0.00 | (0.11) | |
| Reported Earnings | (0.93) | (1.22) | | (0.95) | (1.22) | |
| Average Shares Outstanding | | | | | | |
| Weighted Avg Basic and Diluted | 205.2 | 221.9 | | 222.9 | 221.9 | |

*Source: Company filings and Citigroup Investment research*

### REVISIONS TO ESTIMATES

We are only slightly adjusting our forecasts to take a more conservative stance related to XM's operating expense growth in 2006 with our subscriber and top line forecasts essentially unchanged. More specifically, for 2006, we are forecasting $957 million in revenue, up 71%, with our forecast for XM to exceed 9 million subscribers by year-end. Further, we are estimating an EBITDA loss of ($286) million versus our prior ($269) million estimate). This incorporates our forecast for SAC and CPGA (per gross add) of $59, down 8.5% Y/Y, and $99, down 8% Y/Y. At the same time, it also incorporates the cost of Oprah


Winfrey's contract (at $18M per year) into our forecast. Correspondingly, our LPS estimate comes down to ($2.38) from our prior ($2.32).

## VALUATION

With XM Satellite still in the early stages of its business cycle and currently generating quarterly EBITDA, net income and free cash flow losses, we are unable to value XMSR based on an EV/EBITDA or P/FCF multiple of 2006 estimates as we do with the more mature terrestrial broadcasters. As such, our primary valuation methodology on XM Satellite is a 10 year discounted cash flow analysis.

### DCF

Our free cash flow forecast from 2005 through 2015 assumes that XMSR turns FCF positive in 2007. At the same time, XM's growing reserve of deferred revenue from subscriber prepayments of annual subscriptions should continue to have a significant and favorable impact on XM's working capital. As such, we see XM generating free cash of as much as $1.3 billion by 2015. Our DCF assumes a Cost of Equity of 10.6% based on Citigroup Investment research's new recommended risk free rate of 4.49% and equity risk premium of 3.72% and a beta of 1.7 (Bloomberg's 2 year trailing beta). Our terminal year multiple is 15.3x, based on a long-term free cash flow growth rate estimate of 4% (given XM's strong position in the auto OEM market). Based on our various assumptions, our DCF analysis points to an approximately $40 per share price target on XMSR.

### P/FCF Method

We also value XMSR using a discounted price to free cash flow multiple target. We currently estimate XMSR to turn free cash flow positive in 2007 and then generate $1.91 in free cash flow per share in 2009, its third full year of FCF profitability and a more accurate representation of XMSR's FCF generation capabilities. Further, its 3-year estimated free cash flow per share CAGR from 2009-2012 stands at about 29%.

We assume a 1x growth multiple of its 3 year normalized FCF CAGR, which yields a roughly 29x target FCF multiple. Our 1x multiple of free cash flow to growth stands at a slight discount to the average 1.2x multiple of FCF to 2005-2007E FCF CAGR the slower growth terrestrial broadcasters currently garner. Applying this multiple to our 2009 FCF per share forecast of $1.91 results in a 12-month target price of $54.50 per share to be achieved by 2009. We then discount this forward $54.50 price target back to 2006 using our Cost of Equity estimate of 10.6% (based on a risk free rate of 4.49%, equity risk premium of 3.72%, and a beta of 1.7x). Accordingly, all of these factors translate into a price target of about $44 per share.

As our DCF analysis (which yields a $40 price target) is our primary methodology and results in a more conservative price target than our P/FCF method, we set our price target at $40.

