# EXHIBIT H

Westlaw.                                                                      NewsRoom

11/28/05 COMMD (No Page)                                                      Page 1

11/28/05 Comm. Daily (Pg. Unavail. Online)
2005 WLNR 19045022

COMMUNICATIONS DAILY
Copyright 2005 Warren Publishing, Inc.

November 28, 2005

Section: Satellite

XM and Sirius's promotional environment is "worse than...

XM and Sirius's promotional environment is "worse than the companies expected" when they gave guidance to analysts for the 4th quarter, Bank of America analyst Jonathan Jacoby said in a research note Fri. Jacoby warned that subscriber acquisition costs and/or average revenue per user could be "at risk" for both XM and Sirius in the 4th quarter. Both satellite radio operators are offering free lower-end radios at Circuit City after rebates, Jacoby said.

---- INDEX REFERENCES ----

INDUSTRY:  (Entertainment (1EN08); Digital Radio (1DI83); Digital Broadcasting (1DI81); Radio (1RA81))

Language:  EN

OTHER INDEXING:  (XM)  (Jacoby; Jonathan Jacoby; Sirius)

Word Count: 92
11/28/05 COMMD (No Page)

END OF DOCUMENT

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.