UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| In re XM SATELLITE RADIO HOLDINGS SECURITIES LITIGATION | ) ) ) | Civil Action No. 1:06-cv-00802-ESH |
| | ) | CLASS ACTION |
| This Document Relates To: | ) ) | |
| ALL ACTIONS. | ) ) | |
| | ) ) | |

NOTICE OF CHANGE OF ADDRESS

TO:  CLERK OF COURT AND ALL PARTIES

PLEASE TAKE NOTE that the Florida office of Lerach Coughlin Stoia Geller Rudman &

Robbins LLP has changed its address to the following:

**LERACH COUGHLIN STOIA GELLER**
**RUDMAN & ROBBINS LLP**
David J. George
dgeorge@lerachlaw.com
Robert J. Robbins
rrobbins@lerachlaw.com
Douglas Wilens
dwilens@lerachlaw.com
120 East Palmetto Park Road, Suite 500
Boca Raton, Florida  33432
Telephone:  561/750-3000
561/750-3364 (fax)

DATED:  February 13, 2007                LERACH COUGHLIN STOIA GELLER
                                          RUDMAN & ROBBINS LLP
                                         NANCY M. JUDA (DC Bar # 445487)


                                                   */S/ Nancy M. Juda*
                                         _____
                                                  NANCY M. JUDA

                                         1100 Connecticut Avenue, N.W., Suite 730
                                         Washington, DC  20036
                                         Telephone:  202/822-6762
                                         202/828-8528 (fax)

LERACH COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
SAMUEL H. RUDMAN
DAVID A. ROSENFELD
MARIO ALBA, JR.
58 South Service Road, Suite 200
Melville, NY  11747
Telephone:  631/367-7100
631/367-1173 (fax)

LERACH COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
DAVID J. GEORGE
DOUGLAS WILENS
ROBERT J. ROBBINS
120 East Palmetto Park Road, Suite 500
Boca Raton, FL  33432
Telephone:  561/750-3000
561/750-3364 (fax)

Lead Counsel for Plaintiffs

LAW OFFICES BERNARD M.
  GROSS, P.C.
DEBORAH R. GROSS
Wanamaker Bldg., Suite 450
100 Penn Square East
Philadelphia, PA  19107
Telephone:  215/561-3600
215/561-3000 (fax)

SUGARMAN & SUSSKIND
ROBERT SUGARMAN
2801 Ponce De Leon Blvd., Suite 750
Coral Gables, FL  33314
Telephone:  305/529-2801
305/447-8115 (fax)

Additional Counsel for Plaintiffs

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on the 13th day of February, 2007, I presented the foregoing to the Clerk of the Court for filing and uploading to the CM/ECF system. I further certify that on the same date I e-mailed and sent via U.S. mail the foregoing document to counsel of record listed below:

Charles E. Davidow
John Valentine
Michael A. Mugmon
WILMER CUTLER & PICKERING HALE
& DORR LLP
1875 Pennsylvania Avenue, NW
Washington, DC  20006

/s/ *Nancy M. Juda*
NANCY M. JUDA