IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE: XM SATELLITE RADIO HOLDINGS SECURITIES LITIGATION | ) ) ) ) Civ. Act. No. 1:06-cv-00802-ESH |
| This Document Relates To: | ) ) ) ) |
| ALL PLAINTIFFS | ) ) ) |

To the Clerk of this Court and all parties of record:

**NOTICE OF FIRM NAME CHANGE**

PLEASE TAKE NOTICE that the law firm of Finkelstein, Thompson & Loughran has changed its name to FINKELSTEIN THOMPSON LLP. The firm's address and telephone and facsimile numbers will remain the same. However, the electronic mail contact information for counsel has changed as noted below.

Please use the new firm name and electronic mail addresses on all pleadings, correspondence, and other documents.

Dated: March 23, 2007

FINKELSTEIN THOMPSON LLP

*/S/ DONALD J. ENRIGHT*
Donald J. Enright   (D.C. Bar #463007)
denright@finkelsteinthompson.com
Karen J. Marcus    (D.C. Bar #486435)
kmarcus@finkelsteinthompson.com
The Duvall Foundry
1050 30th Street, N.W.
Washington, DC 20007
(202) 337-8000