UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **IN RE: XM SATELLITE RADIO HOLDINGS SECURITIES LITIGATION** | ) ) ) ) ) | Civil Action No. 06-0802 (ESH) |

## ORDER

For the reasons set forth in the accompanying Memorandum Opinion, defendants' Motion to Dismiss [Dkt. # 44] is hereby **GRANTED**, and the case is **DISMISSED WITH PREJUDICE**.

**So ordered.**

                                                    /s/
                                    ELLEN SEGAL HUVELLE
                                    United States District Judge

March 28, 2007