## RISKS

We have assigned a High Risk rating to XM Satellite due primarily to its early stage business cycle position, current free cash flow and net income quarterly losses and volatile stock price history indicated by its beta of 1.7x. Moreover, the following risks could preclude XM Satellite from achieving our forecasts or reaching or price target

**Market Potential for Satellite Radio Proves Limited.** Satellite radio remains a relatively new consumer category, with service having only been launched in 2001 by XM. While satellite radio companies tout the 230 million cars and PDA, iPod, and cell phone markets as their vast market opportunity, the true uptake for satellite radio remains to be seen. We are currently forecasting the satellite industry to grow from 9 million subscribers at year-end 2005 to 51 million subscribers by year-end 2015 (or 22% of cars, 21% of the 18+ population



and 41% of U.S. households). Should the market for satellite radio turn out to be smaller than anticipated, or if the monthly subscriber churn rate turn out to be higher than forecasted, XM would likely have difficulties reaching our top and bottom line projections.

**Automobile OEM Partnerships Dissolve.** We expect the automobile OEM market to increasingly represent a larger portion of the satellite radio subscriber base. A big part of this push is due to the "exclusive" partnerships that have been struck in such a way as to highly motivate the OEMs to sell satellite radio installed vehicles. Currently, most major auto manufacturers are partnered with either Sirius (Daimler-Chrysler, Ford, Mazda, BMW, Mitsubishi) or XM Satellite (GM, Toyota, Honda, Hyundai, Nissan) in long-term, exclusive pacts. Although we would not expect to see any auto OEMs flipping from one satellite radio company to another once their agreements expire, the loss by XM of any of the aforementioned OEMs to Sirius or otherwise would be significant and would likely impact our subscriber growth forecasts, and correspondingly, our revenue estimates

**General Motors.** GM is XM Satellite's largest auto OEM partner, representing an estimated 80%-85% of XM's current OEM subscriber base. With recent earnings restatements, U.S. market share losses to competitors, speculation regarding heightened bankruptcy risk, and with the threat of a work stoppage at key parts supplier Delphi, any disruption to GM vehicle production could impact XM's overall OEM subscriber growth. Given XM's heavy dependence on GM, any disruption at XM may make it difficult for XM to achieve our subscriber and top-line forecasts. That said, a GM bankruptcy, which could have a significantly negative impact on GM's market share, with GM expected to subsidize Delphi employee buyouts or buydowns to avoid a potential strike at Delphi with the ample cash on its balance sheet. Further, as XM's relatively newer OEM agreements with Toyota, Hyundai and Nissan ramp up, its current dependence on GM will lessen with our forecast for GM to decline from an estimated 78% in 2005 to 45% by 2015.

**Music Industry Royalties.** With XM's current licensing agreements with a key music industry association, the RIAA, set to expire at the end of 2006, satellite radio players face a nearer term risk of increased royalty payments. Currently, Sirius and XM pay approximately 7% of revenues in the form of royalties, with, by our estimates, roughly ½ going to the three publishing rights organizations (BMI, ASCAP and SESAC) and the other ½ to the sound recording association, the RIAA in the form of a lump payment. The RIAA is currently clamoring for higher payments, particularly in light of the recent introduction of satellite radio/MP3 players, which the music industry does not feel is covered by the current agreement. While we currently estimate that royalty payments will continue to be roughly 7%, there is the possibility that royalties could increase following renegotiations with the RIAA. However, our expectations are that an increase will be in the range of an additional 1% to 3% of revenues at most, which would not have a significant impact on our valuation or stance on the satellite radio group. However, any increase in music royalty fees would carry negative headline risk. Additionally, any meaningful royalty payments increase beyond the 1% to 3% range, which we do not expect, would negatively impact our forward estimates.

### INVESTMENT THESIS

We assign XM Satellite Radio a Buy / High Risk (1H) rating and a $40 price target. In our view, satellite radio is one of the few areas within the media sector that offers attractive secular growth with our forecast for total industry subscribers to grow from 4 million in 2004 to 51 million in 2005 (a 25% CAGR). XM's first-to-market status has led to a leading market share, an edge over peer Sirius in critical OEM partnerships and a currently superior cost structure. While we think the gap between the two-satellite radio providers will likely close over the next several years, we still see XM maintaining its market share lead and edge over peer Sirius as far out as 2015. With strong expected subscriber growth and rising



ARPU, XM revenue growth should be outsized, with XMSR's attractive operating leverage leading to FCF profitability by 2007E. Our 2006-2015 FCF forecast drives our DCF valuation on XMSR of $40 per share. Despite a price target that is admittedly based on a ten-year outlook, we think XMSR stock will likely track its net subscriber additions going forward, similar to Internet subscription stocks, most specifically AOL, during the Internet bubble years. In other words, we believe as long as subscriber net additions are growing on a year-over-year basis, with each set of quarterly net additions higher than the year before, XMSR stock should perform well. On the other hand, we would become more wary of XMSR if net subscriber add growth decelerated rapidly or turned negative, which, in the case of AOL, signaled the start of a protracted downturn in its stock.

### COMPANY DESCRIPTION

XM Satellite Radio is a leading satellite radio company and is one of only two companies having been granted a license by the FCC to operate a national satellite radio service in the United States. XM provides a nationwide subscription-based offering of over 150 digital channels of commercial-free music, entertainment, news/talk, sports, traffic and weather programming, aimed at vehicle, home and portable radios. As of September 30, 2005, XM Satellite had over 5 million subscribers. XM boasts exclusive OEM partnerships with several major automotive manufacturers which factory-install its satellite radios in their vehicles, including General Motors, Honda, Hyundai, Toyota and Nissan. For 2005, XM satellite radios are available in over 120 different vehicle models through both factory and dealer-installed programs. XM Satellite radios are also offered in the aftermarket at various consumer electronics retailers, including Best Buy, Circuit City and Wal-Mart.



## ANALYST CERTIFICATION      APPENDIX A-1

I, Eileen Furukawa, research analyst and the author of this report, hereby certify that all of the views expressed in this research report accurately reflect my personal views about any and all of the subject issuer(s) or securities. I also certify that no part of my compensation was, is, or will be directly or indirectly related to the specific recommendation(s) or view(s) in this report.

## IMPORTANT DISCLOSURES

### XM Satellite Radio Holdings Inc (XMSR)
Ratings and Target Price History - Fundamental Research
Analyst: Eileen Furukawa (covered since December 9 2005)



| # | Date | Rating | Target Price | Closing Price |
|---|---|---|---|---|
| 1 | 30 Sep 04 | *2H | *31.00 | 31.02 |
| 2 | 8 Dec 04 | 2H | *43.00 | 38.00 |
| 3 | 25 Apr 05 | *1H | *35.00 | 27.40 |
| 4 | 25 Apr 05 | Coverage suspended | | |
| 5 | 8 Dec 05 | *1H | *43.00 | 27.86 |
| 6 | 6 Feb 06 | 1H | *40.00 | 23.55 |
| 7 | 6 Feb 06 | 1H | 40.00 | 23.55 |

*Indicates change.

——— Covered
------ Not covered

Customers of the Firm in the United States can receive independent, third-party research on the company or companies covered in this report, at no cost to them, where such research is available. Customers can access this independent research at http://www.smithbarney.com (for retail clients) or http://www.citigroupgeo.com (for institutional clients) or can call (866) 836-9542 to request a copy of this research.

Citigroup Global Markets Inc. or an affiliate received compensation for products and services other than investment banking services from XM Satellite Radio Holdings Inc in the past 12 months.

Citigroup Global Markets Inc. currently has, or had within the past 12 months, the following company(ies) as investment banking client(s): XM Satellite Radio Holdings Inc.

Citigroup Global Markets Inc. currently has, or had within the past 12 months, the following company(ies) as clients, and the services provided were non-investment-banking, securities-related: XM Satellite Radio Holdings Inc.

Citigroup Global Markets Inc. currently has, or had within the past 12 months, the following company(ies) as clients, and the services provided were non-investment-banking, non-securities-related: XM Satellite Radio Holdings Inc.

Citigroup Global Markets Inc. or an affiliate received compensation in the past 12 months from XM Satellite Radio Holdings Inc.

Analysts' compensation is determined based upon activities and services intended to benefit the investor clients of Citigroup Global Markets Inc. and its affiliates ("the Firm"). Like all Firm employees, analysts receive compensation that is impacted by overall firm profitability, which includes revenues from, among other business units, the Private Client Division, Institutional Equities, and Investment Banking.

The Firm is a market maker in the publicly traded equity securities of XM Satellite Radio Holdings Inc.

### Citigroup Investment Research Ratings Distribution
*Data current as of 31 December 2005*

| | Buy | Hold | Sell |
|---|---|---|---|
| Citigroup Investment Research Global Fundamental Coverage (2784) | 42% | 41% | 17% |
| % of companies in each rating category that are investment banking clients | 47% | 48% | 37% |
| Broadcasting -- North America (12) | 42% | 58% | 0% |
| % of companies in each rating category that are investment banking clients | 20% | 29% | 0% |

**Guide to Fundamental Research Investment Ratings:**
Citigroup Investment Research's stock recommendations include a risk rating and an investment rating.
**Risk ratings**, which take into account both price volatility and fundamental criteria, are: Low (L), Medium (M), High (H), and Speculative (S).
**Investment ratings** are a function of Citigroup Investment Research's expectation of total return (forecast price appreciation and dividend yield within the next 12 months) and risk rating.
For securities in developed markets (US, UK, Europe, Japan, and Australia/New Zealand), investment ratings are: Buy (1) (expected total return of 10% or more for Low-Risk stocks, 15% or more for Medium-Risk stocks, 20% or more for High-Risk stocks, and 35% or more for Speculative stocks); Hold (2) (0%-10% for Low-Risk stocks, 0%-15% for Medium-Risk stocks, 0%-20% for High-Risk stocks, and 0%-35% for Speculative stocks); and Sell (3) (negative total return).
Investment ratings are determined by the ranges described above at the time of initiation of coverage, a change in investment and/or risk rating, or a change in target price (subject to limited management discretion). At other times, the expected total returns may fall outside of



these ranges because of market price movements and/or other short-term volatility or trading patterns. Such interim deviations from specified ranges will be permitted but will become subject to review by Research Management. Your decision to buy or sell a security should be based upon your personal investment objectives and should be made only after evaluating the stock's expected performance and risk.

Between September 9, 2002, and September 12, 2003, Citigroup Investment Research's stock ratings were based upon expected performance over the following 12 to 18 months relative to the analyst's industry coverage universe at such time. An Outperform (1) rating indicated that we expected the stock to outperform the analyst's industry coverage universe over the coming 12-18 months. An In-line (2) rating indicated that we expected the stock to perform approximately in line with the analyst's coverage universe. An Underperform (3) rating indicated that we expected the stock to underperform the analyst's coverage universe. In emerging markets, the same ratings classifications were used, but the stocks were rated based upon expected performance relative to the primary market index in the region or country. Our complementary Risk rating system -- Low (L), Medium (M), High (H), and Speculative (S) -- took into account predictability of financial results and stock price volatility. Risk ratings for Asia Pacific were determined by a quantitative screen which classified stocks into the same four risk categories. In the major markets, our Industry rating system -- Overweight, Marketweight, and Underweight -- took into account each analyst's evaluation of their industry coverage as compared to the primary market index in their region over the following 12 to 18 months.

## OTHER DISCLOSURES

Within the past 5 years, Citigroup Global Markets Inc. or its affiliates has acted as manager or co manager of a public offering of equity securities of XM Satellite Radio Holdings Inc.

Within the past 5 years, Citigroup Global Markets Inc. or its affiliates has acted as manager or co manager of a public offering of fixed income securities of XM Satellite Radio Holdings Inc.

For securities recommended in the Product in which the Firm is not a market maker, the Firm is a liquidity provider in the issuers' financial instruments and may act as principal in connection with such transactions. The Firm is a regular issuer of traded financial instruments linked to securities that may have been recommended in the Product. The Firm regularly trades in the securities of the subject company(ies) discussed in the Product. The Firm may engage in securities transactions in a manner inconsistent with the Product and, with respect to securities covered by the Product, will buy or sell from customers on a principal basis.

Securities recommended, offered, or sold by the Firm: (i) are not insured by the Federal Deposit Insurance Corporation; (ii) are not deposits or other obligations of any insured depository institution (including Citibank); and (iii) are subject to investment risks, including the possible loss of the principal amount invested. Although information has been obtained from and is based upon sources that the Firm believes to be reliable, we do not guarantee its accuracy and it may be incomplete and condensed. Note, however, that the Firm has taken all reasonable steps to determine the accuracy and completeness of the disclosures made in the Important Disclosures section of the Product. In producing Products, members of the Firm's research department may have received assistance from the subject company(ies) referred to in the Product. Any such assistance may have included access to sites owned, leased or otherwise operated or controlled by the issuers and meetings with management, employees or other parties associated with the subject company(ies). Firm policy prohibits research analysts from sending draft research to subject companies. However, it should be presumed that the author of the Product has had discussions with the subject company to ensure factual accuracy prior to publication. All opinions, projections and estimates constitute the judgment of the author as of the date of the Product and are subject to change without notice. Prices and availability of financial instruments also are subject to change without notice. Although Citigroup Investment Research does not set a predetermined frequency for publication, if the Product is a fundamental research report, it is the intention of Citigroup Investment Research to provide research coverage of the/those issuer(s) mentioned therein, including in response to news affecting this issuer, subject to applicable quiet periods and capacity constraints. The Product is for informational purposes only and is not intended as an offer or solicitation for the purchase or sale of a security. Any decision to purchase securities mentioned in the Product must take into account existing public information on such security or any registered prospectus.

Investing in non-U.S. securities, including ADRs, may entail certain risks. The securities of non-U.S. issuers may not be registered with, nor be subject to the reporting requirements of the U.S. Securities and Exchange Commission. There may be limited information available on foreign securities. Foreign companies are generally not subject to uniform audit and reporting standards, practices and requirements comparable to those in the U.S. Securities of some foreign companies may be less liquid and their prices more volatile than securities of comparable U.S. companies. In addition, exchange rate movements may have an adverse effect on the value of an investment in a foreign stock and its corresponding dividend payment for U.S. investors. Net dividends to ADR investors are estimated, using withholding tax rates conventions, deemed accurate, but investors are urged to consult their tax advisor for exact dividend computations. Investors who have received the Product from the Firm may be prohibited in certain states or other jurisdictions from purchasing securities mentioned in the Product from the Firm. Please ask your Financial Consultant for additional details. Citigroup Global Markets Inc. takes responsibility for the Product in the United States. Any orders by non-US investors resulting from the information contained in the Product may be placed only through Citigroup Global Markets Inc.

The Citigroup legal entity that takes responsibility for the production of the Product is the legal entity which the first named author is employed by. The Product is made available in Australia to wholesale clients through Citigroup Global Markets Australia Pty Ltd. (ABN 64 003 114 832 and AFSL No. 240992) and to retail clients through Citigroup Wealth Advisors Pty Ltd. (ABN 19 009 145 555 and AFSL No. 240813), Participants of the ASX Group and regulated by the Australian Securities & Investments Commission. Citigroup Centre, 2 Park Street, Sydney, NSW 2000. If the Product is being made available in certain provinces of Canada by Citigroup Global Markets (Canada) Inc. ("CGM Canada"), CGM Canada has approved the Product. Citigroup Place, 123 Front Street West, Suite 1100, Toronto, Ontario M5J 2M3. The Product may not be distributed to private clients in Germany. The Product is distributed in Germany by Citigroup Global Markets Deutschland AG & Co. KGaA, which is regulated by Bundesanstalt fuer Finanzdienstleistungsaufsicht (BaFin). Frankfurt am Main, Reuterweg 16, 60323 Frankfurt am Main. If the Product is made available in Hong Kong by, or on behalf of, Citigroup Global Markets Asia Ltd., it is attributable to Citigroup Global Markets Asia Ltd., Citibank Tower, Citibank Plaza, 3 Garden Road, Hong Kong. Citigroup Global Markets Asia Ltd. is regulated by Hong Kong Securities and Futures Commission. If the Product is made available in Hong Kong by The Citigroup Private Bank to its clients, it is attributable to Citibank N.A., Citibank Tower, Citibank Plaza, 3 Garden Road, Hong Kong. The Citigroup Private Bank and Citibank N.A. is regulated by the Hong Kong Monetary Authority. The Product is made available in India by Citigroup Global Markets India Private Limited, which is regulated by Securities and Exchange Board of India.



Bakhtawar, Nariman Point, Mumbai 400-021. If the Product was prepared by Citigroup Investment Research and distributed in Japan by Nikko Citigroup Ltd., it is being so distributed under license. Nikko Citigroup Limited is regulated by Financial Services Agency, Securities and Exchange Surveillance Commission, Japan Securities Dealers Association, Tokyo Stock Exchange and Osaka Securities Exchange. Akasaka Park Building, 2-20, Akasaka 5-chome, Minato-ku, Tokyo 107-6122. The Product is made available in Korea by Citigroup Global Markets Korea Securities Ltd., which is regulated by Financial Supervisory Commission and the Financial Supervisory Service. Hungkuk Life Insurance Building, 226 Shinmunno 1-GA, Jongno-Gu, Seoul, 110-061. The Product is made available in Malaysia by Citigroup Global Markets Malaysia Sdn Bhd, which is regulated by Malaysia Securities Commission. Menara Citibank, 165 Jalan Ampang, Kuala Lumpur, 50450. The Product is made available in Mexico by Acciones y Valores Banamex, S.A. De C. V., Casa de Bolsa, which is regulated by Comision Nacional Bancaria y de Valores. Reforma 398, Col. Juarez, 06600 Mexico, D.F. In New Zealand the Product is made available through Citigroup Global Markets New Zealand Ltd., a Participant of the New Zealand Exchange Limited and regulated by the New Zealand Securities Commission. Level 19, Mobile on the Park, 157 lambton Quay, Wellington. The Product is made available in Poland by Dom Maklerski Banku Handlowego SA an indirect subsidiary of Citigroup Inc., which is regulated by Komisja Papierów Wartosciowych i Gield. Bank Handlowy w Warszawie S.A. ul. Senatorska 16, 00-923 Warszawa. The Product is made available in the Russian Federation through ZAO Citibank, which is licensed to carry out banking activities in the Russian Federation in accordance with the general banking license issued by the Central Bank of the Russian Federation and brokerage activities in accordance with the license issued by the Federal Service for Financial Markets. Neither the Product nor any information contained in the Product shall be considered as advertising the securities mentioned in this report within the territory of the Russian Federation or outside the Russian Federation. The Product does not constitute an appraisal within the meaning of the Federal Law of the Russian Federation of 29 July 1998 No. 135-FZ (as amended) On Appraisal Activities in the Russian Federation. 8-10 Gasheka Street, 125047 Moscow. The Product is made available in Singapore through Citigroup Global Markets Singapore Pte. Ltd., a Capital Markets Services Licence holder, and regulated by Monetary Authority of Singapore. 1 Temasek Avenue, #39-02 Millenia Tower, Singapore 039192. Citigroup Global Markets (Pty) Ltd. is incorporated in the Republic of South Africa (company registration number 2000/025866/07) and its registered office is at 145 West Street, Sandton, 2196, Saxonwold. Citigroup Global Markets (Pty) Ltd. is regulated by JSE Securities Exchange South Africa, South African Reserve Bank and the Financial Services Board. The investments and services contained herein are not available to private customers in South Africa. The Product is made available in Taiwan through Citigroup Global Markets Inc. (Taipei Branch), which is regulated by Securities & Futures Bureau. No portion of the report may be reproduced or quoted in Taiwan by the press or any other person. No. 8 Manhattan Building, Hsin Yi Road, Section 5, Taipei 100, Taiwan. The Product is made available in Thailand through Citicorp Securities (Thailand) Ltd., which is regulated by the Securities and Exchange Commission of Thailand. 18/F, 22/F and 29/F, 82 North Sathorn Road, Silom, Bangrak, Bangkok 10500, Thailand. The Product is made available in United Kingdom by Citigroup Global Markets Limited, which is regulated by Financial Services Authority. This material may relate to investments or services of a person outside of the UK or to other matters which are not regulated by the FSA and further details as to where this may be the case are available upon request in respect of this material. Citigroup Centre, Canada Square, Canary Wharf, London, E14 5LB. The Product is made available in United States by Citigroup Global Markets Inc, which is regulated by NASD, NYSE and the US Securities and Exchange Commission. 388 Greenwich Street, New York, NY 10013. Unless specified to the contrary, within EU Member States, the Product is made available by Citigroup Global Markets Limited, which is regulated by Financial Services Authority. Many European regulators require that a firm must establish, implement and make available a policy for managing conflicts of interest arising as a result of publication or distribution of investment research. The policy applicable to Citigroup Investment Research's Products can be found at www.citigroupgeo.com. Compensation of equity research analysts is determined by equity research management and Citigroup's senior management and is not linked to specific transactions or recommendations. The Product may have been distributed simultaneously, in multiple formats, to the Firm's worldwide institutional and retail customers. The Product is not to be construed as providing investment services in any jurisdiction where the provision of such services would be illegal. Subject to the nature and contents of the Product, the investments described therein are subject to fluctuations in price and/or value and investors may get back less than originally invested. Certain high-volatility investments can be subject to sudden and large falls in value that could equal or exceed the amount invested. Certain investments contained in the Product may have tax implications for private customers whereby levels and basis of taxation may be subject to change. If in doubt, investors should seek advice from a tax adviser. Advice in the Product has been prepared without taking account of the objectives, financial situation or needs of any particular investor. Accordingly, investors should, before acting on the advice, consider the appropriateness of the advice, having regard to their objectives, financial situation and needs.

© 2006 Citigroup Global Markets Inc. Citigroup Investment Research is a division and service mark of Citigroup Global Markets Inc. and its affiliates and is used and registered throughout the world. Citigroup and the Umbrella Device are trademarks and service marks of Citigroup or its affiliates and are used and registered throughout the world. Nikko is a registered trademark of Nikko Cordial Corporation. All rights reserved. Any unauthorized use, duplication, redistribution or disclosure is prohibited by law and will result in prosecution. The Firm accepts no liability whatsoever for the actions of third parties. The Product may provide the addresses of, or contain hyperlinks to, websites. Except to the extent to which the Product refers to website material of the Firm, the Firm has not reviewed the linked site. Equally, except to the extent to which the Product refers to website material of the Firm, the Firm takes no responsibility for, and makes no representations or warranties whatsoever as to, the data and information contained therein. Such address or hyperlink (including addresses or hyperlinks to website material of the Firm) is provided solely for your convenience and information and the content of the linked site does not in anyway form part of this document. Accessing such website or following such link through the Product or the website of the Firm shall be at your own risk and the Firm shall have no liability arising out of, or in connection with, any such referenced website.

ADDITIONAL INFORMATION IS AVAILABLE UPON REQUEST